EXHIBIT A

| ARTIST | WORK | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|---|
| Beastie Boys | Sabotage | Capitol Records, Inc. | SR 213-461 | 9/11/1995 |
| Blondie | One Way Or Another | Capitol Records, Inc. | SR 004-090 | 10/23/1978 |
| Blondie | Sunday Girl | Capitol Records, Inc. | SR 004-090 | 10/23/1978 |
| Blur | Girls & Boys | Virgin Records America, Inc. | SR 345-517 | 12/31/2003 |
| Bowie, David | Heroes | Virgin Records America, Inc. | SR 032-243 | 11/5/1981 |
| Bush, Kate | Cloudbusting | Capitol Records, Inc. | SR 082-918 | 6/19/1987 |
| Chemical Brothers | Star Guitar | Caroline Records, Inc. | SR 342-384 | 10/31/2003 |
| Coldplay | Fix You | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | In My Place | Capitol Records, Inc. | SR 322-958 | 9/9/2002 |
| Coldplay | Low | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | The Hardest Part | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | The Scientist | Capitol Records, Inc. | SR 322-958 | 9/9/2002 |
| Coldplay | Til Kingdom Come | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | Trouble | Capitol Records, Inc. | SR 328-762 | 3/18/2003 |
| Coldplay | Twisted Logic | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | What If | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Coldplay | White Shadows | Capitol Records, Inc. | SRu 573-811 & SR 376-828 | 3/10/2005 & 8/17/2005 |
| Corey Hart | Sunglasses at Night | Capitol Records, Inc. | SR 056-014 | 8/27/1984 |
| Corinne Bailey Rae | Like A Star | Capitol Records, Inc. | SR 385-316 | 6/28/2006 |
| Crowded House | Don't Dream It's Over | Capitol Records, Inc. | SR 093-842 | 7/12/1988 |
| Culture Club | Karma Chameleon | Virgin Records America, Inc. | SR 058-266 | 8/14/1984 |
| Daft Punk | Aerodynamic | Virgin Records America, Inc. | SR 379-190 | 11/8/2005 |
| Daft Punk | Da Funk | Virgin Records America, Inc. | SR 022-0421 | 3/26/1997 |
| Daft Punk | Harder Better Faster Stronger | Virgin Records America, Inc. | SR 379-190 | 11/8/2005 |

1

*Exhibit A*

| ARTIST | WORK | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|---|
| Daft Punk | One More Time | Virgin Records America, Inc. | SR 379-190 | 11/8/2005 |
| Dandy Warhols | Bohemian Like You | Capitol Records, Inc. | SR 285-787 | 9/1/2000 |
| DC Talk | Jesus Freak | EMI Christian Music Group, Inc. | SR 230-848 | 1/17/1996 |
| Dem Franchize Boyz | Lean Wit It, Rock Wit It | Virgin Records America, Inc. | SR 386-686 | 3/8/2006 |
| Duran Duran | Ordinary World | Capitol Records, Inc. | SR 278-777 | 3/24/2000 |
| Everclear | Santa Monica | Capitol Records, Inc. | SR 279-015 | 10/20/1998 |
| George Thorogood & The Destroyers | Bad To The Bone | Capitol Records, Inc. | SR 039-765 | 9/16/1982 |
| Gorillaz | Kids With Guns | Virgin Records America, Inc. | SRu 573-812 & SR 379-135 | 3/10/2005 & 11/14/2004 |
| Idol, Billy | White Wedding | Capitol Records, Inc. | SR 039-673 | 6/16/1982 |
| Iggy Pop | Candy | Virgin Records America, Inc. | SR 120-958 | 8/27/1990 |
| Iggy Pop | Nightclubbing | Virgin Records America, Inc. | N-044125 | 3/8/1977 |
| James Iha | Be Strong Now | Virgin Records America, Inc. | SR 252-234 | 3/2/1998 |
| Jamie T | Salvador | Virgin Records America, Inc. | Pending | Pending |
| Jane's Addiction | Just Because | Capitol Records, Inc. | SR 333-443 | 10/21/2003 |
| John Hiatt | Cry Love | Capitol Records, Inc. | SR 212-552 | 5/1/1996 |
| Lenny Kravitz | Mr. Cabdriver | Virgin Records America, Inc. | SR 111-095 | 9/22/1989 |
| Lerche, Sondre and the Faces Down Quartet | Everyone's Rooting For You | Caroline Records, Inc. | SR 407-601 | 6/20/2007 |
| Lerche, Sondre and the Faces Down Quartet | Minor Detail | Caroline Records, Inc. | SR 407-601 | 6/20/2007 |
| Lily Allen | Smile | Capitol Records, Inc. | SR 392-059 | 6/20/2007 |
| Manu Chao | Clandestino | Virgin Records America, Inc. | SR 339-801 | 3/9/2004 |
| Massive Attack | Angel | Virgin Records America, Inc. | SR 261-537 | 3/5/1999 |
| Massive Attack | Protection | Virgin Records America, Inc. | SR 207-041 | 3/13/1995 |
| Wings | Live and Let Die | Capitol Records, Inc. | N 8073 | 7/18/1973 |
| Meredith Brooks | Bitch | Capitol Records, Inc. | SR 181-390 | 7/31/1998 |
| Norah Jones | Don't Know Why | Capitol Records, Inc. | SR 320-120 | 8/13/2002 |
| Norah Jones | My Dear Country | Capitol Records, Inc. | SRu 630-866 | 11/9/2006 |
| OMD | Enola Gay | Virgin Records America, Inc. | SR 031-214 | 11/30/1981 |
| Oye, Erlend | No Train to Stockholm | Caroline Records, Inc. | SR 344-759 | 12/31/2003 |
| Pink Floyd | Another Brick In Wall (Part 1) | Capitol Records, Inc. | SR 014-787 | 1/14/1980 |

*Exhibit A*

| ARTIST | WORK | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|---|
| Pink Floyd | Comfortably Numb | Capitol Records, Inc. | SR 014-787 | 1/14/1980 |
| Placebo | Pure Morning | Virgin Records America, Inc. | SR 262-976 | 3/5/1999 |
| Placebo | Sleeping With Ghosts | Virgin Records America, Inc. | SR 336-547 | 5/30/2003 |
| Poison | Every Rose Has Its Thorn | Capitol Records, Inc. | SR 093-741 | 8/23/1988 |
| Radiohead | Creep | Capitol Records, Inc. | SR 190-976 | 6/16/1994 |
| Radiohead | Exit Music (For A Film) | Capitol Records, Inc. | SR 330-613 | 3/20/2003 |
| Radiohead | Fake Plastic Trees | Capitol Records, Inc. | SR 280-260 | 5/16/2000 |
| Radiohead | High and Dry | Capitol Records, Inc. | SR 280-260 | 5/16/2000 |
| Radiohead | Knives Out | Capitol Records, Inc. | SR 299-390 | 6/15/2001 |
| Radiohead | Let Down | Capitol Records, Inc. | SR 330-613 | 3/20/2003 |
| Radiohead | Lucky | Capitol Records, Inc. | SR 330-613 | 3/20/2003 |
| Radiohead | No Surprises | Capitol Records, Inc. | SR 330-613 | 3/20/2003 |
| Radiohead | Paranoid Android | Capitol Records, Inc. | SR 330-613 | 3/20/2003 |
| Radiohead | Street Spirit (Fade Out) | Capitol Records, Inc. | SR 280-260 | 5/16/2000 |
| Roxette | Joyride | Capitol Records, Inc. | SR 129-842 | 5/24/1991 |
| Royksopp | Poor Leno | Caroline Records, Inc. | SR 342-822 | 6/30/2003 |
| Smashing Pumpkins | 1979 | Virgin Records America, Inc. | SR 183-904 | 2/12/1996 |
| Smashing Pumpkins | Cherub Rock | Virgin Records America, Inc. | SR 169-635 | 8/10/1993 |
| Smashing Pumpkins | Disarm | Virgin Records America, Inc. | SR 169-635 | 8/10/1993 |
| Smashing Pumpkins | Today | Virgin Records America, Inc. | SR 169-635 | 8/10/1993 |
| Snoop Dogg | Beautiful | Priority Records, LLC | SR 324-294 | 12/20/2002 |
| SOUND Team | Your Eyes Are Liars | Capitol Records, Inc. | SR 390-677 | 6/12/2006 |
| Steve Miller Band | Fly Like An Eagle | Capitol Records, Inc. | N 33473 | 6/24/1976 |
| Steve Miller Band | The Joker | Capitol Records, Inc. | N 11264 | 10/31/1973 |
| Stranglers | Golden Brown | Capitol Records, Inc. | SR 043-632 | 3/29/1983 |
| Supergrass | Alright | Capitol Records, Inc. | SR 338-466 | 7/9/2003 |
| The Decemberists | O Valencia | Capitol Records, Inc. | SR 399-124 | 10/13/2006 |
| The Red Jumpsuit Apparatus | False Pretense | Virgin Records America, Inc. | SR 394-029 | 8/11/2006 |
| The Rolling Stones | Let Me Down Slow | Virgin Records America, Inc. | SR 375-854 | 10/20/2005 |
| The Rolling Stones | Miss You | Virgin Records America, Inc. | SR 001-522 | 6/14/1978 |
| The Rolling Stones | Rough Justice | Virgin Records America, Inc. | SR 375-854 | 10/20/2005 |
| The Rolling Stones | Shattered | Virgin Records America, Inc. | SR 001-522 | 6/14/1978 |

*Exhibit A*

| ARTIST | WORK | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|---|
| The Specials | Blank Expression | Capitol Records, Inc. | SR 015-311 | 2/4/1980 |
| The Spice Girls | Wannabe | Virgin Records America, Inc. | SR 201-276 | 2/4/1997 |
| The Verve | Bittersweet Symphony | Virgin Records America, Inc. | SR 289-364 | 11/17/2000 |
| The Verve | Lucky Man | Virgin Records America, Inc. | SR 289-364 | 11/17/2000 |
| TOBYMAC | Extreme Days | EMI Christian Music Group, Inc. | SR 307-522 | 5/1/2002 |
| UB40 | Kingston Town | Virgin Records America, Inc. | SR 112-173 | 12/15/1989 |
| US3 | Cantaloop | Capitol Records, Inc. | SR 210-104 | 7/26/1995 |
| XTC | Dear God | Virgin Records America, Inc. | SR 079-666 | 3/3/1987 |