EXHIBIT B

| TITLE | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|
| When The Sun Goes Down | EMI April Music Inc. | PA 1-163-601 | 1/16/2006 |
| Slide | EMI Virgin Music, Inc.; EMI Virgin Songs, Inc. | PA 926-987 | 9/22/1998 |
| Lithium | EMI Virgin Songs, Inc. | PA 541 277 | 8/15/1991 |
| Not Too Late | EMI Blackwood Music | PA 1-167-082 | 1/30/2007 |
| Wake Me Up | EMI Blackwood Music | PA 1-167-086 | 1/30/2007 |
| Better | EMI Blackwood Music | PA 1-164-833 | 6/13/2006 |
| Synchronicity II | EMI Blackwood Music | PA 201-651 | 7/14/1983 |
| Truth Hits Everybody | EMI Blackwood Music | PA 52-675 | 4/30/1978 |
| Crazy | EMI April Music Inc. | PA 641 534 | 4/30/1993 |
| Mardy Bum | EMI April Music Inc. | PA 1-163-590 | 1/23/2006 |
| I Bet You Look Good On The Dancefloor | EMI April Music Inc. | PA 1-163-602 | 10/17/2005 |
| What's My Age Again? | EMI April Music Inc. | PA 957-349 | 6/1/1999 |
| Dammit | EMI April Music Inc. | PA 893 365 | 6/17/1997 |
| Everlong | EMI Virgin Songs, Inc. | PA 875 688 | 5/20/1997 |
| Iris | EMI Virgin Songs, Inc. | PA 900 647 | 3/31/1998 |
| Tears and Rain | EMI April Music Inc.; EMI Blackwood Music | PA 1-162-704 | 6/13/2005 |
| Hang | EMI April Music Inc.; EMI Blackwood Music | PA 844 644 | 10/1/1996 |
| Very Ape | EMI Virgin Songs, Inc. | PA 717 962 | 9/21/1993 |
| Broken | EMI Blackwood Music | PA 1-167-081 | 1/30/2007 |
| Against All Odds (Take A Look At Me Now) | EMI Golden Torch Music Corp.; EMI April Music Inc. | PA205-096 | 2/13/1984 |
| Trouble | EMI April Music Inc.; EMI Blackwood Music | PA 1-198-509 | 11/11/2003 |
| Crazy Little Thing Called Love | Beechwood Music Corporation | PA-65-077 | 11/12/1979 |
| Fidelity | EMI Blackwood Music | PA 1-164-835 | 6/13/2006 |
| Samson | EMI Blackwood Music | PA 1-286-734 | 12/30/2002 |
| Don't Stand So Close to Me | EMI Blackwood Music | PA 89-740 | 10/10/1980 |
| Every Breath You Take | EMI Blackwood Music | PA 201-652 | 7/14/1983 |
| Take It Away | EMI Blackwood Music | PA 1-256-603 | 9/28/2004 |
| I Caught Fire (In Your Eyes) | EMI Blackwood Music | PA 1-256-603 | 9/28/2004 |
| Sober | EMI Virgin Music, Inc. | PA 628 773 | 4/13/1993 |
| Vicarious | EMI Virgin Music, Inc. | PA 1-164-425 | 5/2/2006 |

1

*Exhibit B*

| TITLE | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|
| Fast Car | EMI April Music Inc. | PA 417 827 | 3/1/1988 |
| Baby Can I Hold You | EMI April Music Inc. | PA 417 830 | 3/1/1988 |
| Goodbye My Lover | EMI Blackwood Music | PA 1-162-698 | 6/13/2005 |
| No Bravery | EMI Blackwood Music | PA 1-162-699 | 6/13/2005 |
| You're Beautiful | EMI Blackwood Music | PA 1-162-696 | 6/13/2005 |
| Ever The Same | EMI April Music Inc. | PA 1-161-186 | 4/19/2005 |
| Aneurysm | EMI Virgin Songs, Inc. | PA 541 512 | 8/10/1991 |
| Smells Like Teen Spirit | EMI Virgin Songs, Inc. | PA 541 273 | 8/15/1991 |
| You Know You're Right | EMI Virgin Songs, Inc. | PA 1-073-542 | 10/29/2002 |
| Sinkin' Soon | EMI Blackwood Music | PA 1-167-083 | 1/30/2007 |
| Not My Friend | EMI Blackwood Music | PA 1-167-080 | 1/30/2007 |
| My Dear Country | EMI Blackwood Music | PA 1-167-079 | 1/30/2007 |
| Bark at The Moon | EMI Virgin Music, Inc. | PA-221-344 | 12/3/1983 |
| Who Knew | EMI Blackwood Music | PA 1-164-173 | 4/4/2006 |
| That Time | EMI Blackwood Music | PA 1-164-841 | 6/13/2006 |
| 20 Years of Snow | EMI Blackwood Music | PA 1-164-842 | 6/13/2006 |
| Driven to Tears | EMI Blackwood Music | PA 89-741 | 10/10/1980 |
| De Do Do Do De Da Da Da | EMI Blackwood Music | PA 89-745 | 10/10/1980 |
| On My Own | EMI Blackwood Music | PA 1-115-830 | 6/25/2002 |
| Listening | EMI Blackwood Music | PA 1-256-603 | 9/28/2004 |
| Lunacy Fringe | EMI Blackwood Music | PA 1-256-603 | 9/28/2004 |
| Give Me One Reason | EMI April Music Inc. | PA 795 005 | 11/1/1995 |
| Rehab | EMI Blackwood Music | PA 1-167-207 | 10/24/2006 |
| Addicted | EMI Blackwood Music | PA 1-167-184 | 10/30/2006 |
| Back to Black | EMI Blackwood Music | PA 1-167-190 | 10/30/2006 |
| Seize The Day | EMI April Music Inc. | PA 1-162-009 | 6/7/2005 |
| The Wicked End | EMI April Music Inc. | PA 1-162-014 | 6/7/2005 |
| Feel Good Inc. | EMI Blackwood Music | PA 1-161-611 | 5/24/2005 |
| Punk | EMI Blackwood Music | PA 1-066-506 | 3/26/2001 |
| Clint Eastwood | EMI Blackwood Music | PA 1-066-504 | 3/26/2001 |
| Because of You | EMI April Music Inc.; EMI Blackwood Music | PA 1-161-120 | 11/30/2004 |
| C'mon Billy | EMI Blackwood Music | PA 813-461 | 2/1/1995 |
| Down By The Water | EMI Blackwood Music | PA 813-458 | 2/1/1995 |

2

*Exhibit B*

| TITLE | PLAINTIFF | COPYRIGHT | DATE |
|---|---|---|---|
| My Beautiful Leah | EMI Blackwood Music | PA 928-991 | 9/29/1998 |
| La Bamba | EMI Longitude Music | EP 124401 | 10/1/1958 |
| Get Busy | EMI April Music Inc. | PA 1-104-704 | 9/24/2002 |
| Wannabe | EMI Full Keel Music | PA 823-685 | 11/4/1996 |
| Viva Forever | EMI Full Keel Music | PA 740-899 | 11/3/1997 |
| Naked | EMI Full Keel Music | PA 883-322 | 12/4/1996 |
| Season | EMI April Music Inc. | PA 1-162-349 | 2/8/2005 |
| Love Shack | EMI April Music Inc.; EMI Blackwood Music | PA-448-774 | 6/27/1989 |
| Semi-Charmed Life | EMI Blackwood Music | PA 797 856 | 4/8/1997 |
| Jumper | EMI Blackwood Music | PA 797 856 | 4/8/1997 |
| Never Too Late | EMI April Music Inc. | PA 1-164-544 | 6/13/2006 |
| I Hate Everything About You | EMI April Music Inc. | PA 1-215-642 | 7/22/2003 |
| Just Like You | EMI April Music Inc. | PA 1-215-642 | 7/22/2003 |

3