EXHIBIT C

| ARTIST | WORK | PLAINTIFF |
|---|---|---|
| Beach Boys | Barbara Ann | Capitol Records, Inc. |
| Beach Boys | Be True To Your School | Capitol Records, Inc. |
| Beach Boys | Fun, Fun, Fun | Capitol Records, Inc. |
| Beach Boys | God Only Knows | Capitol Records, Inc. |
| Beach Boys | Good Vibrations | Capitol Records, Inc. |
| Beach Boys | Sloop John B | Capitol Records, Inc. |
| Beach Boys | Surfin USA | Capitol Records, Inc. |
| Beatles | All You Need Is Love | Capitol Records, Inc. |
| Beatles | Blackbird | Capitol Records, Inc. |
| Beatles | Get Back | Capitol Records, Inc. |
| Beatles | Girl | Capitol Records, Inc. |
| Beatles | Hello Goodbye | Capitol Records, Inc. |
| Beatles | Here Comes The Sun | Capitol Records, Inc. |
| Beatles | Love Me Do | Capitol Records, Inc. |
| Beatles | Lucy In The Sky | Capitol Records, Inc. |
| Beatles | Oh Darling | Capitol Records, Inc. |
| Beatles | Penny Lane | Capitol Records, Inc. |
| Beatles | Revolution | Capitol Records, Inc. |
| Beatles | The End | Capitol Records, Inc. |
| Beatles | Yellow Submarine | Capitol Records, Inc. |
| Beatles | You Never Give Me Your Money | Capitol Records, Inc. |
| Dean Martin | Dream A Little Dream | Capitol Records, Inc. |
| Dean Martin | Memories Are Made | Capitol Records, Inc. |
| Dean Martin | That's Amore | Capitol Records, Inc. |
| Dean Martin | You're Nobody Til Somebody Loves You | Capitol Records, Inc. |
| Don McLean | American Pie | Capitol Records, Inc. |
| Fats Domino | Walking To New Orleans | Capitol Records, Inc. |
| Ferlin Husky | Gone | Capitol Records, Inc. |
| Jessie Hill | Ooh Poo Pah Doo - Part II | Capitol Records, Inc. |
| John Lennon | Imagine | Capitol Records, Inc. |
| Johnny Mercer | Ac-Cent-Tchu-Ate The Positive | Capitol Records, Inc. |

1

*Exhibit C*

| ARTIST | WORK | PLAINTIFF |
|---|---|---|
| June Christy | Something Cool | Capitol Records, Inc. |
| Les Paul | Tico Taco | Capitol Records, Inc. |
| Nat King Cole | Aquellos Ojos Verdes | Capitol Records, Inc. |
| Nat King Cole | Azure-Te | Capitol Records, Inc. |
| Nat King Cole | September Song | Capitol Records, Inc. |
| Nat King Cole | Unforgetable | Capitol Records, Inc. |
| Paul McCartney | Every Night | Capitol Records, Inc. |
| Peggy Lee | Fever | Capitol Records, Inc. |
| Pink Floyd | Julia Dream | Capitol Records, Inc. |
| Pink Floyd | The Scarecrow | Capitol Records, Inc. |
| Ricky Nelson | Lonesome Town | Capitol Records, Inc. |
| The Seekers | Sinner Man | Capitol Records, Inc. |
| Wayne Newton | Danke Schoen | Capitol Records, Inc. |

2