UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., et al.<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>MP3TUNES, LLC AND<br>MICHAEL ROBERTSON<br><br>　　　　　　　　　　　　Defendant. | Case No. 07 Civ.<br><br>Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

[SEE ATTACHED RIDER]                           (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The ultimate parent corporation of Capitol Records, Inc., Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records LLC, Virgin Records America, Inc., Beechwood Music Corporation, Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Keel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., and EMI Virgin Songs, Inc. is EMI Group Limited. No publicly held corporation owns 10% or more of the stock of any plaintiff.

Date:  11/9/07                                                    _____
                                                                    Signature of Attorney

                                                                    Attorney Bar Code: AB-6724

Form Rule7_1.pdf  SDNY Web 10/2007

## RIDER TO RULE 7.1 STATEMENT

**CAPITOL RECORDS, INC., et al.**
v.
**MP3TUNES, LLC AND
MICHAEL ROBERTSON**
07 CV _____ ( ___ )

**Plaintiffs:**

Capitol Records, Inc.
Caroline Records, Inc.
EMI Christian Music Group Inc.
Priority Records LLC
Virgin Records America, Inc.
Beechwood Music Corporation
Colgems-EMI Music Inc.
EMI April Music Inc.
EMI Blackwood Music
EMI Full Keel Music
EMI Golden Torch Music Corp.
EMI Longitude Music
EMI Virgin Music, Inc.
EMI Virgin Songs, Inc.