UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MP3TUNES, LLC AND MICHAEL ROBERTSON<br><br>    *Defendants*. | No. 07 Civ. 9931 WHP<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

  PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew H. Bart, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Brian Hauck
  JENNER & BLOCK LLP
  601 Thirteenth St. NW, Suite 1200 S
  Washington, DC 20005
  Tel: (202) 639-6000
  Fax: (202) 639-6066

  Brian Hauck is a member in good standing of the Bar of the State of Wisconsin and the District of Columbia. There are no pending disciplinary proceedings against Mr. Hauck in any State or Federal court.

Dated: November 21, 2007
   New York, NY

                Respectfully submitted,

                JENNER & BLOCK LLP

                By: */s/ Andrew H. Bart*
                   Andrew H. Bart

39826.1

ANDREW H. BART  (Bar No. AB-6724)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to Admit Counsel Pro Hac Vice to be served on November 21, 2007, to the following counsel by overnight mail:

Daniel C Minteer
Duane Morris LLP
101 West Broadway Suite 900
San Diego, CA 92101
*Attorney for Defendants*

Dated: November 21, 2007

Respectfully submitted,

By: _____
Andrew H. Bart

39826.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MP3TUNES, LLC AND MICHAEL ROBERTSON <br><br> *Defendants.* | No. 07 Civ. 9931 WHP <br><br> **AFFIDAVIT OF ANDREW H. BART IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
                      ) ss:
County of New York )

1. I am a Partner at Jenner & Block LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Brian Hauck as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Hauck has been an associate at Jenner & Block's Washington, DC office since 2003. I have found Mr. Hauck to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Certificates indicating his good standing with the Supreme Court of Wisconsin and the District of Columbia Court of Appeals are attached hereto as Exhibits A and B.

4. Accordingly, I am pleased to move the admission of Brian Hauck, pro hac vice.

5. I respectfully submit a proposed order granting the admission of Brian Hauck, pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Brian Hauck, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

Dated: November 21, 2007
New York, NY

_____
Andrew H. Bart

Sworn to before me this
day of November 21, 2007

_____
Notary Public

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Affidavit of Andrew H. Bart in Support of Motion to Admit Counsel Pro Hac Vice to be served on November 21, 2007, to the following counsel by overnight mail:

Daniel C Minteer
Duane Morris LLP
101 West Broadway Suite 900
San Diego, CA 92101
*Attorney for Defendants*

Dated: November 21, 2007

Respectfully submitted,

By: *Andrew H. Bart*
    Andrew H. Bart

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### BRIAN HAUCK

*was admitted to practice as an attorney within this state on November 8, 2001 and is presently in good standing in this court.*

Dated: November 16, 2007

DAVID R. SCHANKER
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRIAN HAUCK

was on the 8th day of September, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 16, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
             Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MP3TUNES, LLC AND MICHAEL ROBERTSON <br><br> *Defendants*. | No. 07 Civ. 9931 WHP <br><br> **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Andrew H. Bart, attorney for Plaintiffs, and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that

    Brian Hauck
    JENNER & BLOCK LLP
    601 Thirteenth St. NW, Suite 1200 S
    Washington, DC 20005
    Tel: (202) 639-6000
    Fax: (202) 639-6066

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

City, State: _____

                                                      _____
                                                      United States District / Magistrate Judge