UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, | No. 07 Civ. 9931 WHP |
| Plaintiffs, | [~~PROPOSED~~] **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| v. | |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | |
| Defendants. | |

Upon the motion of Andrew H. Bart, attorney for Plaintiffs, and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED** that

Brian Hauck
JENNER & BLOCK LLP
601 Thirteenth St. NW, Suite 1200 S
Washington, DC 20005
Tel: (202) 639-6000
Fax: (202) 639-6066

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Dec. 3, 2007
City, State: New York, New York

_____
United States District / Magistrate Judge