USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. ET AL.,              :

                    Plaintiffs,                      :

   -against-                                                    :

MP3TUNES, LLC ET AL.,                             :

                    Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 9931 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Defendants' application to extend the time to answer is granted. The time to answer and a discovery schedule will be set at the initial pre-trial conference on December 20, 2007 at 4:30 p.m. The parties are directed to meet and confer in preparation for the conference, at which time Defendants shall inform Plaintiffs if they intend to file a motion to dismiss.

Dated: December 5, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*