```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAPITOL RECORDS, INC. et al.,           :      07 Civ. 9931 (WHP)

                    Plaintiffs,         :      SCHEDULING ORDER NO. 1

        -against-                       :

MP3TUNES, LLC et al.,                   :

                    Defendants.         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared for a December 20, 2007 conference, the following schedule is established on consent:

1. Defendants shall file and serve their motion to dismiss by February 15, 2008;

2. Plaintiffs shall file and serve their opposition to the motion by March 14, 2008;

3. Defendants shall file and serve their reply on the motion by March 25, 2008; and

4. This Court will hold oral argument on April 18, 2008 at 10:15 a.m.

Dated: December 20, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*