**DUANE MORRIS LLP**
Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020
And by: Edward M. Cramp (prospective *pro hac vice*)
Michelle Hon (prospective *pro hac vice*)

Attorneys for MP3TUNES and MICHAEL ROBERTSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.;<br><br>Plaintiffs,<br><br>-against-<br><br>MP3TUNES, LLC and MICHAEL ROBERTSON<br><br>Defendants. | Civil Action No. 07-CV-9931(WHP)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD MAURICE CRAMP** |

------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Declaration of Gregory P. Gulia on January 30, 2008, defendant MP3TUNES, LLC and Michael Robertson will move this Court before the Honorable William H. Pauley, III, at the United States District Court, 500 Pearl Street, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of

DM1\1283262.1

       Edward Maurice Cramp
       Duane Morris LLP
       101 West Broadway
       Suite 900
       San Diego, CA 92101-8285
       Tel.: (619) 744-2223
       Fax: (619) 889-2434
       EMCramp@duanemorris.com

to practice before this Court in the above captioned action. Edward Maurice Cramp is a member in good standing of the Bar of the State of California and Illinois. There are no pending disciplinary proceedings against Edward Maurice Cramp in any State or Federal court.

Dated: New York, New York
    January 30, 2008

                GREGORY P. GULIA

# CERTIFICATE OF SERVICE

    This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Michelle Ann Hon, Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Michelle Ann Hon, and Proposed Order for Admission *Pro Hac Vice* of Michelle Ann Hon to be served on the following individuals by first class mail:

**Andrew Harrison Bart**
Jenner & Block LLP (NYC)
919 Third Avenue, 37th Floor
New York, NY 10022

**Steven Bernard Fabrizio**
**Brian Hauck**
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200 South
Washington, DC 20005

This the 30th day of January, 2008.

_____
GREG P. GULIA

DUANE MORRIS LLP
Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020
And by: Edward M. Cramp (prospective *pro hac vice*)
      Michelle Hon (prospective *pro hac vice*)

Attorneys for MP3TUNES and MICHAEL ROBERTSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.;<br><br>          Plaintiffs,<br><br>  -against-<br><br>MP3TUNES, LLC and MICHAEL ROBERTSON<br><br>          Defendants. | Civil Action No. 07-CV-9931(WHP)<br><br>**DECLARATION OF GREGORY P. GULIA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD MAURICE CRAMP** |

------------------------------------------------------------X

STATE OF NEW YORK  )
                            : ss.:
COUNTY OF NEW YORK  )

      GREGORY P. GULIA, under penalty of perjury, hereby declares:

      1.    I am a partner of the firm Duane Morris LLP, counsel for defendants MP3TUNES, LLC and MICHAEL ROBERTSON in the above-captioned action. I am fully

familiar with the facts contained herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Edward Maurice Cramp to practice before this Court in the above-captioned action.

2. I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this court.

3. Edward Maurice Cramp is a member in good standing of the State Bar of California and the State Bar of Illinois. Original Certificates of Good Standing issued by the State Bar of California and Illinois within the last thirty days is annexed as Exhibit A.

4. I have found Edward Maurice Cramp to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. I respectfully submit a proposed order granting the admission of Edward Maurice Cramp *pro hac vice*, annexed as Exhibit B.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Edward Maurice Cramp to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       January 30, 2008

_____
GREGORY P. GULIA



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 23, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD MAURICE CRAMP, #212490 was admitted to the practice of law in this state by the Supreme Court of California on February 9, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Edward Maurice Cramp

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 18, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, January 18, 2008.

*Juleann Hornyak*
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAPITOL RECORDS, INC.; CAROLINE
RECORDS, INC.; EMI CHRISTIAN MUSIC
GROUP INC.; PRIORITY RECORDS LLC;
VIRGIN RECORDS AMERICA, INC.;
BEECHWOOD MUSIC CORP.; COLGEMS-EMI
MUSIC INC.; EMI APRIL MUSIC INC.; EMI
BLACKWOOD MUSIC; EMI FULL KEEL
MUSIC; EMI GOLDEN TORCH MUSIC CORP.;
EMI LONGITUDE MUSIC; EMI VIRGIN
MUSIC, INC.; EMI VIRGIN SONGS, INC.;

               Plaintiffs,

      -against-

MP3TUNES, LLC and MICHAEL ROBERTSON

              Defendants.
-----------------------------------------------------------X

Civil Action No. 07-CV-9931(WHP)

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF EDWARD MAURICE CRAMP**

Upon consideration of the motion of Gregory P. Gulia, attorney for defendant MP3TUNES, LLC and Michael Robertson, and said sponsor attorney's declaration in support of;

IT IS HEREBY ORDERED that

        Edward Maurice Cramp
        Duane Morris LLP
        101 West Broadway
        Suite 900
        San Diego, CA 92101-8285
        Tel.: (619) 744-2223
        Fax: (619) 889-2434
        EMCramp@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

January___, 2008

_____
Honorable William H. Pauley, III
United States District Judge