UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CAPITOL RECORDS, INC. et al.,                    :        07 Civ. 9931 (WHP)

                              Plaintiffs,         :        ORDER GRANTING
          -against-                                       ADMISSION PRO HACE VICE

                                                  :

MP3TUNES, LLC et al.,

                                                  :

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the Notice of Motion and the Affidavit of Gregory P. Guilia

Esq. in support of admitting Michelle Ann Hon, Esq. to appear pro hac vice, it is hereby

ORDERED that Ms. Hon be admitted to this Court pro hac vice to represent Defendants in the

above-captioned action.

       The attorney admitted pro hac vice must serve a copy of this Order on all other

parties who have appeared in this action.

Dated:     February 12, 2008
         New York, New York

                   SO ORDERED:

                    WILLIAM H. PAULEY III
                       U.S.D.J.