UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CAPITOL RECORDS, INC. et al.,              :         07 Civ. 9931 (WHP)

       Plaintiffs,          :         ORDER GRANTING
 -against-                                                 <u>ADMISSION PRO HACE VICE</u>
             :
MP3TUNES, LLC et al.,
             :
       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

   Having reviewed the Notice of Motion and the Affidavit of Gregory P. Guilia Esq. in support of admitting Edward M. Cramp, Esq. to appear <u>pro hac vice</u>, it is hereby ORDERED that Mr. Cramp be admitted to this Court <u>pro hac vice</u> to represent Defendants in the above-captioned action.

   The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other parties who have appeared in this action.

Dated: February 12, 2008
     New York, New York

               SO ORDERED:

               WILLIAM H. PAULEY III
               U.S.D.J.