UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. et al.,                :        07 Civ. 9931 (WHP)

                        Plaintiffs,            :        SCHEDULING ORDER NO. 2

        -against-                           :

MP3TUNES, LLC et al.,                         :

                        Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a February 15, 2008 conference, the following schedule is established on consent:

1. Defendants shall file and serve their motion to dismiss by February 22, 2008;

2. Plaintiffs shall file and serve their opposition to the motion by March 21, 2008;

3. Defendants shall file and serve their reply on the motion by April 1, 2008; and

4. This Court will hold oral argument on May 2, 2008 at 11:00 a.m.

Dated: February 15, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*