DUANE MORRIS LLP
Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
Telephone: 212.692.1000

and

Edward M. Cramp (*pro hac vice*)
Michelle Hon (*pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendants
MP3TUNES, LLC and
MICHAEL ROBERTSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MP3TUNES, LLC AND MICHAEL ROBERTSON <br><br> Defendants. | No. 07 Civ. 9931 (WHP) <br><br><br> **DEFENDANTS' MP3TUNES, LLC AND MICHAEL ROBERTSON'S MOTION TO DISMISS OR TRANSFER** |

Defendants MP3Tunes, LLC and Michael Robertson, through counsel, hereby move this Court to dismiss the present action in favor of a mirror image first-filed action, captioned *MP3Tunes LLC v. EMI Group, Ltd, et al.,* Case No. 07CV1844WQH (NLS), pending in the United States District Court for the Southern District of California. Alternatively, for the convenience of the parties and in the interest of judicial economy, Defendants move this Court to transfer this action to the Southern District of California pursuant to 28 U.S.C. § 1404(a).

The grounds for this motion are set forth fully in Defendants' opening brief, which is being served and file contemporaneously herewith.

        Respectfully submitted,

        DUANE MORRIS LLP

        *Gregory Gulia* (vch)
        Gregory P. Gulia
        1540 Broadway
        New York, NY 10036-4086
        (212) 692-1062
        (212) 202-6151 (fax)
        GPGulia@duanemorris.com

        and

        Edward M. Cramp
        Michelle Hon
        101 West Broadway, Suite 900
        San Diego, CA 92101-8285
        (619) 744-2200
        (619) 744-2201 (fax)
        EMCramp@duanemorris.com
        MHon@duanemorris.com

        Attorneys for Defendants
        MP3TUNES, LLC and
        MICHAEL ROBERTSON

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following this 22nd day of February, 2008:

>Andrew H. Bart
>Jenner & Block LLP
>919 Third Avenue, 37th Floor
>New York, NY 10022
>
>Steven B. Fabrizio
>Jenner & Block LLP
>601 Thirteenth Street, NW, Suite 1200S
>Washington, D.C. 20005

_____
Vanessa

DM3\680437.1