**DUANE MORRIS** LLP
By:    Gregory P. Gulia (2562916)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
And By: Edward M. Cramp (*pro hac vice*)
          Michelle Hon (*pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for MP3TUNES and MICHAEL ROBERTSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MP3TUNES, LLC and MICHAEL ROBERTSON <br><br> Defendants. | CIVIL ACTION NO. 07-Civ. 9931 (WHP) |

- 2 -

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure, Rule 7.1(a), Defendant MP3TUNES, LLC, by and through its counsel, Duane Morris LLP, hereby states that MP3TUNES, LLC, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DUANE MORRIS LLP

By: ___s/Gregory P. Gulia___
    Gregory P. Gulia

    1540 Broadway
    New York, NY 10036-4086
    Telephone: 212.692.1027
    Facsimile: 212.692.1020

    Attorneys for MP3TUNES and MICHAEL ROBERTSON

Dated:   March 3, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAPITOL RECORDS, INC.; CAROLINE
RECORDS, INC.; EMI CHRISTIAN MUSIC
GROUP INC.; PRIORITY RECORDS LLC;
VIRGIN RECORDS AMERICA, INC.;
BEECHWOOD MUSIC CORP.; COLGEMS-EMI
MUSIC INC; EMI APRIL MUSIC INC.; EMI
BLACKWOOD MUSIC; EMI FULL KEEL
MUSIC; EMI GOLDEN TORCH MUSIC CORP.;
EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC,
INC.; EMI VIRGIN SONGS, INC.,

             07 CV 9931 (WHP)

    Plaintiffs,

 -against-

MP3TUNES, LLC and MICHAEL ROBERTSON  **CERTIFICATE OF SERVICE**

    Defendants.
------------------------------------------------------------------x

  This is to certify that I served the Disclosure Statement on counsel in this action by regular mail at the address listed below and via Electronic Filing and email:

    Brian Hauck, Esq.
    Jenner & Block, LLP
    601 Thirteenth Street, N.W.
    Suite 1200 South
    Washington, DC 20005-3823
    BHauck@jenner.com

    Andrew H. Bart, Esq.
    Jenner & Block, LLP
    919 Third Avenue
    37th Floor
    New York, NY 10022-3908
    Abart@jenner.com

This the 7th day of March, 2008.

                 s/Cathy Smith
                 CATHY SMITH