UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. et al.,                :          07 Civ. 9931 (WHP)

                    Plaintiffs,      :          SCHEDULING ORDER NO. 3

      -against-                                :

MP3TUNES, LLC et al.,                        :

                    Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having informed the Court of certain discovery disputes in this case, this Court will hold a conference on March 19, 2008 at 3:00 p.m.

Dated: March 13, 2008
      New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*