UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. et al.,                   :      07 Civ. 9931 (WHP)

                        Plaintiffs,        :      <u>SCHEDULING ORDER NO. 4</u>

     -against-                                  :

MP3TUNES, LLC et al.,                           :

                        Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a March 19, 2008 conference, this Court directs the following:

1. Defendants are directed to provide the names and addresses of officers, directors, and owners of the entities listed in Defendants' Amended Response to Plaintiffs' Interrogatory Request No. 1, to the extent they have such information;

2. Defendants are directed to produce documents responsive to Plaintiffs' Document Request Nos. 1, 15, and 17;

3. Defendants are direct to produce documents related to Michael Robertson's role in the creation of MP3tunes' business plan and technical structure and design of its websites;

4. Plaintiffs may attempt to extract documents and/or information from Defendants' computer system that is responsive to Plaintiffs' Document Request No. 7, unless it is disruptive to Defendants' business;

5. Plaintiffs shall file and serve their opposition to the motion to dismiss by April 18, 2008;

-1-

6. Defendants shall file and serve their reply on the motion by May 2, 2008; and

7. This Court will hold oral argument on May 23, 2008 at 10:00 a.m.


Dated: March 21, 2008
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*