UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>MP3TUNES, LLC AND MICHAEL ROBERTSON <br><br>*Defendant.* | No. 07 Civ. 9931 (WHP) <br><br>**NOTICE OF CHANGE IN PARTY'S NAME** |

PLEASE TAKE NOTICE that the name of Plaintiff Capitol Records, Inc. has been changed to Capitol Records, LLC. Plaintiffs respectfully request that the case's caption be updated to reflect that change.

Dated: April 18, 2008

                                          Respectfully submitted,

                                          JENNER & BLOCK LLP

                                          By: *Andrew H Bart*
                                               Andrew H. Bart

                                          ANDREW H. BART (Bar No. AB-6724)
                                          JENNER & BLOCK LLP
                                          919 Third Avenue, 37th Floor
                                          New York, NY 10022

Telephone: (212) 891-1600
Facsimile: (212) 891-1699

STEVEN B. FABRIZIO (Bar No. SF-8639)
BRIAN HAUCK (*pro hac vice*)
JENNER & BLOCK LLP
601 Thirteenth St., NW  Suite 1200S
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

Telephone: (212) 891-1600
Facsimile: (212) 891-1699

STEVEN B. FABRIZIO (Bar No. SF-8639)
BRIAN HAUCK (*pro hac vice*)
JENNER & BLOCK LLP
601 Thirteenth St., NW  Suite 1200S
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> MP3TUNES, LLC AND MICHAEL ROBERTSON <br><br> *Defendant.* | No. 07 Civ. 9931 (WHP) <br><br> **CERTIFICATE OF SERVICE** |

I, Carletta F. Higginson, do hereby certify that on this 18th day of April, 2008 I caused the within *Notice of Change in Party's Name* to be filed via this Court's Electronic Case Filing System and served via overnight mail delivery upon the following individuals and law firm(s):

**Edward M. Cramp, Esq.**
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101

**Gregory P. Gulia, Esq.**
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036

_____
Carletta F. Higginson