UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 Civ. 9931 (WHP) **DECLARATION OF ANDREW H. BART IN SUPPORT OF EMI'S OPPOSITION TO MP3TUNES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA** |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | ) ) ) ) | |
| *Defendant.* | ) ) | |

I, Andrew H. Bart, declare as follows:

1.     I am a partner with the law firm of Jenner & Block LLP, and I represent the plaintiffs in this action.  The statements made in this declaration are based on my personal knowledge.  If called to testify as a witness, I would testify as follows:

2.     Attached hereto as Exhibit 1 is a true and correct copy of a September 4, 2007 letter from Steven B. Fabrizio to Emily Richards.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a September 18, 2007 letter from Steven B. Fabrizio to Ira S. Sacks.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Amended Complaint for Declaratory Relief filed by MP3Tunes, LLC in the United States District Court for the Southern District of California.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a September 21, 2007 letter from Ira S. Sacks to Steven B. Fabrizio.

6.    Exhibit 5 has been filed under seal pursuant to the Stipulated Protective Order in the above-captioned action (the "Action").

7.    Exhibit 6 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

8.    Exhibit 7 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

9.    Exhibit 8 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

10.    Exhibit 9 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

11.    Exhibit 10 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

12.    Attached hereto as Exhibit 11 is a true and correct copy of the Affidavit of Chad Olson, sworn to on January 25, 2008.

13.    Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Kevin Carmony, sworn to on January 25, 2008.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a spreadsheet produced by MP3tunes in this litigation and bearing the bates number D000047-69.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a webpage entitled "Michael's Minutes" dated June 15, 2005 from Michael Robertson's website made available at www.michaelrobertson.com.

16.    Exhibit 15 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

17.    Exhibit 16 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

18.    Exhibit 17 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

19.    Attached hereto as Exhibit 18 is a true and correct copy of Michael Robertson's redacted itinerary.

20.    Exhibit 19 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

2

21.    Attached hereto as Exhibit 20 is a transcript prepared by my law firm of an interview of Michael Robertson at Digital Music Forum East on February 27, 2008, based on an audio recording of that interview made available at www.digitalmusicforum.com/east/media08.shtml.

22.    Exhibit 21 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

23.    Attached hereto as Exhibit 22 is a true and correct copy of an announcement from the Digital Music Forum East.

24.    Attached hereto as Exhibit 23 is a true and correct copy of the Stipulation Regarding MP3Tunes' Revenue From Interstate and International Commerce dated February 11, 2008.

25.    Attached hereto as Exhibit 24 is a true and correct copy of a redacted email thread ending in an August 29, 2007 message from Dorothy Sherman to Emily Richards.

26.    Attached hereto as Exhibit 25 is a true and correct copy of a redacted email thread ending in a December 8, 2006 message from Doug Reese to Emily Richards.

27.    Attached hereto as Exhibit 26 is a true and correct copy of a redacted email thread ending in a December 27, 2007 message from Julian Krause to Emily Richards and others.

28.    Attached hereto as Exhibit 27 is a true and correct copy of a redacted email thread ending in a December 27, 2007 message from Julian Krause to Emily Richards and others.

29.    Attached hereto as Exhibit 28 is a true and correct copy of a redacted email thread ending in a December 27, 2007 message from Julian Krause to Emily Richards and others.

30.    Attached hereto as Exhibit 29 is a true and correct copy of a redacted email thread ending in a December 27, 2007 message from Julian Krause to Emily Richards and others.

31.    Attached hereto as Exhibit 30 is a true and correct copy of a September 13, 2007 letter from Ira S. Sacks to Steven B. Fabrizio.

32.    Exhibit 31 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

33.    Exhibit 32 has been filed under seal pursuant to the Stipulated Protective Order in the Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2008

_Andrew H Bart_
Andrew H. Bart

# EXHIBIT 1

# J E N N E R & B L O C K

Jenner & Block LLP          Chicago
601 Thirteenth Street, NW     Dallas
Suite 1200 South              New York
Washington, DC 20005-3823     Washington, DC
Tel 202 639-6000
www.jenner.com

Steven B. Fabrizio
Tel   202 639-6040
Fax   202 661-4823
sfabrizio@jenner.com

## VIA OVERNIGHT MAIL

September 4, 2007

MP3Tunes, LLC
5960 Cornerstone Court
First Floor
San Diego, CA 92121

Attn: Emily Richards

> *Re:    EMI Music Group/Infringement of Copyrighted Works*

Dear Ms. Richards:

We are counsel for EMI Music Group North America, whose record labels include (but are not limited to) Capitol, Priority, Blue Note, EMI, Virgin, and Astralwerks (collectively, "EMI"). EMI is the owner of copyright, exclusive rights under copyright or related common law and statutory rights, in sound recordings. Among the recordings whose rights are owned by EMI are some of the most popular recordings in the world, including recordings by the Beatles, the Beastie Boys, the Beach Boys, Coldplay, David Bowie, Norah Jones, Lenny Kravitz, Radiohead, the Red Hot Chili Peppers, Tina Turner, and many others.

MP3Tunes, through its websites, MP3Tunes.com and Sideload.com, and its "Oboe Software Suite" (collectively, "MP3Tunes"), among other things, is copying and storing to its servers, indexing, publicly performing, and making available for download hundreds (if not thousands) of our client's copyrighted recordings in violation of the Copyright Act. For example, MP3Tunes.com provides (based on a user's search query) URL links to "source sites" that host unauthorized music files. Through the "Oboe Software Suite" and the "Oboe Sideload Plug-in," which MP3Tunes provides for no charge at MP3Tunes.com and Sideload.com, MP3Tunes' users can click a button MP3Tunes presents beside every link; when they do so, MP3Tunes automatically and instantly copies and "sideloads" the selected music from the source site into the user's Oboe locker on the MP3Tunes.com website (which offers free storage and indexing of the user's "sideloaded" files). Thus, MP3Tunes unlawfully copies, and enables and induces its users to unlawfully copy, countless audio recordings of EMI artists, such as Coldplay's "Clocks" or Radiohead's "Karma Police." All of these unauthorized music files are available for download or immediate playback via the MP3Tunes.com website's proprietary integrated online audio player, and can be further transferred to most portable music devices, or copied to a compact disc. Searches using the names of virtually every other EMI artist returned similar results. However, EMI has not authorized <u>any</u> of its recordings to be copied, distributed, or performed in this manner on or by MP3Tunes or its users.

Emily Richards
September 4, 2007
Page 2

As we are certain that you are aware, the foregoing conduct constitutes copyright infringement under the United States Copyright Act and under laws of other countries, international law, and/or international treaty obligations. For a variety of reasons, MP3Tunes is not protected by any of the "safe-harbors" of the Digital Millennium Copyright Act ("DMCA").

Without waiver of the foregoing position and without conceding that MP3Tunes is entitled to any of the protections of the DMCA, including that it is a "Service Provider," falls within any of the enumerated categories of Section 512(a)-(d), or has effectively complied with any of the requirements contained therein, we are enclosing herewith a CD-ROM containing a spreadsheet identifying, by artist, song title and URL location, a representative sample, pursuant to 17 U.S.C. § 512(c)(3)(A)(ii), of EMI's copyrighted works that are copied, performed, stored, distributed, and made available for download on or by MP3Tunes. We demand that MP3Tunes immediately take the following actions with respect to each work identified in the attached spreadsheet: (1) remove or disable access to the work; (2) notify the MP3Tunes end user or uploader of the infringement(s); and (3) take appropriate action against the account holder pursuant to the MP3Tunes Terms of Use and End User Agreement. Please confirm in writing that you have done so. Additionally, please provide us with a complete accounting of all of the identified EMI recordings that have been copied, performed or distributed by MP3Tunes including the number of times each recording has been accessed by MP3Tunes users.

The enclosed representative list reflects only a small portion of the total number of infringing EMI works contained on MP3Tunes. Our initial investigation suggests that hundreds, if not thousands, of additional copies of EMI's copyrighted works are being made available on or by MP3Tunes, with more being copied and made available daily. Accordingly, pursuant to 17 U.S.C. § 512(c)(3)(A)(ii), based on EMI's representative list, MP3Tunes is obligated to remove all of EMI's copyrighted works, even those not specifically identified on the attached. A non-exhaustive further listing of EMI's recording artists can be found at http://www.emigroup.com/About/Music/Default.htm. In addition to the foregoing, we demand that MP3Tunes immediately take any and all appropriate action to ensure that each and every one of the works identified in the attached spreadsheet, and all other EMI copyrighted recordings, remain unavailable on or through MP3tunes.

The information in this notification is accurate and we have a good faith belief that use of the material in the manner complained of is not authorized by EMI, its respective agents, or the law. I further hereby state, under penalty of perjury, that we are authorized to act on behalf of EMI as set forth in this letter.

Emily Richards
September 4, 2007
Page 3

      Your immediate attention to this letter is required.  Nothing herein is intended to or shall be construed as a waiver of any of EMI's rights and remedies, all of which hereby are expressly reserved.

                        Very truly yours,

                        Steven B. Fabrizio

Enclosure

cc:    Alasdair McMullan, Esq.
       Scott Schreiber, Esq.
       *EMI Music North America*

# EXHIBIT 2

# JENNER&BLOCK

Jenner & Block LLP          Chicago
601 Thirteenth Street, NW     Dallas
Suite 1200 South             New York
Washington, DC 20005-3823    Washington, DC
Tel 202 639-6000
www.jenner.com

Steven B. Fabrizio
Tel  202 639-6040
Fax  202 661-4823
sfabrizio@jenner.com

September 18, 2007

**VIA ELECTRONIC MAIL**
**AND U.S. MAIL**

Ira S. Sacks, Esq.
Dreier LLP
499 Park Avenue
New York, NY  10022

   *Re:*  *MP3tunes Infringement of EMI Works*

Dear Ira:

   Thank you for your letter of September 13, 2007.  It is not our intention to engage in an extended exchange of letters.  However, because your client appears to fundamentally misunderstand the DMCA, in an effort to avoid litigation born of misunderstanding, we offer the four observations set forth below.  Beyond that, we invite MP3tunes to make a substantive proposal both to redress past infringement of EMI works and to ensure that there will be no future infringement of EMI works.  When Michael Robertson and I spoke last week, it was my impression that MP3tunes would be making such a proposal.  If MP3tunes does not intend to make a meaningful proposal to resolve this matter, kindly let us know and we will proceed accordingly.

   As for the substance of your September 13 letter:

o <u>First</u>, respectfully, you are simply wrong in your interpretation of the DMCA.  While you correctly recite the text of § 512(c)(3), you completely ignore § 512(d), which addresses information location tools.  To the extent MP3tunes can take advantage of the DMCA at all, it must respond to notices compliant under § 512(d).  As you undoubtedly know, § 512(d)(3) expressly modifies § 512(c)(3)(A)(iii) on the very issue of alleged non-compliance you raise in your letter.  In relevant part, § 512(d)(3) provides that for purposes of § 512(d):

      the information described in subsection (c)(3)(A)(iii) shall be
      identification of the ***reference or link***, to material or activity
      claimed to be infringing, that is to be removed or access to which
      is to be disabled, and information reasonably sufficient to permit
      the service provider to locate that ***reference or link***.

17 U.S.C. § 512(d)(3) (emphasis added); *see also* S.R. Rep. No. 105-190, at 47-48 (1998) ("The reference to 'infringing activity' is intended to refer to wrongful activity that is occurring at the

Ira S. Sacks, Esq.
September 18, 2007
Page 2

location to which the link or reference refers ... [and] the information submitted by the complaining party under subsection (c)(3)(A)(iii) is identification of the reference or link to infringing material or activity"). Accordingly, our notice is absolutely compliant with the DMCA in all respects.

   o  <u>Second</u>, we agree with the acknowledgement in your September 13 letter, at page 3, that we have "correctly supplied a representative list of multiple copyrighted works located on a single site in [our] notification as per 17 U.S.C. § 512(c)(A)(ii)." MP3tunes, however, does not appear to grasp the legal implications of that. The DMCA does not provide "safe harbor" just because a service provider responds to a notification by blocking access to the specifically identified works on a representative list. The statutory text and the legislative history make crystal clear that, once a copyright holder has provided a compliant "representative list" of its works, the obligation shifts to the service provider to remove or disable access to **all** copyrighted works owned by that copyright holder. The pertinent legislative history is as follows:

> Where multiple works at a single online site are covered by a single notification, *a representative list of such works at that site is sufficient*. Thus, where a party is operating an unauthorized Internet jukebox from a particular site, it is not necessary for a compliant notification to list every musical composition or sound recording that has been or could be infringed at that site, so long as a representative list of those compositions or recordings is provided so that the service provider *can understand the nature and scope of the infringement being claimed*.

S.R. Rep. No. 105-190, at 46 (emphasis added); H.R. Rep. No. 105-551, at 55 (1998) (same); *see also, e.g., ALS Scan, Inc. v. Remarq Communities, Inc.*, 239 F.3d 619, 625 (4th Cir. 2001) (DMCA safe harbor "is not presumptive, but granted only to 'innocent' service providers who can prove they do not have actual or constructive knowledge of the infringement"; eligibility for safe harbor "disappears at the moment the service provider loses its innocence, *i.e.*, at the moment it becomes aware that a third party is using its system to infringe"). Therefore, MP3tunes' commitment to remove the specific links identified on our representative list is not an act of compliance, but rather an acknowledgement of non-compliance. EMI has provided more than sufficient notice such that MP3tunes can understand the nature and scope of the infringement being claimed. If MP3tunes wants any argument as to compliance with § 512(d)(3), it must act accordingly. As observed below, it has not.

   o  <u>Third</u>, as of this morning, countless EMI works, including works that were identified in our notice, and the works of EMI artists who were identified in the notice, continue to be infringed by and through MP3tunes. MP3tunes is liable for each of these infringements.

   o  <u>Fourth</u>, many in your client's position conveniently view the DMCA as providing safe harbor as long as copyright infringement notices are appropriately responded to. That is not correct. Whether or not notices are sent to or responded to by a service provider, the DMCA

Ira S. Sacks, Esq.
September 18, 2007
Page 3

disqualifies a service provider from all safe harbor if that service provider *either*: (i) has "actual knowledge that the material or activity is infringing," 17 U.S.C. § 512(d)(1)(A); *or* (ii) is "aware of facts or circumstances from which infringing activity is apparent," 17 U.S.C. § 512(d)(1)(B); *or* (iii) "receive[s] a financial benefit directly attributable to the infringing activity, in a case in which the service provider has the right and ability to control such activity," 17 U.S.C. § 512(d)(2). Separate and apart from its failure to comply with EMI's notice, MP3tunes would be disqualified from DMCA safe harbor based on *each* of these provisions. Moreover, in addition to EMI works that are protected under the federal copyright laws, MP3tunes infringes and is responsible for the infringement of innumerable EMI works that were first fixed prior to February 1972 ("pre-72 works") and which are protected under state law. *E.g., Capitol Records, Inc. v. Naxos of America, Inc.*, 4 N.Y.3d 540, 830 N.E.2d 250 (N.Y. 2005). As the DMCA is a provision of the United States Copyright Act, it provides no conceivable protection for MP3tunes' infringement of EMI's pre-72 works.

"The complex marvels of cyberspatial communications may create difficult legal issues; but not in this case." *UMG Recordings, Inc. v. MP3.com, Inc.*, 92 F. Supp. 2d 349, 350 (S.D.N.Y 2000) (Rakoff, J.). Judge Rakoff's comment is equally applicable here. MP3tunes is building a business by leveraging the popularity of creative works that MP3tunes did not create and does not own. It will be held liable for copyright infringement under federal and state laws.

If MP3tunes has made an informed decision to litigate the issue of its copyright liability, so be it. If, on the other hand, MP3tunes has a meaningful proposal to make for an overall resolution, the time to make it is now.

Finally, EMI is compelled to expressly reserve all of its rights with respect to the conflict of interest your firm, Dreier LLP, has in representing MP3tunes in a matter adverse to EMI. Dreier LLP *currently* is representing EMI's affiliate, Caroline Records, Inc., in a ongoing litigation in the New York State Supreme Court captioned *Caroline Records v. Jetset*. The rules of professional conduct governing lawyers practicing in New York prohibit Dreier LLP from acting adverse to its EMI client absent receiving an express waiver from EMI, which Dreier LLP has neither sought nor received.

Yours truly,

Steven B. Fabrizio

cc:    Alasdair McMullan, Esq.
       Scott Schreiber, Esq.
       *EMI Music North America*

       Andrew H. Bart, Esq.
       Thomas J. Perrelli, Esq.
       *Jenner & Block LLP*

3

# EXHIBIT 3

1  Edward M. Cramp (SBN 212490)
   Michelle Hon (SBN 234492)
2  **DUANE MORRIS** LLP
   101 West Broadway, Suite 900
3  San Diego, CA 92101
   Telephone: 619.744.2200
4  Facsimile: 619.744.2201
   E-Mail:   emcramp@duanemorris.com
5             mhon@duanemorris.com

6  Attorneys for Plaintiff MP3TUNES, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  MP3TUNES, LLC,                        )   Case No.: 07CV1844WQH (NLS)
                                          )
12                 Plaintiff,             )   **AMENDED COMPLAINT FOR**
                                          )   **DECLARATORY JUDGMENT AND**
13         v.                             )   **VIOLATION OF THE DIGITAL**
                                          )   **MILLENNIUM COPYRIGHT ACT;**
14  EMI GROUP, LTD; EMI GROUP NORTH       )   **VIOLATION OF CALIFORNIA**
    AMERICA, INC.; EMI GROUP NORTH        )   **BUSINESS AND PROFESSIONS CODE**
15  AMERICA HOLDINGS, INC.; and EMI MUSIC )   **SECTION 17200; DEMAND FOR JURY**
    NORTH AMERICA, LLC; CAPITOL RECORDS,  )   **TRIAL**
16  INC.; CAROLINE RECORDS, INC.; EMI     )
    CHRISTIAN MUSIC GROUP INC.; PRIORITY  )
17  RECORDS LLC; VIRGIN RECORDS AMERICA,  )   Judge:       William Q. Hayes
    INC.; BEECHWOOD MUSIC CORP.; COLGEMS- )   Complaint Filed:    September 20, 2007
18  EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI )
    BLACKWOOD MUSIC; EMI FULL KEEL        )
19  MUSIC; EMI GOLDEN TORCH MUSIC CORP;   )
    EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, )
20  INC.; EMI VIRGIN SONGS, INC.,         )
                                          )
21                 Defendants.            )
    _____ )

22

23         Plaintiff MP3tunes, LLC ("Plaintiff"), by its attorneys, Duane Morris LLP, alleges on

24  knowledge as to its own acts and otherwise upon information and belief as follows:

25                         **NATURE OF THE ACTION**

26         1.      As set forth in more detail below, Plaintiff MP3tunes, LLC ("MP3tunes") owns and

27  operates MP3tunes.com and Sideload.com (collectively, the "Sites") and offers Oboe lockers and

28  software to users of the Sites.

2.      MP3tunes.com is a music service provider and the home of Oboe, a personal music locker offering unlimited online storage.  Oboe users can sync their personal music collections to enjoy their music through any web browser, as well as through a growing number of home entertainment and mobile devices.

3.      Sideload.com is a website owned and operated by MP3tunes that aggregates popular free music tracks on the web chosen and posted by users of Sideload.com and/or Oboe.

4.      MP3tunes feels justifiably threatened that it will be sued by Defendants as a result of the foregoing websites and software because Plaintiff received three threatening – albeit deficient – cease-and-desist letters from Defendants' counsel, dated September 4, 2007, September 18, 2007, and October 25, 2007 (collectively, the "Notice") and because Plaintiff was informed by Defendants' counsel that the matter would not be resolved without litigation unless there was a substantial monetary payment by Plaintiff.

5.      By this action, MP3tunes seeks a declaration that (i) MP3tunes.com and Sideload.com are service providers as defined in the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(k); (ii)  the conduct by MP3tunes.com and Sideload.com challenged by Defendants in the Notice falls within the protections of §§ 512(a), (b), (c) and/or (d); (iii) the Notice served on Plaintiff was deficient under 17 U.S.C. §§ 512(c) and/or (d); (iv) to the extent the Notice was not deficient, Plaintiff complied with its obligations under 17 U.S.C. §§ 512(c) and/or (d); and (v) the activities of Sideload.com, MP3tunes.com and Oboe complained of by Defendants in the Notice do not constitute direct copyright infringement, contributory copyright infringement and/or inducement of copyright infringement.

6.      MP3tunes further seeks: (i) an order from the Court pursuant to California Business and Professions Code §17200, et seq., enjoining the defendants from engaging in their unfair, unlawful, and deceptive business act or practice of intentionally sending defective Notice under the DMCA in order to further their business interests; (ii) an order from the Court requiring Defendants to disgorge any profits that they have made as a result of their wrongful conduct; and (iii) an award of attorney's fees and costs.

**PARTIES**

1

2      7.      Plaintiff MP3tunes, LLC is a Delaware limited liability company with its principal

3    place of business in San Diego, California.

4      8.      Defendant EMI Group, LTD ("EMI LTD") is headquartered in London, England.

5    EMI operates in the United States through its division, EMI Music Group North America, as well as

6    subsidiaries EMI Group North America, Inc., EMI Group North America Holdings Inc. and EMI

7    Music North America, LLC, among others.  The record labels EMI purports to represent in the

8    United States include the co-defendants listed in paragraphs 9 through 25 below.

9      9.      Defendant EMI Group North America, Inc. ("EMI NA Inc.") is a Delaware

10   corporation with its principal place of business in New York, New York, and transacts business in

11   this district.

12     10.     Defendant EMI Group North America Holdings Inc. ("EMI Holdings") is a Delaware

13   corporation with its principal place of business in New York, New York, and transacts business in

14   this district.

15     11.     Defendant EMI Music North America, LLC ("EMI Music") is a Delaware limited

16   liability company with its principal place of business in New York, New York, and transacts

17   business in this district.

18     12.     Defendant Capitol Records, Inc. is a Delaware corporation, with its principal place of

19   business in New York, New York.

20     13.     Defendant Caroline Records, Inc. is a New York corporation, with it principal place

21   of business in New York, New York.

22     14.     Defendant EMI Christian Music Group, Inc. is a California corporation, with its

23   principal place of business in Brentwood, Tennessee.

24     15.     Defendant Priority Records LLC is a Delaware limited liability company with its

25   principal place of business in New York, New York.

26     16.     Defendant Virgin Records America, Inc. is a California corporation, with its principal

27   place of business in New York, New York.

28     17.     Defendant Beechwood Music Corporation is a California corporation, with its

1    principal place of business in New York, New York.

2        18.    Defendant Colgems-EMI Music Inc. is a Delaware corporation, with its principal

3    place of business in New York, New York.

4        19.    Defendant EMI April Music Inc. is a Connecticut corporation, with its principal place

5    of business in New York, New York.

6        20.    Defendant EMI Blackwood Music is a Connecticut corporation, with its principal

7    place of business in New York, New York.

8        21.    Defendant EMI Full Keel Music is a duly organized corporation, with its principal

9    place of business in New York, New York.

10       22.    Defendant Golden Torch Music Corp. is a New York corporation, with its principal

11   place of business in New York, New York.

12       23.    Defendant EMI Longitude Music is a duly organized corporation, with its principal

13   place of business in New York, New York.

14       24.    Defendant EMI Virgin Music, Inc. is a New York corporation, with its principal place

15   of business in New York, New York.

16       25.    Defendant EMI Virgin Songs, Inc. is a New York corporation, with its principal place

17   of business in New York, New York.

18       26.    Defendants are collectively referred to herein as "EMI" or "Defendants."

19                          **JURISDICTION AND VENUE**

20       27.    This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57

21   of the Federal Rules of Civil Procedure seeking a declaration of rights and/or other legal relations of

22   the parties to this litigation with respect to a substantial controversy arising under the copyright laws

23   of the United States, 17 U.S.C. § 101 *et seq.*  This action further seeks injunctive relief under

24   California Business and Professions Code section 17200, et seq., prohibiting defendants from

25   engaging in unfair, illegal, and deceptive business acts and practices.

26       28.    This Court has jurisdiction over the subject matter of this action pursuant to the

27   Copyright Act (17 U.S.C. § 101 *et seq.*); 28 U.S.C. §§ 1331, 1338; the Declaratory Judgment Act

28   (28 U.S.C. § 2201); and 28 U.S.C. §1367.

29.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(a) because Defendants transact business in this district.  Moreover, Plaintiff resides in this district and/or the acts complained of herein have had, and will have, substantial effects in this district.

### THE BUSINESS OF MP3TUNES

30.     Plaintiff MP3tunes, LLC owns and operates MP3tunes.com and Sideload.com.

31.     MP3tunes.com is a music service provider and the home of Oboe, a personal music locker offering unlimited online storage.  Oboe users can sync their personal music collections to enjoy them through any web browser, as well as through a growing number of home entertainment and mobile devices.

32.     MP3tunes.com does not control or select the songs in an individual consumer's locker and instead merely provides online storage space for such music.  Consumers can organize, add and delete songs as they choose.  While MP3tunes.com can identify the songs in a consumer's locker, it has no means of determining where the track came from (*i.e.* from another website, from a CD that the user owns or elsewhere).  Only the individual consumer can access his or her own particular songs from the consumer's locker.

33.     Sideload.com is a website owned and operated by Plaintiff that aggregates popular free music tracks on the web designated by users of the Sites.  The songs listed on Sideload.com are designated and posted by users of the Sites.  Consumers can also listen to songs on Sideload.com and "sideload" those tracks into their personal lockers, onto their hard drives or elsewhere.  Plaintiff plays no role in which songs are designated for Sideload.com by users of the Sites.  None of the songs designated by users for sideloading or listening are physically available on Sideload.com.  Rather, what is provided is a hyperlink.

34.     Until Plaintiff's recent receipt of Defendants' Notice (discussed below), Plaintiff believed that **all** of the songs on Sideload.com and in the consumer's personal lockers were non-infringing songs.  Before using Sideload.com and MP3tunes.com, consumers must agree to the Terms of Use set forth on both websites, which states that the user "acknowledge[s] that by uploading music or any other content to the Site, or requesting that music or any content be uploaded to [the user's] account maintained on the Site, that [the user is] directing [Plaintiff] to store the file in

1   the format in which it is uploaded and to convert and store it in the MP3 format, or such other format

2   in which it may be converted by [Plaintiff].  [The user] agree[s] that [he/she] will not upload music

3   and content, and will not request that any music or content be uploaded to [her/her] account

4   maintained on the Site, that infringes the copyright or other intellectual property rights of any third

5   party."

6          35.    The Terms of Use states further that "[u]nder the appropriate circumstances, it is

7   Plaintiff's policy to remove and/or to disable access from MP3tunes to web pages of repeat

8   infringers, to terminate subscribers and account holders who are repeat infringers, and to remove

9   and/or to disable access from MP3tunes to web pages as to which there have been steps taken for the

10  purpose of affecting MP3tunes's search results such as adding inappropriate 'meta-tags.'"

11         36.    Thus, until recently, Plaintiff believed that all of the songs on Sideload.com and in the

12  consumer's personal lockers were non-infringing songs.  Indeed, Plaintiff still believes that the songs

13  currently in the consumer's personal lockers are non-infringing and Plaintiff has no basis to believe,

14  and no means of determining, otherwise.

15         37.    For the reasons set forth below, MP3tunes cannot continue to operate MP3tunes.com,

16  Sideload.com and the Oboe lockers without fear of crippling litigation until this action is resolved.

17                        **DEFENDANTS' ACTIONS**

18         38.    On September 4, 2007, September 18, 2007, and October 25, 2007, Defendants,

19  through their counsel, sent Notice, which was deficient under the DMCA, to Plaintiff alleging that

20  Plaintiff, through its websites MP3tunes.com and Sideload.com and its "Oboe Software Suite" "is

21  copying and storing to its servers, indexing, publicly performing, and making available for download

22  hundreds (if not thousands) of [Defendants'] copyrighted recordings in violation of the Copyright

23  Act."  A true and correct copy of the Notice is attached hereto as Exhibit A.

24         39.    The Notice is deficient for a number of reasons.  First, it fails to identify the party

25  represented by Jenner & Block LLP sending the Notice.  To the contrary, the Notice identifies only

26  divisions of Defendants, but not legal entities.  To date, the EMI entity that served the deficient

27  Notice is unknown.

28         40.    Second, the Notice falsely states that "[f]or a variety of reasons, MP3[t]unes is not

AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

1  protected by any of the 'safe-harbors' of the Digital Millennium Copyright Act ('DMCA')". To the

2  contrary, MP3tunes.com and Sideload.com are service providers as defined in 17 U.S.C. § 512(k)

3  and their conduct falls within the enumerated categories of §§ 512(a), (b), (c) and/or (d).

4      41.    Third, with the exception of approximately 350 songs about which Defendants

5  properly notified Plaintiff pursuant to 17 U.S.C. § 512(c)(3)(A)(ii) by enclosing a CD-ROM listing

6  the songs and website locations which Defendants alleged infringed the copyrights of EMI and/or

7  parties it allegedly represents, the remainder of the Notice was deficient. As to the songs that

8  Defendants properly identified on the list enclosed with the Notice, those songs were immediately

9  removed from Sideload.com and Defendants were promptly notified of this.

10     42.    However, the Notice stated further that the "enclosed representative list reflects only

11  a small portion of the total number of infringing EMI works contained on MP3[t]unes, with more

12  being copied and made available daily. Accordingly, pursuant to 17 U.S.C. § 512(c)(3)(A)(ii), based

13  on EMI's representative list, MP3[t]unes is obligated to remove all of EMI's copyrighted works,

14  even those not specifically identified on the attached. A non-exhaustive further listing of EMI's

15  recording artists can be found at http://www.emigroup.com/About/Music/Default.htm."

16     43.    This notification was inadequate under the DMCA. The Notice did not specifically

17  identify the material that is to be removed or access to which is to be disabled as required by 17

18  U.S.C. § 512(c)(3)(A)(iii).

19     44.    Moreover, some of the artists on Defendants' list and/or on Defendants' website are

20  no longer represented by EMI; and some songs listed on the enclosure to the Notice are freely

21  available for digital download. For example, the first band that is listed in Defendants' spreadsheet

22  is "Air". MP3tunes features an "Air" track – "Once Upon A Time" – on the first page of

23  sideload.com. That track is from the popular online music magazine, *Filter*, and is accessed by the

24  URL http://filter-mag.com/index.php?id=13977&c=6. Thus, Plaintiff has no reason to believe that

25  the *Filter* track is anything but lawful. Nevertheless, Plaintiff removed this track from availability

26  for sideloading as per Defendants' demand.

27     45.    Similarly, Defendants' list also includes the track "Nobody Move, Nobody Get Hurt"

28  by the band "We Are Scientists" from the URL http://media.spin.com//features/ band_of_the_day/

1  audio/2005/11/nobody_move_nobody_get_hurt_hi.mp3. *Spin* is a popular online music magazine.

2  All the labels distribute MP3s promotionally. Plaintiff believes that it is likely that this track is such

3  a promotional distribution and is lawfully available. The same is true for the tracks that Defendants

4  list from the *Paste Store*, which is a store which often distributes promotional tracks provided to

5  them. Nevertheless, Plaintiff removed these tracks from availability for sideloading as per

6  Defendants' demand.

7       46.    Defendants knowingly materially misrepresented that certain material on the Sites —

8  such as the aforementioned material — was infringing in violation of 17 U.S.C. § 512(f)(1) when it

9  was not.

10      47.    By sending the Notice, Defendants engaged in an unfair, deceptive, or illegal business

11  act or practice in that they were aware that their conduct violated 17 U.S.C. § 512(f). Defendants

12  routinely illegally engage in such practices to illegally and unfairly further their business interests.

13  Defendants will not stop these illegal practices unless and until they are enjoined by the Court.

14      48.    Defendants' Notice was only directed towards tracks on Sideload.com, although it

15  sought relief with respect to Oboe and consumers' lockers on MP3tunes.com. The list enclosed with

16  the Notice only specified allegedly infringing tracks that could be removed from Sideload.com and

17  did not specify any possible infringements within individual consumers' lockers.

18      49.    The Sites are fully protected by the DMCA.

19      50.    In connection with the transmitting, routing, or providing connections for, material

20  through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

21  material in the course of such transmitting, routing or providing connections, the transmission of the

22  material found on the Sites is not initiated by or at the direction of Plaintiff and instead is initiated at

23  the direction of the user.

24      51.    In connection with the transmitting, routing, or providing connections for, material

25  through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

26  material in the course of such transmitting, routing or providing connections, the transmission,

27  routing, provision of connections, or storage of the material found on the Sites is carried out through

28  an automatic technical process without selection of the material by Plaintiff.

1      52.    In connection with the transmitting, routing, or providing connections for, material

2 through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

3 material in the course of such transmitting, routing or providing connections, Plaintiff does not select

4 the recipients of the material on its Sites, except as an automatic response to the request of another

5 person.

6      53.    In connection with the transmitting, routing, or providing connections for, material

7 through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

8 material in the course of such transmitting, routing or providing connections, no copy of the material

9 made by Plaintiff in the course of its intermediate and transient storage of the material on its Sites is

10 maintained on the system or network in a manner ordinarily accessible to anyone other than the

11 anticipated recipients, and no such copy is maintained on the system or network in a manner

12 ordinarily accessible to such anticipated recipients for a longer period than is reasonably necessary

13 for the transmission, routing, or provision of connections.

14      54.    In connection with the transmitting, routing, or providing connections for, material

15 through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

16 material in the course of such transmitting, routing or providing connections, the material on

17 Plaintiff's Sites is transmitted through the system or network without modification of its content.

18      55.    In connection with the transmitting, routing, or providing connections for, material

19 through the Sites controlled by Plaintiff, or by reason of the intermediate and transient storage of that

20 material in the course of such transmitting, routing or providing connections, the material on

21 Plaintiff's Sites is made available online by a person or website other than Plaintiff's Sites.

22      56.    The intermediate and temporary storage of the material on the Sites is transmitted

23 from a person or website other than Plaintiff through the system or network to a user at the direction

24 of the user.

25      57.    The intermediate and temporary storage of the material on the Sites is carried out

26 through an automatic technical process for the purpose of making the material available to users of

27 the system or network who, after the material is transmitted as described above, request access to the

28 material from the person described above.

58.     The intermediate and temporary storage of the material on the Sites is transmitted to the subsequent users without modification to its content from the manner in which the material was transmitted from the person or website described above.

59.     When Plaintiff learns the person or website set forth above has made material available online without the authorization of the copyright owner of the material, Plaintiff responds expeditiously to remove, or disable access to, the material that is claimed to be infringing upon notification of claimed infringement.

60.     Before receiving the Notice, Plaintiff did not have actual knowledge that the material posted and/or stored on the Sites at the direction of users was infringing.

61.     Plaintiff does not now have actual knowledge that the material posted and/or stored on the Sites at the direction of users was infringing.

62.     Before receiving the Notice, Plaintiff was not aware of facts or circumstances relating to the material posted and/or stored on the Sites at the direction of users from which infringing activity is apparent.

63.     Plaintiff is not now aware of facts or circumstances relating to the material posted and/or stored on the Sites at the direction of users from which infringing activity is apparent.

64.     Upon obtaining knowledge or awareness that the material posted and/or stored on the Sites at the direction of users is infringing, Plaintiff acts expeditiously to remove, or disable access to, the allegedly infringing material and did so in this instance.

65.     Plaintiff does not receive a financial benefit directly attributable to the material posted and/or stored on the Sites at the direction of users and Plaintiff does not have the right and ability to control such activity, other than to terminate the user's ability to use the Sites.

66.     Upon notification of claimed infringement as described in 17 U.S.C. § 512(c)(3) as to the material posted and/or stored on the Sites at the direction of users, Plaintiff responds expeditiously to remove, or disable access to, the material that is claimed to be infringing or to be the subject of infringing activity and has done so in this instance.

67.     Plaintiff has designated an agent to receive notifications of claimed infringement described in 17 U.S.C. § 512(c)(3).

68.    When Plaintiff receives a notification that includes substantially the following it expeditiously complies with its obligations under the DMCA: (i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site; (iii) identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material; (iv) information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted; (v) a statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (vi) a statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

69.    Plaintiff does not now have actual knowledge that the Sites link users to online locations containing infringing material or activity and did not have such knowledge before receiving the Notice.  When Plaintiff has such knowledge, Plaintiff acts expeditiously to remove, or disable access to, the material and did so in this instance.

70.    Plaintiff is not now aware of facts or circumstances from which it is apparent that the Sites link users to online locations containing infringing material or activity and was not aware of such facts or circumstances before receiving the Notice. When Plaintiff becomes aware of such facts or circumstances, Plaintiff acts expeditiously to remove, or disable access to, the material and did so in this instance.

71.    Plaintiff does not receive a financial benefit directly attributable to any link to online locations containing infringing material and Plaintiff does not have the right and ability to control such activity absent the overbroad termination of the user's ability to use the Sites.

72.    Upon notification of claimed infringement as described in 17 U.S.C. § 512(c)(3) as to

1   any links the Sites have to online locations containing infringing material, Plaintiff responds

2   expeditiously to remove, or disable access to, the material that is claimed to be infringing or to be the

3   subject of infringing activity and has done so in this instance.

4        73.    Plaintiff is an entity offering the transmission, routing, or providing of connections

5   for digital online communications, between or among points specified by a user, of material of the

6   user's choosing, without modification to the content of the material as sent or received and/or a

7   provider of online services or network access, or the operator of facilities therefor.

8        74.    Plaintiff did not and does not (1) directly infringe Defendants' copyrights; (2) have

9   knowledge of any infringement of Defendants' copyrights; or (3) make a material contribution to

10  any infringement of Defendants' copyrights.

11       75.    Plaintiff did not and does not set up its Sites with the intent to encourage copyright

12  infringement.

13       76.    After receiving the Notice, despite its deficiencies, Plaintiff contacted Defendants'

14  counsel and was informed that the matter was unlikely to be settled absent a substantial monetary

15  payment.

16       77.    In response to the Notice, on September 13, 2007, Plaintiff's counsel responded by:

17  (i) notifying Defendants that its Notice was deficient (ii) notifying Defendants that the

18  approximately 350 songs about which Defendants properly notified Plaintiff about had been

19  removed from Sideload.com; and (iii) requesting that Defendants send a list of additional tracks to

20  which EMI (and the labels it purports to represent) own the copyrights, provide information

21  reasonably sufficient to permit Plaintiff to locate the material, and accurately represent that the listed

22  tracks are not legally digitally available for copying (along with the remaining required elements of

23  17 U.S.C. § 512(c)(3)(A)), so that Plaintiff could disable those songs from sideloading as well.   A

24  true and correct copy of this letter is attached hereto as Exhibit B.

25       78.    On September 18, 2007, in response to the aforementioned letter, Defendants'

26  counsel responded by claiming that Plaintiff's interpretation of the DMCA was wrong and that if

27  "MP3tunes has made an informed decision to litigate the issue of its copyright liability, so be it."

28  *See* Exhibit A.

79.    As a result, there exists a substantial controversy between Plaintiff and Defendants as to whether Plaintiff's activities on MP3tunes.com, Sideload.com and Oboe will subject it to liability to Defendants for copyright infringement.

## FIRST CLAIM FOR RELIEF
### (DECLARATORY JUDGMENT)

80.    MP3tunes repeats and realleges paragraphs 1 through 73 above, as if fully set forth herein.

81.    Declaratory relief is warranted because the facts herein show that there is a substantial controversy between parties having adverse legal interests, of sufficient immediacy and reality to warrant relief.  Specifically, there exists a substantial controversy between Plaintiff and Defendants as to whether Plaintiff's activities constitute direct or indirect copyright infringement.

82.    Accordingly, Plaintiff seeks a declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure that:  (i) MP3tunes.com and Sideload.com are service providers as defined in the DMCA, 17 U.S.C. § 512(k); (ii)  the conduct by MP3tunes.com and Sideload.com challenged by Defendants in the Notice falls within the protections of §§ 512(a), (b), (c) and/or (d); (iii) the Notice served on Plaintiff was deficient under 17 U.S.C. §§ 512(c) and/or (d); (iv) to the extent the Notice was not deficient, Plaintiff complied with its obligations under 17 U.S.C. §§ 512(c) and/or (d); and (v) the activities of Sideload.com, MP3tunes.com and Oboe complained of by Defendants in the Notice do not constitute direct copyright infringement, contributory copyright infringement and/or inducement of copyright infringement.

## SECOND CLAIM FOR RELIEF
### (VIOLATION OF THE DMCA, 17 U.S.C. § 512(f))

83.    MP3tunes repeats and realleges paragraphs 1 through 76 above, as if fully set forth herein.

84.    In its Notice, Defendants knowingly materially misrepresented that certain material on the Sites was infringing in violation of 17 U.S.C. § 512(f)(1) when it was not.

85.    Plaintiff has been injured by Defendants' misrepresentations because (1) it relied upon such misrepresentations and removed or disabled access to the allegedly infringing material;

1    and (2) Plaintiff was forced to bring this action as a result of the inaccuracies and deficiencies in

2    Defendants' Notice.

3        86.    Pursuant to 17 U.S.C. § 512(f), as a result of such knowing material

4    misrepresentations, Defendants shall be liable for any damages, including costs and attorneys' fees,

5    incurred by Plaintiff.

6                            **THIRD CLAIM FOR RELIEF**

7    **(VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200, ET SEQ.)**

8        87.    MP3tunes repeats and realleges paragraphs 1 through 86 above, as if fully set forth

9    herein.

10        88.    The Defendants' acts hereinabove alleged are acts of unfair, unlawful, or deceptive

11    business acts or practices within the meaning of Business and Professions Code Section 17200, et

12    seq.

13        89.    Plaintiff is informed and believes that the Defendants will continue to do those acts

14    unless the Court orders them to cease and desist.

15        WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and

16    against Defendants, as follows:

17        A.    On the First Claim for Relief, a declaratory judgment that:

18        (i)    MP3tunes.com and Sideload.com are service providers as defined in the

19    DMCA, 17 U.S.C. § 512(k);

20        (ii)    the conduct by MP3tunes.com and Sideload.com challenged by Defendants in

21    the Notice falls within the protections of §§ 512(a), (b), (c) and/or (d);

22        (iii)    the Notice served on Plaintiff was deficient under 17 U.S.C. §§ 512(c) and/or

23    (d);

24        (iv)    to the extent the Notice was not deficient, Plaintiff complied with its

25    obligations under 17 U.S.C. §§ 512(c) and/or (d); and

26        (v)    the activities of Sideload.com, MP3tunes.com and Oboe complained of by

27    Defendants in the Notice do not constitute direct copyright infringement, contributory copyright

28    infringement and/or inducement of copyright infringement; and

DM1\1232968.1                        14              Case No.: 07CV1844WQH (NLS)
                    AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

1    B.    On the Second Claim for Relief, awarding Plaintiff its damages, including its

2    costs and attorneys' fees pursuant to 17 U.S.C. § 512(f)(1); and

3    C.    On the Third Claim for Relief:

4    (i)    entering a temporary and permanent injunction prohibiting Defendants and the

5    Defendants' agents, servants, and employees, and all persons acting under or in concert with them,

6    to cease and desist from engaging in unfair, unlawful, or deceptive business acts or practices as

7    herein alleged in violation of California Business and Professions Code §17200, et seq.;

8    (ii)    ordering defendants to disgorge any profits that they have earned as a result of

9    their illegal activities;

10    (iii)    awarding Plaintiff its actual damages;

11    (iv)    an additional award to Plaintiff of treble damages according to statute; and

12    (v)    awarding Plaintiff its costs and attorneys' fees.

13    D.    Granting Plaintiff such other, further and different relief as the nature of the

14    case may require or as may be determined to be just, equitable, and proper by this Court.

15    Dated: December 3, 2007    **DUANE MORRIS** LLP

16

17

18    By: _s/Edward M. Cramp_____
         Edward M. Cramp

19       Michelle Hon
         Attorneys for MP3TUNES, LLC

20

21

22    **JURY DEMAND**

23    Plaintiff demands a trial by jury on all issues so triable.

24    Dated: December 3, 2007    **DUANE MORRIS** LLP

25

26    By: _s/Edward M. Cramp_____

27       Edward M. Cramp
         Michelle Hon

28       Attorneys for MP3TUNES, LLC

1  Daniel C. Minteer (SBN 62158)
   Michelle Hon (SBN 234492)
2  **DUANE MORRIS LLP**
   101 West Broadway, Suite 900
3  San Diego, CA 92101
   Telephone: 619.744.2200
4  Facsimile: 619.744.2201
   E-Mail:   dminteer@duanemorris.com
5             mhon@duanemorris.com

6  Attorneys for MP3TUNES, LLC

7

              UNITED STATES DISTRICT COURT
8
             SOUTHERN DISTRICT OF CALIFORNIA
9

10
11 MP3TUNES, LLC,                    )  Case No.: 07CV1844WQH (NLS)
                                     )
12               Plaintiff,          )  **DECLARATION OF SERVICE**
                                     )
13      v.                           )  Judge:    William Q. Hayes
                                     )  Complaint Filed:   September 20, 2007
14                                   )
15 EMI GROUP, LTD; et al.,           )
                                     )
16               Defendants.         )
                                     )
17 _____)

18       I am a resident of the state of California, I am over the age of 18 years, and I am not a party
19
20 to this lawsuit.  My business address is 101 West Broadway, Suite 900, San Diego, California
21 92101.  On the date listed below, I served the document(s) entitled:  **AMENDED COMPLAINT**
22 **FOR DECLARATORY JUDGMENT AND VIOLATION OF THE DIGITAL MILLENNIUM**
23 **COPYRIGHT ACT; VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS**
24 **CODE SECTION 17200; DEMAND FOR JURY TRIAL.**
25
26    ☑    via electronic service to the attorneys of record on file with the U.S. District Court for this
            case, as follows:
27

28 DM1\1240526.1                                                    07CV1844WQH (NLS)
                              DECLARATION OF SERVICE

1 | Bennett Bigman                              Attorneys for Plaintiff
bbigman@dskllp.com
2 | DREIER STEIN & KAHAN LLP
1620 26th Street
3 | Sixth Floor, North Tower
Santa Monica, CA 90404-4060
4 | (310) 828-9050
(310) 828-9101
5 |
6 |        I declare under penalty of perjury under the laws of the State of California that the above is
7 | true and correct.
8 |        Executed December 3, 2007, at San Diego, California.
9 |
10 |
11 |                                       *Diane M. Koski*
12 |                                   Diane M. Koski
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# EXHIBIT 4

# DREIER LLP

ATTORNEYS AT LAW

---

The Gursky Group

Ira S. Sacks *Partner*
Direct  212 652 3730
isacks@dreierllp.com

September 21, 2007

**VIA FEDERAL EXPRESS**
Steven B. Fabrizio, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823

Re: *MP3tunes, LLC*

Dear Steven,

This is in response to your letter of September 18, 2007. As stated in our previous letter, our client has addressed the issues set forth in your cease-and-desist letter in an effort to amicably resolve this issue. We do not feel that a monetary payment is necessary because our client is protected by the DMCA and has not infringed or otherwise violated your client's copyrights.

Although there seems to be little point in an extended discussion of the arguments in your letter, each of your points is briefly discussed below.

First, our interpretation of the DMCA is correct and we did not ignore § 512(d). You correctly state that § 512(d)(3) provides the following:

the information described in subsection (c)(3)(A)(iii) shall be identification of the reference or link, to material or activity claimed to be infringing, that is to be removed or access to which is to be disabled, and *information reasonably sufficient to permit the service provider to locate that reference or link.*

17 U.S.C. § 512(d)(3)(emphasis added). Thus, for a notice to be sufficient you must provide information reasonably sufficient to permit the service provider to locate that reference or link. A reference to a non-exclusive list of artists that EMI represents (or has represented during some period of time) is insufficient. As a result, your notice does not comply with § 512(c)(3)(A)(iii), nor with § 512(d)(3). As we stated in our previous letter, our client complied with its obligations under the DMCA for the list of approximately 350 songs that you provided in your original letter, as you properly set forth the information reasonably sufficient to permit our client to locate the reference or

499 Park Avenue  New York, New York  10022
Telephone  212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com



Exhibit ___
Page ___

Steven B. Fabrizio, Esq.
September 21, 2007
Page 2 of 3

link. And we offered to do the same for any additional references or links. You
provided none. Without such information our client cannot locate the allegedly
infringing material without great difficulty and it is not required to do so under the
DMCA.

Second, you state that once a copyright holder has provided a compliant
"representative list" of its works, the obligation shifts to the service provider to remove or
disable access to *all* copyrighted works owned by that copyright holder, relying on
caselaw and legislative history. However, the legislative notes you rely upon relate to §
512(c)(3)(A)(ii), the identification of copyrighted works, and not § 512(c)(3)(A)(iii), the
identification of the material that is claimed to be infringing. Indeed, the same legislative
history that you cite states the following:

> Subsection (c)(3)(A)(iii) requires that the **copyright owner or its authorized
> agent provide the service provider with information reasonably sufficient to
> permit the service provider to identify and locate the allegedly infringing
> material**. An example of such sufficient information would be a copy or
> description of the allegedly infringing material **and the URL address of the
> location (web page) which is alleged to contain the infringing material. The goal
> of this provision is to provide the service provider with adequate information
> to find and address the allegedly infringing material expeditiously.**

S.R. Rep. No. 105-190, at 46 (1998)(emphasis added); H.R. Rep. No. 105-551, at 55
(1998)(same). Here, with the exception of the list of approximately 350 songs you
provided, you have failed to provide our client with information reasonably sufficient to
permit it to **identify and locate** the allegedly infringing material. Without adequate
notice the burden does not shift to the service provider.

Third, we disagree that countless EMI works that were properly identified in your
notice continue to be infringed by and through MP3tunes. Our client has double-checked
and confirmed that all links set forth on the list enclosed with your original notice have
been removed.

Fourth, your argument that our client is disqualified from all safe harbor
protection because (i) MP3tunes has actual knowledge that the material or activity is
infringing in violation of § 512(d)(1)(A); or (ii) MP3tunes is aware of facts or
circumstances from which infringing activity is apparent in violation of § 512(d)(1)(B);
or (iii) MP3tunes receives a financial benefit directly attributable to the infringing activity
in violation of § 512(d)(2), is unfounded. Our client does not have actual knowledge of
references or links to infringing material — MP3tunes immediately removed the links
that you notified it about — and MP3tunes is not aware of facts or circumstances from
which infringing activity is apparent. Moreover, MP3tunes does not receive a financial
benefit directly attributable to the alleged infringing references or links and even if it did
— which it does not — MP3tunes does not have the right and ability to control such



Exhibit C
Page 9

Steven B. Fabrizio, Esq.
September 21, 2007
Page 3 of 3

activity other than by terminating an account. *See* § 512(d)(2). Furthermore, even if
MP3tunes does not have DMCA protection — which we firmly believe it does —
MP3tunes is not infringing, inducing infringement or contributing to copyright
infringement.

Fifth, we do not believe there is a conflict of interest in representing MP3tunes in
a matter adverse to EMI and do not believe that it is necessary to receive a waiver from
Caroline Records. You state yourself that Caroline Records is "EMI's affiliate". The
two companies are separate legal entities and are run by different management. As you
are surely aware, the *Caroline Records* case is a state court collection action which has
been pending for several years, and which neither party wants to litigate. It is on the
verge of being voluntarily dismissed by Caroline Records. That case is in no way related
to the case at hand and does not present a conflict of interest.

In light of the tone of, and accusations in, your letters, enclosed please find a
courtesy copy of a summons and complaint which was filed in the Southern District of
California, but has not yet been served. We remain open to amicably resolving this
situation without resorting to litigation. We invite you again to send a list of additional
tracks to which EMI and its affiliates own the copyrights, provide information reasonably
sufficient to permit our client to locate the material, and accurately represent that the
listed tracks are not legally digitally available for copying (along with the remaining
required elements of 17 U.S.C. § 512(c)(3)(A)), so that MP3tunes can disable those songs
from sideloading as well.

If you wish to amicably resolve this matter, please feel free to contact me. If not,
please let us know if you are willing to accept service on behalf of your clients.

This letter is written without prejudice to the rights, claims and/or defenses of
MP3tunes or its affiliates, all of which are hereby expressly reserved.

Sincerely,

Ira S. Sacks

Encls.

cc: Michael Robertson (via email)

Exhibit C
Page 10

# EXHIBIT 5

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 6

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 7

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 8

# EXHIBIT REMOVED FROM PUBLIC VERSION PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 9

# EXHIBIT REMOVED FROM PUBLIC VERSION PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 10

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 Civ. 9931 (WHP) |
| *Plaintiffs,* | ) ) ) | **AFFIDAVIT OF CHAD OLSON** |
| v. | ) ) | |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | ) ) ) | |
| *Defendants.* | ) ) ) | |

## AFFIDAVIT OF CHAD OLSON

I, Chad Olson, being duly sworn deposes and says:

1.I am neither a party nor attorney in this action. The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify as follows:

2.I served as the Chief Financial Officer of Linspire Inc. from April 1, 2003 until July 24, 2007. During that time, I worked closely with Michael Robertson, who served as Chairman and, for much of that time, CEO.

3.During my time at Linspire, the company started an online music store called MP3tunes.com. That start-up was eventually spun off, and Linspire's interest in it was diluted. I was party to a number of conversations about the company, both before and after it spun off from

Linspire. Even when it became a separate company and Mr. Robertson became its CEO, Mr. Robertson remained as Chairman of Linspire, and he opened MP3tunes.com's office downstairs from Linspire's. Kevin Carmony, who served as Linspire's COO and as CEO after Mr. Robertson left, and I (and others) often walked with Mr. Robertson across the street to the mall to grab lunch.

4. I recall conversations during two of these walks in which Mr. Robertson explained an idea that he had for MP3tunes. Mr. Robertson was turning MP3tunes into a "locker" service, through which users could upload and store music files in virtual lockers. But based on Mr. Robertson's explanation of his idea, I understood that he did not actually intend to keep the various files that particular users uploaded. Instead, he would keep only one copy of the file, regardless of how many users tried to store it in their lockers. So even if ten users uploaded the same file, he would not keep ten copies of it. He would keep one, master copy of it. Instead of listening to files that they themselves had uploaded, users would in fact be "sharing" files uploaded by other users.

5. Mr. Robertson also discussed that he would make it *look* like each user was storing his or her own file, by making the users upload the files that they wanted to store. But he said that this process was simply a way to get around the record labels ever finding out what he was doing. In fact, when a user uploaded a file that some previous user had already uploaded or sideloaded onto the system, MP3tunes would simply discard the newly uploaded file. Mr. Robertson said that he thought that the uploading process that users would go through provided enough of a cover that the record labels would never find out.

6. When Mr. Robertson explained this, Mr. Carmony cautioned him, pointing out that the idea sounded basically like what Mr. Robertson had done at a previous company, MP3.com, that

had resulted in a multi-million dollar copyright judgment against it. I also expressed concern, because Linspire had a financial stake in MP3tunes.com, and as CFO I did not want Mr. Robertson to put Linspire in any kind of financial jeopardy. After Mr. Carmony and I cautioned against the idea, Robertson responded using the words (or words to the effect of), "they'll never find out."

7. After these discussions, Mr. Robertson diluted Linspire's financial interest in MP3tunes. After Linspire's interest was diluted, I became less concerned about MP3tunes' copyright liability, and I did not revisit the issue.

8. In my experience dealing with Mr. Robertson when he was with Linspire and MP3tunes, when he wants something to happen within the company, it happens. He is a strong personality, and it is a regular occurrence that others oppose his ideas, but he implements them anyway. Michael Robertson runs the business. It is *his* business.

9. Mr. Robertson has a financial relationship with a New York-based venture-capital firm called Dawntreader Ventures.

10. In numerous discussions about MP3tunes and the music industry, Mr. Robertson made clear that he wanted his company to affect the industry. Mr. Robertson often said that his goal was to get one of the major record companies to enter a significant contract with him, so that the other labels would be forced to enter contracts with him as well.

_____ 1/25/08 _____          _____ Chad H Olson _____

Date                                                                                   Chad Olson

Subscribed and sworn to before me on this ___ day of January, 2008.

3

# Jurat

State of California

County of *San Diego*

Subscribed and sworn to (or affirmed) before me on this _25_ day of _January_,

20_08_ by _Chad H. Olson_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Claudia J Warner_
Signature                                                        (Notary seal)



CLAUDIA J. WARNER
Commission # 1474281
Notary Public - California
San Diego County
My Comm. Expires Mar 31, 2008

---

## OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Chad Olson_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _4_ Document Date _1/25/08_

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

_____
Notary Public

*see attached certificate*

My commission expires _____.

4

# EXHIBIT 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 Civ. 9931 (WHP) |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF KEVIN CARMONY** |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**AFFIDAVIT OF KEVIN CARMONY**

I, Kevin Carmony, being duly sworn deposes and says:

1.     I am neither a party nor attorney in this action.  The statements made in this declaration are based on my personal knowledge.  If called to testify as a witness, I would testify as follows:

2.     I have known and/or worked with Michael Robertson for about ten years.  I briefly served as a product director for one of his previous companies, MP3.com.  I have also served as President, Chief Operating Officer, and Chief Executive Officer of another of Mr. Robertson's companies, Linspire.  After six years, I left Linspire on July 31, 2007, and I am now the Chief Executive Officer of an online social networking site.

40711.1

3.      During the time that I served as Linspire's President and COO, which lasted from 2001 until 2005, Mr. Robertson served as the company's Chairman and CEO. We worked together closely. One of Linspire's projects involved looking for ways that we could participate in the changing landscape of digital music worldwide.

4.      Along those lines, Linspire started an online music store that we called MP3tunes. The company was 100% owned by Linspire. Later, Linspire spun off MP3tunes as a separate company. While retaining his post as Linspire's Chairman, Mr. Robertson left the CEO job and became CEO of MP3tunes. (I then became Linspire's CEO, in 2005.) I then suggested he consider Emily Richards to be involved, and Robertson named her as MP3tunes' President. My understanding of MP3tunes' operations comes from my participation in the company's origins at Linspire, as well as from conversations I have had with Mr. Robertson.

5.      During the time that I served as CEO of Linspire, and Mr. Robertson served both as the Chairman of Linspire and as the CEO of the newly-spun-off MP3tunes.com, he and I occasionally discussed MP3tunes.com. This period spanned roughly 2005 to 2007. Especially in light of its origins at Linspire, I wanted to see the new company do well. When MP3tunes was first spun off, it maintained its focus on becoming an online, digital music store. It did not have the "lockering" or "sideload" components that the service offers today.

6.      During this time, Mr. Robertson and I also held weekly meetings to discuss Linspire, where he remained Chairman. Mr. Robertson and I would often talk about MP3tunes.com in our coordination meetings or when eating lunch together on occasion. During one of our coordination meetings, Mr. Robertson discussed his idea to add a "locker" service to MP3tunes.com. Under this plan, Mr. Robertson explained that users could upload their music into virtual "lockers," and they could then listen to works that they had uploaded from any

2

40711.1

computer or device with an internet connection. I responded by noting that the plan sounded

very expensive to me, and that it sounded similar to the system Robertson had used at MP3.com.

We discussed how his plan involved two major costs: bandwidth costs, for all of the traffic

involved as users upload and download large music files, and storage costs, to maintain all of the

copies of all of the works that users store in their individual lockers.

      7.    At a later coordination meeting, Mr. Robertson mentioned that he had figured out

how to eliminate one of the two major costs that we had discussed for his MP3tunes.com

"locker" idea. He told me that the company could drastically reduce the storage costs by storing

only <u>one</u> copy of any identical music file, regardless of how many users uploaded it, and

regardless of how many users believed that they had stored their "own" copy of that file in

"their" locker. Mr. Robertson explained that any time a user uploaded or copied a file over to

MP3tunes.com, the system would examine the file and determine whether MP3tunes already had

a copy of that file on its servers (because another user had uploaded it at some previous point). If

MP3tunes' algorithm determined that MP3tunes already had that file, the system would simply

discard the file that the user was then uploading. Thus, instead of storing individual users' own

copies of music files in each user's own locker, the MP3tunes system would keep just *one* copy

of any particular file, and would simply "point" individual users – who believed they had stored

a copy of their own file – to that single copy. As he explained it to me, Mr. Robertson seemed

very pleased, proud and excited about this approached, as he had determined that he would save

massive amounts of expensive storage space by using this method. He shared with me the

numbers and calculations of how little storage space this approach would require.

      8.    I understood Mr. Robertson to be saying that, under his system, if Person A

uploads a particular file, and then Person B uploads the identical file, when Person B later tries to

3

download the file from (what he believes to be) his locker, he will not in fact download his own file. He will download Person A's file.

9.     I immediately told Mr. Robertson that this approach sounded like a clear violation of copyright law, and basically the same thing he had been sued for while running MP3.com. Users who listened to music from their purported "lockers" would not in fact be listening to files that they had uploaded, but instead would be copying files that *someone* else had uploaded. Mr. Robertson replied using the words (or words to the effect of), "How is anyone ever going to find out?" and "Unless someone comes and audits our servers, they'd never know." He also said, using the words (or words to the effect of), "If we make people go through all the trouble of uploading a file, they'll assume we're doing it legally." It is also my recollection that Mr. Robertson said that if anyone ever suspected that the locker service was not in fact "lockering" individual users' music, but was actually copying a single file and distributing it to multiple users, the company could, before anyone found out, hurry and change the system and "backfill" the servers so that each user got a separate copy placed in a personal locker.

10.     I did not discuss this issue with Mr. Robertson after these brief conversations.

11.     In my experience, Mr. Robertson is extremely hands-on and involved in his companies' strategic decisions and day-to-day operations. He is very technologically savvy and regularly involved in technological decisions. Particularly in a company like MP3tunes.com, where he has more technological experience than others in the senior management team (such as Ms. Richards, whose background is primarily in music and business), nothing happens without him knowing it. Regularly, others in his companies would not want to do something, but the company would go ahead with the idea solely because Mr. Robertson wanted to. In a very real sense, the company *is* Michael Robertson.

40711.1

12.    Mr. Robertson's previous company, MP3.com, was found liable for willful acts of copyright infringement in the Southern District of New York. Mr. Robertson has told me that he believes he lost that suit partly because the case was litigated in New York, a city he believed was very friendly to the music industry, the industry that he believes basically wrote the copyright laws for music. As a result, he stated that he does not like to litigate there. However, I know that Mr. Robertson maintains business relationships with New York entities. One of his companies, SIPphone Inc., has publicly trumpeted financing that it received from Dawntreader Ventures, a New York venture capital firm. Mr. Robertson was quoted in SIPphone's press release about the deal.

1-25-08
_____
Date

_____
Kevin Carmony

Subscribed and sworn to before me on this _____ day of January, 2008.

_____
Notary Public

My commission expires _____.

5

40711.1

# Jurat

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on this ___25___ day of __January__,

20__08__ by __Kevin Carmony__,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Claudia J. Warner_
Signature

(Notary seal)



CLAUDIA J. WARNER
Commission # 1474281
Notary Public - California
San Diego County
My Comm. Expires Mar 31, 2008

---

## OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM
*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

DESCRIPTION OF THE ATTACHED DOCUMENT

__Affidavit of Kevin Carmony__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _5_  Document Date_1/25/08_

_____
(Additional information)

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document.

# EXHIBIT 13

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 443694 | Katonah | NY | 10536 | 3/3/2005 8:11 | 0.88 |
| 443694 | Katonah | NY | 10536 | 3/3/2005 8:13 | 8.88 |
| 443694 | Katonah | NY | 10536 | 3/9/2005 8:56 | 0.88 |
| 443694 | Katonah | NY | 10536 | 3/9/2005 8:56 | 0.88 |
| 488455 | Pine Plains | NY | 12567 | 8/9/2006 14:54 | 39.95 |
| 488455 | Pine Plains | NY | 12567 | 8/6/2007 10:21 | 39.95 |
| 498616 | brooklyn | NY | 11230 | 12/17/2007 5:03 | 39.95 |
| 467299 | Rochester | NY | 14623 | 7/1/2005 12:35 | 8.88 |
| 468792 | southampton | NY | 11968 | 9/6/2005 20:00 | 0.88 |
| 468792 | southampton | NY | 11968 | 9/10/2005 19:19 | 0.88 |
| 470068 | New York | NY | 10010 | 10/21/2005 13:46 | 8.88 |
| 524864 | Forest Hills | NY | 11375 | 1/16/2007 10:39 | 39.95 |
| 444024 | rocky | NY | 11778 | 3/4/2005 12:16 | 8.88 |
| 444024 | rocky | NY | 11778 | 4/7/2006 10:22 | 8.88 |
| 540548 | NY | NY | 10022 | 4/2/2007 10:06 | 39.95 |
| 488592 | New York | NY | 10013 | 4/6/2006 7:10 | 39.95 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:16 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:29 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:31 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:35 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:41 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:43 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 14:57 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:00 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:04 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:06 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:23 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:25 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 9/2/2005 15:33 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 15:31 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 15:32 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 16:03 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 16:04 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 16:15 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 16:21 | 0.88 |
| 468304 | New York | NY | 10025-3900 | 10/5/2006 16:23 | 0.88 |
| 468190 | Brooklyn | NY | 11217 | 8/10/2005 10:16 | 8.88 |
| 487018 | New York | NY | 10025 | 3/24/2006 5:52 | 39.95 |
| 470446 | New York | NY | 10040 | 11/5/2005 21:43 | 0.88 |
| 470446 | New York | NY | 10040 | 11/5/2005 21:43 | 0.88 |
| 487371 | Astoria | NY | 11102 | 3/26/2006 7:06 | 39.95 |
| 487371 | Astoria | NY | 11102 | 4/6/2007 6:01 | 39.95 |

**REDACTED**

D000047

| ID | City | State | ZIP | Date/Time | Amount |
|---|---|---|---|---|---|
| 434561 | New York | NY | 10012 | 2/10/2005 11:31 | 8.88 |
| 434561 | New York | NY | 10012 | 2/10/2005 11:32 | 0.88 |
| 434561 | New York | NY | 10012 | 2/10/2005 11:33 | 0.88 |
| 484261 | New York | NY | 10010 | 3/5/2006 7:45 | 39.95 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:00 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:02 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:02 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:03 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:03 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:04 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:04 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:05 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:05 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:06 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/1/2005 13:06 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/12/2005 17:46 | 8.88 |
| 466779 | Homer | NY | 13077 | 6/12/2005 17:46 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/12/2005 17:46 | 0.88 |
| 466779 | Homer | NY | 13077 | 6/13/2005 1:30 | 0.88 |
| 468559 | New York City | NY | 10010 | 8/27/2005 18:49 | 8.88 |
| 469816 | Grand Island | NY | 14072 | 10/15/2005 14:53 | 0.88 |
| 491230 | New York | NY | 10022 | 2/13/2007 8:24 | 19.95 |
| 466635 | new york | NY | 10009 | 5/25/2005 13:52 | 0.88 |
| 466635 | new york | NY | 10009 | 5/25/2005 13:52 | 0.88 |
| 466635 | new york | NY | 10009 | 5/25/2005 13:53 | 0.88 |
| 466635 | new york | NY | 10009 | 5/25/2005 13:59 | 0.88 |
| 466635 | new york | NY | 10009 | 5/25/2005 14:00 | 0.88 |
| 539079 | New York | NY | 10022 | 7/20/2007 14:36 | 19.95 |
| 573970 | New York | NY | 10019 | 10/12/2007 20:36 | 19.95 |
| 496037 | New York | NY | 10018 | 6/30/2006 10:26 | 8.88 |
| 469822 | Brooklyn | NY | 11209 | 10/15/2005 19:08 | 8.88 |
| 469822 | Brooklyn | NY | 11209 | 10/15/2005 19:27 | 0.88 |
| 469822 | Brooklyn | NY | 11209 | 10/15/2005 20:22 | 8.88 |
| 487506 | Saranac | NY | 12981 | 3/26/2006 23:13 | 39.95 |
| 457769 | north bellmore | NY | 11710 | 4/16/2005 5:23 | 8.88 |
| 550194 | Brooklyn | NY | 11218 | 5/18/2007 12:31 | 39.95 |
| 481929 | Brooklyn | NY | 11220 | 2/10/2006 18:32 | 39.95 |
| 481480 | New York | NY | 10003 | 2/4/2006 14:24 | 39.95 |
| 469718 | Pelham Manor | NY | 10803 | 10/11/2005 14:19 | 8.88 |
| 521967 | Rochester | NY | 14609 | 2/18/2007 9:26 | 39.95 |
| 467159 | Flushing | NY | 11354 | 6/24/2005 14:55 | 0.88 |
| 467813 | Merrick | NY | 11566 | 7/23/2005 13:23 | 0.88 |
| 467813 | Merrick | NY | 11566 | 7/23/2005 13:33 | 0.88 |
| 475564 | Bronx | NY | 10470 | 4/18/2006 20:53 | 19.95 |

REDACTED

D000048

| | | | | | |
|---|---|---|---|---|---|
| 472635 | New York | NY | 10034 | 12/1/2005 7:36 | 39.95 |
| 480529 | buffalo | NY | 14223 | 5/22/2006 13:49 | 29.95 |
| 476018 | Brooklyn | NY | 11217 | 12/5/2005 20:55 | 39.95 |
| 470673 | Fleischmanns | NY | 12430 | 11/14/2005 15:16 | 0.88 |
| 470673 | Fleischmanns | NY | 12430 | 11/15/2005 19:11 | 0.88 |
| 495375 | New York | NY | 10023 | 6/19/2006 14:55 | 8.88 |
| 574417 | New York | NY | 10003 | 10/15/2007 17:46 | 39.95 |
| 488514 | New York | NY | 10028 | 4/5/2006 7:23 | 39.95 |
| 488514 | New York | NY | 10028 | 4/12/2007 15:46 | 39.95 |
| 545885 | New York | NY | 10014 | 4/30/2007 17:18 | 19.95 |
| 500924 | Wading River | NY | 11792 | 8/29/2006 17:23 | 29.95 |
| 467589 | New York | NY | 10014 | 7/15/2005 14:47 | 0.88 |
| 549266 | troupsburg | NY | 14885 | 5/14/2007 6:53 | 8.88 |
| 549266 | troupsburg | NY | 14885 | 5/14/2007 6:59 | 0.88 |
| 549266 | troupsburg | NY | 14885 | 5/14/2007 7:01 | 0.88 |
| 549266 | troupsburg | NY | 14885 | 5/14/2007 11:11 | 0.88 |
| 549266 | troupsburg | NY | 14885 | 5/14/2007 11:12 | 0.88 |
| 507529 | Wynantskill | NY | 12198 | 10/5/2006 19:42 | 0.88 |
| 488113 | West Seneca | NY | 14224 | 4/1/2006 9:04 | 8.88 |
| 488113 | West Seneca | NY | 14224 | 4/3/2006 8:40 | 8.88 |
| 488113 | West Seneca | NY | 14224 | 4/1/2006 9:06 | 8.88 |
| 477633 | Hawthorne | NY | 10532 | 12/15/2005 11:21 | 0.88 |
| 477820 | Brooklyn | NY | 11211 | 12/18/2005 8:39 | 39.95 |
| 480826 | New York | NY | 10022 | 1/25/2006 16:22 | 39.95 |
| 480826 | New York | NY | 10022 | 3/22/2007 13:17 | 39.95 |
| 458751 | Brooklyn | NY | 11206 | 4/19/2005 7:39 | 8.88 |
| 451738 | Brooklyn | NY | 11206 | 3/30/2005 10:30 | 8.88 |
| 467103 | new york | NY | 10021 | 6/21/2005 14:11 | 0.88 |
| 467103 | new york | NY | 10021 | 6/25/2005 21:20 | 0.88 |
| 488118 | Orchard Park | NY | 14127 | 4/1/2006 10:24 | 39.95 |
| 488118 | Orchard Park | NY | 14127 | 3/18/2007 5:09 | 39.95 |
| 452744 | Syracuse | NY | 13210 | 4/2/2005 10:44 | 8.88 |
| 434386 | New City | NY | 10956 | 2/10/2005 7:57 | 0.88 |
| 434386 | New City | NY | 10956 | 2/15/2005 10:59 | 0.88 |
| 469550 | Oyster Bay | NY | 11771 | 10/5/2005 10:04 | 0.88 |
| 467463 | Brooklyn | NY | 11213 | 7/10/2005 18:41 | 8.88 |
| 467463 | Brooklyn | NY | 11213 | 7/10/2005 18:57 | 0.88 |
| 467463 | Brooklyn | NY | 11213 | 7/11/2005 10:02 | 0.88 |
| 477234 | New York | NY | 11218 | 12/11/2005 17:53 | 39.95 |
| 477234 | New York | NY | 11218 | 3/15/2007 16:30 | 39.95 |
| 481222 | Jamaica | NY | 11435 | 1/30/2006 21:30 | 8.88 |

**REDACTED**

D000049

| ID | City | State | ZIP | Date/Time | Amount |
|---|---|---|---|---|---|
| 475021 | New York | NY | 10029 | 10/25/2006 9:42 | 19.95 |
| 476956 | New York | NY | 10014 | 5/3/2006 13:43 | 19.95 |
| 466189 | New York | NY | 10024 | 5/8/2005 21:05 | 0.88 |
| 478627 | Brooklyn | NY | 11215 | 1/8/2006 15:29 | 39.95 |
| 478627 | Brooklyn | NY | 11215 | 1/17/2006 14:38 | 39.95 |
| 478627 | Brooklyn | NY | 11215 | 3/26/2007 3:34 | 19.95 |
| 433388 | Brooklyn | NY | 11215 | 4/4/2005 11:55 | 0.88 |
| 495387 | Lindenhurst | NY | 11757 | 6/19/2006 19:59 | 8.88 |
| 588674 | Farmingdale | NY | 11735 | 1/8/2008 10:12 | 39.95 |
| 489142 | New York | NY | 10036 | 4/12/2006 14:13 | 39.95 |
| 489275 | New York | NY | 10036 | 4/14/2006 9:25 | 39.95 |
| 476401 | New York | NY | 10038 | 12/7/2005 20:21 | 39.95 |
| 478597 | Penfield | NY | 14526 | 12/27/2005 7:31 | 8.88 |
| 499756 | New York | NY | 10039 | 8/24/2006 16:12 | 39.95 |
| 499756 | New York | NY | 10039 | 10/13/2007 9:43 | 19.95 |
| 451756 | Buffalo | NY | 14216 | 3/30/2005 12:05 | 8.88 |
| 485484 | Rockville Centre | NY | 11570 | 3/19/2006 8:39 | 0.88 |
| 457958 | Endwell | NY | 13760 | 4/16/2005 17:27 | 0.88 |
| 457958 | Endwell | NY | 13760 | 4/16/2005 17:28 | 0.88 |
| 457958 | Endwell | NY | 13760 | 4/16/2005 17:41 | 0.88 |
| 484903 | Hollis | NY | 11423 | 3/13/2006 16:51 | 0.88 |
| 524578 | Troy | NY | 12180 | 1/12/2007 19:44 | 0.88 |
| 497970 | Flushing | NY | 11354 | 7/29/2006 10:35 | 39.95 |
| 497970 | Flushing | NY | 11354 | 7/15/2007 4:18 | 39.95 |
| 492204 | Astoria | NY | 11105 | 5/8/2006 13:37 | 0.88 |
| 495898 | Sunnyside | NY | 11104 | 6/28/2006 15:01 | 39.95 |
| 470985 | New York | NY | 10023 | 11/27/2005 15:52 | 0.88 |
| 467922 | Brooklyn | NY | 11201 | 7/27/2005 17:24 | 8.88 |
| 531945 | Brooklyn | NY | 11211 | 6/1/2007 12:07 | 39.95 |
| 495546 | Brooklyn | NY | 11217 | 7/20/2006 19:05 | 39.95 |
| 495546 | Brooklyn | NY | 11217 | 7/26/2006 12:40 | 39.95 |
| 495546 | Brooklyn | NY | 11217 | 7/28/2006 11:14 | 39.95 |
| 478963 | clifton park | NY | 12065 | 12/31/2005 13:08 | 8.88 |
| 556726 | Hartsdale | NY | 10530 | 7/6/2007 15:25 | 19.95 |
| 471403 | Brooklyn | NY | 11231 | 11/30/2005 18:12 | 39.95 |
| 471403 | Brooklyn | NY | 11231 | 1/25/2006 13:21 | 39.95 |
| 554643 | MINEOLA | NY | 11501 | 6/13/2007 17:42 | 39.95 |
| 496699 | Brockport | NY | 14420 | 7/12/2006 18:12 | 0.88 |
| 481684 | New York | NY | 10022 | 2/8/2006 13:51 | 39.95 |
| 552615 | Saratoga Springs | NY | 12866 | 5/31/2007 11:26 | 0.88 |
| 493567 | New York | NY | 10022 | 5/23/2006 15:43 | 39.95 |
| 475217 | New York | NY | 10163 | 12/3/2005 15:08 | 39.95 |

REDACTED

D000050

| ID | City | State | Zip | | Date/Time | Price |
|---|---|---|---|---|---|---|
| 434335 | Smithtown | NY | 11787 | | 2/10/2005 10:27 | 0.88 |
| 434335 | Smithtown | NY | 11787 | | 3/3/2005 21:32 | 8.88 |
| 440444 | Kingston | NY | 12401 | | 2/20/2005 19:47 | 8.88 |
| 568645 | Hornell | NY | 14843 | | 9/16/2007 5:26 | 39.95 |
| 454061 | New York | NY | 10028 | | 4/6/2005 20:04 | 0.88 |
| 454061 | New York | NY | 10028 | | 4/6/2005 20:36 | 0.88 |
| 469655 | new york | NY | 10021 | | 10/8/2005 17:03 | 8.88 |
| 493901 | Pittsford | NY | 14534 | | 7/10/2006 10:50 | 39.95 |
| 467491 | New York | NY | 10128 | | 7/12/2005 8:01 | 8.88 |
| 496314 | New York | NY | 10003 | | 9/26/2006 14:08 | 19.95 |
| 472682 | New York | NY | 10280 | | 3/24/2006 8:20 | 9.95 |
| 467276 | New York | NY | 10009 | | 6/30/2005 10:55 | 0.88 |
| 490019 | Dix Hills | NY | 11746 | | 8/10/2006 19:18 | 19.95 |
| 490019 | Dix Hills | NY | 11746 | | 7/27/2007 18:41 | 39.95 |
| 516205 | West Islip | NY | 11795 | | 12/3/2006 16:28 | 0.88 |
| 494019 | Sanborn | NY | 14132 | | 5/29/2006 20:25 | 39.95 |
| 522151 | New York | NY | 10010 | | 4/15/2007 7:02 | 39.95 |
| 484437 | New York | NY | 10022 | | 3/7/2006 10:32 | 39.95 |
| 545884 | New York | NY | 10003 | | 4/28/2007 12:25 | 39.95 |
| 439287 | Bronx | NY | 10463 | 4929 | 2/17/2005 20:30 | 8.88 |
| 473742 | New York | NY | 10010 | | 12/1/2005 20:46 | 39.95 |
| 476932 | Gansevoort | NY | 12831 | | 4/26/2006 17:04 | 19.95 |
| 476932 | Gansevoort | NY | 12831 | | 5/8/2006 18:17 | 19.95 |
| 574891 | Canaan | NY | 12029 | | 10/18/2007 12:32 | 39.95 |
| 470372 | Spencerport | NY | 14559 | | 11/2/2005 18:49 | 0.88 |
| 472875 | Rochester | NY | 14608 | | 1/23/2006 12:53 | 39.95 |
| 481779 | Great Neck | NY | 11021 | | 2/9/2006 17:32 | 0.88 |
| 546432 | Mount Vernon | NY | 10552 | | 5/1/2007 14:26 | 39.95 |
| 485361 | Ronkonkoma | NY | 11779 | | 3/17/2006 17:10 | 8.88 |
| 465194 | New York | NY | 10011 | | 4/30/2005 7:22 | 8.88 |
| 465194 | New York | NY | 10011 | | 4/30/2005 7:23 | 8.88 |
| 465194 | New York | NY | 10011 | | 4/30/2005 7:22 | 8.88 |
| 465194 | New York | NY | 10011 | | 4/30/2005 7:23 | 8.88 |
| 466461 | Mount Kisco | NY | 10549 | | 5/16/2005 17:24 | 8.88 |
| 444494 | New York | NY | 10128 | | 3/6/2005 4:56 | 8.88 |
| 483188 | Elmont | NY | 11003 | | 2/25/2006 8:10 | 39.95 |
| 517401 | Brooklyn | NY | 11218 | | 12/9/2006 17:53 | 0.88 |
| 466967 | Rosedale | NY | 11422 | | 6/14/2005 7:19 | 8.88 |
| 442505 | Brooklyn | NY | 11218 | | 2/27/2005 14:24 | 8.88 |
| 541596 | New York | NY | 10014 | | 4/8/2007 17:12 | 39.95 |
| 541596 | New York | NY | 10014 | | 4/19/2007 10:10 | 39.95 |
| 518693 | New York | NY | 10001 | | 12/17/2006 10:07 | 0.88 |

REDACTED

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 518693 | New York | NY | 10001 | 12/17/2006 10:24 | 0.88 |
| 468507 | New York | NY | 10038 | 8/24/2005 20:38 | 8.88 |
| 468507 | New York | NY | 10038 | 8/24/2005 21:10 | 8.88 |
| 460314 | Rochester | NY | 14610 | 4/22/2005 14:13 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/22/2005 14:24 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/22/2005 14:27 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/22/2005 14:29 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/22/2005 14:33 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/23/2005 20:51 | 0.88 |
| 460314 | Rochester | NY | 14610 | 4/23/2005 20:59 | 0.88 |
| 492138 | Brooklyn | NY | 11235 | 5/7/2006 8:40 | 0.88 |
| 485175 | New York | NY | 10004 | 3/16/2006 5:56 | 39.95 |
| 471291 | Bronx | NY | 10463-6704 | 11/30/2005 9:31 | 39.95 |
| 524924 | New York | NY | 10002 | 1/14/2007 19:17 | 0.88 |
| 466310 | Brooklyn | NY | 11215 | 5/9/2005 15:14 | 0.88 |
| 485481 | Brooklyn | NY | 11211 | 3/19/2006 8:00 | 39.95 |
| 483182 | New York | NY | 10022 | 2/25/2006 7:33 | 39.95 |
| 483182 | New York | NY | 10022 | 5/5/2007 8:17 | 39.95 |
| 467336 | Bronx | NY | 10470 | 7/3/2005 18:00 | 0.88 |
| 497462 | Rochester | NY | 14618 | 7/22/2006 13:42 | 19.95 |
| 434118 | Ithaca | NY | 14850 | 2/9/2005 23:28 | 0.88 |
| 434118 | Ithaca | NY | 14850 | 2/9/2005 23:29 | 0.88 |
| 434118 | Ithaca | NY | 14850 | 2/9/2005 23:35 | 0.88 |
| 434118 | Ithaca | NY | 14850 | 2/9/2005 23:36 | 0.88 |
| 434118 | Ithaca | NY | 14850 | 2/9/2005 23:41 | 8.88 |
| 492229 | Brooklyn | NY | 11215 | 2/10/2005 0:08 | 8.88 |
| 467378 | Depew | NY | 14043 | 5/8/2006 19:27 | 39.95 |
| 467378 | Depew | NY | 14043 | 7/6/2005 10:16 | 8.88 |
| 466615 | Wading River | NY | 11792 | 7/6/2005 10:16 | 8.88 |
| 466615 | Wading River | NY | 11792 | 5/24/2005 12:43 | 8.88 |
| 466615 | Wading River | NY | 11792 | 5/24/2005 13:16 | 8.88 |
| 466615 | Wading River | NY | 11792 | 5/25/2005 15:55 | 0.88 |
| 469419 | Ozone Park | NY | 11417 | 5/25/2005 15:59 | 8.88 |
| 469562 | Brooklyn | NY | 11219 | 9/30/2005 15:48 | 8.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:31 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:32 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:32 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:35 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:36 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:36 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:38 | 0.88 |
| 469562 | Brooklyn | NY | 11219 | 10/5/2005 18:39 | 0.88 |

REDACTED

D000052

| | | | | | |
|---|---|---|---|---|---|
| 469562 | Brooklyn | NY | 11219 | 10/9/2005 13:25 | 8.88 |
| 469562 | Brooklyn | NY | 11219 | 10/9/2005 13:25 | 8.88 |
| 532173 | Astoria | NY | 11105 | 2/14/2007 16:55 | 39.95 |
| 461054 | ithaca | NY | 14850 | 4/23/2005 10:35 | 0.88 |
| 461054 | ithaca | NY | 14850 | 4/23/2005 10:39 | 0.88 |
| 555340 | Brooklyn | NY | 11215 | 6/18/2007 17:11 | 39.95 |
| 433813 | Brooklyn | NY | 11218 | 2/9/2005 14:56 | 0.88 |
| 508373 | Woodridge | NY | 12789 | 10/11/2006 18:52 | 0.88 |
| 526079 | HUNTINGTON STA | NY | 11746 | 1/21/2007 18:42 | 8.88 |
| 477173 | Woodside | NY | 11377 | 12/11/2005 6:22 | 0.88 |
| 449162 | New York | NY | 10002 | 3/22/2005 15:52 | 8.88 |
| 447355 | New York | NY | 11372 | 3/15/2005 19:54 | 0.88 |
| 494093 | New York | NY | 10012 | 5/30/2006 13:25 | 39.95 |
| 494093 | New York | NY | 10012 | 5/31/2007 20:21 | 39.95 |
| 456606 | New York | NY | 10009 | 4/20/2005 15:50 | 0.88 |
| 492576 | Fultonville | NY | 12072 | 5/10/2006 22:14 | 39.95 |
| 492576 | Fultonville | NY | 12072 | 5/17/2007 19:15 | 19.95 |
| 452525 | YONKERS | NY | 10701 | 4/1/2005 18:07 | 8.88 |
| 505992 | New York | NY | 10038 | 9/24/2006 11:20 | 8.88 |
| 471134 | Victor | NY | 14564 | 12/1/2005 12:27 | 39.95 |
| 474079 | New York | NY | 10009 | 12/2/2005 3:33 | 39.95 |
| 477675 | Brooklyn | NY | 11211 | 12/15/2005 23:13 | 39.95 |
| 580568 | Bronx | NY | 10462-2065 | 11/18/2007 13:26 | 0.88 |
| 580568 | Bronx | NY | 10462-2065 | 12/4/2007 17:09 | 8.88 |
| 580568 | Bronx | NY | 10462-2065 | 12/6/2007 21:21 | 0.88 |
| 580568 | Bronx | NY | 10462-2065 | 12/6/2007 21:55 | 0.88 |
| 550221 | Brooklyn | NY | 11218 | 5/18/2007 15:32 | 8.88 |
| 485485 | bnew york | NY | 10011 | 3/19/2006 8:45 | 39.95 |
| 485485 | bnew york | NY | 10011 | 4/1/2007 18:05 | 39.95 |
| 481572 | NEW YORK | NY | 10179 | 2/6/2006 17:54 | 39.95 |
| 474262 | New York | NY | 10019 | 12/2/2005 7:25 | 39.95 |
| 484183 | New York | NY | 10034 | 3/8/2006 17:55 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 20:57 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:08 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:22 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:27 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:34 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:38 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 5/20/2005 21:48 | 0.88 |
| 466560 | Dix Hills | NY | 11746 | 6/20/2005 22:07 | 0.88 |
| 517126 | Brooklyn | NY | 11211 | 12/8/2006 12:23 | 39.95 |
| 469511 | Bronx | NY | 10475 | 10/5/2005 11:59 | 0.88 |

REDACTED

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 468004 | Brooklyn | NY | 11222 | 7/31/2005 14:38 | 0.88 |
| 468004 | Brooklyn | NY | 11222 | 7/31/2005 14:39 | 0.88 |
| 479917 | New York | NY | 10003 | 1/11/2006 15:06 | 0.88 |
| 468453 | New York | NY | 10021 | 8/22/2005 6:54 | 0.88 |
| 468453 | New York | NY | 10021 | 8/22/2005 6:55 | 8.88 |
| 435714 | Fairport | NY | 14450 | 2/11/2005 14:21 | 8.88 |
| 5677 | Vestal | NY | 13850 | 2/11/2005 10:34 | 8.88 |
| 5677 | Vestal | NY | 13850 | 3/18/2005 11:58 | 8.88 |
| 5677 | Vestal | NY | 13850 | 4/15/2005 13:43 | 8.88 |
| 5677 | Vestal | NY | 13850 | 8/15/2005 18:08 | 8.88 |
| 5677 | Vestal | NY | 13850 | 2/11/2005 10:34 | 8.88 |
| 5677 | Vestal | NY | 13850 | 3/18/2005 11:58 | 8.88 |
| 5677 | Vestal | NY | 13850 | 4/15/2005 13:43 | 8.88 |
| 5677 | Vestal | NY | 13850 | 8/15/2005 18:08 | 8.88 |
| 5677 | Endwell | NY | 13760 | 2/11/2005 10:34 | 8.88 |
| 5677 | Endwell | NY | 13760 | 3/18/2005 11:58 | 8.88 |
| 5677 | Endwell | NY | 13760 | 4/15/2005 13:43 | 8.88 |
| 5677 | Endwell | NY | 13760 | 8/15/2005 18:08 | 8.88 |
| 5677 | Vestal | NY | 13850 | 2/11/2005 10:34 | 8.88 |
| 5677 | Vestal | NY | 13850 | 3/18/2005 11:58 | 8.88 |
| 5677 | Vestal | NY | 13850 | 4/15/2005 13:43 | 8.88 |
| 5677 | Vestal | NY | 13850 | 8/15/2005 18:08 | 8.88 |
| 441018 | New York | NY | 10009 | 2/22/2005 12:20 | 8.88 |
| 455612 | nyc | NY | 10025 | 4/10/2005 16:17 | 8.88 |
| 468216 | Schenectady | NY | 12306 | 8/11/2005 10:25 | 8.88 |
| 495552 | Plainview | NY | 11803 | 6/22/2006 13:50 | 0.88 |
| 443723 | Ossining | NY | 10562 | 3/3/2005 10:54 | 0.88 |
| 469056 | Sea Cliff | NY | 11579 | 9/17/2005 18:13 | 0.88 |
| 569206 | Buffalo | NY | 14201 | 9/18/2007 6:29 | 39.95 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 16:55 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 16:57 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 16:57 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 16:57 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 16:58 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:11 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:11 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:12 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:12 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:13 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:13 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:13 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:14 | 0.88 |

D000054

| Account | City | State | Zip | Date | Amount |
|---|---|---|---|---|---|
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:14 | 0.88 |
| 436933 | Ogdensburg | NY | 13669 | 2/13/2005 17:43 | 8.88 |
| 496052 | Brooklyn | NY | 11215 | 7/14/2006 15:23 | 39.95 |
| 476914 | Staten Island | NY | 10309 | 12/9/2005 9:35 | 0.88 |
| 466701 | BROOKLYN | NY | 11208 | 5/28/2005 21:16 | 0.88 |
| 466701 | BROOKLYN | NY | 11208 | 5/28/2005 21:16 | 8.88 |
| 467235 | New York | NY | 10010 | 6/30/2005 12:37 | 8.88 |
| 469126 | Dansville | NY | 14437 | 9/20/2005 6:04 | 8.88 |
| 52461 | Owego | NY | 13827 | 5/3/2005 20:11 | 8.88 |
| 52461 | Owego | NY | 13827 | 11/5/2005 23:45 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 5:55 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 5:55 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 5:56 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 5:58 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 5:59 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 6:00 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 6:00 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/18/2006 6:00 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:03 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:04 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:04 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:04 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:05 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:05 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:06 | 0.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:06 | 8.88 |
| 52461 | Owego | NY | 13827 | 2/20/2006 0:21 | 19.95 |
| 52461 | Owego | NY | 13827 | 3/23/2006 22:23 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/3/2006 21:42 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:16 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:16 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:17 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:17 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:19 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:19 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:19 | 0.88 |
| 52461 | Owego | NY | 13827 | 3/4/2007 19:20 | 39.95 |
| 52461 | Owego | NY | 13827 | 5/20/2007 19:31 | 8.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:16 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:24 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:31 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:32 | 0.88 |

REDACTED

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 52461 | Owego | NY | 13827 | 6/15/2007 22:34 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:34 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/15/2007 22:35 | 0.88 |
| 52461 | Owego | NY | 13827 | 6/19/2007 14:54 | 8.88 |
| 52461 | Owego | NY | 13827 | 6/19/2007 15:05 | 0.88 |
| 466356 | Brooklyn | NY | 11225 | 6/12/2005 10:38 | 8.88 |
| 466356 | Brooklyn | NY | 11225 | 6/16/2005 8:01 | 39.95 |
| 472506 | Huntington | NY | 11743 | 12/1/2005 6:08 | 0.88 |
| 467108 | Stony Brook | NY | 11790 | 6/21/2005 21:33 | 0.88 |
| 467108 | Stony Brook | NY | 11790 | 6/21/2005 21:33 | 0.88 |
| 467108 | Stony Brook | NY | 11790 | 6/21/2005 21:34 | 0.88 |
| 467108 | Stony Brook | NY | 11790 | 6/21/2005 21:34 | 0.88 |
| 467131 | Rochester | NY | 14619 | 6/23/2005 1:29 | 0.88 |
| 467131 | Rochester | NY | 14619 | 7/26/2005 23:04 | 0.88 |
| 567647 | New York | NY | 10003 | 9/12/2007 12:33 | 39.95 |
| 434654 | Brooklyn | NY | 11211 | 2/10/2005 12:11 | 0.88 |
| 434654 | Brooklyn | NY | 11211 | 2/10/2005 12:14 | 0.88 |
| 467904 | Port Washington | NY | 11050 | 7/27/2005 9:03 | 29.95 |
| 486545 | New York | NY | 10022 | 3/22/2006 10:10 | 39.95 |
| 486545 | New York | NY | 10022 | 3/28/2007 8:02 | 39.95 |
| 486545 | New York | NY | 10022 | 3/22/2006 10:10 | 39.95 |
| 486545 | New York | NY | 10022 | 3/28/2007 8:02 | 39.95 |
| 534162 | Ithaca | NY | 14850 | 2/22/2007 20:54 | 8.88 |
| 468279 | rockville centre | NY | 11570 | 8/14/2005 18:49 | 39.95 |
| 485345 | Nyack | NY | 10960 | 3/18/2006 14:00 | 39.95 |
| 485345 | Nyack | NY | 10960 | 3/16/2007 4:58 | 0.88 |
| 467979 | Port Ewen | NY | 12466 | 7/30/2005 7:45 | 0.88 |
| 467979 | Port Ewen | NY | 12466 | 7/30/2005 8:07 | 0.88 |
| 467979 | Port Ewen | NY | 12466 | 7/30/2005 8:07 | 0.88 |
| 467979 | Port Ewen | NY | 12466 | 7/30/2005 8:08 | 0.88 |
| 467979 | Port Ewen | NY | 12466 | 7/30/2005 8:08 | 39.95 |
| 493564 | Brooklyn | NY | 11222 | 5/23/2006 15:21 | 8.88 |
| 457081 | Shirley | NY | 11967 | 4/14/2005 10:26 | 39.95 |
| 574033 | New York | NY | 10009 | 1/3/2008 4:04 | 0.88 |
| 470977 | Morrisville | NY | 13408 | 11/27/2005 11:48 | 39.95 |
| 532638 | New York | NY | 10025 | 2/15/2007 8:52 | 0.88 |
| 491226 | New York | NY | 10023 | 9/18/2006 7:46 | 19.95 |
| 491226 | New York | NY | 10023 | 10/2/2007 16:00 | 19.95 |
| 491226 | New York | NY | 10023 | 9/18/2006 7:46 | 39.95 |
| 491226 | New York | NY | 10023 | 10/2/2007 16:00 | 19.95 |
| 435860 | Brooklyn | NY | 11217 | 2/11/2005 20:38 | 8.88 |

REDACTED

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 471531 | Brooklyn | NY | 11222 | 11/30/2005 17:02 | 39.95 |
| 533010 | Hastings on Hudson | NY | 10706 | 2/17/2007 4:33 | 39.95 |
| 557523 | Erin | NY | 14838 | 7/3/2007 5:43 | 0.88 |
| 468557 | Greenfield Center | NY | 12833 | 8/27/2005 13:28 | 8.88 |
| 442422 | New York | NY | 10023 | 2/27/2005 8:34 | 8.88 |
| 489207 | Delphi Falls | NY | 13051 | 4/13/2006 12:31 | 8.88 |
| 546659 | White Plains | NY | 10603-3242 | 5/1/2007 21:34 | 39.95 |
| 558912 | Brooklyn | NY | 11201 | 7/12/2007 7:45 | 19.95 |
| 470219 | New Windsor | NY | 12553 | 10/27/2005 7:59 | 8.88 |
| 472571 | Newark Valley | NY | 13811 | 10/20/2006 7:57 | 19.95 |
| 475224 | NEW yORK | NY | 10023 | 12/4/2005 14:21 | 39.95 |
| 471567 | brooklyn | NY | 11217 | 11/30/2005 15:18 | 39.95 |
| 586720 | Buffalo | NY | 14216 | 12/28/2007 11:21 | 8.88 |
| 505949 | Brooklyn | NY | 11223 | 9/23/2006 22:15 | 8.88 |
| 546289 | New York | NY | 10022 | 4/30/2007 11:08 | 39.95 |
| 514445 | ny ny | NY | 10017 | 11/22/2006 11:16 | 0.88 |
| 514445 | ny ny | NY | 10017 | 11/22/2006 18:07 | 0.88 |
| 514445 | ny ny | NY | 10017 | 11/22/2006 18:08 | 0.88 |
| 514445 | ny ny | NY | 10017 | 11/22/2006 18:09 | 0.88 |
| 511105 | Westfield | NY | 14787 | 11/2/2006 5:27 | 39.95 |
| 511105 | Westfield | NY | 14787 | 11/9/2007 5:44 | 39.95 |
| 511105 | Westfield | NY | 14787 | 11/2/2006 5:27 | 39.95 |
| 511105 | Westfield | NY | 14787 | 11/9/2007 5:44 | 39.95 |
| 511105 | Westfield | NY | 14787 | 11/2/2006 5:27 | 39.95 |
| 511105 | Westfield | NY | 14787 | 11/9/2007 5:44 | 39.95 |
| 21371 | Brooklyn | NY | 11228-2338 | 2/11/2005 11:39 | 8.88 |
| 21371 | Brooklyn | NY | 11228-2338 | 1/19/2006 14:59 | 39.95 |
| 21371 | Brooklyn | NY | 11228-2338 | 3/19/2007 7:27 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 2/11/2005 11:39 | 8.88 |
| 21371 | Brooklyn | NY | 11228 | 1/19/2006 14:59 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 3/19/2007 7:27 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 2/11/2005 11:39 | 8.88 |
| 21371 | Brooklyn | NY | 11228 | 1/19/2006 14:59 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 3/19/2007 7:27 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 2/11/2005 11:39 | 8.88 |
| 21371 | Brooklyn | NY | 11228 | 1/19/2006 14:59 | 39.95 |
| 21371 | Brooklyn | NY | 11228 | 3/19/2007 7:27 | 39.95 |
| 465040 | Malverne | NY | 11565 | 4/29/2005 14:02 | 8.88 |
| 553410 | New York | NY | 10012 | 9/14/2007 14:21 | 19.95 |
| 513174 | Elmhurst | NY | 11373 | 11/16/2006 11:58 | 19.95 |
| 434423 | rochester | NY | 14623 | 2/10/2005 8:37 | 0.88 |
| 505511 | Highland Mills | NY | 10930 | 9/20/2006 18:17 | 8.88 |

REDACTED

D000057

| Account | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 550588 | Niskayuna | NY | 12309 | 5/21/2007 13:55 | 39.95 |
| 466496 | Brooklyn | NY | 11208 | 5/17/2005 17:56 | 8.88 |
| 466496 | Brooklyn | NY | 11208 | 10/30/2005 19:53 | 0.88 |
| 466496 | Brooklyn | NY | 11208 | 5/17/2005 17:56 | 8.88 |
| 485213 | Brooklyn | NY | 11208 | 10/30/2005 19:53 | 0.88 |
| 504451 | Albany | NY | 12866 | 3/16/2006 12:03 | 39.95 |
| 470496 | New York | NY | 10021 | 9/24/2006 19:40 | 39.95 |
| 470496 | Troy | NY | 12182 | 11/8/2005 14:58 | 0.88 |
| 470496 | Troy | NY | 12182 | 11/8/2005 14:58 | 0.88 |
| 469610 | Troy | NY | 12182 | 11/8/2005 14:59 | 0.88 |
| 538357 | new york | NY | 10022 | 10/7/2005 7:22 | 8.88 |
| 485192 | Cold Spring | NY | 10516 | 4/8/2007 18:48 | 39.95 |
| 485192 | Rochester | NY | 14624 | 6/3/2006 14:50 | 19.95 |
| 482074 | Rochester | NY | 14624 | 5/20/2007 9:04 | 19.95 |
| 488594 | Webster | NY | 14580 | 2/12/2006 12:04 | 39.95 |
| 466637 | armonk | NY | 10504 | 4/6/2006 7:39 | 39.95 |
| 481518 | New York | NY | 10003 | 5/25/2005 14:31 | 0.88 |
| 586022 | Sea Cliff | NY | 11579 | 2/5/2006 13:08 | 8.88 |
| 502095 | Buffalo | NY | 14209 | 12/25/2007 5:25 | 39.95 |
| 454834 | New York | NY | 10012 | 9/18/2006 6:34 | 39.95 |
| 454834 | WEST BABYLON | NY | 11704 | 4/8/2005 13:06 | 0.88 |
| 485141 | WEST BABYLON | NY | 11704 | 4/8/2005 13:12 | 8.88 |
| 485141 | New York | NY | 10128 | 4/2/2006 7:28 | 39.95 |
| 437346 | New York | NY | 10128 | 3/22/2007 5:00 | 39.95 |
| 437346 | Vernon Center | NY | 13477 | 2/14/2005 8:25 | 0.88 |
| 492918 | Vernon Center | NY | 13477 | 2/14/2005 8:27 | 0.88 |
| 492918 | New York | NY | 10033 | 5/14/2006 10:47 | 39.95 |
| 454888 | New York | NY | 10033 | 5/14/2006 10:47 | 39.95 |
| 454888 | Brooklyn | NY | 11216 | 4/8/2005 14:22 | 0.88 |
| 470282 | Brooklyn | NY | 11216 | 4/8/2005 14:23 | 8.88 |
| 560807 | New York | NY | 10001 | 10/30/2005 7:17 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 6:47 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 7:57 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 8:09 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 12:22 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 12:59 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 13:34 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 14:21 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 14:41 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 14:57 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 15:09 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/25/2007 15:42 | 0.88 |

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 560807 | White Plains | NY | 10601 | 7/25/2007 15:54 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/27/2007 13:29 | 0.88 |
| 560807 | White Plains | NY | 10601 | 7/29/2007 20:33 | 0.88 |
| 560807 | White Plains | NY | 10601 | 8/6/2007 20:31 | 0.88 |
| 560807 | White Plains | NY | 10601 | 8/6/2007 20:41 | 0.88 |
| 467993 | Brooklyn | NY | 11226 | 7/30/2005 22:31 | 0.88 |
| 467993 | Brooklyn | NY | 11226 | 7/30/2005 22:59 | 0.88 |
| 467993 | Brooklyn | NY | 11226 | 7/30/2005 23:19 | 0.88 |
| 467993 | Brooklyn | NY | 11226 | 7/30/2005 23:24 | 0.88 |
| 467993 | Brooklyn | NY | 11226 | 7/31/2005 16:11 | 8.88 |
| 475185 | Morrisonville | NY | 12962 | 10/14/2007 4:52 | 19.95 |
| 499191 | Bronx | NY | 10456 | 9/24/2006 11:25 | 39.95 |
| 489100 | New York | NY | 10009 | 4/11/2006 20:58 | 8.88 |
| 470714 | Middletown | NY | 10940 | 11/16/2005 8:33 | 8.88 |
| 493461 | NY | NY | 10025 | 5/21/2006 19:25 | 39.95 |
| 466747 | Jamaica | NY | 11434 | 5/30/2005 21:30 | 0.88 |
| 546977 | New York | NY | 10013 | 6/8/2007 6:37 | 39.95 |
| 466674 | Yorktown Heights | NY | 10598 | 5/27/2005 16:59 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 5/27/2005 17:03 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/11/2005 16:10 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/11/2005 16:12 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/11/2005 16:13 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/20/2006 12:51 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/20/2006 12:56 | 8.88 |
| 466674 | Yorktown Heights | NY | 10598 | 10/20/2006 13:02 | 8.88 |
| 470301 | Rochester | NY | 14623 | 10/30/2005 16:50 | 0.88 |
| 470301 | Rochester | NY | 14623 | 10/30/2005 16:50 | 0.88 |
| 485445 | New York | NY | 10009 | 3/18/2006 19:51 | 39.95 |
| 485445 | New York | NY | 10009 | 3/16/2007 6:12 | 39.95 |
| 538977 | Brooklyn | NY | 11233 | 3/24/2007 21:25 | 39.95 |
| 527416 | Floral Park | NY | 11004 | 2/3/2007 7:56 | 39.95 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:29 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:30 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:31 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:31 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:31 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:32 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:33 | 0.88 |
| 466899 | Stony Brook | NY | 11790 | 6/10/2005 4:33 | 0.88 |
| 470595 | new york | NY | 10024 | 11/11/2005 18:28 | 0.88 |
| 470595 | new york | NY | 10024 | 11/11/2005 18:28 | 0.88 |
| 470646 | spring valley | NY | 10977 | 11/13/2005 16:04 | 8.88 |

**REDACTED**

D000059

| | | | | | |
|---|---|---|---|---|---|
| 485542 | new york | NY | 10019 | 3/19/2006 17:48 | 8.88 |
| 487974 | Bronx | NY | 10463 | 3/30/2006 12:21 | 39.95 |
| 487974 | Bronx | NY | 10463 | 3/31/2006 10:13 | 39.95 |
| 478463 | new york | NY | 10011 | 12/26/2005 10:13 | 39.95 |
| 434011 | Tarrytown | NY | 10591 | 2/9/2005 19:27 | 8.88 |
| 481371 | Syracuse | NY | 13219 | 2/2/2006 12:16 | 39.95 |
| 481371 | Syracuse | NY | 13219 | 4/1/2007 20:31 | 39.95 |
| 435593 | West Seneca | NY | 14224 | 2/11/2005 10:59 | 0.88 |
| 468205 | E. Northport | NY | 11731 | 8/10/2005 19:41 | 0.88 |
| 457327 | Bronx | NY | 10466 | 4/15/2005 1:23 | 8.88 |
| 588921 | brooklyn | NY | 11213 | 1/9/2008 21:32 | 39.95 |
| 512481 | Brooklyn | NY | 11201 | 11/9/2006 9:34 | 0.88 |
| 495099 | New York | NY | 10022 | 6/14/2006 19:23 | 39.95 |
| 476867 | woodside | NY | 11377 | 12/9/2005 3:41 | 39.95 |
| 516960 | Jamestown | NY | 14701 | 12/7/2006 11:02 | 0.88 |
| 481596 | Brooklyn | NY | 11211 | 6/6/2006 20:44 | 19.95 |
| 481596 | Brooklyn | NY | 11211 | 6/4/2007 11:00 | 39.95 |
| 481596 | Brooklyn | NY | 11211 | 6/6/2006 20:44 | 19.95 |
| 481596 | Brooklyn | NY | 11211 | 6/4/2007 11:00 | 39.95 |
| 481596 | Brooklyn | NY | 11211 | 6/6/2006 20:44 | 19.95 |
| 481596 | Brooklyn | NY | 11211 | 6/4/2007 11:00 | 39.95 |
| 481596 | Brooklyn | NY | 11211 | 6/6/2006 20:44 | 19.95 |
| 481596 | Brooklyn | NY | 11211 | 6/4/2007 11:00 | 39.95 |
| 492458 | Angola | NY | 14006 | 5/10/2006 9:56 | 39.95 |
| 492458 | Angola | NY | 14006 | 5/7/2007 17:40 | 39.95 |
| 529773 | Amherst | NY | 14228 | 2/11/2007 9:01 | 19.95 |
| 473123 | Brooklyn | NY | 11231 | 12/8/2005 12:07 | 39.95 |
| 481596 | Brooklyn | NY | 11222 | 6/6/2006 20:44 | 19.95 |
| 481596 | Brooklyn | NY | 11222 | 6/4/2007 11:00 | 39.95 |
| 442271 | North woodmere | NY | 11581 | 2/26/2005 19:32 | 8.88 |
| 476191 | Endicott | NY | 13760 | 12/9/2005 9:36 | 39.95 |
| 468790 | Albany | NY | 12203 | 9/6/2005 18:00 | 0.88 |
| 534715 | Brooklyn | NY | 11211 | 2/25/2007 9:58 | 39.95 |
| 441894 | New York | NY | 10002 | 2/25/2005 9:25 | 8.88 |
| 489354 | New York | NY | 10011 | 4/15/2006 14:53 | 39.95 |
| 473046 | New York | NY | 10007 | 12/1/2005 11:18 | 39.95 |
| 578577 | Brooklyn | NY | 11230 | 11/7/2007 22:22 | 0.88 |
| 578577 | Brooklyn | NY | 11230 | 11/8/2007 20:25 | 0.88 |
| 578577 | Brooklyn | NY | 11230 | 11/9/2007 6:28 | 0.88 |
| 578577 | Brooklyn | NY | 11230 | 11/9/2007 6:28 | 0.88 |
| 469028 | Bronx | NY | 10472 | 9/16/2005 21:16 | 29.95 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 5:52 | 0.88 |

REDACTED

D000060

| ID | City | State | Zip | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 466684 | Huntington | NY | 11743 | 6/8/2005 16:16 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 5:52 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 466684 | Huntington | NY | 11743 | 5/28/2005 6:14 | 0.88 |
| 487588 | New York | NY | 60601 | 6/8/2005 16:16 | 39.95 |
| 514046 | Tonawanda | NY | 14150 | 3/27/2006 9:49 | 39.95 |
| 556572 | Bohemia | NY | 11716 | 11/19/2006 17:05 | 8.88 |
| 446590 | Mineola | NY | 11501 | 6/26/2007 18:49 | 8.88 |
| 527714 | New York | NY | 10128 | 3/13/2005 9:42 | 39.95 |
| 578094 | New York | NY | 10021 | 1/29/2007 17:19 | 39.95 |
| 490276 | Syracuse | NY | 13224 | 11/3/2007 8:45 | 39.95 |
| 497615 | Brewster | NY | 10509 | 5/11/2006 15:31 | 19.95 |
| 529682 | Port Jefferson | NY | 11777 | 8/26/2006 11:48 | 39.95 |
| 479470 | Grand Island | NY | 14072 | 4/3/2007 9:35 | 8.88 |
| 534730 | Huntington Station | NY | 11746 | 1/17/2006 23:01 | 39.95 |
| 497078 | Rochester | NY | 14623 | 2/24/2007 22:14 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 7/19/2006 9:24 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 6/2/2005 11:45 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 6/2/2005 13:31 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 6/2/2005 13:32 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 6/2/2005 13:32 | 0.88 |
| 466789 | Ithaca | NY | 14850 | 6/2/2005 13:32 | 0.88 |
| 549013 | Oakland Gardens | NY | 11364 | 6/2/2005 13:32 | 19.95 |
| 476736 | Dansville | NY | 14437 | 5/13/2007 6:16 | 29.95 |
| 476736 | Dansville | NY | 14437 | 12/28/2005 15:40 | 0.88 |
| 476736 | Dansville | NY | 14437 | 4/19/2006 7:37 | 0.88 |
| 476736 | Dansville | NY | 14437 | 4/19/2006 7:37 | 0.88 |
| 466909 | White Plains | NY | 10605 | 4/19/2006 7:38 | 0.88 |
| 498180 | New York | NY | 10029 | 6/10/2005 20:21 | 39.95 |
| 485631 | New York | NY | 10017 | 8/1/2006 20:23 | 39.95 |
| 488036 | New York | NY | 10011 | 3/20/2006 14:30 | 39.95 |
| 468295 | Brooklyn | NY | 11222 | 3/31/2006 8:23 | 0.88 |
| 468295 | Brooklyn | NY | 11222 | 8/16/2005 10:41 | 0.88 |
| 468295 | Brooklyn | NY | 11222 | 8/16/2005 10:42 | 0.88 |
| 498992 | Newtonville | NY | 12128 | 8/16/2005 10:43 | 8.88 |

REDACTED

D000061

| ID | City | State | ZIP | Date/Time | Amount |
|---|---|---|---|---|---|
| 491758 | New York | NY | 10023 | 5/3/2006 13:55 | 39.95 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 12:35 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 12:35 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/27/2005 15:44 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 13:36 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 12:35 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 12:35 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/27/2005 15:44 | 8.88 |
| 467139 | White Plains | NY | 10605 | 6/23/2005 13:36 | 8.88 |
| 445019 | New York | NY | 10027 | 3/7/2005 17:29 | 0.88 |
| 478754 | Massena | NY | 13662 | 12/28/2005 16:11 | 0.88 |
| 478754 | Massena | NY | 13662 | 12/28/2005 16:15 | 0.88 |
| 478754 | Massena | NY | 13662 | 12/28/2005 16:22 | 0.88 |
| 478754 | Massena | NY | 13662 | 12/28/2005 16:31 | 0.88 |
| 478754 | Massena | NY | 13662 | 12/28/2005 16:32 | 0.88 |
| 514544 | Astoria | NY | 11105 | 11/23/2006 2:46 | 8.88 |
| 514544 | Astoria | NY | 11105 | 12/15/2006 11:01 | 8.88 |
| 472630 | New York | NY | 10022 | 12/1/2005 7:34 | 39.95 |
| 521307 | New York | NY | 10009 | 12/29/2006 14:01 | 39.95 |
| 473665 | Fairport | NY | 14450 | 12/14/2005 18:35 | 39.95 |
| 473665 | Fairport | NY | 14450 | 12/14/2005 18:35 | 39.95 |
| 470931 | Brooklyn | NY | 11209 | 11/25/2005 8:12 | 0.88 |
| 450399 | brooklyn | NY | 11221 | 4/9/2005 21:46 | 8.88 |
| 450399 | brooklyn | NY | 11221 | 4/9/2005 21:58 | 8.88 |
| 495318 | New York | NY | 10032 | 6/18/2006 15:31 | 8.88 |
| 448556 | Brooklyn | NY | 11231 | 3/20/2005 10:38 | 0.88 |
| 437386 | Brooklyn | NY | 11218 | 2/14/2005 7:20 | 8.88 |
| 467626 | Cheektowaga | NY | 14227 | 7/17/2005 6:56 | 0.88 |
| 467626 | Cheektowaga | NY | 14227 | 9/25/2005 7:15 | 0.88 |
| 517646 | SYRACUSE | NY | 13206 | 12/11/2006 3:46 | 39.95 |
| 517646 | SYRACUSE | NY | 13206 | 12/8/2007 8:23 | 39.95 |
| 470238 | north bellmore | NY | 11710 | 10/28/2005 3:23 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/28/2005 3:32 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:41 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:44 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:45 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:47 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:51 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:52 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:54 | 0.88 |
| 470238 | north bellmore | NY | 11710 | 10/29/2005 7:59 | 0.88 |
| 547886 | New York | NY | 10022 | 5/6/2007 11:19 | 39.95 |

REDACTED

D000062

| Acct | City | State | Zip | DateTime | Amount |
|---|---|---|---|---|---|
| 470681 | Syracuse | NY | 13219 | 11/14/2005 17:16 | 0.88 |
| 563694 | Dobbs Ferry | NY | 10522 | 12/24/2007 8:26 | 39.95 |
| 453113 | Valley Stream | NY | 11580 | 4/3/2005 16:11 | 0.88 |
| 453113 | Valley Stream | NY | 11580 | 4/3/2005 16:11 | 0.88 |
| 467711 | new york | NY | 10012 | 7/20/2005 8:11 | 0.88 |
| 467711 | new york | NY | 10012 | 7/20/2005 8:52 | 0.88 |
| 467711 | new york | NY | 10012 | 7/20/2005 9:54 | 0.88 |
| 467711 | new york | NY | 10012 | 7/21/2005 12:15 | 0.88 |
| 433453 | Brooklyn | NY | 11217 | 2/9/2005 8:29 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 4/13/2005 15:50 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 4/13/2005 16:23 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 4/13/2005 16:26 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 8/5/2005 16:28 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 8/10/2005 17:19 | 8.88 |
| 303203 | Glen Head | NY | 11545-2635 | 12/9/2005 3:30 | 39.95 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 15:50 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:23 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:26 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/5/2005 16:28 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/10/2005 17:19 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 12/9/2005 3:30 | 39.95 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 15:50 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:23 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:26 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/5/2005 16:28 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/10/2005 17:19 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 12/9/2005 3:30 | 39.95 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 15:50 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:23 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 4/13/2005 16:26 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/5/2005 16:28 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 8/10/2005 17:19 | 8.88 |
| 303203 | Glen Head | NY | 11545 | 12/9/2005 3:30 | 39.95 |
| 438652 | Rochester | NY | 14625 | 2/16/2005 10:54 | 8.88 |
| 473309 | Beacon | NY | 12508 | 12/1/2005 14:21 | 0.88 |
| 445030 | jamaica | NY | 11433 | 3/7/2005 18:24 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/13/2005 19:46 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/13/2005 19:57 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/13/2005 20:00 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/14/2005 18:01 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/30/2005 16:23 | 0.88 |
| 477489 | Ronkonkoma | NY | 11779 | 12/30/2005 16:27 | 0.88 |

REDACTED

D000063

| | | | | | |
|---|---|---|---|---|---|
| 477489 | Ronkonkoma | NY | 11779 | 12/30/2005 16:28 | 0.88 |
| 476123 | Douglaston | NY | 11362 | 12/6/2005 19:28 | 39.95 |
| 506915 | Glen Cove | NY | 11542 | 10/1/2006 6:04 | 39.95 |
| 506915 | Glen Cove | NY | 11542 | 10/11/2007 7:35 | 0.88 |
| 466770 | Byron | NY | 14422 | 5/31/2005 23:19 | 0.88 |
| 466770 | Byron | NY | 14422 | 5/31/2005 23:51 | 0.88 |
| 466770 | Byron | NY | 14422 | 6/10/2005 22:26 | 0.88 |
| 526110 | West Babylon | NY | 11704 | 1/22/2007 0:22 | 0.88 |
| 526110 | West Babylon | NY | 11704 | 1/22/2007 0:43 | 0.88 |
| 428919 | Rochester | NY | 14612 | 2/18/2005 7:07 | 8.88 |
| 518837 | North Bellmore | NY | 11710 | 12/18/2006 5:40 | 8.88 |
| 542656 | Staten Island | NY | 10314 | 4/15/2017 14:47 | 0.88 |
| 486798 | NY | NY | 10017 | 3/6/2007 10:16 | 39.95 |
| 581185 | Huntington | NY | 11743 | 11/22/2007 14:48 | 8.88 |
| 468478 | white plains | NY | 10604 | 8/23/2005 15:14 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/1/2005 14:50 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/2/2005 19:03 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/10/2005 6:47 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/11/2005 11:29 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/11/2005 19:17 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/14/2005 4:03 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/17/2005 7:55 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 9/30/2005 13:44 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 10/8/2005 17:23 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 10/24/2005 16:47 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 10/25/2005 14:44 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 11/11/2005 12:05 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 11/23/2005 14:34 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 11/24/2005 9:23 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 12/14/2005 22:50 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 12/14/2005 22:51 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 2/3/2006 21:15 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 2/3/2006 21:19 | 8.88 |
| 468671 | Staten Island | NY | 10306 | 4/26/2006 14:57 | 8.88 |
| 478090 | Dix Hills | NY | 11746 | 12/21/2005 18:45 | 0.88 |
| 470933 | ellenville | NY | 12428 | 11/25/2005 9:06 | 8.88 |
| 548344 | New York | NY | 10021 | 5/8/2007 18:13 | 39.95 |
| 466700 | Schenectady | NY | 12306 | 9/10/2005 21:59 | 8.88 |
| 466700 | Schenectady | NY | 12306 | 9/10/2005 22:20 | 0.88 |
| 466700 | Schenectady | NY | 12306 | 9/10/2005 22:22 | 0.88 |
| 487989 | Staten Island | NY | 10301 | 3/30/2006 16:04 | 19.95 |
| 475210 | Colton | NY | 13625 | 12/3/2005 14:51 | 39.95 |

REDACTED

D000064

| | | | | | |
|---|---|---|---|---|---|
| 436739 | NYC | NY | 10003 | 2/13/2005 20:16 | 8.88 |
| 557732 | New York | NY | 10027 | 7/4/2007 12:57 | 39.95 |
| 471270 | New York | NY | 10024 | 12/1/2005 7:42 | 39.95 |
| 492807 | Penfield | NY | 14526 | 5/13/2006 2:19 | 8.88 |
| 575904 | Pine Bush | NY | 12566 | 10/25/2007 10:36 | 39.95 |
| 503307 | Rome | NY | 13440 | 9/6/2006 18:38 | 8.88 |
| 466360 | New York | NY | 10021 | 5/11/2005 13:02 | 0.88 |
| 466360 | New York | NY | 10021 | 5/12/2005 14:28 | 8.88 |
| 466225 | New York | NY | 10024 | 2/6/2006 9:58 | 29.95 |
| 469763 | Sauquoit | NY | 13456 | 10/13/2005 13:04 | 8.88 |
| 533772 | Baldwinsville | NY | 13027 | 2/20/2007 13:03 | 39.95 |
| 533772 | Baldwinsville | NY | 13027 | 2/20/2007 13:03 | 39.95 |
| 576978 | Garden City Park | NY | 11040 | 10/26/2007 17:37 | 39.95 |
| 467988 | brooklyn | NY | 11201 | 7/30/2005 19:17 | 8.88 |
| 467988 | brooklyn | NY | 11201 | 7/31/2005 6:57 | 8.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:45 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:46 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:46 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:46 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:47 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:47 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:47 | 0.88 |
| 466970 | Stony Brook | NY | 11790 | 6/14/2005 10:49 | 0.88 |
| 468776 | West Point | NY | 10997 | 9/6/2005 4:36 | 0.88 |
| 468776 | West Point | NY | 10997 | 9/6/2005 4:36 | 0.88 |
| 468776 | West Point | NY | 10997 | 9/6/2005 4:36 | 0.88 |
| 468776 | West Point | NY | 10997 | 9/6/2005 4:37 | 0.88 |
| 468776 | West Point | NY | 10997 | 9/6/2005 4:37 | 0.88 |
| 476559 | Rochester | NY | 14619 | 11/5/2006 14:19 | 39.95 |
| 480925 | BRONX | NY | 10469 | 2/15/2006 20:34 | 39.95 |
| 480925 | BRONX | NY | 10469 | 3/20/2007 15:36 | 39.95 |
| 480879 | New York | NY | 10021 | 1/24/2006 7:36 | 39.95 |
| 473086 | New York | NY | 10016 | 12/5/2005 19:27 | 39.95 |
| 469788 | Cooperstown | NY | 13326 | 10/14/2005 12:02 | 0.88 |
| 469788 | Cooperstown | NY | 13326 | 10/16/2005 9:41 | 0.88 |
| 469788 | Cooperstown | NY | 13326 | 10/16/2005 9:41 | 0.88 |
| 469788 | Cooperstown | NY | 13326 | 10/16/2005 9:42 | 0.88 |
| 476726 | New York | NY | 10011 | 12/8/2005 12:59 | 0.88 |
| 470761 | Brooklyn | NY | 11215 | 11/18/2005 18:01 | 0.88 |
| 498866 | NY | NY | 10003 | 8/14/2006 7:26 | 39.95 |
| 466580 | Stony Brook | NY | 11790 | 5/23/2005 5:22 | 8.88 |

REDA....

D000065

| Account | City | State | Zip | Date | Amount |
|---|---|---|---|---|---|
| 466580 | Stony Brook | NY | 11790 | 6/9/2005 12:41 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:48 | 0.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:56 | 8.88 |
| 466580 | Stony Brook | NY | 11790-2408 | 5/23/2005 5:22 | 8.88 |
| 466580 | Stony Brook | NY | 11790-2408 | 6/9/2005 12:41 | 8.88 |
| 466580 | Stony Brook | NY | 11790-2408 | 12/27/2005 8:48 | 0.88 |
| 466580 | Stony Brook | NY | 11790-2408 | 12/27/2005 8:56 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 5/23/2005 5:22 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 6/9/2005 12:41 | 0.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:48 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:56 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 5/23/2005 5:22 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 6/9/2005 12:41 | 0.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:48 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:56 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 5/23/2005 5:22 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 6/9/2005 12:41 | 0.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:48 | 8.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:22 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:23 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:23 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:23 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:25 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:25 | 0.88 |
| 466778 | Stony Brook | NY | 11790 | 6/1/2005 12:25 | 0.88 |
| 455145 | New York | NY | 10024 | 4/9/2005 9:11 | 0.88 |
| 455145 | New York | NY | 10024 | 4/9/2005 9:28 | 0.88 |
| 466580 | Stony Brook | NY | 11790 | 5/23/2005 5:22 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 6/9/2005 12:41 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:48 | 8.88 |
| 466580 | Stony Brook | NY | 11790 | 12/27/2005 8:56 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:13 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:15 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:18 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:10 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:20 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:20 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:34 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:13 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:15 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:18 | 8.88 |

REDACTED

D000066

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:18 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:10 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:20 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:34 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:13 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:15 | 8.88 |
| 245054 | syracuse | NY | 13208 | 2/10/2005 11:18 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:10 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:20 | 0.88 |
| 245054 | syracuse | NY | 13208 | 2/12/2005 4:34 | 8.88 |
| 245054 | liverpool | NY | 13090 | 2/10/2005 11:13 | 8.88 |
| 245054 | liverpool | NY | 13090 | 2/10/2005 11:15 | 8.88 |
| 245054 | liverpool | NY | 13090 | 2/10/2005 11:18 | 0.88 |
| 245054 | liverpool | NY | 13090 | 2/12/2005 4:20 | 0.88 |
| 245054 | liverpool | NY | 13090 | 2/12/2005 4:20 | 0.88 |
| 245054 | liverpool | NY | 13090 | 2/12/2005 4:34 | 8.88 |
| 472757 | Woodhaven | NY | 11421 | 12/1/2005 8:43 | 39.95 |
| 451502 | LIC | NY | 11101 | 3/29/2005 15:20 | 0.88 |
| 451502 | LIC | NY | 11101 | 3/29/2005 15:27 | 0.88 |
| 451502 | LIC | NY | 11101 | 3/29/2005 15:28 | 0.88 |
| 451502 | LIC | NY | 11101 | 3/29/2005 15:29 | 0.88 |
| 451502 | LIC | NY | 11101 | 4/7/2006 10:31 | 19.95 |
| 476261 | Ballston Spa | NY | 12020 | 4/29/2006 4:00 | 8.88 |
| 477868 | syracuse | NY | 13210 | 12/18/2005 13:36 | 8.88 |
| 493548 | Middletown | NY | 10940 | 5/23/2006 11:03 | 8.88 |
| 493548 | Middletown | NY | 10940 | 5/23/2006 12:11 | 8.88 |
| 493548 | Middletown | NY | 10940 | 5/24/2006 23:42 | 8.88 |
| 466857 | New York | NY | 10003 | 6/7/2005 11:37 | 8.88 |
| 433426 | Mount Kisco | NY | 10549-3949 | 2/9/2005 7:52 | 0.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:00 | 0.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:00 | 0.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:01 | 0.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:02 | 0.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:03 | 8.88 |
| 529438 | Hartsdale | NY | 10530 | 2/9/2007 8:04 | 39.95 |
| 479066 | nEW YORK | NY | 10023 | 1/2/2006 13:40 | 8.88 |
| 477280 | New York | NY | 10001 | 3/16/2006 9:04 | 39.95 |
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 0.88 |
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 0.88 |

REDACTED

D000067

| Account | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 0.88 |
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 0.88 |
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 0.88 |
| 467440 | Wappinger | NY | 12590 | 7/9/2005 9:47 | 39.95 |
| 485077 | New York | NY | 10021 | 3/15/2006 13:45 | 39.95 |
| 266569 | Friendship | NY | 14739 | 3/16/2005 15:43 | 8.88 |
| 266569 | Whitesville | NY | 14897 | 3/16/2005 15:43 | 8.88 |
| 561339 | New York | NY | 10002 | 7/29/2007 5:05 | 39.95 |
| 444257 | Mount Kisco | NY | 10549 | 3/5/2005 7:24 | 8.88 |
| 520151 | Melville | NY | 11747 | 12/25/2006 11:31 | 39.95 |
| 497761 | White Plains | NY | 10605 | 10/22/2006 22:13 | 19.95 |
| 470425 | Rochester | NY | 14616 | 11/4/2005 22:09 | 0.88 |
| 492943 | albertson | NY | 11507 | 5/14/2006 16:21 | 8.88 |
| 469445 | Jamaica | NY | 11434 | 10/1/2005 16:21 | 8.88 |
| 469445 | Jamaica | NY | 11434 | 10/1/2005 16:32 | 39.95 |
| 485236 | Cutchogue | NY | 11935 | 3/16/2006 14:35 | 19.95 |
| 476184 | new york | NY | 10003 | 12/6/2005 11:49 | 39.95 |
| 476184 | new york | NY | 10003 | 3/19/2007 3:55 | 19.95 |
| 476184 | new york | NY | 10036 | 12/6/2005 11:49 | 8.88 |
| 476184 | rochester | NY | 10036 | 3/19/2007 3:55 | 8.88 |
| 466931 | Fayetteville | NY | 13066 | 6/12/2005 19:17 | 8.88 |
| 466841 | Clinton Corners | NY | 12514 | 6/6/2005 5:06 | 8.88 |
| 439423 | Clinton Corners | NY | 12514 | 2/18/2005 2:21 | 0.88 |
| 439423 | Stewart Manor | NY | 11530 | 2/18/2005 2:26 | 8.88 |
| 496381 | NEW YORK | NY | 10014 | 7/6/2006 21:14 | 0.88 |
| 468129 | Brooklyn | NY | 11230 | 8/7/2005 12:35 | 39.95 |
| 580035 | New York | NY | 10024-3914 | 12/7/2007 11:09 | 0.88 |
| 433422 | New York | NY | 10024-3914 | 2/9/2005 7:51 | 19.95 |
| 433422 | New York | NY | 10024 | 3/21/2007 10:33 | 19.95 |
| 433422 | New York | NY | 10024 | 2/9/2005 7:51 | 0.88 |
| 433422 | New York | NY | 10024 | 3/21/2007 10:33 | 19.95 |
| 469352 | Brooklyn | NY | 11206 | 9/27/2005 12:38 | 0.88 |
| 488525 | Saugerties | NY | 12477 | 4/5/2006 9:13 | 8.88 |
| 539713 | New York | NY | 10019 | 3/27/2007 19:58 | 0.88 |
| 494427 | Lancaster | NY | 14086 | 9/13/2006 10:22 | 19.95 |
| 494427 | Lancaster | NY | 14086 | 9/13/2007 9:25 | 39.95 |
| 547781 | Brooklyn | NY | 11225 | 5/6/2007 5:13 | 39.95 |
| 467048 | White Plains | NY | 10605 | 6/18/2005 12:52 | 8.88 |
| 467048 | White Plains | NY | 10605 | 6/18/2005 14:34 | 8.88 |
| 433731 | New York | NY | 10001 | 2/9/2005 13:47 | 8.88 |
| 433731 | New York | NY | 10001 | 10/22/2005 12:45 | 8.88 |
| 433731 | New York | NY | 10001 | 3/23/2006 7:00 | 9.95 |

REDACTED

D000068

| ID | City | State | Zip | Date/Time | Amount |
|---|---|---|---|---|---|
| 467986 | New York | NY | 10039 | 7/30/2005 15:35 | 8.88 |
| 472917 | new york | NY | 10022 | 12/1/2005 10:00 | 39.95 |
| 485531 | Brooklyn | NY | 11214 | 3/19/2006 16:54 | 8.88 |
| 485531 | Brooklyn | NY | 11214 | 3/19/2006 18:07 | 39.95 |
| 485531 | Brooklyn | NY | 11214 | 4/8/2006 18:39 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 4/8/2006 18:40 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 4/8/2006 18:40 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 9/9/2006 17:21 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 9/9/2006 17:22 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 9/9/2006 17:23 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 9/9/2006 17:23 | 0.88 |
| 485531 | Brooklyn | NY | 11214 | 3/16/2007 5:54 | 39.95 |
| 537792 | Binghamton | NY | 13905 | 3/15/2007 11:50 | 0.88 |
| 537792 | Binghamton | NY | 13905 | 4/7/2007 8:09 | 0.88 |
| 466570 | queens village | NY | 11427 | 5/21/2005 18:05 | 0.88 |
| 466422 | Brooklyn | NY | 11217 | 5/14/2005 20:23 | 8.88 |
| 549616 | New York | NY | 10003 | 5/29/2007 6:49 | 39.95 |
| 482348 | ny | NY | 10026 | 3/21/2006 12:14 | 39.95 |
| 482348 | ny | NY | 10026 | 3/16/2007 6:42 | 39.95 |
| 485673 | New York | NY | 10009 | 3/20/2006 20:13 | 39.95 |
| 485673 | New York | NY | 10009 | 3/17/2007 7:38 | 39.95 |
| 476550 | Rochester | NY | 14622 | 12/8/2005 18:09 | 39.95 |
| 476550 | Rochester | NY | 14622 | 3/30/2007 18:16 | 39.95 |
| 537105 | Petersburgh | NY | 12138-5200 | 3/10/2007 15:32 | 39.95 |
| 481712 | bronx | NY | 10467 | 2/8/2006 21:18 | 39.95 |
| 499385 | brooklyn | NY | 11218 | 8/23/2006 7:00 | 8.88 |
| 499385 | brooklyn | NY | 11218 | 8/23/2006 7:00 | 8.88 |
| 470090 | Brooklyn | NY | 11229 | 10/22/2005 11:11 | 0.88 |
| 588449 | New Rochelle | NY | 10804 | 1/6/2008 22:05 | 39.95 |
| 478374 | New York | NY | 10022 | 12/25/2005 12:48 | 39.95 |
| 478374 | New York | NY | 10022 | 12/28/2005 12:06 | 39.95 |

REDACTED

# EXHIBIT 14

# Michael Robertson

Sign up to receive Michael's Minute

| ABOUT MICHAEL | MICHAEL'S MINUTE | MICHAEL'S VENTURES | MEDIA |

Sign up for MM  |  Manage Subscriptions  |  MM Archive




## What's our purpose in life?

**June 15th, 2005**

Return to Archive

Recently, on the way to school my 2nd grader asked me, "What's our purpose in life?" That's a deep question, especially at 7:40 AM, so I thought my best tactic was diversion. "Did you bring your backpack?" I responded. "Yeah. But I wanna know what our purpose in life is." It was clear he wasn't going to let me off easy, so I answered something like you'd read in *Chicken Soup for the Soul*: "To be nice to other people and take care of your family."



Take a look at Michael Robertson's new personal web site

"That's NOT a **purpose** and besides, that will just mean there will be more people on the planet. I want to know WHY we're here. What's the goal?" Luckily, right about then we arrived at his school and, like a knocked-down prize fighter, I was saved by the bell. It gave me a solid day to think about a better answer because I was sure he'd resume the inquisition after school.

I know what my purpose in life is - to use technology to build companies that promote choice and opportunity. My personality embraces big ideas, even if that means competing with powerful companies/monopolies and defining new legal ground. I'm a believer in open standards, consumer access and healthy competition.

Being born in 1967 makes me an analog baby. During my lifetime the world is moving completely digital: entertainment (music, photos, videos), communication (written, spoken) and commerce - even activities that you wouldn't necessary think of, like girls playing dress-up. This shift is creating amazing business opportunities for my generation that future generations will look back on yearningly as the "big opportunity time."

To maximize my purpose, I have decided to make the move to Chairman of Linspire. I've turned the CEO title over to Kevin Carmony, Linspire's long-time President. He started Linspire while I was still at MP3.com and is officially the first Linspire employee. He's a tremendous leader and knows Linspire better than anyone in the world. I'm excited to see him build on Linspire's momentum and take it to the next level where there will be millions of Linspire users. As Chairman, I'm still actively involved with Linspire and care more about it than ever, but this will give me more time to devote to some of my other projects.

I recently broke down and launched a personal web site - michaelrobertson.com - to list some of the companies I'm currently involved with. I've resisted for a long time because I've thought that most personal web sites are about as silly and useless as vanity car plates. Hopefully, mine will have more useful information than just glamour photos. This is where you'll be able to read the Michael's Minutes each week. You'll also find links to some of the companies that I've mentioned in past Minutes like MP3tunes, REEF, and SIPphone, but also some links to some that I haven't mentioned like Sadie's. You'll see a couple of new entries to the web site in the next couple of months. And I'll do my best to chronicle the progress of these companies on the web site.



Read About Michael's Ventures

When I arrived home that night my son was sitting at the table doing his homework. "Dad, you never told me what the purpose of life is." Having had a full day to contemplate, I responded: "Everyone's purpose in life is different. I can only tell you **my** purpose, but you must discover your own purpose in life. Now finish your homework."

-- Michael

Return to Archive

## The Michael's Minute Meter

71%                                          Do YOU generally agree or disagree with

### Right sidebar

XML  | MY YAHOO!

**Read about Michael's ventures**



Linspire  Sadie's
MP3tunes
REEF  SIP phone

**Michael's Minute**
Read Michael's weekly newsletter

EMI vs Google, AOL, Microsoft (The Entire Internet!)

Everyone Shouldn't Go To College

Why "My Yahoo" Ain't Really "My"

Letter to College Board Asking For Clarification/Corrections

Microsoft + Yahoo = IM Giant, Plus MySpace Goes GPL

Dealipedia - The Business Wiki Now Open For Business

Backdoor Dialing - Free Calling to Millions of US Phones

RIAA and EMI - All Your Music Are Belong To Us

Imeem Gets License And Death Sentence

SIPphone Becomes Gizmo5 - Now For Your Mobile Phone Too

Your Music on the Wii, PS3, Windows Mobile and More!

Behind The Scenes - EMI Sues MP3tunes

2008 - Year of MP3, Demise of Windows Media, TuneWatch

My Business Failure - AnywhereCD

The $10,000 Music API Challenge

**Click here to see full Michael's Minute archive**

» Blogs that link here

Technorati

Michael Robertson : com



Michael in this week's Minute shown above?

○ I generally AGREE with Michael this week

○ I generally DISAGREE with Michael this week

○ I am MIXED or don't have an opinion either way

[ Vote! ]

View the Michael's Minute Meter Report

Copyright © 2001 - 2005. All rights reserved.

# EXHIBIT 15

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 16

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 17

# EXHIBIT REMOVED FROM PUBLIC VERSION PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 18



**TRAVELTRUST**

ROBERTSON/MICHAEL

>>
Traveltrust
374 North Coast Highway 101
Encinitas, Ca. 92024
Tel: 760-635-1700
Fax 760-635-1720
Website: www.traveltrust.com

09-Aug-2007  2:39 pm
Page 1 of 2

```
********TICKETLESS TRAVEL INSTRUCTIONS*********
THIS IS AN E-TICKET RESERVATION.
A GOVERNMENT ISSUED PHOTO ID IS NEEDED AT CHECK IN
THIS TICKET IS NON-REFUNDABLE AND MUST BE USED FOR
THE FLIGHTS BOOKED.  IF THE RESERVATION IS NOT USED
OR CANCELLED BEFORE THE DEPARTURE OF YOUR FLIGHTS
IT MAY HAVE NO VALUE   CONTACT TRAVELTRUST BEFORE
YOUR OUTBOUND FLIGHT IF CHANGE IS NECESSARY.

  ***AMERICAN E-TICKET CONFIRMATION .
  *** JETBLUE E-TICKET CONFIRMATION
```

| 13-Aug-2007 07:40am Monday | Air | American Airlines | Flight# 160 | Class: F |
|---|---|---|---|---|
| | From: | San Diego CA, USA | To: New York Kennedy NY, USA | |
| | Meal: | Breakfast | Seats: Seat:2F | |
| | Equip | Boeing 757 Jet | Status: Confirmed | |
| | Depart: | 13-Aug-2007  Monday  07:40am | Stops: 0 | |
| | Arrival: | 13-Aug-2007  Monday  04:05pm | | |

```
Depart - TERMINAL 2
Arrive - TERMINAL 9
American Airlines locator: HJXMUY
AA Frequent Flyer#
***WINDOW SEAT 2F
Flight Duration: 5 hour(s) and 25 minutes
Class of Service: First
DEPARTS TERMINAL 2                     ARR-TERMINAL 9
Other
```

**13-Aug-2007 Monday**

New York Kennedy NY, USA
-US HELICOPTER FLIGHT AT 515PM TO 34TH ST

| 13-Aug-2007 Monday | Hotel | W Hotels W New York Times Square | |
|---|---|---|---|
| | 1567 BROADWAY, NEW YORK NY 10036 | | TIMES S |
| | Phone: 1-212-930-7400 | | Fax: 1-212-930-7500 |
| | Number of Rooms: 1 | | Rate: 529.00USD |
| | Confirmation: | | Room Guaranteed |
| | Check Out: 15-Aug-2007  Wednesday | Cancel Before 1 Day(s) prior to Arrival | |
| | RO KING NON SMOKING REPEAT CLIENT | | |
| | Other | | |

**15-Aug-2007 Wednesday**

New York Kennedy NY, USA
-US HELICOPTER AT 830AM FROM DOWNTOWN

| 15-Aug-2007 10:10am Wednesday | Air | Jetblue Airways Corp | Flight# 183 | Class: Q |
|---|---|---|---|---|
| | From: | New York Kennedy NY, USA | To: San Diego CA, USA | |
| | Meal: | None | | |
| | Equip | Airbus A320 Jet | Status: Confirmed | |
| | Depart: | 15-Aug-2007  Wednesday  10:10am | Stops: 0 | |
| | Arrival: | 15-Aug-2007  Wednesday  01:00pm | | |

```
Depart - TERMINAL 6
Arrive - TERMINAL 2
***WINDOW SEAT 23A
Flight Duration: 5 hour(s) and 49 minutes
Class of Service: Coach
DEPARTS TERMINAL 6                     ARR-TERMINAL 2
Other
```

**02-Mar-2008 Sunday**

San Diego CA, USA
RESERVATION RETAINED FOR 300 DAYS

D000001

REDACTED



>>

Traveltrust
314 North Coast Highway 101
Encinitas, Ca. 92024
Tel: 760-635-1700
Fax 760-635-1720
Website: www.traveltrust.com

ROBERTSON/MICHAEL

09-Aug-2007  2:39 pm
Page 2 of 2

PLEASE CHECK NEW CARRY-ON RESTRICTIONS DIRECT WITH
YOUR CARRIER OR CALL TRAVELTRUST AT 800-792-4662
EMERGENCY AFTERHOURS SERVICE IN US
PLEASE CALL 800-800-4243 YOUR VIP CODE IS JE72
THERE WILL BE A 25.00 CHARGE FOR EACH CALL
THANK YOU FOR CHOOSING TRAVELTRUST...CYNTHIA NICHOLS

Ticket Information

ROBERTSON M
Ticket #: 3333333333
Invoice#:

Electronic: YES

| | |
|---|---|
| Ticket Base Fare: | 304.40 |
| Ticket Tax: | 0.00 |
| Total Ticket Amount: | 304.40 |

ROBERTSON M CHAEL
Ticket #: 7066547204
Invoice#:

Electronic: YES

| | |
|---|---|
| Ticket Base Fare: | 1166.51 |
| Ticket Tax: | 97.89 |
| Total Ticket Amount: | 1264.40 |

SERVICE FEE DOCUMENT #: 8155449930     FEE AMOUNT:  30.00

BILLED TO: VISA ENDING IN

**REDACTED**

D000002



camille wood, Michael Robertson

Tue Aug 14, 2007 (Pacific Time)

Meeting w/Harry Johnson - vTuner (cell: 516 810 1221) @ 39 West 19th Street, Suite 613, between 5th & 6th.
3:30pm - 4:30pm

**REDACTED**

D000003

# EXHIBIT 19

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 20

**TRANSCRIPT OF KEYNOTE INTERVIEW**
**MICHAEL ROBERTSON – JIM GRIFFIN**
**DIGITAL MUSIC FORUM EAST**
**FEBRUARY 27, 2008**

MODERATOR: We are extremely fortunate to have Michael Robertson and Jim Griffin with us here today. How many people know these guys? All right. That says it. So, these are two of the leading minds out there and true innovators in their thoughts and actions. Michael Robertson, as you all know, is the founder of MP3.com and now has a company called MP3tunes that was referred to actually a few times earlier, first by Gary Shapiro there in the music locker . . . excuse me? (laughter) Yes. In the context of copyright. So maybe we can kind of delve into . . . in this session what's going on copyright-wise with respect to music locker services. And, Jim Griffin, great friend, great supporter of Digital Media Wire, my company, currently managing director of OneHouse, also the founder of the Pho List, which I am a member of . . . am a proud member of and have been for many years. And I'll turn things right over to Jim and let these guys take it from here.

JIM: Thanks. I should disclose that I did just sign a deal with the Warner Music Group, and I'm going to be working for them for the next three years on a project we haven't announced yet, so you'll hear more about that in the future. That really doesn't have any bearing here although I know Mike . . .

MICHAEL: Because Warner's not suing me at this moment.

JIM: Probably not. I mean . . . not at this moment although . . .

MICHAEL: Not at this moment.

JIM: Although, by the way, I'll say . . .

MICHAEL: How do you know?

JIM: You know, Michael, you have been a kind of a full-employment project for the legal community for a while now. I mean, as the transactions business has gone down in the music world, you've certainly provided fruitful opportunities for those who wish to use their bar license to remunerate themselves and their families and their firms. I'm here to thank you for them.

My goal over this brief half hour that we have is that the people in the audience here come to know you better because I have to say that I feel like I do know you . . . that we are friends, and I think we've known each other since almost the very beginning of the digital music business.

MICHAEL: That's right.

JIM:  I know we met on the phone when I was the only guy who would talk to you, I think . . .

MICHAEL:  Right.

JIM:  . . . in the music business, and I've enjoyed that association a great deal.  But, I don't really have a particular point to make here so much as I feel like if people know you better, they'll understand you better; and I think that leads to good things in this business.  But, you know, as they say in the legal community, *res ipsa loquitur*, meaning the thing speaks for itself so I'm not going to put words in your mouth.  I'd just like people here to understand you better, and I think that starts with the mundane.  And so, I think . . . I'd like you to tell the audience, who are you, your family, where do you come from?  Tell us a little bit about your background and the things that you hold dearest to you, aside from the business.

MICHAEL:  Well, I think I'm not a music crazy guy, if, you know like, there's people that are music guys.  I'm not a music guy.  I'm a technology guy.  You know, and I think that's . . . since the days of MP3 . . . that's what's given me a very different perspective because I said well this is clearly where the technology is going to go.  Whether the industry is going to be ahead of that or behind it or pulled or pushed, you know, to me was of no consequence.  It was just this is where the technology is going to be.  So, everything that I . . . you know the way I approach this business is as a technologist, saying "hey, where is it going to go?"  When I started MP3.com ten years ago, I didn't know anything about the music business, and one of my first calls indeed was to you and you educated me a lot about the publishing and this right and that right and things like that.  And now, I hopefully know a little bit more about the music business.  But I still don't . . . you know, my perspective is as a net guy.  That's the way I think of myself -- as a net guy.  And I've always been bullish on the music industry.  I think they haven't managed the digital migration properly, but I've never been about anarchy and all songs for free for everyone.  I'm just looking to see where the technology is going to be and try to get there.

JIM:  I think that you . . . I've said this many times before . . . I think you define the word bionomic.  And by that I mean this fusion of biology and economics that has the rising tide of digitization like the rising tide of a river.  That simply finds a shorter path from source to destination.  And I say that partly because the river has no conscience.  It isn't thinking about how it just flooded a school or a church, and you really can't blame the river.  But, a lot of people blame you.  You know, they take it very, very personally, and I know their view is that they believe you have malice in your heart and that you want to take their money from them and so forth and so I think your phrase, you know, you're a technologist and so forth explains a lot of what I've seen.

But I want to go . . . I don't want you to avoid this particular question very much because I want to go back to that time when you started MP3.com, and I want you to talk about what you were doing at that time, what kind of car were you driving, were you married, were you dating, did you have children?  I'd like you to tell the audience about what kind of a person you are and let them understand your motivations.

MICHAEL:  I was married and I was dating.  Oops . . . walked into it.

2

JIM: You are bionomic.

MICHAEL: That's right. You know, listen. I grew up very poor. You know, I'm a classic entrepreneur story. I grew up very poor and hungry and that makes me work crazy hours and things like that. When I started MP3.com, I was driving a beat-up Honda Accord, and to me, I looked at MP3 as a digital inevitability, sort of what you call the bionomics. It just, it has to happen.

JIM: Now, you were running a company called File . . .

MICHAEL: Well I was. I was running a search engine.

JIM: FileZ.

MICHAEL: FileZ, that's right. And this is way back in history. And the reason I found MP3 was because I would track what people would search on the search engine, and you guys have seen the list, right? Sex is number 1 and Brittney is 2 or whatever the list is. But, the interesting part of the list is what's on the bottom of the list that was never on the list before. That's where the opportunity is if you're a businessman. Right? And so what I saw on FileZ which was an FTP search engine, was people were searching for this thing called MP3. My analysis was, I don't know what it is, but if people are searching for it, there's an opportunity there. I mean that was the extent of my initial analysis and my first exposure to MP3. And of course, once I realized what it actually did and what it enabled, I was even more . . . I believed that even more that it would be a dominant force and it would eventually be where the industry goes.

JIM: So what did you do about it? I mean, somehow you had to get the domain, MP3.

MICHAEL: I went to register the domain. Of course it was taken, so I offered . . . I sent email to the guy who owned it. I said, "hey, I'd like to buy that domain, and I'll pay you $1,000." Which, remember this is back in 1997. That's a lot of money for a domain name. And I was really poor. We had no curtains in our house. We were driving beater cars. So, the guy writes back to me, "What's MP3?" And I was like wait a second, why did you register MP3, if you don't know what MP3 is? And the reason he registered it is 'cause that was his initials in his name were M and P. And so he didn't know what it was and I said, well, it's this digital music thing, and I don't know really what we're going to do with it, but I'll offer you $1,000. And he says okay. And so I bought it. I went home. I told my wife, you know, I bought a domain today and she goes "what'd you buy?"

"MP3."

"How much did you pay?"

I said $1,000.

3

She's like "What? That's garbage. That's just two consonants and a number. That doesn't mean anything."

I said, no, no, I think it's going to be big. I think it's going to be big. And then when we turned that website on for the first time, you know, actually put up a site at MP3.com, 10,000 unique visitors that first day with no press, no . . . . you know, we just turned it on and then that was just another factor that wow, something big is happening here.

JIM: What did you sell MP3.com for . . . the business?

MICHAEL: We sold it for about $400 million to Vivendi Universal.

JIM: Your wife, I guess, her opinion changed on the . . .

MICHAEL: That's right.

JIM: On the value of that domain.

MICHAEL: That's right.

JIM: And how do you live today? You were driving beater cars and you know, no drapes.

MICHAEL: Right. I have drapes today. I have a wonderful house right on the beach in Del Mar which is part of San Diego. And then I recently bought a ranch, too, which is just fantastic. I have two boys, nine and ten, so . . .

JIM: Well, now we're both ranchers . . .

MICHAEL: That's right. Pretend ranchers on the weekend. They go out there. They climb trees, and herd cows and stuff like that. It's kind of fun.

JIM: I fend off bears.

MICHAEL: Whoa!

JIM: Although, a bear did break into the house not all that long ago. I've actually come to appreciate this particular beaver that keeps trying to dam up my pond and raise its water level, and I've come to realize that that beaver symbolizes that community of people that trades music files. Because as much as I every night go out at midnight and try to clear out that dam, that water level keeps rising. I called a Canadian friend of mine and said "well, you probably know something about beavers being a Canadian," and my friend said, "look, I'll tell you right now. That beaver has one thing on its mind and you have many, and you are going to lose." And that's absolutely right. That beaver is another part of the bionomic story of the music business, I think. But, you know, let's fill in the picture a little bit here. I mean, you do have music endeavors?

4

MICHAEL: Um-hmm.

JIM: You have some non-music endeavors.

MICHAEL: That's true.

JIM: Could you describe a little bit about each your music and your non-music endeavors to this audience?

MICHAEL: So, I bought an office building in San Diego, and it's divided into four quadrants and in each quadrant is a different company. So what I've found is that I'm kind of . . . very forceful and . . . well, you know, kind of a jerk sometimes. I mean let's be honest here. And so what I do though to mellow me out is that I start multiple companies and this way, I go to one company, "Is it done yet, is it done yet, is it done yet?" And then they go "Get out of here." And then I go to the next company, "Is it done yet, is it done yet, is it done yet?" And then I circle back around, and they will have actually done something by the time I've circled through all the companies.

JIM: Have they built a warning system when so that when you're at one, they give a warning to the next?

MICHAEL: That's right. So, I do some VOIP stuff. I do some . . .

JIM: Well now, wait a minute, wait a minute. You don't just go, "Oh, I do some VOIP stuff." That's a fairly geeky dismissal of the notion that you've built a substantial inroad into the phone companies that's got a value of I'd say over $100 million at this point. I think you'd agree with me it's worth at least that much.

MICHAEL: Well, you know, I looked at . . . I love disruption in a place . . . I love when there's industries that are in massive change because when there's massive change and everyone's moving the chairs around, that's the chance for a new guy to get a chair. Right? I mean, if there's no change, then the old guys are just sitting there with their elbows out and no one else gets at the table. Right? So, when I see, you know, VOIP, all calls are moving to the Internet just like all music is moving to the Internet, it's a no-brainer, it has to happen, bionomics, digital destiny, whatever you want to call it. And so, yeah, three years ago I invested in a VOIP company, and we have a fantastic partnership with Nokia. This phone right here does WiFi. And when I go to make a call, the phone can use the WiFi or the traditional phone carrier . . . incredibly disruptive and that's what that company does.

JIM: I carry the same phone. Much better than a Crackberry, I think. So, now, I guess you're going to dismiss your budding competition with Bill Gates as just a little OS endeavor.

MICHAEL: Desktop Linux. Yeah, so I started Desktop Linux Company about five years ago.

JIM: Linspire.

5

MICHAEL: Yeah, Linspire. It was called Lindows then. There was a little name dispute. Now, it's called Linspire.

JIM: Something makes me think you won that name dispute.

MICHAEL: Well, its . . .

JIM: I mean rumor had you getting $50 million from Microsoft to settle out the dispute.

MICHAEL: It was probably one of the rare times where a company was sued and then the company that sued them paid them money to change their name. It wasn't 50, it was 20 and this is all in the SEC documents so I'm not violating any confidentiality agreement.

JIM: Still, $20 million payday to walk away is pretty good when you were the defendant in a lawsuit.

MIKE. Yeah, that's pretty unusual. That's pretty unusual. But I have to thank for that the beating that I took at MP3.com into court, right? Because at MP3.com we were like 0 for 87 in lawsuits, and if you are paying attention when you lose, you learn a lot. And I learned a lot. So since, then I've done a little better in court.

JIM: So, now if you're in the audience and keeping score on the scorecards we issued, you've taken on the music and media businesses, the operating system business, and the telephone business, and I think there's still another quadrant in the building left, so what am I missing?

MICHAEL: We have a little hobby company that just launched -- SyncWizard -- it just launched yesterday. You can check it out. And the notion is this. Is that one of the things I believe is a theme that I got from you at the very first MP3 summit which was a conference that I put on when I started MP3.com. Jim showed up and just raised hell because he got up and said downloads don't matter to a roomful of people that were doing MP3 and thought it was the greatest thing in the world. And his concept was . . . his belief was . . . everything will be streamed. Right?

JIM: Someday.

MICHAEL: Someday. And at the time, this was blasphemy to those folks. But the gist of that, that everything will be streamed, that is absolutely undebateable.

JIM: Delivery--

MICHAEL: How quickly we get there--

JIM: Delivery kills distribution over a period of time.

MICHAEL: Absolutely.

6

JIM:  Because distribution is merely an inefficiency of networks.

MICHAEL:  Right.  So, I say it a lot more plain than he does.  You know?  I think of it as everything is going to the cloud.  Right?  Everything is moving to the Internet.  If it can be digitized, it's moving to the Internet.  And even if it can't be digitized--my favorite example of this is dressing up dolls.  Right?  For little girls?  Has all moved to the Internet.  Right?  They all use Flash sites and you go and you do Brittney Spears or Christine Aguilera.  Who would have thought dress-up could be digitized and moved to the Internet?  But it is.  And so what SyncWizard does, which is what the company I just launched--the service I just launched yesterday--you run the software and it takes all of your personal belongings, your music, your documents, your bookmarks, your contacts, your calendar, and sticks it into the cloud.  Right? Sticks it on the Internet so that you can access it from anywhere in the world at any time on any device.  And this is really just an extension of a theme that you said which is, hey, all my music's going to be in the cloud, and I'm just going to zap it to whatever device I want to have it on, you know, eventually.

JIM:  Yeah, eventually, downloads, MP3s become like traveler's checks in a world of ATMS and credit cards.  You know, if you foresee that coming.

MICHAEL:  Exactly.

JIM:  Now, did you have a demo you wanted to show us some of the projects you were working on?

MICHAEL:  I did.  I wanted to do some very quick locker stuff.  So, what I spend a lot of time on now--

JIM:  Why don't you do that now?

MICHAEL:  Okay.  What I spent a lot of time on now is MP3tunes.  And so the concept is everything is moving to the cloud.  All your music is going to move to the cloud.  It's that simple.  Right?  I mean, there's no--my belief is that if you look at the cost of electronics, it's just crashing.  You know, you guys, I don't even have to tell you this.  Right?  And the notion that you're going to have one music device is absurd.  What you're going to have is a dozen music devices.  One you go jogging with, one in your car, one in your home stereo, one on your laptop.  I mean, you're going to have a dozen different places you want to listen to music on, and that music has to come from a source.  That source is All Personal Locker.  That's what MP3tunes does.

And so I want to do just a couple quick demos and show you some of the advancements that we've just recently made literally.  Next month, we're going to announce it.  So first let me tell you what's bad about a music locker.  'Cause that's important.  'Cause what's great about it, is all your music is backed up.  You can go to any computer in the world.  There's your music. What's bad about it is that it's passive.  It's like a phone book.  Yeah, all the data's in there, but it's very boring to read.  So, that's one of the problems.  The second problem is that, yeah, I can

7

put my music in there, but how do I get it to all my devices? And that's a problem, right? And no one wants to manage their music. That needs to happen automatically.

And so, that's what I want to show you here is something called "Auto Sync." So, I'm going to kick out of the PowerPoint and go to something a little more interesting here. I'm going to buy a song from Amazon. This is a high-falutin' music crowd, so I need to pick something that's going to properly convey my musical stature and impress everyone. But, yet it needs to be familiar. So, let's go with something like this maybe. "The Macarena," yeah. You just can't go wrong here. Right. All right. So, let's buy "The Macarena." Now, I'm at the Amazon MP3 store here, right, which is just fantastic. By the way, this was the final nail in the coffin for DRM for music, right. How much do you think that the Napster DRM Store is worth now? Or, Best Buy or Wal-Mart? It's worth like, zero. Right? Because if you can buy a song and it works anywhere, you know, there's no reason to buy DRM music. So, DRM is officially dead. And I say this because when I started MP3tunes, our whole premise is, your music has to already--let's purchase it again--I did a demo yesterday.

So we're going to purchase "The Macarena" here. Let's purchase another song here. What else do we want? How about Billy Idol? It's an older crowd. It's an older crowd. He played at our IPO party here for MP3.com. So let's buy Billy Idol, too. So, I just bought these two songs. I'm on a laptop here. And, what I want to show you, though, is that over here--so, they call it a WiFi tablet. And what I've done here is I've connected this to My Locker. So, what's going to happen here--let's do this--what's going to happen here is this song is going to download, you see "The Macarena" downloaded then this next song is going to download. On this computer is Locker Sync which is a software that we use to load music to your locker. And it quietly runs in the background. So anytime a song touches your computer, it immediately goes to your locker. And that's what's going to happen after this song downloads. You're going to see it's watching quietly in the background. So, if I rip a CD, or I buy a track, or download a promotional track, whatever, it's automatically going to go to my locker.

Now, remember that, in my vision of the world, you've got twelve different devices you listen to your music on. This device is connected to that locker. I've gone and I've put my user name and password on this device and said, "I'm Michael. Here's my password. Keep track of my music." So, what's going to happen is that the computer is going to spot: "Oh, you have a new file. Let me automatically push that to your locker for you." And then this device is going to say, "Ah, you have new music. Let me automatically suck that down so that when you jump on your plane to fly back to San Diego, all your music is on your device and plays great." And this is a concept we call autosynching. We've limited it to five devices. So, much like iTunes can play music on five computers, you can have five different devices connected to your personal locker. Each device can only be connected to one locker at a time. So, that's AutoSync. And, oh, wow. See, this is why people tell me never to do live demos. Right here. 'Error--mismatched files size file.' Aye, aye, aye. 'Retry in fifteen seconds.' I . . . that sounds pretty bad, huh? All right. We'll see if this actually works here.

But while this is going, I want to show you one more quick demo here. Let's go back to the web browser. I'm going to sign out of this locker. I'm going to sign into my own personal locker here. So remember I said to you the problem with the locker is that it's very boring. It's

8

A-Z. It shows you all your music. It's not like a radio. Right? Sometimes you just want music handed to you. And so, what we've done is we've partnered with a company called AMG, All Music Guide, and we've implemented some technology called Playmix. And let's put in Billy Idol. Say, I want to listen to some Billy Idol music. It's going to find all the Billy Idol music in my locker, if I have any. Let's see. There it is. "White Wedding." Right, we can play "White Wedding." But, what I'm going to do though, and I'm going to click play, but I'm going to click 'create playmix.' You see this button here? What this will do is scan my entire locker for any similar sounding music to Billy Idol. And what it will do, is it will pull a list of those tracks and give me a radio-type experience. So, I can say, I'm in, you know, a Sade kind of mood, or a Billy Idol mood, or whatever, and it will immediately spit back music to me that fits that mood. Now, why this is important is because now on any device, I have a radio-type experience with no royalties, right? This is my own music. Right? But, it's also fully interactive. So, if you hear a song, you want to hear it ten times in a row, hit rewind and play. Go ahead. You know, you want to pause it, skip forward, you can. All the stuff that you can't do with traditional radio. And so, here's the list of songs. Right? The Specials, Mirror in the Bathroom, Talking Heads, Billy Idol, Icicle Works. I picked a lot of 80's stuff here, right? As you would expect. So those are two, I think, really important trends that, I think, important components here. And here's "White Wedding" downloading here. See this? Indeed, White Wedding is downloading. Correct?

JIM: There's no doubt about that. And I would say that some would say that this is an outrageous act of piracy on your part that certainly must be met with the full force of at least two or three law firms. And you know their argument, put simply, is that you're building a business on the back of their sound recordings or their publishing rights, or both, and that you have no business engaging in this sort of commerce without their permission, without some kind of licensing. And, you know, whether you agree or disagree with them on this point, their position is that you should tell it to the Judge. That you should defend your rights and that they are, at the bare minimum, going to body check you as if you were in a hockey game, regardless of how it turns out. How do you feel about that?

MICHAEL: Well, EMI did sue us and they sued us over the locker and they went to the court and said I'm a bad guy and, you know, I don't respect the law, and all the things that Jim just said and uh, um. You know what, I think . . . you know, listen. They play mean and nasty. They sued me personally, as a matter of fact. Not just as a company, but sued me personally. That's the way these guys play. You kind of have to expect it, you know, you've been in the game for, you know, ten years. They're very litigious.

But, I should say this, you know, listen, any of the technology that I've ever built, I'm willing to stand up in front of anybody and say this is responsible technology, so let me tell you about the personal locker, how we do it, right? Every locker is password protected, right? The same level of security that your bank uses on-line, right? To protect your money? That's the same level of security I have for your music. If people want to share files, Lord knows there's thousands of ways for them to do that. There's many storage places that encourage anonymous access. You know, that say "hey, you know, put your files here. Go to AOL's X drive, go to Google's storage, go to British Telecoms, the Vault, right on the front page, put your stuff here, share it with anybody, and we won't even ask for user names and passwords. Now, we're the

9

opposite, right? There is no anonymous access. There's no . . . you have to have a user name and password. In fact, we've gone and done something that no one else in the industry has done. And that is, we have access controls. What I mean by that is that, let's say that I took my user name and password and I post it to the biggest mailing list I can. And everyone logs in. Our system looks at simultaneous accesses. It's the only storage facility I know in the world that does that. And if we see too many people accessing a locker, we immediately shut the locker off. You know, so, we've done that since day one.

We're a responsible business, and I see how the music industry feels threatened. But, this is not a threat. What it is, is a totally new sector of the industry. Right? What am I selling? I'm not selling the music. You have to go get the music from wherever you get it from. I'm selling you the delivery of the music and the distribution of it. And that is something that the music industry looks at and says, their perspective is, we sell music. And so, when you talk about the delivery of music, they look at that as a replacement for a sale, and not as a new, a new sector of an industry.

JIM: Well, I mean, they might not say they sell music. They might say they license music. I think that the difference to the finely tuned ear was the difference between when I said they think you're building a business on the back of their music and then you referred to helping people manage their music. So, I think the question, really at the center of it here, I think you'd agree, is whose music is it after the purchase or the license has been issued'.

MICHAEL: That's right. That's right.

JIM: Is it still the rights-holder's music and subject to some kind of control by them or is it now the music of the individual who downloaded it first or streamed it first?

MICHAEL: No, it's a great question. And it's going to be decided in either a San Diego court or a New York court. You know, our position is it's Jim's music and Jim has the right to move it on any device that he so chooses and, by extension, my company is, if we're assisting him, then that's okay, too. We use as our defense the DMCA, The Digital Millennium Copyright Act, which states that if you're storing the file at the request of the user, then you're generally immune from copyright claims as long as you do it in a responsible way. I mean, that's what it says, right . . . if you're storing the file at the request of the user. That's exactly what MP3tunes does, right? We store the file at the request of the user. When you open a locker, there's no music in it. You have to go and get that music file and say store this for me. But, obviously, they see it differently. But it's an important issue, right?

JIM: Oh, yeah.

MICHAEL: Because if you can't deal with music, if you can't buy a piece of music and listen to it anywhere, well then you can't buy a movie and listen anywhere. You can't buy an e-book and listen to it anywhere. Then there's really . . . the whole notion of ownership in the digital age evaporates. Right? Because if EMI says, hey you can buy an MP3, and isn't it great because it never times out and it works anywhere. Oh, but if you actually try to make it work anywhere, well, then they're going to sue any company assists you, and maybe we'll sue you,

too. Right now, we are in the discovery phase of the lawsuit, right? Where both sides have to turn over evidence, and they have said we want a copy of every file that's in every locker for MP3tunes. We have 120,000 lockers and we said, no. Hey, listen, I don't have the right to show you what's in someone's locker, just like a bank doesn't have the right to show the FBI what's in every safe deposit box in their vault, just because they demand to. It's not our property. It's the user's property. So I think there's some fundamental questions here that are really important in the digital age.

JIM: Would you build something that helped me do the same with my streams--audio TIVO of sorts? I mean, devastating in its impact on the industry, but arguably legal if a regular TIVO is legal.

MICHAEL: Right. I mean, I think that the reason . . . listen, we don't do that, but I think that's a digital inevitability, you know. Why doesn't . . . why isn't there a pause button on my car radio. Please somebody, you know, put 14¢ of memory in that thing and let me pause radio. I mean, it's crazy.

JIM: And yet, that's a short skip and a jump to, I go to lunch and I come back and those 20 tracks I'm looking for are now waiting to permanently store it in my vehicle's hard drive.

MICHAEL: Right. And that's a digital inevitability and the industry has to get their arms around that and figure out how they can channel that in a positive direction.

JIM: I notice Mitsubishi now advertises a vehicle with a 30 gig hard drive with the tag line, "You'll never have to put in the same CD twice."

MICHAEL: Right. Right.

JIM: Not that different from say your locker service.

MICHAEL: Right. And just for proof here, can you here that? "White Wedding." (music in background). It's real.

JIM: Now, Michael, I think the last thing, you know, because we are running short on time and we have exhausted our 30 minutes, but where can the audience expect to see you go in the future?

MICHAEL: Well, I think, you know, a lot is going to hinge on this lawsuit, right? I mean, this is a very critically important lawsuit. If we lose, then the whole notion of digital storage goes away. So, I'm hoping that we win. I think the locker makes it way into cars, makes its way into phones. This is a device from Nokia. It's not a traditional phone. But by the end of the year, we will have the same syncing software that you saw just today on mobile phones, right? So your mobile phone which you can have a 5 gig memory stick in it or whatever, will have your music. So any device that you get that has speakers and Internet connection, you know, you'll have your music on it.

JIM:  If anyone here has an idea and wants to get in touch with you, how can they write you an email?

MICHAEL:  Michael@mp3tunes.  It all gets there.  I read it.

JIM:  <u>Michael@mp3tunes.com</u>?

MICHAEL:  That's right.  And I hope you all have music lockers.  Go ahead and get a music locker.  They're free, unlimited storage.  And see how that's developing.  Because it really is, I think, going to be a critical part of how music operates in the future.

JIM:  Well, it's been all too brief a discussion, but I have a feeling the audience knows you a little better now and has a sense of where you've come from and where you're headed and I appreciate you taking the half hour to share with these people here and with me.  Thanks a lot.

MICHAEL:  Thanks, Jim.

(applause)

12

# EXHIBIT 21

# EXHIBIT REMOVED FROM PUBLIC VERSION PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 22






**February 26-27, 2008 | Museum of Jewish Heritage, New York City**

- DMW Events
  - Digital Media Conference
  - Digital Music Forum
  - Digital Media Insider
  - Future of Televsion
  - LA Games Conference
  - Millennials Conference
  - Mobile Games Insider
  - Project Millennials

DMFE 2007

Home    Agenda    Speakers    Sponsors    Media



**Museum of Jewish Heritage**
**36 Battery Place**
**New York City**
**February 26–27, 2008**

*"The Best Digital Music Event in the Industry for 8 Years Standing!"*

**New York City - Feb. 26-27, 2008**

# REGISTER NOW!

**2 Days – 70+ Speakers – 500+ Attendees**
**Innovative Exhibitors - !!Unrivaled Networking!!**
**Breakfast, Lunch, Reception, Live Music Showcase**



Now in its 8th year, Digital Music Forum is the leading event focused on the intersection of technology and music. Join an elite group of over 500 music industry insiders for two days of high level discussions, news breaking announcements and unrivaled networking in the Big Apple. Participants include top major and indie label execs, artists and artist reps, association heads, attorneys, investors and consumer electronics and technology leaders from social networks, payments companies, online retailers, mobile companies, technology start-ups and many more. This is a "must attend" event for anyone interested in the future of the music business. Don't miss the opportunity to be part of the industry's future!



**Hotel Bookings**
**Embassy Suites New York**
**102 North End Avenue, NYC**
**Group Rates:**
**$349 King/$439 Double**
**Group Code: H03**
**Group: Digital Media Wire**
**Call for Reservations:**
**Tel. (877) 371-2125**

**Press/Media Inquiries:**
Ellen Gildersleeve



**To submit a speaker for this event:**      **For Sponsorship information:**

Tel. 310-855-0033

**Our Sponsors**





















For sponsorship and exhibitor packages, please contact:
Tinzar Sherman – tinzar@digitalmediawire.com
Ellen Gildersleeve – ellen@digitalmediawire.com

# 2008 Speakers



**Thomas Hesse**
*President, Global Digital Business &*
*U.S. Sales*
Sony BMG Music Entertainment



**Gary Shapiro**
*President & CEO*
Consumer Electronics
Association



**David Pakman**
*CEO*
eMusic



**Michael Robertson**
*Founder & CEO, MP3tunes*
*Founder, MP3.com*



**Brad Duea**
*President*
Napster



**Navarrow Wright**
*President & CEO*
Global Grind



**Greg Scholl**
*CEO*
The Orchard



**Ali Partovi**
*CEO*
iLike

















**Media Partners**









**David Israelite**
*President & CEO*
National Music
Publishers Association



**Eric Garland**
*CEO*
BigChampagne



**Dave Ulmer**
*Senior Director, Entertainment
Products*
Motorola Media Solutions



**John T. Frankenheimer**
*Chair, Music Group
Partner &
Co-Chair*
Loeb & Loeb LLP



**Jim Donio**
*President*
National Association of
Recording Merchandisers (NARM)



**Steve Marks**
*EVP & General Counsel*
RIAA



**Ted Cohen**
*Managing Partner, TAG Strategic
Chairman, MEF Americas*



**Jim Griffin**
*Managing Director, OneHouse LLC
Co-Founder, Pho Group*



**Matt Schwartz**
*Manager, Music Programming
& Business Development*
Verizon Wireless



**Michael Petricone**
*SVP of Gov't Affairs*
Consumer Electronics

Digital Music Forum: East

Page 4 of 14

Association



















**Steve Jang**
*CMO & Head of Bus. Development*
imeem



**Maria C. Thomas**
*SVP, NPR Digital Media*
NPR



**Mark Ghuneim**
*CEO*
WiredSet



**Gary Greenstein**
*Of Counsel*
Wilson Sonsini Goodrich & Rosati



**Celia Hirschman**
*Host*
KCRW's On The Beat



**Rich Bengloff**
*President*
A2IM



**Ned Sherman**
*CEO & Publisher*
Digital Media Wire



**Aydin Caginalp**
*Partner, Entertainment & Media Group*
Manatt, Phelps & Phillips, LLP



**Gerd Leonhard**
*CEO*
Sonific LLC



**Maria Egan-Cohen**
*A&R*
Columbia Records





## Testimonials:

" We should all thank the folks at Digital Media Wire for putting on these forums and keeping us informed through their daily email newsletter. When I read the daily newsletter and attend these events, I have begun to form the conclusion that we may actually be an industry. "
**– Chris Gorog**
*Chairman and CEO, Napster*

" DMW conferences are great opportunities to meet new companies and hear about new opportunities. I recommend them highly. "
**– Jonathan Potter**
*Executive Director, Digital Media Association*

" I just wanted to say thanks for a great event. If you ever need us again, please let me know. Congrats on everything. "
**– Leah Arnold**
*Communications Manager, Consumer Electronics Association (CEA)*

" It was a wonderful event. "
**– Sarah B. Deutsch**
*Vice President & Associate General Counsel, Verizon Communications*

" Please let me know if you have anything that AOL Music or I can do for other events. "
**– Mike Rich**
*AOL Music*

" I enjoyed it and hope to be working with you in the future. "
**– Elliot Maxwell**
*Special Advisor for the Digital Economy, U.S. Secretary of Commerce (1998-2001)*



**Rachna Bhasin**
*VP, Business Development*
Dell-Zing



**Kelli Richards**
*President & CEO*
The All Access Group



**Frank Rose**
*Contributing Editor*
Wired Magazine



**Peter Rojas**
*CEO & Co-Founder*
RCRD LBL



**Edith Bellinghausen**
*SVP, Digital Business*
Razor & Tie



**Jon Potter**
*Executive Director*
Digital Media Association



**Aram Sinnreich**
*Founder & Managing Partner*
Radar Research



**Mike Rich**
*SVP & GM*
AOL Entertainment &
AOL Black Voices



**Matt Mason**
*Author*
The Pirate's Dilemma: How Youth Culture
Reinvented Capitalism



**Matt Laszuk**
*President*
Iris Distribution

" Very good conference - diverse participants, meaty discussion. "
**– Tolman Geffs**
*Managing Director, Jordan, Edmiston Group, Inc.*

" A rare chance for competitors to gather in one place and collaborate on what's working and what&rsqou;s not. "
**– NY1 News**

" I was thoroughly impressed with Digital Media Wire and the logistical expertise you and your team displayed in executing a successful event. I believe the forum was very informative and afforded everyone in attendance the opportunity to express new ideas about the future of entertainment. I look forward to working with you and your company in the future, and please do not hesitate to call me if I can be of assistance to you. "
**– Michael Gravley**
*Governor's Film & Entertainment Industry Liaison, The State of Georgia*

" It was a pleasure speaking at your show. Please keep QUALCOMM in mind for future events. "
**– Mike Yuen**
*Senior Director, Games, QUALCOMM*

" Fantastic event... "
**– Matt J. Railo**
*Partner, Mitchell Silberberg & Knupp LLP*

" I enjoyed the event and appreciated the opportunity to speak. "
**– Thomas Gewecke**
*SVP, Global Digital Business, Sony BMG Music*

" I had a lot of fun on the panel and thoroughly enjoyed the event. "
**– Thomas Ryan**
*SVP, Digital & Mobile Strategy and Development EMI Music*

" Great conference and great attendance! "
**– Brad Duea**
*President, Napster*

" While some of the other conferences in this space may have more 'bling', they don't have the opportunity for meaningful networking like DMF is able to orchestrate. "


**Dorrian Porter**
*CEO*
Mozes


**Jaylaan Ahmad-Llewellyn**
*Owner*
Bluhammock Music


**Mark Fischer**
*Attorney*
Fish & Richardson P.C.


**Jeff Zakim**
*Senior Director -
E-Commerce
& Internet Marketing*
The Blue Note Label Group


**Robert Driscoll**
*Partner*
Davis Wright Tremaine, LLP


**Brian Young**
*SVP*
Fifth Generation Systems
(Zude.com)


**Ray Farrell**
*SVP, Business Development & Label Relations*
RoyaltyShare, Inc.


**Cecily Mak**
*Sr. Counsel, Legal & Business Affairs*
RealNetworks


**David Del Beccaro**
*President & Founder*
Music Choice


**David Card**
*VP, Research and Senior Analyst*
Jupiter Research

*– Jan Eglen*
*CEO, Digonex Technologies,*
*Inc.*

To receive updates and
announcements about our
events, please join our event
list here:





Digital Media Wire, Inc. launched in
early 2000 with a simple yet
compelling proposition to provide
busy executives with a daily briefing
of the most important news stories
about the business of digital
entertainment and media. Over the
years, we have become a standard
in publishing and events. We
currently own and produce 6 annual
conferences and publish 7
newsletters, including Digital Media
Wire Daily, and run the DMWMedia
news and community portal. For
more information, visit:
www.dmwmedia.com

Submit a Speaker
Client & Partner List

**More Information:**
Digital Media Wire, Inc.
8721 W. Sunset Blvd.
Suite P-10
Los Angeles, CA 90069
ph. 310-855-0033



**Daniel Werner**
*A&R*
Epic Records



**John Fleckenstein**
*SVP of International*
BMG Label Group



**Syd Schwartz**
*SVP, Digital Strategy*
Capitol Music Group



**Maurice Russell**
*VP, Licensing & Label Relations*
**The Harry Fox Agency**



**Chris Phenner**
*SVP, Business Development*
**Thumbplay**



**Doug Perlson**
*CEO*
TargetSpot



**Elliot Mazer**
*Multi-Platinum Producer/Engineer*
*(Neil Young, Janis Joplin, etc) /*
*Founder,*
**Left Turn Music**



**Amaechi Uzoigwe**
*Co-Founder*
Definitive Jux



**Marty Lafferty**
*CEO*
DCIA



**Allan Klepfisz**
*Chairman & CEO*
QTRAX



**Benjamin Campbell**
*CEO*
OurStage, Inc.



**Shahi Ghanem**
*President & CEO*
Brickfish



**Alan Cohen**
*VP, Strategic Business Development*
Guitar Center



**Mike Bebel**
*President & CEO*
Ruckus Entertainment, Inc.



**Benjamin Masse**
*President & Founder*
Double V3



**Vicki Saunders**
*Director, Music Marketing & Promotions*
TouchTunes Music



**Julie Florida**
*Attorney, Entertainment & Devices,*
*Legal & Corporate Affairs*
Microsoft Corporation



**Glenn Otis Brown**
*Strategic Partner Developer*
YouTube



**Jim Cooperman**
*COO*
Wind-Up Records



**Mitchell Wolk**
*EVP*
ADA



**Ted Mico**
*Head of Digital*
Interscope Geffen A&M



**Bobby Rosenbloum**
*Shareholder, Co-Chair, Ent. Practice - ATL; Int.*
*Property & Tech.; Tech., Media & Telecom*
Greenberg Traurig, LLP



**Allen Kovac**
*Founder/President*
Tenth Street Entertainment

# DAY 1 – Tuesday, February 26

**11:00am – 1:00pm**
**Exhibitor Set-up**

**1:00pm – 1:30pm**
**Registration**

**1:30pm – 1:45pm**
**Welcome, Introductions & Opening Remarks**

Ned Sherman, CEO & Publisher, **Digital Media Wire**
Ted Cohen, Managing Partner, **TAG Strategic** / Chairman, **Mobile Entertainment Forum Americas**

**1:45pm – 2:45pm**
**PANEL 1: The State of the Digital Union**

This panel of industry experts will discuss the hot button issues of day, including the debate over digital music pricing, ad-supported music models, online and mobile music product offerings and business models, next generation devices and the future of digital rights management. What is the current state of the online and mobile music markets and where is the industry heading?

**Panelists**
Brad Duea, President, **Napster**
Greg Scholl, CEO, **The Orchard**
Mike Rich, SVP & GM, **AOL Entertainment and AOL Black Voices**
David Del Beccaro, Founder & President, **Music Choice**
Ted Mico, Head of Digital, **Interscope Geffen A&M**
Glenn Otis Brown, Strategic Partner Developer, **YouTube**
Moderator: Ted Cohen, Managing Partner, **TAG Strategic** / Chairman, **MEF**

**Americas**

**2:45pm – 3:45pm**
**PANEL 2:  Social Networking & Music Discovery:**
**What It All Means for Music Businesses**
Talk about the future of music these days and the discussion often turns to names like
MySpace, YouTube, Facebook, imeem, Bebo, Pandora, iLike, Last.fm and others in the
social networking and online music discovery space. Hard to remember that these are
companies who didn't exist until just a few years ago. What are these companies doing
vis-a-vis music? Who is benefiting from services like these? How is the popularity of
these services impacting traditional radio? What are the legal challenges facing
online services? Are social networking and online music discovery a revolution with
lasting effects on the music industry or a passing fad? These experts will consider what
role social networking and music discovery services will play in the future of the music
business.

**Panelists**
Mark Fischer, Attorney, **Fish & Richardson**
Steve Jang, CMO & Head of Business Development, **imeem**
Benjamin Masse, President & Founder, **Double V3**
Ali Partovi, CEO, **iLike**
Maria Thomas, SVP, **NPR Digital Media**
Navarrow Wright, President & CEO, **Global Grind**
Moderator: Eric Garland, CEO, **BigChampagne**

**3:45pm – 4:15pm**
**NETWORKING BREAK**

**4:15pm – 5:15pm**
**PANEL 3: The Future of Mobile Music**
This panel of mobile insiders will discuss the latest developments in the mobile
music market, including mobile marketing initiatives, portable devices and other
mobile-related innovations and revenue-generating opportunities such as music
videos, full-track streaming of music, ring tones and "ringbacks." What mobile
innovations are having the greatest impact on the way consumers discover,
purchase and listen to music, network with fans and artists, learn about concert
information and release dates from their favorite artists and interact during the
concert experience?  What are the developments that will shape the industry in
the years to come?

**Panelists**
Rachna Bhasin, VP, Business Development, **Dell-ZING**
Dorrian Porter, CEO, **Mozes**
Matt Schwartz, Manager, Music Programming & Business Dev, **Verizon
Wireless**
Dave Ulmer, Senior Director, Entertainment Products, **Motorola Media
Solutions**
Chris Phenner, SVP, Business Development, **Thumbplay**
Moderator: Aydin Caginalp, Partner, Entertainment & Media Group, **Manatt, Phelps
& Phillips, LLP**

**5:15pm – 5:45pm**
**KEYNOTE INTERVIEW**
Thomas Hesse, President, Global Digital Business, **Sony BMG Music Entertainment**
Interviewed by: John T. Frankenheimer, Chair, Music Group/Co-Chair, **Loeb & Loeb
LLP**

**5:45pm – 6:45pm**

COCKTAIL RECEPTION hosted by:



**Live Music by American Babies**



# DAY 2 – Wednesday, February 27

**9:00am – 9:30am**
**KEYNOTE INTERVIEW**
David Pakman, CEO, **eMusic**
Interviewed by: Frank Rose, Contributing Editor, **Wired**

**9:30am - 10:30am**
**PANEL 1: Top Digital Media Trends Impacting the Music Business**
This panel of innovators, creators and thought leaders from music, technology and Web 2.0 companies look ahead at what we can expect in technological innovation in the years to come. What trends will have the greatest impact on the future of the music business? How can music businesses plan to capitalize on these developments?

**Panelists**
Jeff Zakim, Senior Director, E-Commerce & Internet Mktg, **The Blue Note Label Group**
Gerd Leonhard, CEO, **Sonific LLC**
Alan Cohen, VP, Strategic Business Development, **Guitar Center**
Brian Young, SVP, **Fifth Generation Systems**
Syd Schwartz, SVP, Digital Strategy, **Capitol Music Group**
Moderator: David Card, VP, Research & Senior Analyst, **Jupiter Research**

**10:30am – 11:00am**
**NETWORKING BREAK**
Sponsored by:



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

**11:00am – 11:30am**
**KEYNOTE**
**Gary Shapiro, CEO & President, CEA**

**11:30am – 12:30pm**
**PANEL 2: The Copyright Debate:**
**Is the System Broken? If So, How Do We Fix It?"**
This panel of music and copyright experts will discuss the top legal and policy issues
facing the music industry today. Why do so many in the industry feel that the current
copyright system does not fairly protect their interests? What needs to happen so that
artists can live off their creativity, labels and publishers can see a fair return on their
investments, technology companies have an incentive to innovate and receive a fair share
of the pie and music fans can satisfy their current hunger for and exploration of new
and/or alternative music?

**Panelists**
David Israelite, President & CEO, **National Music Publishers Association**
Steve Marks, EVP & General Counsel, **RIAA**
Jonathan Potter, Executive Director, **Digital Media Association**
Michael Petricone, SVP, Government Affairs, **Consumer Electronics**
**Association**
Moderator: Gary Greenstein, Of Counsel, **Wilson Sonsini Goodrich & Rosati**

**12:30pm – 2:00pm**
**LUNCH BREAK**

**2:00pm – 2:30pm**
**KEYNOTE INTERVIEW**
**Michael Robertson, Founder & CEO, MP3tunes / Founder, MP3.com**
Interviewed by: Jim Griffin, Managing Director, OneHouse LLC / Co-
**Founder, Pho Group**

**2:30pm – 3:20pm · TRACK 1**
**PANEL 3:**
**Global Music Marketing in the Digital Age**
Technology has created new opportunities and challenges for artists and labels to market
their music and promote and sell music and tours. Successful worldwide interactive
marketing efforts now require a deep understanding of web site analytics, email and
mobile marketing, social networks and online communities, e-commerce, search engine
marketing and web site optimization. This panel will discuss global marketing in the
digital age with a focus on how to utilize digital tools to better connect with fans and
promote, produce and create new revenue opportunities for artists and labels.

**Panelists**
John Fleckenstein, SVP of International, **BMG Label Group**
Mark Ghuneim, CEO, **WiredSet**
Peter Rojas, CEO & Co-Founder, **RCRD LBL**
Shahi Ghanem, CEO & President, **Brickfish**
Doug Perlson, CEO, **TargetSpot**
Vicki Saunders, Director, Music Marketing & Promotions, **TouchTunes Music**
Moderator: Celia Hirschman, Host, **KCRW's On The Beat**

**2:30pm – 3:20pm · TRACK 2**
**PANEL 3: The Kids Are Alright:**
**The Tween, Teen & College Market for Music**
If you've been following the news for the past five years, you'd assume that the tween,
teen and college market for music is all but dead, with digital "sharing" killing CD sales
and turning the music industry upside down. But research on the spending and
consumption habits of Millennials (those born between 1982 and 2000) suggests
otherwise. In fact, this generation is spending more on entertainment and digital devices
than any generation to precede it. The problem or opportunity, depending on how you
look at it, is that they are spending and consuming differently than past generations. This

panel will discuss the media consumption habits of Millennials and the opportunity for savvy music businesses and consumer marketers to reach them.

**Panelists**
Jim Donio, President, **National Association of Recording Merchandisers (NARM)**
Mike Bebel, President & CEO, **Ruckus Entertainment, Inc.**
Edith Bellinghausen, SVP, New Media, **Razor & Tie / Kidz Bop**
Matt Mason, Author-**The Pirate's Dilemma: How Youth Culture Reinvented Capitalism**
Bobby Rosenbloum, *Shareholder, Co-Chair, Ent. Practice - ATL; Int. Property & Tech.; Tech., Media & Telecom, Greenberg Traurig, LLP*
Moderator: Aram Sinnreich, Co-Founder & Managing Partner, **Radar Research**

**3:20pm – 3:50pm**
**NETWORKING BREAK**
**Sponsored by:**



**3:50pm – 4:40pm · TRACK 1**
**PANEL 4: Digital Rights and Clearances for Music**
Far too often digital music deals get done only to be held up by complicated and time-consuming rights clearance processes. This panel of experts will discuss rights clearance issues for digital music licenses. What are some of the common problems and how can they be avoided?

**Panelists**
Ray Farrell, SVP, Business Development & Label Relations, **RoyaltyShare, Inc.**
Cecily Mak, Sr. Counsel, Legal & Business Affairs, **RealNetworks**
Maurice Russell, VP, Licensing & Label Relations, **The Harry Fox Agency**
Julie Florida, Attorney, Ent. & Devices, Legal & Corporate Affairs, **Microsoft**
Moderator: Robert Driscoll, Partner, **Davis Wright Tremaine, LLP**

**3:50pm · 4:40pm · TRACK 2**
**PANEL 4: A&R in the Digital Age**
A&R is fundamentally changing and the changes are happening fast. There is a growing awareness that labels need to have a digital and mobile strategy that connects with A&R to succeed today. This panel of A&R executives, artist reps and digital execs discuss the future of A&R. What innovative techniques are being used by creative A&R execs that are changing the A&R landscape? How do new technologies affect the A&R process? Do the Internet and digital technologies give artists a better chance to be heard by A&R executives and music supervisors while simultaneously building a fan base?

**Panelists**
Maria Egan-Cohen, A&R, **Columbia Records**
Daniel Werner, A&R, **Epic Records**
Elliot Mazer, Multi-Platinum Producer/Engineer/ Founder, **Left Turn Music**
Benjamin Campbell, CEO, **OurStage, Inc.**
Allen Kovac, Founder & President, **Tenth Street Entertainment**
Moderator: Kelli Richards, President & CEO, **The All Access Group**

**4:40pm – 5:30pm · TRACK 1**
**PANEL 5:**

**The Indie Takeover?**

The independent share of the global music market has been steadily increasing over the past few years due in great part to the increase of digital distribution and the availability of low cost digital tools for music production, marketing and promotion. This panel will discuss the role of the Internet, mobile and digital technologies in the growth and future of the independent sector. What are the pros and cons of being an indie in today's market?

**Panelists**
Jim Cooperman, COO, **Wind-up Records**
Amaechi Uzoigwe, Co-founder, **Definitive Jux**
Jaylaan Ahmad-Llewellyn, Owner, **Bluhammock Music**
Mitchell Wolk, EVP, **ADA**
Matt Laszuk, President, **IRIS Distribution**
Moderator: Rich Bengloff, President, **A2IM**

**4:40pm – 5:30pm · TRACK 2**
**What's Next for the World's First Free and Legal P2P Music Service?**
QTRAX's high-visibility launch at Midem raised expectations of an enormous breakthrough for digital music distribution. It also raised some very fundamental questions. Is the music industry ready to allow an ad-supported P2P music service to exist? Will consumer acceptance demonstrate that this is an effective antidote against piracy? Can the service's implementation live up to its leaders' ambitious vision? In this no holds-barred session with the senior executive of QTRAX, attendees will find out what happened and why at QTRAX's launch, as well as what's next for this boldly conceived enterprise.

**INTERVIEW**
Allan Klepfisz, Chairman & CEO, **QTRAX**
Interviewed by: Marty Lafferty, CEO, **DCIA**

**5:30pm – 6:30pm**
**COCKTAIL RECEPTION hosted by:**
**TAG Strategic**



and
**GreenbergTraurig**

GT GreenbergTraurig

©2007 Digital Media Wire, Inc. All Rights Reserved.

# EXHIBIT 23

**DUANE MORRIS LLP**
Gregory P. Gulia
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000

and

      Edward M. Cramp (pro hac vice)
      Michelle Hon (pro hac vice)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendants
MP3TUNES, LLC and
MICHAEL ROBERTSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 Civ. 9931 (WHP) |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | **STIPULATION REGARDING MP3TUNES' REVENUE FROM INTERSTATE AND INTERNATIONAL COMMERCE** |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## STIPULATION

WHEREAS MP3tunes contests the power of the U.S. District Court for the Southern District of New York to assert jurisdiction over it; and

WHEREAS in seeking to establish that the Court has jurisdiction over MP3tunes, EMI may seek to prove that MP3tunes derives substantial revenue from interstate and international commerce within the meaning of N.Y. C.P.L.R. § 302(a)(3)(ii); and

WHEREAS MP3tunes does not contest that it derives substantial revenue from interstate and international commerce within the meaning of N.Y. C.P.L.R. § 302(a)(3)(ii);

THEREFORE, MP3tunes stipulates as follows:

1.    MP3tunes acknowledges and will not contest that it derives substantial revenue from interstate and international commerce within the meaning of N.Y. C.P.L.R. § 302(a)(3)(ii).

Dated: February 11, 2008                Respectfully submitted,

                                        DUANE MORRIS LLP


                                        By: _____
                                            Gregory P. Gulia
                                            DUANE MORRIS LLP
                                            1540 Broadway
                                            New York, NY 10036-4086
                                            Telephone: 212.692.1000
                                            gpgulia@duanemorris.com

                                        *Attorneys for Defendants*

DM1\1289604.1

2

# EXHIBIT 24

-------- Original Message --------
**Subject:** Re: FIRST NOTICE OF INFRINGEMENT AND DECLARATION: WARNER BROS.
    RECORDS, INC. - Damien Rice [sideload.com]
  **Date:** Wed, 29 Aug 2007 20:55:21 -0400
  **From:** Dorothy Sherman | GrayZone, Inc. <grayzone@grayzone.com>
**Reply-To:** Dorothy Sherman | GrayZone, Inc. <grayzone@grayzone.com>
    **To:** Emily Richards <emily.richards@mp3tunes.com>
**References:** <46D6145A.8090108@mp3tunes.com>


```
Thank you Emily.

Best regards,

Dorothy Sherman
President
GrayZone, Inc.


----- Original Message -----
From: "Emily Richards" <emily.richards@mp3tunes.com>
To: "Dorothy Sherman | GrayZone, Inc." <grayzone@grayzone.com>
Sent: Wednesday, August 29, 2007 8:50 PM
Subject: Re: FIRST NOTICE OF INFRINGEMENT AND DECLARATION: WARNER BROS.
RECORDS, INC. - Damien Rice [sideload.com]


> Dorothy,
>
> Thank you for your email. In accordance with our takedown policy, the
> links you referenced have been removed. Please note, however, Sideload.com
> is a user-populated index and does not host these files. You may want to
> contact each website where the files are hosted and listed to have them
> removed.
>
> Best regards,
>
> ~Emily Richards
> President, MP3tunes
>
>
> Dorothy Sherman | GrayZone, Inc. wrote:
>
```

REDACTED

D000012

-------- Original Message --------
**Subject:** Re: [Fwd: [~EVB-775758]: [ABUSE] FIRST NOTICE OF INFRINGEMENT AND
DECLARATION: ATLANTIC RECORDS GROUP | BLOC PARTY [sideload.com]
(Sideload.com)]
**Date:** Fri, 8 Dec 2006 12:05:58 -0800
**From:** Doug Reese <doug@mp3tunes.com>
**To:** Emily Richards <emily@mp3tunes.com>
**References:** <4579A0A6.3030404@mp3tunes.com>

The files are gone.

dr

On Dec 8, 2006, at 9:28 AM, Emily Richards wrote:

Dorothy,

Thank you for your email and Notice. It has been successfully received and submitted to
our Take Down department. Please note Sideload.com does not host the files you reference
but functions as an index, like Google or Yahoo. For example, one of the files you
reference is hosted here http://www.stereogum.com/archives/002982.html. You may wish
to contact them.

Please feel free to email me with questions.

Best regards,

~Emily

Emily Richards                                    **REDACTED**
President, MP3tunes LLC

-------- Original Message --------
**Subject:** [~EVB-775758]: [ABUSE] FIRST NOTICE OF INFRINGEMENT AND
DECLARATION: ATLANTIC RECORDS GROUP | BLOC PARTY

12/28/2007                                                                    D000013

[sideload.com] (Sideload.com)
Date:Fri, 08 Dec 2006 09:20:27 -0800
From:MP3tunes Help <sharmainel@mp3tunes.com>
Reply-To:sharmainel@mp3tunes.com
To:emilyr@mp3tunes.com


submitted today.

grayzone@grayzone.com Posted on 06 Dec 2006 10:20 AM
==================================================================
PLEASE REMOVE THE FOLLOWING LINKS TO UNRELEASED MATERIAL FROM THE ARTISTS BLOC
============================
Notice of Infringement and Declaration

TO:
SIDELOAD.COM
MP3tunes, LLC
5960 Cornerstone Court West
First Floor
San Diego, CA 92121
(submitted at website)

NTT America, Inc.
8005 South Chester Street
Suite 200
Centennial, CO 80112
Phone:  +1-800-551-1630
abuse@ntt.net
support@us.ntt.net
vipar@us.ntt.net


REGARDING:  http://www.sideload.com

IMMEDIATELY REMOVE ALL LINKS, REFERENCES, TORRENTS, TRACKERS, SEEDERS AND
MP3 FILES ASSOCIATED WITH BLOC PARTY's UNRELEASED ALBUM "A WEEKEND IN THE
CITY":


SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793


If you do not comply with this demand immediately, we will seek whatever
remedies are available to us under the United States Copyright law, the

Lanham Act and any applicable international laws or treaties.

ATLANTIC RECORDS GROUP

I, the undersigned, do solemnly and sincerely declare and CERTIFY UNDER PENALTY OF PERJURY that:

1. I am the owner or an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named ATLANTIC RECORDS GROUP ("IP Owner").

2. I have a good faith belief that the materials identified in the addendum attached hereto are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights according to the laws of the (check all that apply):


United States X
Australia
Brazil
Canada
EUR
France
Germany
Italy
Japan
Netherlands
Russia
United Kingdom
All of the above      X

Please act expeditiously to remove or disable access to the material or items claimed to be infringing.

3. I may be contacted at:

Printed Name:  Dorothy Sherman
Title:            Consultant
Company:       Atlantic Records Group
Address:         1290 Avenue of the Americas
                 New York, NY  10104

Email (correspondence): GrayZone@grayzone.com
www.grayzone.com
Telephone:  212 946-1718
Fax:            718 552-3028

You should understand that this letter constitutes notice to you that the sale and/or other distribution of this product is unauthorized. This letter does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

Finally, notwithstanding our use of the required notice form, we believe that sideload.com 's activities and services fall outside the scope of the Digital Millennium Copyright Act ("DMCA"). Our use of this form, as required by law, is meant to facilitate sideload.com 's removal of the infringing product listed above and is not meant to suggest or imply that sideload.com 's activities and services are within the scope of the DMCA.

I make this declaration conscientiously, believing it to be true and correct, and in accordance with the laws of each of the countries listed above.  I am aware and agree that the contents of this statement may be relied upon against me in any court or arbitration proceeding.

Truthfully,

Dorothy Sherman
Digital Signature:  Verisign


Date:  5 DECEMBER 2006
-----------------------------------
SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793



=================================================
CONFIDENTIALITY NOTICE:  This e-mail message, and any attachments thereto, is for the sole use of the intended recipient(s) and may contain legally privileged and/or confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and permanently delete all copies of the original message.
=================================================


Douglas Kassem | GrayZone, Inc. Posted on 08 Dec 2006 09:15 AM
=================================================
PLEASE REMOVE THE FOLLOWING LINKS TO UNRELEASED MATERIAL FROM THE ARTISTS BLOC PARTY:
===========================
Second Notice of Infringement and Declaration

TO:
SIDELOAD.COM
MP3tunes, LLC
5960 Cornerstone Court West
First Floor
San Diego, CA 92121
(submitted at website)

NTT America, Inc.
8005 South Chester Street
Suite 200

Centennial, CO 80112
Phone:  +1-800-551-1630
abuse@ntt.net
support@us.ntt.net
vipar@us.ntt.net


REGARDING:  http://www.sideload.com

IMMEDIATELY REMOVE ALL LINKS, REFERENCES, TORRENTS, TRACKERS, SEEDERS AND
MP3 FILES ASSOCIATED WITH BLOC PARTY's UNRELEASED ALBUM "A WEEKEND IN THE
CITY":

SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793


If you do not comply with this demand immediately, we will seek whatever
remedies are available to us under the United States Copyright law, the
Lanham Act and any applicable international laws or treaties.

ATLANTIC RECORDS GROUP

I, the undersigned, do solemnly and sincerely declare and CERTIFY UNDER
PENALTY OF PERJURY that:

1. I am the owner or an agent authorized to act on behalf of the owner of
certain intellectual property rights, said owner being named ATLANTIC
RECORDS GROUP ("IP Owner").

2. I have a good faith belief that the materials identified in the addendum
attached hereto are not authorized by the above IP Owner, its agent, or the
law and therefore infringe the IP Owner's rights according to the laws of
the (check all that apply):


United States X
Australia
Brazil
Canada
EUR
France
Germany
Italy
Japan
Netherlands
Russia

12/28/2007

United Kingdom
All of the above    X

Please act expeditiously to remove or disable access to the material or
items claimed to be infringing.

3. I may be contacted at:

Printed Name:  Dorothy Sherman
Title:               Consultant
Company:       Atlantic Records Group
Address:         1290 Avenue of the Americas
                      New York, NY  10104

Email (correspondence): GrayZone@grayzone.com
www.grayzone.com
Telephone:  212 946-1718
Fax:                718 552-3028

You should understand that this letter constitutes notice to you that the
sale and/or other distribution of this product is unauthorized. This letter
does not constitute a waiver of any right to recover damages incurred by
virtue of any such unauthorized activities, and such rights as well as
claims for other relief are expressly retained.

Finally, notwithstanding our use of the required notice form, we believe
that sideload.com 's activities and services fall outside the scope of
the Digital Millennium Copyright Act ("DMCA"). Our use of this form, as
required by law, is meant to facilitate sideload.com 's removal of the
infringing product listed above and is not meant to suggest or imply that
sideload.com 's activities and services are within the scope of the DMCA.

I make this declaration conscientiously, believing it to be true and
correct, and in accordance with the laws of each of the countries listed
above.  I am aware and agree that the contents of this statement may be
relied upon against me in any court or arbitration proceeding.

Truthfully,

Dorothy Sherman
Digital Signature:  Verisign

Date:  8 DECEMBER 2006
------------------------------------
SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793

D000018

```
================================================
CONFIDENTIALITY NOTICE:  This e-mail message, and any attachments thereto,
is for the sole use of the intended recipient(s) and may contain legally
privileged and/or confidential information. Any unauthorized review, use,
disclosure or distribution is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email and permanently
delete all copies of the original message.
================================================
```

grayzone@grayzone.com Posted on 08 Dec 2006 09:20 AM
================================================================
PLEASE REMOVE THE FOLLOWING LINKS TO UNRELEASED MATERIAL FROM THE ARTISTS
BLOC PARTY:
============================
Second Notice of Infringement and Declaration

TO:
SIDELOAD.COM
MP3tunes, LLC
5960 Cornerstone Court West
First Floor
San Diego, CA 92121
(submitted at website)

NTT America, Inc.
8005 South Chester Street
Suite 200
Centennial, CO 80112
Phone:  +1-800-551-1630
abuse@ntt.net
support@us.ntt.net
vipar@us.ntt.net


REGARDING:  http://www.sideload.com

IMMEDIATELY REMOVE ALL LINKS, REFERENCES, TORRENTS, TRACKERS, SEEDERS AND
MP3 FILES ASSOCIATED WITH BLOC PARTY's UNRELEASED ALBUM "A WEEKEND IN THE
CITY":

SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793

If you do not comply with this demand immediately, we will seek whatever
remedies are available to us under the United States Copyright law, the
Lanham Act and any applicable international laws or treaties.

ATLANTIC RECORDS GROUP

I, the undersigned, do solemnly and sincerely declare and CERTIFY UNDER
PENALTY OF PERJURY that:

1. I am the owner or an agent authorized to act on behalf of the owner of
certain intellectual property rights, said owner being named ATLANTIC
RECORDS GROUP ("IP Owner").

2. I have a good faith belief that the materials identified in the addendum
attached hereto are not authorized by the above IP Owner, its agent, or the
law and therefore infringe the IP Owner's rights according to the laws of
the (check all that apply):


United States X
Australia
Brazil
Canada
EUR
France
Germany
Italy
Japan
Netherlands
Russia
United Kingdom
All of the above    X

Please act expeditiously to remove or disable access to the material or
items claimed to be infringing.

3. I may be contacted at:

Printed Name:  Dorothy Sherman
Title:         Consultant
Company:       Atlantic Records Group
Address:       1290 Avenue of the Americas
               New York, NY  10104

Email (correspondence): GrayZone@grayzone.com
www.grayzone.com
Telephone:  212 946-1718
Fax:        718 552-3028

You should understand that this letter constitutes notice to you that the
sale and/or other distribution of this product is unauthorized. This letter
does not constitute a waiver of any right to recover damages incurred by
virtue of any such unauthorized activities, and such rights as well as
claims for other relief are expressly retained.

Finally, notwithstanding our use of the required notice form, we believe
that sideload.com 's activities and services fall outside the scope of

D000020

the Digital Millennium Copyright Act ("DMCA"). Our use of this form, as required by law, is meant to facilitate sideload.com 's removal of the infringing product listed above and is not meant to suggest or imply that sideload.com 's activities and services are within the scope of the DMCA.

I make this declaration conscientiously, believing it to be true and correct, and in accordance with the laws of each of the countries listed above.  I am aware and agree that the contents of this statement may be relied upon against me in any court or arbitration proceeding.

Truthfully,

Dorothy Sherman
Digital Signature:  Verisign


Date:  8 DECEMBER 2006
------------------------------------
SONG FOR CLAY
http://www.sideload.com/cb/track/?id=126741
http://www.sideload.com/cb/track/?id=127231
http://www.sideload.com/cb/track/?id=122666

UNIFORM
http://www.sideload.com/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideload.com/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideload.com/cb/track/?id=116554
http://www.sideload.com/cb/track/?id=110793



=================================================
CONFIDENTIALITY NOTICE:  This e-mail message, and any attachments thereto, is for the sole use of the intended recipient(s) and may contain legally privileged and/or confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and permanently delete all copies of the original message.
=================================================



Ticket Details
===================
Ticket ID: EVB-775758
Department: Technical Support
Priority: New Ticket
Status: Replied

12/28/2007

D000021

# EXHIBIT 25

Begin forwarded message:

**From:** Doug Reese <doug@mp3tunes.com>
**Date:** December 8, 2006 12:05:58 PM PST
**To:** Emily Richards <emily@mp3tunes.com>
**Subject:** Re: [Fwd: [~EVB-775758]: [ABUSE] FIRST NOTICE OF INFRINGEMENT AND DECLARATION:
ATLANTIC RECORDS GROUP | BLOC PARTY [sideload.com] (Sideload.com)]

The files are gone.

dr

On Dec 8, 2006, at 9:28 AM, Emily Richards wrote:

Dorothy,

Thank you for your email and Notice.  It has been successfully received and
submitted to our Take Down department.  Please note Sideload.com does not
host the files you reference but functions as an index, like Google or Yahoo.
For example, one of the files you reference is hosted
here http://www.stereogum.com/archives/002982.html.  You may wish to
contact them.

Please feel free to email me with questions.

**PORTION REDACTED**

Best regards,

~Emily

Emily Richards
President, MP3tunes LLC


-------- Original Message --------
**Subject:** [~EVB-775758]: [ABUSE] FIRST NOTICE OF INFRINGEMENT
AND DECLARATION: ATLANTIC RECORDS GROUP | BLOC
PARTY [sideload.com] (Sideload.com)
**Date:** Fri, 08 Dec 2006 09:20:27 -0800
**From:** MP3tunes Help <sharmainel@mp3tunes.com>
**To:** emilyr@mp3tunes.com


submitted today.

grayzone@grayzone.com Posted on 06 Dec 2006 10:20 AM
================================================================
=
PLEASE REMOVE THE FOLLOWING LINKS TO UNRELEASED MATERIAL FROM
THE ARTISTS BLOC PARTY:
==========================
Notice of Infringement and Declaration

TO:
SIDELOAD.COM
MP3tunes, LLC
5960 Cornerstone Court West
First Floor
San Diego, CA 92121
(submitted at website)

NTT America, Inc.
8005 South Chester Street
Suite 200
Centennial, CO 80112
Phone: +1-800-551-1630
abuse@ntt.net
support@us.ntt.net
vipar@us.ntt.net


REGARDING:   http://www.sideload.com

IMMEDIATELY REMOVE ALL LINKS, REFERENCES, TORRENTS, TRACKERS,
SEEDERS AND
MP3 FILES ASSOCIATED WITH BLOC PARTY's UNRELEASED ALBUM "A
WEEKEND IN THE
CITY":

D000384

SONG FOR CLAY
http://www.sideloadcom/cb/track/?id=126741
http://www.sideloadcom/cb/track/?id=127231
http://www.sideloadcom/cb/track/?id=122666

UNIFORM
http://www.sideloadcom/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideloadcom/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideloadcom/cb/track/?id=116554
http://www.sideloadcom/cb/track/?id=110793


If you do not comply with this demand immediately, we will
seek whatever
remedies are available to us under the United States Copyright
law, the
Lanham Act and any applicable international laws or treaties.

ATLANTIC RECORDS GROUP

I, the undersigned, do solemnly and sincerely declare and
CERTIFY UNDER
PENALTY OF PERJURY that:

1. I am the owner or an agent authorized to act on behalf of
the owner of
certain intellectual property rights, said owner being named
ATLANTIC
RECORDS GROUP ("IP Owner").

2. I have a good faith belief that the materials identified in
the addendum
attached hereto are not authorized by the above IP Owner, its
agent, or the
law and therefore infringe the IP Owner's rights according to
the laws of
the (check all that apply):


United States X
Australia
Brazil
Canada
EUR
France
Germany
Italy
Japan
Netherlands
Russia
United Kingdom
All of the above      X

Please act expeditiously to remove or disable access to the

material or
items claimed to be infringing.

3. I may be contacted at:

Printed Name:  Dorothy Sherman
Title:             Consultant
Company:        Atlantic Records Group
Address:         1290 Avenue of the Americas
                    New York, NY  10104

Email (correspondence): GrayZone@grayzone.com
www.grayzone.com
Telephone:  212 946-1718
Fax:             718 552-3028

You should understand that this letter constitutes notice to
you that the
sale and/or other distribution of this product is
unauthorized. This letter
does not constitute a waiver of any right to recover damages
incurred by
virtue of any such unauthorized activities, and such rights as
well as
claims for other relief are expressly retained.

Finally, notwithstanding our use of the required notice form,
we believe
that sideload.com 's activities and services fall outside the
scope of
the Digital Millennium Copyright Act ("DMCA"). Our use of this
form, as
required by law, is meant to facilitate sideload.com  's
removal of the
infringing product listed above and is not meant to suggest or
imply that
sideload.com 's activities and services are within the scope
of the DMCA.

I make this declaration conscientiously, believing it to be
true and
correct, and in accordance with the laws of each of the
countries listed
above.  I am aware and agree that the contents of this
statement may be
relied upon against me in any court or arbitration proceeding.

Truthfully,

Dorothy Sherman
Digital Signature:  Verisign


Date:  5 DECEMBER 2006
-----------------------------------
SONG FOR CLAY
http://www.sideloadcom/cb/track/?id=126741
http://www.sideloadcom/cb/track/?id=127231
http://www.sideloadcom/cb/track/?id=122666

UNIFORM
http://www.sideloadcom/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideloadcom/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideloadcom/cb/track/?id=116554
http://www.sideloadcom/cb/track/?id=110793


===============================================
CONFIDENTIALITY NOTICE:  This e-mail message, and any
attachments thereto,
is for the sole use of the intended recipient(s) and may
contain legally
privileged and/or confidential information. Any unauthorized
review, use,
disclosure or distribution is strictly prohibited. If you are
not the
intended recipient, please contact the sender by reply email
and permanently
delete all copies of the original message.
===============================================


Douglas Kassem | GrayZone, Inc. Posted on 08 Dec 2006 09:15 AM
==============================================================
=
PLEASE REMOVE THE FOLLOWING LINKS TO UNRELEASED MATERIAL FROM
THE ARTISTS
BLOC PARTY:
===========================
Second Notice of Infringement and Declaration

TO:
SIDELOAD.COM
MP3tunes, LLC
5960 Cornerstone Court West
First Floor
San Diego, CA 92121
(submitted at website)

NTT America, Inc.
8005 South Chester Street
Suite 200
Centennial, CO 80112
Phone:  +1-800-551-1630
abuse@ntt.net
support@us.ntt.net
vipar@us.ntt.net


REGARDING:  http://www.sideload.com

IMMEDIATELY REMOVE ALL LINKS, REFERENCES, TORRENTS, TRACKERS,
SEEDERS AND

D000387

MP3 FILES ASSOCIATED WITH BLOC PARTY's UNRELEASED ALBUM "A
WEEKEND IN THE
CITY":

SONG FOR CLAY
http://www.sideloadcom/cb/track/?id=126741
http://www.sideloadcom/cb/track/?id=127231
http://www.sideloadcom/cb/track/?id=122666

UNIFORM
http://www.sideloadcom/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideloadcom/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideloadcom/cb/track/?id=116554
http://www.sideloadcom/cb/track/?id=110793


If you do not comply with this demand immediately, we will
seek whatever
remedies are available to us under the United States Copyright
law, the
Lanham Act and any applicable international laws or treaties.

ATLANTIC RECORDS GROUP

I, the undersigned, do solemnly and sincerely declare and
CERTIFY UNDER
PENALTY OF PERJURY that:

1. I am the owner or an agent authorized to act on behalf of
the owner of
certain intellectual property rights, said owner being named
ATLANTIC
RECORDS GROUP ("IP Owner").

2. I have a good faith belief that the materials identified in
the addendum
attached hereto are not authorized by the above IP Owner, its
agent, or the
law and therefore infringe the IP Owner's rights according to
the laws of
the (check all that apply):

United States X
Australia
Brazil
Canada
EUR
France
Germany
Italy
Japan
Netherlands
Russia
United Kingdom

D000388

All of the above     X

Please act expeditiously to remove or disable access to the material or
items claimed to be infringing.

3. I may be contacted at:

Printed Name:  Dorothy Sherman
Title:              Consultant
Company:        Atlantic Records Group
Address:          1290 Avenue of the Americas
                        New York, NY  10104

Email (correspondence): GrayZone@grayzone.com
www.grayzone.com
Telephone:  212 946-1718
Fax:              718 552-3028

You should understand that this letter constitutes notice to you that the
sale and/or other distribution of this product is unauthorized. This letter
does not constitute a waiver of any right to recover damages incurred by
virtue of any such unauthorized activities, and such rights as well as
claims for other relief are expressly retained.

Finally, notwithstanding our use of the required notice form, we believe
that sideload.com 's activities and services fall outside the scope of
the Digital Millennium Copyright Act ("DMCA"). Our use of this form, as
required by law, is meant to facilitate sideload.com  's removal of the
infringing product listed above and is not meant to suggest or imply that
sideload.com 's activities and services are within the scope of the DMCA.

I make this declaration conscientiously, believing it to be true and
correct, and in accordance with the laws of each of the countries listed
above.  I am aware and agree that the contents of this statement may be
relied upon against me in any court or arbitration proceeding.

Truthfully,

Dorothy Sherman
Digital Signature:  Verisign


Date:  8 DECEMBER 2006
------------------------------------
SONG FOR CLAY
http://www.sideloadcom/cb/track/?id=126741

http://www.sideloadcom/cb/track/?id=127231
http://www.sideloadcom/cb/track/?id=122666

UNIFORM
http://www.sideloadcom/cb/track/?id=106280
http://www.sideload.com/cb/track/?id=87050

WAITING FOR THE 7:18
http://www.sideloadcom/cb/track/?id=106260
http://www.sideload.com/cb/track/?id=87046
http://www.sideloadcom/cb/track/?id=116554
http://www.sideloadcom/cb/track/?id=110793


==================================================
CONFIDENTIALITY NOTICE:  This e-mail message, and any
attachments thereto,
is for the sole use of the intended recipient(s) and may
contain legally
privileged and/or confidential information. Any unauthorized
review, use,
disclosure or distribution is strictly prohibited. If you are
not the
intended recipient, please contact the sender by reply email
and permanently
delete all copies of the original message.
==================================================

D000390

# EXHIBIT 26

| | |
|---|---|
| **From:** | Julian Krause [Julian.Krause@mp3tunes.com] |
| **Sent:** | Thursday, December 27, 2007 8:01 AM |
| **To:** | Emily Richards |
| **Cc:** | Michael Robertson; Doug Reese |
| **Subject:** | Re: sideload takedown notice - 2 of 4 |
| | |
| **Attachments:** | takedown_report_2.txt |



takedown_report_2
.txt (6 KB)

       From the list of 43 URLs which I received, there were 43 unique entries marked as invalid in the database on 12/27/2007. A plain text version of those rows from the database has been attached. A -1 at the end of the row means that is has been marked as removed.

Julian Krause

>>> Emily Richards <emily.richards@mp3tunes.com> 12/26/07 1:42 PM >>>
Takedown notice per my previous email.

~Em


M_Marhoon2000@yahoo.com Posted on 26 Dec 2007 05:20 AM
================================================================
1-I'm authorized to act on behalf of the owner of an exclusive right that is allegedly infringed

2-Name:MOSTAFA AHMED MARHOON
PO Box. BAH 1805
Address:
147-29 182nd Street Springfield Gardens, NY 11413
Tel: 718-553-8740
E-mail:M_Marhoon2000@yahoo.com

3-Copyrighted work productions music are infringed,will be any personal use in own trailer.must have license to use immediate music.

4-Sharing copyright for production music for trailers movie is not for sale and not for public.

5-Links of the material:

http://www.sideload.com/cb/track/?id=355971
http://www.sideload.com/cb/track/?id=355970
http://www.sideload.com/cb/track/?id=315171
http://www.sideload.com/cb/track/?id=355918
http://www.sideload.com/cb/track/?id=355922
http://www.sideload.com/cb/track/?id=355923
http://www.sideload.com/cb/track/?id=355924
http://www.sideload.com/cb/track/?id=355925
http://www.sideload.com/cb/track/?id=355926

1

PORTION REDACTED

D000391

http://www.sideload.com/cb/track/?id=355927
http://www.sideload.com/cb/track/?id=355928
http://www.sideload.com/cb/track/?id=355929
http://www.sideload.com/cb/track/?id=355930
http://www.sideload.com/cb/track/?id=355933
http://www.sideload.com/cb/track/?id=355934
http://www.sideload.com/cb/track/?id=355935
http://www.sideload.com/cb/track/?id=355936
http://www.sideload.com/cb/track/?id=355937
http://www.sideload.com/cb/track/?id=355938
http://www.sideload.com/cb/track/?id=355939
http://www.sideload.com/cb/track/?id=355941
http://www.sideload.com/cb/track/?id=355942
http://www.sideload.com/cb/track/?id=355944
http://www.sideload.com/cb/track/?id=355945
http://www.sideload.com/cb/track/?id=355946
http://www.sideload.com/cb/track/?id=355947
http://www.sideload.com/cb/track/?id=355952
http://www.sideload.com/cb/track/?id=355953
http://www.sideload.com/cb/track/?id=355954
http://www.sideload.com/cb/track/?id=355955
http://www.sideload.com/cb/track/?id=355956
http://www.sideload.com/cb/track/?id=355957
http://www.sideload.com/cb/track/?id=355958
http://www.sideload.com/cb/track/?id=355960
http://www.sideload.com/cb/track/?id=355961
http://www.sideload.com/cb/track/?id=355962
http://www.sideload.com/cb/track/?id=355963
http://www.sideload.com/cb/track/?id=355964
http://www.sideload.com/cb/track/?id=355965
http://www.sideload.com/cb/track/?id=355966
http://www.sideload.com/cb/track/?id=355967
http://www.sideload.com/cb/track/?id=355968
http://www.sideload.com/cb/track/?id=355969

6-I good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.

7-the information in the notice is accurate, under penalty of perjury.

To contact:

If you are contacting us from the United States:

310.581.9935 Voice 1
310.230.1750 Voice 2
310.581.0720 Fax

E-mail:info@immediatemusic.com

If you are contacting us from the United Kingdom:

D000392

05601 465 994 (local call rate)
E-mail:info.uk@immediatemusic.com

official site:
http://www.immediatemusic.com/


Ticket Details
==================
Ticket ID: ZCS-424687
Department: Technical Support
Priority: New Ticket
Status: Replied

D000393

takedown_report_2.txt

355971
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/86%20-%20Worlds%20Apart.mp3 -1
355970
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/85%20-%20Witch%20Hunt.mp3   -1
315171
http://somethingilearned.com.nyud.net:8080/strikeunder/Strike%20Under%20-%20Immediat
e%20Action.mp3  -1
355918
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/02%20-%20All%20Hell%20Break%27s%20Loose%20(Choir).mp3        -1
355922
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/06%20-%20Avenger%20(Choir).mp3        -1
355923
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/08%20-%20Birth%20Of%20A%20Nation%20(Choir).mp3        -1
355924
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/10%20-%20Blasphemy%202.0%20(Choir).mp3        -1
355925
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/12%20-%20Coronation%20(Choir).mp3 -1
355926
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/14%20-%20Crusade%20(Choir).mp3        -1
355927
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/16%20-%20Euphrates%20(Choir).mp3        -1
355928
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/18%20-%20Fahrenheit%20(Choir).mp3        -1
355929
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/20%20-%20Final%20Omen%202.0%20(Choir).mp3   -1
355930
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/22%20-%20Hidden%20Fortress.mp3        -1
355933
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/23%20-%20Hidden%20Fortress%20(Choir).mp3        -1
355934
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/25%20-%20Holy%20(Choir).mp3 -1
355935
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/27%20-%20Hymn%20(Choir).mp3 -1
355936
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/29%20-%20Imperativa%20(Choir).mp3        -1
355937
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/30%20-%20Judgement%20Day.mp3        -1
355938
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/32%20-%20King%20For%20A%20Day%20(Choir).mp3 -1
355939
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/33%20-%20Lacrimosa.mp3        -1
355941
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/36%20-%20League%20Of%20Justice%20(Choir).mp3        -1

D000394

takedown_report_2.txt
355942
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/38%20-%20Liberation!%20(Choir)mp3     -1
355944
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/41%20-%20Love%20&&%20War%20(Choir).mp3     -1
355945
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/42%20-%20Mercutio.mp3     -1
355946
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/43%20-%20Monolith.mp3     -1
355947
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/44%20-%20Off%20To%20Neverland.mp3     -1
355952
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/56%20-%20Prelude.mp3     -1
355953
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/57%20-%20Prelude%20(Choir).mp3     -1
355954
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/58%20-%20Proud%20Nation.mp3 -1
355955
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/60%20-%20Redemption%20(Choir).mp3     -1
355956
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/62%20-%20Redrum%203.0%20(Choir).mp3 -1
355957
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/63%20-%20Rerurn%20To%20Willowbrook.mp3     -1
355958
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/64%20-%20Salvation.mp3     -1
355960
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/66%20-%20Serenata%20(Choir).mp3     -1
355961
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/71%20-%20Spiritus%20Elektros.mp3     -1
355962
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/72%20-%20Sprit%20of%20Adventure.mp3 -1
355963
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/74%20-%20The%20Black%20Legend%20(Choir).mp3 -1
355964
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/76%20-%20The%20Gathering%20(Choir).mp3     -1
355965
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/77%20-%20The%20Magician%27s%20Apprentice.mp3     -1
355966
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/78%20-%20The%20Promise%20Land.mp3     -1
355967
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/80%20-%20The%20Quest%20(Choir).mp3     -1
355968
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/82%20-%20Ultimatum%20(Choir).mp3     -1

D000395

takedown_report_2.txt
355969
http://reich.morpheus.net/listen/Immediate%20Music%20-%20Themes%20For%20Orchestra%20
And%20Choir/84%20-%20Voyager%20(Choir).mp3     -1

D000396

# EXHIBIT 27

| | |
|---|---|
| **From:** | Julian Krause [Julian.Krause@mp3tunes.com] |
| **Sent:** | Thursday, December 27, 2007 8:07 AM |
| **To:** | Emily Richards |
| **Cc:** | Michael Robertson; Doug Reese |
| **Subject:** | Re: sideload takedown notice - 3 of 4 |
| **Attachments:** | takedown_report_3.txt |



takedown_report_3
.txt (5 KB)

From the list of 80 URLs which I received, there were 80 unique entries marked as invalid in the database on 12/27/2007. A plain text version of those rows from the database has been attached. A -1 at the end of the row means that is has been marked as removed.

Julian Krause

>>> Emily Richards <emily.richards@mp3tunes.com> 12/26/07 1:43 PM >>>
Takedown notice per my previous email.

~Em


M_Marhoon2000@yahoo.com Posted on 26 Dec 2007 05:20 AM
========================================================
1-I'm authorized to act on behalf of the owner of an exclusive right that is allegedly infringed

2-Name:MOSTAFA AHMED MARHOON
PO Box. BAH 1805
Address:
147-29 182nd Street Springfield Gardens, NY 11413
Tel: 718-553-8740
E-mail:M_Marhoon2000@yahoo.com

3-Copyrighted work productions music are infringed,will be any personal use in own trailer.must have license to use two steps from hell.

4-Sharing copyright for production music for trailers movie is not for sale and not for public.

5-Links of the material:

http://www.sideload.com/cb/track/?id=370934
http://www.sideload.com/cb/track/?id=370933
http://www.sideload.com/cb/track/?id=370930
http://www.sideload.com/cb/track/?id=370929
http://www.sideload.com/cb/track/?id=370868
http://www.sideload.com/cb/track/?id=370928
http://www.sideload.com/cb/track/?id=370867
http://www.sideload.com/cb/track/?id=370927        **PORTION REDACTED**
http://www.sideload.com/cb/track/?id=370926

1

D000397

http://www.sideload.com/cb/track/?id=370925
http://www.sideload.com/cb/track/?id=370866
http://www.sideload.com/cb/track/?id=370924
http://www.sideload.com/cb/track/?id=370923
http://www.sideload.com/cb/track/?id=370922
http://www.sideload.com/cb/track/?id=370921
http://www.sideload.com/cb/track/?id=370920
http://www.sideload.com/cb/track/?id=370919
http://www.sideload.com/cb/track/?id=370918
http://www.sideload.com/cb/track/?id=370917
http://www.sideload.com/cb/track/?id=370916
http://www.sideload.com/cb/track/?id=370915
http://www.sideload.com/cb/track/?id=370914
http://www.sideload.com/cb/track/?id=370865
http://www.sideload.com/cb/track/?id=370913
http://www.sideload.com/cb/track/?id=370912
http://www.sideload.com/cb/track/?id=370911
http://www.sideload.com/cb/track/?id=370910
http://www.sideload.com/cb/track/?id=370909
http://www.sideload.com/cb/track/?id=370908
http://www.sideload.com/cb/track/?id=370864
http://www.sideload.com/cb/track/?id=370863
http://www.sideload.com/cb/track/?id=370862
http://www.sideload.com/cb/track/?id=370907
http://www.sideload.com/cb/track/?id=370861
http://www.sideload.com/cb/track/?id=370906
http://www.sideload.com/cb/track/?id=370860
http://www.sideload.com/cb/track/?id=370859
http://www.sideload.com/cb/track/?id=370858
http://www.sideload.com/cb/track/?id=370905
http://www.sideload.com/cb/track/?id=370857
http://www.sideload.com/cb/track/?id=370903
http://www.sideload.com/cb/track/?id=370856
http://www.sideload.com/cb/track/?id=370902
http://www.sideload.com/cb/track/?id=370854
http://www.sideload.com/cb/track/?id=370904
http://www.sideload.com/cb/track/?id=370855
http://www.sideload.com/cb/track/?id=370853
http://www.sideload.com/cb/track/?id=370901
http://www.sideload.com/cb/track/?id=370852
http://www.sideload.com/cb/track/?id=370900
http://www.sideload.com/cb/track/?id=370851
http://www.sideload.com/cb/track/?id=370899
http://www.sideload.com/cb/track/?id=370850
http://www.sideload.com/cb/track/?id=370898
http://www.sideload.com/cb/track/?id=370897
http://www.sideload.com/cb/track/?id=370896
http://www.sideload.com/cb/track/?id=370895
http://www.sideload.com/cb/track/?id=370849
http://www.sideload.com/cb/track/?id=370894
http://www.sideload.com/cb/track/?id=370847
http://www.sideload.com/cb/track/?id=370848

D000398

http://www.sideload.com/cb/track/?id=370893
http://www.sideload.com/cb/track/?id=370892
http://www.sideload.com/cb/track/?id=370891
http://www.sideload.com/cb/track/?id=370890
http://www.sideload.com/cb/track/?id=370889
http://www.sideload.com/cb/track/?id=370888
http://www.sideload.com/cb/track/?id=370887
http://www.sideload.com/cb/track/?id=370886
http://www.sideload.com/cb/track/?id=370879
http://www.sideload.com/cb/track/?id=370877
http://www.sideload.com/cb/track/?id=370876
http://www.sideload.com/cb/track/?id=370875
http://www.sideload.com/cb/track/?id=370874
http://www.sideload.com/cb/track/?id=370873
http://www.sideload.com/cb/track/?id=370872
http://www.sideload.com/cb/track/?id=370871
http://www.sideload.com/cb/track/?id=370870
http://www.sideload.com/cb/track/?id=370846
http://www.sideload.com/cb/track/?id=355985

6-I good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.

7-the information in the notice is accurate, under penalty of perjury.

To contact:

Licensing info:
Claudia Phoenix - Phone: 310-985-1126
Fax: 310-496-0658

Management:
Alec Phoenix - Phone 310-963-0659
E-mail:twostepsfromhell@mac.com
E-mail:alec.phoenix@gmail.com

official site:
http://www.twostepsfromhell.com/

Ticket Details
===================
Ticket ID: BQJ-430728
Department: Technical Support
Priority: New Ticket
Status: Replied

3

D000399

4

takedown_report_3.txt

```
370934   http://rapidshare.com/files/75992933/1000_Ships..Underworld.mp3 -1
370933   http://rapidshare.com/files/75992934/1000_Ships..Underworld_NC.mp3        -1
370930   http://rapidshare.com/files/75992937/Black_Assassinmp3   -1
370929   http://rapidshare.com/files/75992938/Black_Assassin__NC_.mp3        -1
370868   http://rapidshare.com/files/75987899/Blade_Fighter.mp3   -1
370928   http://rapidshare.com/files/75992939/Blade_Fighter_NC.mp3         -1
370867   http://rapidshare.com/files/75987900/Blast_the_Gates.mp3         -1
370927   http://rapidshare.com/files/75992940/Blast_the_Gates__NC_.mp3    -1
370926   http://rapidshare.com/files/75993685/Bleeding.mp3            -1
370925   http://rapidshare.com/files/75993686/Bleeding_NC.mp3         -1
370866   http://rapidshare.com/files/75987901/Breath_Of_Ran_Gor.mp3         -1
370924   http://rapidshare.com/files/75993692/Cavaliere.mp3    -1
370923   http://rapidshare.com/files/75993693/Cavaliere_NC.mp3    -1
370922   http://rapidshare.com/files/75993696/Chariots_of_Blood_Wi_.mp3 -1
370921   http://rapidshare.com/files/75994397/Chopperhead__NC_.mp3        -1
370920   http://rapidshare.com/files/75994398/Conquerors.mp3         -1
370919   http://rapidshare.com/files/75994399/Conquerors_NC.mp3    -1
370918   http://rapidshare.com/files/75994400/Coup_D_Etat.mp3    -1
370917   http://rapidshare.com/files/75994401/Deep_Voyage.mp3    -1
370916   http://rapidshare.com/files/75994402/Demon_Rider.mp3    -1
370915   http://rapidshare.com/files/75994403/Demon_Rider_NC.mp3 -1
370914   http://rapidshare.com/files/75994404/Diplomatic_Immunity.mp3        -1
370865   http://rapidshare.com/files/75987902/Dragon_Rider.mp3    -1
370913   http://rapidshare.com/files/75994405/Dragon_Rider__Beat_Only_.mp3        -1
370912   http://rapidshare.com/files/75995136/Dynasty.mp3         -1
370911   http://rapidshare.com/files/75995137/Dynasty_NC.mp3    -1
370910   http://rapidshare.com/files/75995138/Dynasty_Solo_Vocal.mp3        -1
370909   http://rapidshare.com/files/75995139/Elementum.mp3         -1
370908   http://rapidshare.com/files/75995140/Elementum__NC_.mp3 -1
370864   http://rapidshare.com/files/75987903/Epilogue.mp3         -1
370863   http://rapidshare.com/files/75987904/False_Flag_Op.mp3    -1
370862   http://rapidshare.com/files/75987906/Fight_The_Darkness.mp3         -1
370907   http://rapidshare.com/files/75995143/Fight_The_Darkness_NC.mp3 -1
370861   http://rapidshare.com/files/75987907/Flameheart.mp3         -1
370906   http://rapidshare.com/files/75995144/Flameheart__NC_.mp3        -1
370860   http://rapidshare.com/files/75987908/Glory___Honor.mp3    -1
370859   http://rapidshare.com/files/75987909/Heaven___Earth.mp3 -1
370858   http://rapidshare.com/files/75988643/Hero.mp3    -1
370905   http://rapidshare.com/files/75995145/Hero_NC.mp3         -1
370857   http://rapidshare.com/files/75988644/House_of_Fire.mp3 -1
370903   http://rapidshare.com/files/75995146/House_of_Fire_NC.mp3         -1
370856   http://rapidshare.com/files/75988645/Instruments_of_War.mp3         -1
370902   http://rapidshare.com/files/75995910/Instruments_of_War__NC_.mp3        -1
370854   http://rapidshare.com/files/75988648/King_s_Legion.mp3    -1
370904   http://rapidshare.com/files/75995911/King_s_Legion__NC_.mp3        -1
370855   http://rapidshare.com/files/75988646/Kingdom_Skies.mp3 -1
370853   http://rapidshare.com/files/75988649/Love___Loss.mp3         -1
370901   http://rapidshare.com/files/75995912/Love___Loss__No_Synth_.mp3 -1
370852   http://rapidshare.com/files/75988650/Magika.mp3 -1
370900   http://rapidshare.com/files/75995913/Magika__NC_.mp3         -1
370851   http://rapidshare.com/files/75988651/Never_Winter.mp3 -1
370899   http://rapidshare.com/files/75995914/Never_Winter_NC.mp3         -1
370850   http://rapidshare.com/files/75988652/Ocean.mp3 -1
370898   http://rapidshare.com/files/75995915/Ocean_NC.mp3         -1
370897   http://rapidshare.com/files/75995916/One_Against_All.mp3        -1
370896   http://rapidshare.com/files/75995917/One_Against_All_NC.mp3        -1
370895   http://rapidshare.com/files/75995918/Pax.mp3    -1
370849   http://rapidshare.com/files/75988653/Procession.mp3         -1
370894   http://rapidshare.com/files/75996546/Procession__No_Drums_.mp3 -1
370847   http://rapidshare.com/files/75988872/Racketeers.mp3         -1
370848   http://rapidshare.com/files/75988871/Racketeers__Rock_.mp3         -1
370893   http://rapidshare.com/files/75996547/Red_Army.mp3    -1
370892   http://rapidshare.com/files/75996548/Red_Army__NC_.mp3 -1
```

D000401

```
                           takedown_report_3.txt
370891   http://rapidshare.com/files/75996549/Sentius.mp3          -1
370890   http://rapidshare.com/files/75996551/Sentius_NC.mp3       -1
370889   http://rapidshare.com/files/75996552/Sentius_Remix.mp3   -1
370888   http://rapidshare.com/files/75996553/Sentius_Remix_NC.mp3     -1
370887   http://rapidshare.com/files/75996554/Spirit_of_Champions.mp3    -1
370886   http://rapidshare.com/files/75996556/Spirit_of_Champions__NC_.mp3    -1
370879   http://rapidshare.com/files/75997282/The_Vendetta_Conspiracy.mp3    -1
370877   http://rapidshare.com/files/75997284/Thermopolis_NC.mp3 -1
370876   http://rapidshare.com/files/75997285/Timebomb.mp3         -1
370875   http://rapidshare.com/files/75997286/Timebomb__Beat_Only_.mp3   -1
370874   http://rapidshare.com/files/75997867/Timebomb__NC_.mp3   -1
370873   http://rapidshare.com/files/75997868/Tyrianis.mp3         -1
370872   http://rapidshare.com/files/75997869/Tyrianis__NC_.mp3   -1
370871   http://rapidshare.com/files/75997870/Web_of_Lies.mp3      -1
370870   http://rapidshare.com/files/75997871/Web_of_Lies__NC_.mp3      -1
370846   http://rapidshare.com/files/75988873/Zen_Killer.mp3       -1
355985   http://www.twostepsfromhell.com/2SFHwebcontent/mp3/Nemesis-montage.mp3    -1
```

Page  2

D000402

# EXHIBIT 28

| | |
|---|---|
| **From:** | Julian Krause [Julian.Krause@mp3tunes.com] |
| **Sent:** | Thursday, December 27, 2007 8:12 AM |
| **To:** | Emily Richards |
| **Cc:** | Michael Robertson; Doug Reese |
| **Subject:** | Re: sideload takedown notice - 4 of 4 |

**Attachments:**    takedown_report_4.txt


takedown_report_4
.txt (3 KB)

From the list of 30 URLs which I received, there were 30 unique entries marked as invalid in the database on 12/27/2007. A plain text version of those rows from the database has been attached. A -1 at the end of the row means that is has been marked as removed.

Julian Krause

>>> Emily Richards <emily.richards@mp3tunes.com> 12/26/07 3:03 PM >>>
per my previous email.

~emily


M_Marhoon2000@yahoo.com Posted on 26 Dec 2007 05:20 AM
================================================================
1-I'm authorized to act on behalf of the owner of an exclusive right that is allegedly infringed

2-Name:MOSTAFA AHMED MARHOON
PO Box. BAH 1805
Address:
147-29 182nd Street Springfield Gardens, NY 11413
Tel: 718-553-8740
E-mail:M_Marhoon2000@yahoo.com

3-Copyrighted work productions music are infringed,will be any personal use in own trailer.must have license to use EpicScore music.

4-Sharing copyright for production music for trailers movie is not for sale and not for public.

5-Links of the material:

http://www.sideload.com/cb/track/?id=371758
http://www.sideload.com/cb/track/?id=371757
http://www.sideload.com/cb/track/?id=371752
http://www.sideload.com/cb/track/?id=371751
http://www.sideload.com/cb/track/?id=371767
http://www.sideload.com/cb/track/?id=371766
http://www.sideload.com/cb/track/?id=371779
http://www.sideload.com/cb/track/?id=371778
http://www.sideload.com/cb/track/?id=371749

**PORTION REDACTED**

D000403

http://www.sideload.com/cb/track/?id=371748
http://www.sideload.com/cb/track/?id=371770
http://www.sideload.com/cb/track/?id=371769
http://www.sideload.com/cb/track/?id=371764
http://www.sideload.com/cb/track/?id=371763
http://www.sideload.com/cb/track/?id=371743
http://www.sideload.com/cb/track/?id=371742
http://www.sideload.com/cb/track/?id=371761
http://www.sideload.com/cb/track/?id=371760
http://www.sideload.com/cb/track/?id=371740
http://www.sideload.com/cb/track/?id=371739
http://www.sideload.com/cb/track/?id=371746
http://www.sideload.com/cb/track/?id=371745
http://www.sideload.com/cb/track/?id=371737
http://www.sideload.com/cb/track/?id=371736
http://www.sideload.com/cb/track/?id=371755
http://www.sideload.com/cb/track/?id=371754
http://www.sideload.com/cb/track/?id=371773
http://www.sideload.com/cb/track/?id=371772
http://www.sideload.com/cb/track/?id=371776
http://www.sideload.com/cb/track/?id=371775

6-I good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.

7-the information in the notice is accurate, under penalty of perjury.

To contact:

official site:
http://www.epicscore.com/ or http://www.apmmusic.com/

Ticket Details
====================
Ticket ID: APW-467393
Department: Technical Support
Priority: New Ticket
Status: Replied

2

D000404

takedown_report_4.txt

```
371758
http://rapidshare.com/files/77119925/Epic_Score_-_23_-_Breached_Airlock__A_.mp3 -1
371757
http://rapidshare.com/files/77119926/Epic_Score_-_24_-_Breached_Airlock__B_.mp3 -1
371752
http://rapidshare.com/files/77119931/Epic_Score_-_29_-_Caught_in_a_Lie__A_.mp3 -1
371751
http://rapidshare.com/files/77119932/Epic_Score_-_30_-_Caught_in_a_Lie__B_.mp3 -1
371767
http://rapidshare.com/files/77119698/Epic_Score_-_14_-_Damsel_s_Escape__A_.mp3 -1
371766
http://rapidshare.com/files/77119699/Epic_Score_-_15_-_Damsel_s_Escape__B_.mp3 -1
371779
http://rapidshare.com/files/77119438/Epic_Score_-_02_-_Divine_Destiny__A_.mp3 -1
371778
http://rapidshare.com/files/77119439/Epic_Score_-_03_-_Divine_Destiny__B_.mp3 -1
371749  http://rapidshare.com/files/77120152/Epic_Score_-_32_-_Futile_Flight__A_.mp3
-1
371748  http://rapidshare.com/files/77120153/Epic_Score_-_33_-_Futile_Flight__B_.mp3
-1
371770  http://rapidshare.com/files/77119695/Epic_Score_-_11_-_Harrowing__A_.mp3
-1
371769  http://rapidshare.com/files/77119696/Epic_Score_-_12_-_Harrowing__B_.mp3
-1
371764  http://rapidshare.com/files/77119701/Epic_Score_-_17_-_New_Evil__A_.mp3 -1
371763  http://rapidshare.com/files/77119702/Epic_Score_-_18_-_New_Evil__B_.mp3  -1
371743  http://rapidshare.com/files/77120158/Epic_Score_-_38_-_Outflanked__A_.mp3
-1
371742  http://rapidshare.com/files/77120159/Epic_Score_-_39_-_Outflanked__B_.mp3
-1
371761
http://rapidshare.com/files/77119704/Epic_Score_-_20_-_Pound_of_Flesh__A_.mp3   -1
371760
http://rapidshare.com/files/77119923/Epic_Score_-_21_-_Pound_of_Flesh__B_.mp3   -1
371740
http://rapidshare.com/files/77120277/Epic_Score_-_41_-_Queen_s_Ransom__A_.mp3   -1
371739
http://rapidshare.com/files/77120278/Epic_Score_-_42_-_Queen_s_Ransom__B_.mp3   -1
371746  http://rapidshare.com/files/77120155/Epic_Score_-_35_-_Sneak_Attack__A_.mp3
-1
371745  http://rapidshare.com/files/77120156/Epic_Score_-_36_-_Sneak_Attack__B_.mp3
-1
371737  http://rapidshare.com/files/77120281/Epic_Score_-_44_-_Stand_Tall__A_.mp3
-1
371736  http://rapidshare.com/files/77120282/Epic_Score_-_45_-_Stand_Tall__B_.mp3
-1
371755
http://rapidshare.com/files/77119928/Epic_Score_-_26_-_Target_Acquisition__A_.mp3
-1
371754
http://rapidshare.com/files/77119929/Epic_Score_-_27_-_Target_Acquisition__B_.mp3
-1
371773  http://rapidshare.com/files/77119445/Epic_Score_-_08_-_The_Righteous__A_.mp3
-1
371772  http://rapidshare.com/files/77119446/Epic_Score_-_09_-_The_Righteous__B_.mp3
-1
371776
http://rapidshare.com/files/77119441/Epic_Score_-_05_-_Wrongful_Hanging__A_.mp3 -1
371775
http://rapidshare.com/files/77119442/Epic_Score_-_06_-_Wrongful_Hanging__B_.mp3 -1
```

D000405

takedown_report_4.txt

```
371758
http://rapidshare.com/files/77119925/Epic_Score_-_23_-_Breached_Airlock__A_.mp3 -1
371757
http://rapidshare.com/files/77119926/Epic_Score_-_24_-_Breached_Airlock__B_.mp3 -1
371752
http://rapidshare.com/files/77119931/Epic_Score_-_29_-_Caught_in_a_Lie__A_.mp3  -1
371751
http://rapidshare.com/files/77119932/Epic_Score_-_30_-_Caught_in_a_Lie__B_.mp3  -1
371767
http://rapidshare.com/files/77119698/Epic_Score_-_14_-_Damsel_s_Escape__A_.mp3  -1
371766
http://rapidshare.com/files/77119699/Epic_Score_-_15_-_Damsel_s_Escape__B_.mp3  -1
371779
http://rapidshare.com/files/77119438/Epic_Score_-_02_-_Divine_Destiny__A_.mp3   -1
371778
http://rapidshare.com/files/77119439/Epic_Score_-_03_-_Divine_Destiny__B_.mp3   -1
371749    http://rapidshare.com/files/77120152/Epic_Score_-_32_-_Futile_Flight__A_.mp3
-1
371748    http://rapidshare.com/files/77120153/Epic_Score_-_33_-_Futile_Flight__B_.mp3
-1
371770    http://rapidshare.com/files/77119695/Epic_Score_-_11_-_Harrowing__A_.mp3
-1
371769    http://rapidshare.com/files/77119696/Epic_Score_-_12_-_Harrowing__B_.mp3
-1
371764    http://rapidshare.com/files/77119701/Epic_Score_-_17_-_New_Evil__A_.mp3 -1
371763    http://rapidshare.com/files/77119702/Epic_Score_-_18_-_New_Evil__B_.mp3 -1
371743    http://rapidshare.com/files/77120158/Epic_Score_-_38_-_Outflanked__A_.mp3
-1
371742    http://rapidshare.com/files/77120159/Epic_Score_-_39_-_Outflanked__B_.mp3
-1
371761
http://rapidshare.com/files/77119704/Epic_Score_-_20_-_Pound_of_Flesh__A_.mp3   -1
371760
http://rapidshare.com/files/77119923/Epic_Score_-_21_-_Pound_of_Flesh__B_.mp3   -1
371740
http://rapidshare.com/files/77120277/Epic_Score_-_41_-_Queen_s_Ransom__A_.mp3   -1
371739
http://rapidshare.com/files/77120278/Epic_Score_-_42_-_Queen_s_Ransom__B_.mp3   -1
371746    http://rapidshare.com/files/77120155/Epic_Score_-_35_-_Sneak_Attack__A_.mp3
-1
371745    http://rapidshare.com/files/77120156/Epic_Score_-_36_-_Sneak_Attack__B_.mp3
-1
371737    http://rapidshare.com/files/77120281/Epic_Score_-_44_-_Stand_Tall__A_.mp3
-1
371736    http://rapidshare.com/files/77120282/Epic_Score_-_45_-_Stand_Tall__B_.mp3
-1
371755
http://rapidshare.com/files/77119928/Epic_Score_-_26_-_Target_Acquisition__A_.mp3
-1
371754
http://rapidshare.com/files/77119929/Epic_Score_-_27_-_Target_Acquisition__B_.mp3
-1
371773    http://rapidshare.com/files/77119445/Epic_Score_-_08_-_The_Righteous__A_.mp3
-1
371772    http://rapidshare.com/files/77119446/Epic_Score_-_09_-_The_Righteous__B_.mp3
-1
371776
http://rapidshare.com/files/77119441/Epic_Score_-_05_-_Wrongful_Hanging__A_.mp3 -1
371775
http://rapidshare.com/files/77119442/Epic_Score_-_06_-_Wrongful_Hanging__B_.mp3 -1
```

D000406

# EXHIBIT 29

| | |
|---|---|
| **From:** | Julian Krause [Julian.Krause@mp3tunes.com] |
| **Sent:** | Thursday, December 27, 2007 7:53 AM |
| **To:** | Emily Richards |
| **Subject:** | Re: sideload takedown notice - 1 of 4 |
| **Attachments:** | takedown_report_1.txt |



takedown_report_1
.txt (546 B)

From the list of 6 URLs which I received, there were 6 unique entries marked as invalid in the database on 12/27/2007. A plain text version of those rows from the database has been attached. A -1 at the end of the row means that is has been marked as removed.

Julian Krause

>>> Emily Richards <emily.richards@mp3tunes.com> 12/26/07 1:38 PM >>>
Julian -

Will you please remove the links below and confirm such action via
email? There are four of these takedown notices (all different) in total.

Thanks,

~Emily


M_Marhoon2000@yahoo.com Posted on 26 Dec 2007 05:15 AM
==================================================================
1-I'm authorized to act on behalf of the owner of an exclusive right that is allegedly infringed

2-Name:MOSTAFA AHMED MARHOON
PO Box. BAH 1805
Address:
147-29 182nd Street Springfield Gardens, NY 11413
Tel: 718-553-8740
E-mail:M_Marhoon2000@yahoo.com

3-Copyrighted work productions music are infringed,will be any personal use in own trailer.must have
license to use futureworld music.

4-Sharing copyright for production music for trailers movie is not for sale and not for public.

5-Links of the material:

http://www.sideload.com/cb/track/?id=370838
http://www.sideload.com/cb/track/?id=370842
http://www.sideload.com/cb/track/?id=370841
http://www.sideload.com/cb/track/?id=370840
http://www.sideload.com/cb/track/?id=370839

**PORTION REDACTED**

1

D000410

http://www.sideload.com/cb/track/?id=370843

6-I good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.

7-the information in the notice is accurate, under penalty of perjury.

To contact:
Tel: (818) 957-5775
Fax: (818) 957-5789
Cell: (818) 634-4250

e-mail:
info@futureworldmusic.com

official site:
http://www.futureworldmusic.com/


Ticket Details
====================
Ticket ID: MPW-938678
Department: Technical Support
Priority: New Ticket
Status: Replied

D000411

```
                            takedown_report_1.txt
370838   http://rapidshare.com/files/75985641/08_-_Allegiance_To_The_World.mp3   -1
370842   http://rapidshare.com/files/75986307/11_-_Damnum_Et_Triumphus.mp3       -1
370841   http://rapidshare.com/files/75986308/12_-_Quest_For_Freedom.mp3 -1
370840   http://rapidshare.com/files/75986309/13_-_Rise_Of_The_Hero.mp3  -1
370839   http://rapidshare.com/files/75986311/14_-_Sin_And_Restitution.mp3        -1
370843   http://rapidshare.com/files/75986306/10_-_Welcome_To_Your_Fantasy.mp3    -1
```

D000412

# EXHIBIT 30

# DREIER LLP

ATTORNEYS AT LAW

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

September 13, 2007

**VIA FEDERAL EXPRESS**
Steven B. Fabrizio, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823

Re: *MP3tunes, LLC*

Dear Mr. Fabrizio,

We represent MP3tunes, LLC ("MP3tunes"). We write in response to your cease-and-desist letter, dated September 4, 2007 to MP3tunes, regarding your allegations that MP3tunes, through its websites, MP3tunes.com and Sideload.com, and its "Oboe Software Suite" is "copying and storing to its servers, indexing, publicly performing, and making available for download hundreds (if not thousands) of [your] client's copyrighted recordings in violation of the Copyright Act."

While we find your allegations baseless and believe that you failed to comply with the requirements of the Digital Millennium Copyright Act ("DMCA") when notifying our client of its alleged infringement, in an effort to resolve this matter and to fulfill our obligations under the DMCA, MP3tunes has removed the approximately 350 songs you provided with your cease-and-desist letter from availability for sideloading. If you provide another list with additional songs to which EMI and/or its affiliates represent they own the copyrights, MP3tunes will promptly remove those songs from availability for sideloading as well.

EMI needs to understand the function of MP3tunes and sideload.com. MP3tunes plays no role in what songs are designated for sideload.com by users of MP3tunes. None of the songs designated by users for sideloading are physically available on sideload.com. Rather, what is provided is a hyperlink.

Notwithstanding MP3tunes' continued willingness to resolve this matter amicably, your attempt to place the burden on MP3tunes to determine which of the songs on its website

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100   Facsimile  212 328 6101
Los Angeles     Stamford     Albany
www.dreierllp.com

Exhibit A -- 12

Steven B. Fabrizio, Esq.
September 13, 2007
Page 2 of 3

are infringing simply by providing (i) a link to the EMI website which provides a "non-exhaustive further listing of EMI's recoding artists" and (ii) a representative list of songs which you demand be disabled, fails to comply with EMI's obligations under the DMCA. What is more, having quickly analyzed the list of songs that you attached to your letter, we believe that your assertion that "EMI has not authorized any of its recordings to be copied, distributed or performed" as is done on sideload.com and that "EMI has a good faith belief that use of the material in the manner complained of is not authorized by EMI, its respective agents or the law" is factually incorrect.

First, your notice is inadequate under the DMCA. Specifically, as you know, the 17 U.S.C. § 512(c)(3)(A) provides that:

To be effective under this subsection, a notification of claimed infringement must be a written communication provided to the designated agent of a service provider that includes substantially the following:

(i)     A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

(ii)    Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

(iii)   Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.

(iv)    Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

(v)     A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

(vi)    A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Steven B. Fabrizio, Esq.
September 13, 2007
Page 3 of 3

Thus, while you correctly supplied a representative list of multiple copyrighted works located on a single site in your notification as per 17 U.S.C. § 512(c)(3)(A)(ii), you still must comply with the requirements of § 512(c)(3)(A)(iii) – that is, you must specifically identify the material that is to removed or access to which is to be disabled. A representative list such as the one you have provided is insufficient to comply with 17 U.S.C. § 512(c)(3)(A)(iii).

Moreover, we believe that some of the artists on your list and/or on your website are no longer represented by EMI; and that some songs you listed are freely available for digital download. For example, the first band that is listed in your spreadsheet is "Air". MP3tunes features an "Air" track – "Once Upon A Time" – on the first page of sideload.com. That track is from the popular online music magazine, *Filter*, and is accessed by the URL http://filter-mag.com/index.php?id=13977&c=6. We have no reason to believe that the Filter track is anything but lawful.

Similarly, your list also includes the track "Nobody Move, Nobody Get Hurt" by the band "We Are Scientists" from the URL http://media.spin.com/features/ band_of_the_day/ audio/2005/11/nobody_move_nobody_get_hurt_hi.mp3. *Spin* is a popular online music magazine. All the labels distribute MP3s promotionally. We believe that it is likely that this track is such a promotional distribution and is lawfully available. The same is true for the tracks that you list from the *Paste Store*, which is a store which often distributes promotional tracks provided to them.

Nonetheless, as previously stated, if you send us a list of additional tracks to which EMI and its affiliates own the copyrights, provide information reasonably sufficient to permit our client to locate the material, and accurately represent that the listed tracks are not legally digitally available for copying (along with the remaining required elements of 17 U.S.C. § 512(c)(3)(A)), MP3tunes will disable those songs from sideloading as well.

Please feel free to contact me if you would like to discuss this matter further. This letter is written without prejudice to the rights, claims and/or defenses of MP3tunes or its affiliates, all of which are hereby expressly reserved.

Sincerely,

Ira S. Sacks

ISS/es
cc: Michael Robertson (via email)

# EXHIBIT 31

EXHIBIT REMOVED FROM
PUBLIC VERSION
PURSUANT TO
PROTECTIVE ORDER

# EXHIBIT 32

# EXHIBIT REMOVED FROM PUBLIC VERSION PURSUANT TO PROTECTIVE ORDER

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 Civ. 9931 (WHP) |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) ) | **CERTIFICATE OF SERVICE** |
| MP3TUNES, LLC AND MICHAEL ROBERTSON | ) ) ) ) | |
| *Defendant.* | ) ) ) | |

I, Carletta F. Higginson, do hereby certify that on this 18th day of April, 2008 I caused *Declaration of Andrew H. Bart in Support of EMI's Opposition to MP3Tunes' Motion to Dismiss or, in the Alternative, to Transfer to the Southern District of California* to be filed via this Court's Electronic Case Filing System and to be served via overnight mail delivery upon the following individuals and law firm(s):

**Edward M. Cramp, Esq.**
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101

**Gregory P. Gulia, Esq.**
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036

_____
Carletta F. Higginson