**DUANE MORRIS** LLP
By: Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
Telephone: 212.692.1000

and

Edward M. Cramp (*pro hac vice*)
Michelle Hon (*pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for Defendants
MP3TUNES, LLC and
MICHAEL ROBERTSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.,<br><br>          Plaintiffs,<br><br>    v.<br><br>MP3TUNES, LLC AND MICHAEL ROBERTSON<br><br>          Defendants. | No. 07 Civ. 9931 (WHP)<br><br>DECLARATION OF MICHAEL ROBERTSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA |

I, Michael Robertson, declare:

1. I am Chief Executive Officer ("CEO") of MP3tunes, LLC ("MP3tunes"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Defendants' Reply to Motion to Dismiss or in the Alternative, to Transfer to the Southern District of California.

3. Although I hold the position as CEO of MP3tunes, I have never received a salary or a bonus from MP3tunes. Additionally, I have never received any dividends or other financial benefit as a shareholder of MP3tunes, which has never made a profit.

4. As CEO, I was involved in the decision to hire MP3tunes' President Emily Richards. Other than Ms. Richards, I have never interviewed an employee candidate, hired or fired an employee.

5. I do not attend any marketing, development or administrative meetings at MP3tunes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May, 2008 at San Diego, California.

_____
Michael Robertson

DM1\1330976.1