UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

CAPITAL RECORDS, LLC et. al.,

        Plaintiff,       07 Civ. 10282 (WHP)

-against-       ORDER REFERRING CASE
    TO MAGISTRATE JUDGE

MP3TUNES, LLC et. al.,

        Defendant.

------------------------------X

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositve Motion/Dispute*<br><br>____Discovery Dispute____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose:_____<br><br>___ Habeas Corpus |
| ___ | Settlement* | _X_ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motion:_____<br><br>All such motions: ___ |

====================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: April 25, 2008
      New York, New York

                                             UNITED STATES DISTRICT JUDGE
                                             WILLIAM H. PAULEY III

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*

*Copy mailed to*
Hon. Frank Maas