UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC. *et al.* ) | No. 07 Civ. 9931 (WHP) |
| ) | |
| *Plaintiffs,* ) | **NOTICE OF CHANGE** |
| ) | **OF ADDRESS OF** |
| v. ) | **PLAINTIFFS' COUNSEL** |
| ) | |
| MP3TUNES, LLC AND MICHAEL ) | |
| ROBERTSON ) | |
| ) | |
| *Defendant.* ) | |

**NOTICE**

Please take notice that effective today, counsel Steven B. Fabrizio and Brian Hauck have a new address. That new address is as follows:

> STEVEN B. FABRIZIO (Bar No. SF-8639)
> BRIAN HAUCK (*pro hac vice*)
> JENNER & BLOCK LLP
> 1099 New York Avenue NW, Suite 900
> Washington, DC 20001

Counsel's email addresses and phone and facsimile numbers remain the same.

Dated: May 27, 2008

           Respectfully submitted,

           JENNER & BLOCK LLP


           By: _/s/ Andrew H. Bart_
             Andrew H. Bart

           ANDREW H. BART (Bar No. AB-6724)
           JENNER & BLOCK LLP
           919 Third Avenue, 37th Floor
           New York, NY 10022
           Telephone: (212) 891-1600
           Facsimile: (212) 891-1699

STEVEN B. FABRIZIO (Bar No. SF-8639)
BRIAN HAUCK (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW  Suite 900
Washington, DC 20001
Telephone:  (202) 639-6000
Facsimile:   (202) 639-6066

*Attorneys for Plaintiffs*