UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

CAPITAL RECORDS, LLC et. al.,

             Plaintiff,

       -against-

MP3TUNES, LLC et. al.,

             Defendant.

------------------------------X

07 Civ. 9931 (WHP)

ORDER REFERRING CASE
TO MAGISTRATE JUDGE

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositve Motion/Dispute*     _All Discovery Disputes_ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ All such motions: ____ |

================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: August 11, 2008
       New York, New York

                                          UNITED STATES DISTRICT JUDGE
                                          WILLIAM H. PAULEY III

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*

*Copy mailed to*
Hon. Frank Maas