**DUANE MORRIS** LLP
By:   Gregory P. Gulia (2562916)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Facsimile: 212.692.1020
And By:  Edward M. Cramp (*pro hac vice*)
        Michelle Hon (*pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: 619.744.2200

Attorneys for MP3TUNES and MICHAEL ROBERTSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.;, <br><br> Plaintiffs, <br><br> v. <br><br> MP3TUNES, LLC and MICHAEL ROBERTSON <br><br> Defendants. | CIVIL ACTION NO. 07-Civ. 9931 (WHP) <br> (ECF Case) <br><br><br> CERTIFICATE OF SERVICE OF ORDER DATED AUGUST 13, 2008 |

## CERTIFICATE OF SERVICE

This is to certify that I caused the attached Notice of Electronic Filing and Order dated August 13, 2008 to be served on the following individual by first class mail as ordered by the court:

>Kevin Carmony
>15820 The River Trail
>Rancho Santa Fe, CA   92067

Dated: August 13, 2007

>DUANE MORRIS LLP

>By:   s/_____
>      Edward M. Cramp

>Duane Morris LLP
>101 W. Broadway, Ste. 900
>San Diego, CA   92101
>Telephone: 619.744.2200
>Facsimile: 619.744.2201

>Attorneys for MP3TUNES and MICHAEL ROBERTSON

## Cramp, Edward M.

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, August 13, 2008 7:05 AM |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-09931-WHP-FM Capitol Records, Inc. et al v. MP3TUNES, LLC et al Endorsed Letter |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/13/2008 at 10:05 AM EDT and filed on 8/12/2008
**Case Name:** Capitol Records, Inc. et al v. MP3TUNES, LLC et al
**Case Number:** 1:07-cv-9931
**Filer:**
**Document Number:** 46

Docket Text:
ENDORSED LETTER: addressed to Judge William H. Pauley from Michelle Hon dated 8/7/08 re: MP3tunes seeks leave to file a motion seeking relief from designation of Carmony's deposition transcript as confidential. ENDORSEMENT: This matter has been referred to me by Judge Pauley. I see no need for formal briefing. Instead, Mr. Carmony is directed to send me (and all counsel) a letter explaining why the material he has designated as confidential should be treated in that manner. Any such letter is to be sent to me by no later than August 22, 2008. If plaintiffs counsel wishes to take a portion, its counsel should submit a letter by the same date Ms.Hon is directed is directed to serve a copy of this memo endorsement to Mr. Carmony by e-mail and first class mail by no later than August 14, 2008. So Ordered. (Signed by Magistrate Judge Frank Maas on 8/12/08) (js)

1:07-cv-9931 Notice has been electronically mailed to:

Andrew Harrison Bart abart@jenner.com, docketing@jenner.com

Steven Bernard Fabrizio sfabrizio@jenner.com, docketing@jenner.com

8/13/2008

Gregory Paul Gulia gpgulia@duanemorris.com

Edward M. Cramp emcramp@duanemorris.com

Michelle Ann Hon mhon@duanemorris.com

**1:07-cv-9931 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/13/2008] [FileNumber=4908483-0
] [7c0e679322c1bdbf80b519ef3670abc926b0b698540ddaf5f0eb125af22c2993ce1
168a9188b8772d80d961a9dfa60abacfcd54b639d3bf32886ad9418d0c43c]]

8/13/2008