UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., <br><br>*Plaintiffs*, <br>v. <br><br>MP3TUNES, LLC, <br><br>*Defendant.* | No. 07 Civ. 9931 (WHP) <br><br><br><br><br><br> **NOTICE OF MOTION** |
| MP3TUNES, LLC, <br><br>*Counter-Claimant*, <br>v. <br><br>CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., EMI GROUP, LTD.; EMI GROUP NORTH AMERICA, INC.; EMI GROUP NORTH AMERICA HOLDINGS, INC.; AND EMI MUSIC NORTH AMERICA, LLC., <br><br>*Counter-Defendants.* | |

22701.1

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned attorneys for Counter-Defendants, shall move this Court, before the Honorable William H. Pauley, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on January 16, 2009 at 12:00 p.m., for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Counter-Defendants' motion to dismiss the counterclaims of Counter-Claimant MP3Tunes, LLC ("MP3tunes") and pursuant to Rule 26(c) to stay discovery on the counterclaims asserted by MP3tunes, and to grant all further relief the Court deems appropriate.

Dated: New York, New York
December 15, 2008

JENNER & BLOCK LLP

By: ___s/Andrew H. Bart___
Andrew H. Bart, Esq.
Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

STEVEN B. FABRIZIO (Bar No. SF-8639)
BRIAN HAUCK (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Counter-Defendants*

To: Edward M. Cramp, Esq.
Michelle Hon, Esq.
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 744-2200
Facsimile: (619) 744-2201

*Attorneys for Counter-Claimant*

22701.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., *Plaintiffs*, v. MP3TUNES, LLC AND MICHAEL ROBERTSON *Defendant.* | No. 07 Civ. 9931 (WHP) <br><br> **CERTIFICATE OF SERVICE** |

I, Carletta F. Higginson, do hereby certify that on this 15th day of December, 2008 I caused the within *Notice of Motion* to be filed via this Court's Electronic Case Filing System and to be served via overnight mail delivery upon the following individuals and law firm(s):

**Edward M. Cramp, Esq.**
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101

**Gregory P. Gulia, Esq.**
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036

_____
Carletta F. Higginson