UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/09

CAPITOL RECORDS, INC., et al.,          :

              Plaintiffs,          :     **ORDER**

   - against -                              :     07 Civ. 9931 (WHP) (FM)

MP3TUNES, LLC, et al.,                   :

              Defendants.          :

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that the defendants' disputed discovery requests are granted solely to the extent indicated on the record at the conference. Additionally, a telephone conference shall be held on April 7, 2009, at 10 a.m. Counsel for plaintiffs should initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             February 25, 2009

                                                      FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. William H. Pauley
United States District Judge

Andrew H. Bart, Esq.
Steven B. Fabrizio, Esq.
Brian Hauck, Esq.
Jenner & Block LLP
Fax: (212) 891-1699 / (202) 661-4980

John Dellaportas, Esq.
Gregory P. Gulia, Esq.
Michelle A. Hon, Esq.
Edward M. Cramp, Esq.
Duane Morris LLP
Fax: (212) 692-1020 / (619) 744-2201