## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, INC.; *et al.*  )
                                 )
                    Plaintiffs,  )
           v.                    )
                                 )
MP3TUNES, LLC.,                  )
                    Defendant.   )
                                 )
_____  )
MP3TUNES, INC.,                  )
                 Counterclaimant,)   CIVIL ACTION NO. 07-Civ. 9931 (WHP)
           v.                    )   ECF Case
                                 )
CAPITOL RECORDS, INC.; *et al.*  )
                                 )
              Counter-Defendants.)
                                 )
_____  )

3/10/09

### ~~[PROPOSED]~~ SCHEDULING ORDER NO. 6

Upon the joint request of the parties, and good cause having been shown, IT IS HEREBY ORDERED THAT Scheduling Order No. 5 is amended so that: (a) all fact discovery shall be completed by June 29, 2009; (b) the parties shall designate any expert witnesses by June 1, 2009; (c) the parties shall counter-designate any expert witnesses by June 29, 2009; (d) the parties shall serve expert reports by July 19, 2009; (e) the parties shall serve any rebuttal expert reports by August 6, 2009; (f) all expert discovery shall be complete by September 7, 2009; (g) the parties shall file a joint-pretrial order in accord with this Courts individual practices by October 6, 2009; and (h) the Court will hold a final pretrial conference on ___October 30, 2009___ at _10:00 am_.


_____
UNITED STATES DISTRICT JUDGE
WILLIAM H. PAULEY, III
3/9/09