# EXHIBIT B

# Durie Tangri Page Lemley Roberts & Kent LLP

Michael H. Page
(415) 362-6666
mpage@durietangri.com

July 1, 2009

**VIA U.S. MAIL**

Steven B. Fabrizio
Counsel for Capitol Records, et al.
1099 New York Avenue, NW – Suite 900
Washington, DC 200001-441

Re: Invoice for legal fees and expenses incurred in June 2009

Dear Steve:

Enclosed please find a copy of our invoice for services to Emily Richards in the EMI v. mp3Tunes.com matter. As agreed, please forward payment to us in the amount of $10,000 plus all costs. Thank you again for your courtesy in this matter, and of course please feel free to contact me with any questions or concerns.

As always, we welcome and appreciate your feedback on the form and content of our bills. If there is anything we can do to ease the billing process, please let us know. Also, we would greatly appreciate prompt payment, if possible within fifteen (15) days.

Very truly yours,

Michael H. Page

*Approved*

*Pay and bill as disbursement in EMI/MP3tunes as "Reimbursement of counsel fees/costs for subpoena for Emily Richards per agreement."*

STATEMENT

DURIE TANGRI  
332 PINE STREET, SUITE 200  
SAN FRANCISCO, CA 94104

JULY 1, 2009

**PLEASE PAY $11,085.78**  
**BY**  
**JULY 30, 2009**

INVOICE #09-06-0053

PLEASE MAIL PAYMENT TO:

DURIE TANGRI  
332 PINE STREET, SUITE 200  
SAN FRANCISCO, CA 94104

CAPITOL RECORDS ET AL.  
C/O STEVE FABRIZIO  
JENNER & BLOCK  
1099 NEW YORK AVENUE, NW - SUITE 900  
WASHINGTON, DC 20001-4412

FILE # 0053  EMI & MP3TUNES.COM LITIGATION- PREPARATION AND DEFENSE AT DEPOSITION

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $11,085.78**

---

FILE # 0053  EMI & MP3TUNES.COM LITIGATION- PREPARATION AND DEFENSE AT DEPOSITION

| | | | HOURS | FEES |
|---|---|---|---|---|
| **PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:** | | | | |
| MHP | 6/10/09 | CALLS RE DEPO SCHEDULING. | .20 | 115.00 |
| MHP | 6/11/09 | REVIEW SUBPOENA; FORWARD TO CLIENT; MEMOS TO, FROM FABRIZIO RE FEES, MOTION TO QUASH. | .40 | 230.00 |
| MHP | 6/15/09 | MEMOS TO, FROM FABRIZIO RE TRANSCRIPTS; FILE TRANSCRIPT. | .30 | 172.50 |
| MHP | 6/16/09 | REVIEW PRIOR TESTIMONY; MEMOS TO, FROM CLIENT. | 1.00 | 575.00 |
| MHP | 6/18/09 | REVIEW DEPOSITION TRANSCRIPT. | .70 | 402.50 |
| MHP | 6/19/09 | CONFERENCE WITH COUNSEL. | .70 | 402.50 |
| MHP | 6/22/09 | MEMO FROM FABRIZIO RE CROSS EXAMINATION; CALL FROM CRAMP; CALL TO CRAMP; CALL FROM CLIENT. | .70 | 402.50 |
| MHP | 6/25/09 | REVIEW DOCS FROM CLIENT, ASSEMBLE MATERIALS. | .30 | 172.50 |
| CAS | 6/25/09 | CONFER WITH PAGE AND SMITH REGARDING RICHARDS DEPOSITION; REVIEW AND ORGANIZE DOCUMENTS FOR DEPOSITION. | 1.70 | 340.00 |
| MHP | 6/26/09 | REVIEW DOCUMENTS, REDACT PRIVILEGED DOCS, FORWARD DOCS TO COUNSEL, MEMOS RE PRODUCTION, CALL FROM MP3TUNES.COM COUNSEL, CONFERENCE WITH CLIENT, PREP FOR DEPO. | 2.00 | 1,150.00 |
| MHP | 6/29/09 | TRAVEL TO SAN DIEGO- PREP CLIENT FOR DEPO. | 4.50 | 2,587.50 |
| MHP | 6/30/09 | DEFEND DEPO; TRAVEL TO SAN FRANCISCO. | 6.20 | 3,565.00 |
| | | | 18.70 | $10,115.00 |

**SUMMARY OF HOURS, RATES & FEES**  
MHP HOURS:  17.00  @  $575.00 PER HOUR   $9,775.00  
CAS HOURS:   1.70  @  $200.00 PER HOUR     $340.00  
NET TOTAL HOURS:  18.70    NET TOTAL FEES:   $10,115.00

*CAP AT $10,000* (handwritten)

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | COSTS |
|---|---|---|
| 6/25/09 | OUT-OF-TOWN TRAVEL:PARKING. | 6.20 |
| 6/26/09 | COPYING. | 50.96 |
| 6/26/09 | OUT-OF-TOWN TRAVEL:AIR (SFO/SAN DIEGO R/T). | 323.20 |
| 6/29/09 | OUT-OF-TOWN TRAVEL: TAXI TO HOTEL. | 15.00 |
| 6/29/09 | OUT-OF-TOWN TRAVEL: LODGING/TELECOM/MEAL (*DOES NOT INCLUDE CLIENT DINNER). | 461.48 |
| 6/30/09 | OUT-OF-TOWN TRAVEL:PARKING. | 28.00 |
| 6/30/09 | OUT-OF-TOWN TRAVEL:SFO PARKING. | 66.00 |
| 6/30/09 | OUT-OF-TOWN TRAVEL:SFO MEAL. | 19.94 |
| | CURRENT COSTS: | $970.78 |

BALANCE FROM THE LAST STATEMENT:  $0.00  
PLUS: CHARGES LISTED ABOVE:  $11,085.78  
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:  $11,085.78

17

*Total to pay: $10,970.78* (handwritten)

STATEMENT DATE: JULY 1, 2009   FILE # 0053

DURIE TANGRI   (415) 362-6666