UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, INC., et al., :

                Plaintiffs, : **ORDER**

    - against - : 07 Civ. 9931 (WHP) (FM)

MP3TUNES, LLC, et al., :

                Defendants. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/10

        Pursuant to the telephone conference held last week, it is hereby

ORDERED that:

1. Defendants' application to have documents related to EMI Music Publishing's Agreement with la la media, Inc. redesignated as "confidential" is denied.

2. By April 29, 2010, the parties shall each submit the names and credentials of candidates for appointment as special master to assist the Court in resolving issues related to the retrieval of digital music files from the MP3Tunes servers.

SO ORDERED.

Dated:    New York, New York
          April 20, 2010

                                          FRANK MAAS
                            United States Magistrate Judge

Copies to:

Hon. William H. Pauley
United States District Judge

Andrew H. Bart, Esq.
Steven Fabrizio, Esq.
Joseph McFadden, Esq.
Jenner & Block LLP
Fax: (212) 891-1699

Frank P. Scibilia, Esq.
Jake Radcliffe, Esq.
Pryor Cashman LLP
Fax: (212) 798-6375

John Dellaportas, Esq.
Gregory P. Gulia, Esq.
Robert Terry Parker, Esq.
Duane Morris LLP
Fax: (212) 692-1020 / (619) 744-2201