```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CAPITOL RECORDS, INC. et al.,        :    07 Civ. 9931 (WHP)

               Plaintiffs,  :    <u>SCHEDULING ORDER NO. 13</u>

    -against-                      :

MP3TUNES, LLC et al.,                :

              Defendants.  :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on September 23, 2010, the following schedule is entered on consent:

    1. The parties shall file and serve their motions for summary judgment by October 29, 2010;

    2. The parties shall file and serve their oppositions by November 24, 2010;

    3. The parties shall file and serve any reply by December 17, 2010;

    4. The Court will hear oral argument on January 28, 2010 at 11:30 a.m.

        The parties opening and opposition memoranda shall not exceed 35 pages, and any replies shall be limited to 15 pages.

Dated: September 23, 2010
       New York, New York

                           SO ORDERED:

                           _____
                           WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Jacob B. Radcliff, Esq.
Pryor Cashman LLP
7 Times Square
New York , NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
John Dellaportas, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*