# JENNER&BLOCK

November 16, 2010

| | |
|---|---|
| Jenner & Block LLP | Chicago |
| 919 Third Avenue | New York |
| 37th Floor | Washington, DC |
| New York, NY 10022-3908 | |
| Tel 212 891-1600 | |
| www.jenner.com | |

**VIA FACSIMILE**



Honorable William H. Pauley III
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Andrew H. Bart
Tel. 212-891-1645
Fax. 212-891-1699
abart@jenner.com

    Re: *Capitol Records, LLC et al. v. MP3tunes, LLC, et ano*, No. 07 Civ. 9931 (WHP)

Dear Judge Pauley:

    We write on behalf of all parties in the above captioned matter regarding the Plaintiffs' motion for summary judgment filed on October 29, 2010. Pursuant to the Protective Order entered on February 13, 2008, the Plaintiffs filed their memorandum of law under seal. Since the filing, the parties have agreed that, although the supporting documents will remain confidential, the memorandum of law should be publicly filed. As a result, <u>we seek an order from the Court unsealing the Plaintiffs' memorandum of law in support of their motion for summary judgment</u>.

                                      Respectfully submitted,

                                      Andrew H. Bart

cc: John Dellaportas, Esq. (via email)
     Greg Gulia, Esq. (via email)
     Frank Scibilia, Esq. (via email)

*Application Granted. The Clerk of Court is directed to Unseal the Memorandum of Law filed in Support of Docket Entry No. 186.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

11/17/10