Donald S. Zakarin
Frank P. Scibilia
Jacob B. Radcliff
M. Mona Simonian
PRYOR CASHMAN LLP
7 Times Square
New York, New York  10036-6569
(212) 421-4100
*Attorneys for the EMI Publishing Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; et al., <br><br>        Plaintiffs, <br><br>     v. <br><br> MP3TUNES LLC and MICHAEL ROBERTSON, <br><br>        Defendants. | No. 07 Civ. 9931 (WHP) (FM) <br> **ECF CASE** <br><br> **DECLARATION OF MICHAEL ABITBOL IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

MICHAEL ABITBOL declares, pursuant to 28 U.S.C. § 1746, as follows:

    1.   I am the Vice President, Legal & Business Affairs, for EMI Music Publishing.

EMI Music Publishing is a trade name for a group of companies in the music publishing business

(those companies, collectively, the "EMIMP Companies").  Those companies include certain of

the plaintiffs in this action (the "EMI Publishing Plaintiffs").  The EMI Publishing Plaintiffs are

Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood

Music, EMI Full Keel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI

Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music

Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, EMI Hastings

Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI

U Catalog, Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen Gems-EMI Music, Inc.,

Stone Agate Music, and Stone Diamond Music.

2.     I am an attorney duly admitted to practice in the State of New York.  My job responsibilities at EMI Music Publishing include legally evaluating (and in appropriate cases, negotiating and entering into licenses with) new technologies and services, including online services.  I submit this declaration in opposition to the motion for summary judgment made by Defendant MP3tunes LLC ("MP3Tunes" or "Defendant").  I have personal knowledge of and have reviewed relevant documents concerning the facts set forth herein.

3.     I understand that MP3tunes has claimed that "One or more of the Plaintiffs have authorized distribution of one or more Plaintiffs' copyrighted works for free down load in connection with" certain websites that are listed in paragraph 85 of MP3tunes' Statement of Undisputed Facts, and that, in support of this claim, MP3tunes has cited unspecified portions of my deposition testimony.  I further understand that MP3tunes has claimed that "One or more of the Plaintiffs have authorized distribution of one or more Plaintiffs' copyrighted works for free down load" at certain so-called "artists web sites" listed in paragraph 88 of MP3tunes' Statement of Undisputed Facts, and that, in support of this claim, MP3tunes has cited certain documents produced by the EMI Publishing Plaintiffs, without describing, discussing, or explaining any of those documents.

4.     Both of those statements are extremely misleading, for the reasons set forth herein.

5.     As a threshold matter, neither EMI Music Publishing nor the EMIMP Companies manufacture or sell records in any configuration, including as digital downloads.  For this reason,

2

the EMIMP Companies do not themselves make any recordings available for "free" download on the internet.

6.      On occasion, a record label, artist, artist representative, or charity organization may, for promotional or charitable purposes, wish to make available on the internet a download of a sound recording without requiring a monetary payment from the end user receiving the download.  Where the sound recording embodies a musical composition owned or controlled by an EMIMP Company, the entity that wishes to make the download available must obtain permission from EMI Music Publishing in order to make the download available, and will generally ask EMI Music Publishing to grant a so-called "gratis license" pursuant to which EMI Music Publishing will waive the royalty that would otherwise be payable to EMI Music Publishing for a certain, limited number of downloads and/or for a limited time period.

7.      EMI Music Publishing does not routinely waive its right to receive royalties from digital downloads.  As I testified in my deposition, and as is reflected in the documents we produced, a portion of which are attached as Exhibits K and M to the Gulia Declaration, it considers any request for a gratis license very seriously, and grants such licenses only on a very limited, and very restricted basis.  During all times relevant to this case, each such request for a gratis license had to be approved by the CEO of EMI Music Publishing.

8.      As a result, EMI Music Publishing knows each download it has authorized because it has in its files the gratis license requests, the approval or denial of such requests, and confirmations of such approvals.  Those documents, reflecting gratis license requests made between 2005 and February 2010, were produced to Defendants (subject to appropriate objections as to relevance).

3

9.     EMI Music Publishing's knowledge and the documents produced by the EMI Publishing Plaintiffs directly contradict the statement contained in paragraph 102 of MP3tunes' Statement of Undisputed Facts that "The Publishers do not know the full extent of their authorization of free downloads on the Internet." In addition, that statement is not supported by my deposition testimony cited by MP3tunes. In fact, my testimony explicitly refers counsel for Defendants to the documents produced by the EMI Publishing Plaintiffs which evidence the licenses granted.

10.    Each of the gratis licenses granted by the EMIMP Companies from 2005 through the EMI Publishing Plaintiff's production of documents in February 2010 is set forth in summary form on Exhibit A hereto. The Bates numbers listed on Exhibit A identify the complete documents produced by the EMI Publishing Plaintiffs that reflect the terms and approval of the gratis license.

11.    As reflected on Exhibit A, and the underlying documents identified therein, of the over 1.3 million compositions owned or controlled by EMI Music Publishing, only one (1) composition owned controlled by an EMIMP Company was the subject of a gratis license issued before 2006 when the Sideload website was introduced, and only seven (7) were the subject of gratis licenses issued prior to the commencement of this action in November 2007.

12.    Virtually all of the documents that MP3tunes cites in its motion relate to the waiver of a royalty fee for a download that was offered on the internet *after* Defendants had received several DMCA notices from the Plaintiffs, and *after* this lawsuit was filed in November 2007. But even these post-suit licenses cover a total of only 133 downloads.

13.    None of the compositions that are the subject of any gratis license issued by any EMIMP Company are at issue in this action. Moreover, I have been informed by counsel that,

4

based on Plaintiffs' expert's review of the source code and database tables produced by Defendants, *only two (2)* of the authorized downloads that are the subject of those gratis licenses were among the hundreds of thousands of works available on the Sideload website.

14.     Regardless of whether a gratis license was issued pre- or post-suit, the notion that those works were placed on the internet by EMI Music Publishing so that they could "spread like a virus" is belied by the highly restrictive terms of those licenses.

15.     As demonstrated on Exhibit A, a significant majority of the licensed downloads included a restriction whereby the user had to input certain data in order to obtain the download, which was not available to the public at large.

16.     Specifically, several downloads authorized by the EMI Publishing Plaintiffs required a user to input a unique code obtained from a "download card" distributed to the user in connection with a particular promotion.   For example, in 2006, EMI Music Publishing issued a gratis license for the download of a song by the band "The Feeling" in connection with a promotion by Coca Cola.  (*See* Gulia Decl., Ex. M at EMP 51606 (complete document at EMP 51606-07)).  The license limited the availability of the download to students who received a "download scratch card" distributed to them in their school cafeteria upon their purchase of a Coca-Cola product.  The download scratch card revealed a unique download code which was required to be input to download the authorized track.

17.     As reflected on Exhibit A, similar to the foregoing example, download codes from download cards or promotional materials distributed at particular events or retail stores were also required to download authorized tracks by Enrique Iglesias, Rooney, the Counting Crows, Michelle Williams, the B-52s, Jamey Johnson, Noel Gourdin, Cash Cash, Diane Birch and others. (*see e.g.* Gulia Decl., Ex. K at Abitbol Dep. Exs. 53 at EMP 02143, 45-46, 48 at EMP

02077; Gulia Decl. Ex. M at EMP 51612 (complete document at EMP 51612-15), EMP 51555

(complete document at EMP 51559-60), EMP 51400 (complete document at EMP 51400-401),

EMP 51678, EMP 51419 (complete document at EMP 51419-20), EMP 51476 (complete

document at EMP 51476-78), EMP 51638 (complete document at EMP 51638-9)).

18.     In addition, some of the gratis licenses issued by EMI Music Publishing required

the user to enter a code he or she received upon purchase of a particular album.  (*See e.g.* Gulia

Decl., Ex. K at Abitbol Dep. Exs. 23 at EMP 1950-51, 41 and 51).  For example, in 2008, EMI

Music Publishing authorized a free download of the song "Say When" by The Fray on

Bestbuy.com, but only for customers who pre-ordered The Fray's new album on the website.

(*See* Gulia Decl., Ex. K at Abitbol Dep. Ex. 23).

19.     Other gratis licenses issued by EMI Music Publishing required the user to provide

his or her personal data in order to access the authorized download, which data could be used

later by EMI Music Publishing or the record label or artist for marketing purposes.  (*See e.g.*

Gulia Decl. Ex. K at Abitbol Dep. Exs. 22, 29 at EMP 01977; Gulia Decl. Ex. M at EMP 51623

(complete document at EMP 51623-24).   For instance, in order to receive the download

authorized by EMI Music Publishing of the Hey Monday song "Homecoming" via the artist's

website, users were required to enter in their email addresses and mobile telephone numbers.

(*See* Gulia Decl. Ex. K at Abitbol Dep. Ex. 29 at EMP 01977).

20.     The downloads authorized by EMI Music Publishing were also at times restricted

to, among other things, winners of particular contests (*see e.g.* Gulia Decl. Ex. K at Abitbol Dep.

Ex. 47), donors to particular charities (*see e.g.* Gulia Decl. Ex. K at Abitbol Dep. Ex. 40), and

military personnel (*see e.g.* Gulia Decl. Ex. K at Abitbol Dep. Ex. 26).

21.     Furthermore, as demonstrated on Exhibit A, all of the licenses either limit the time period during which the download could be offered (e.g., it was only to be offered from the licensed website for a period of 90 days), limit the number of downloads that could be offered (e.g., a maximum of 1500 downloads), or both.

22.     A universal limitation contained in all of EMI Music Publishing's gratis licenses is that each license expressly limits the authorization of the download to the website(s) being authorized. (*See e.g.* Gulia Decl., Ex. K at Abitbol Dep. Exs. 7, 22).

23.     There are reasons for this.  As a general matter, EMI Music Publishing limits the license to a specific source website because EMI Music Publishing and its songwriters receive a promotional benefit from the user's visit to the source website.   For instance, EMI Music Publishing authorized a free download of a song by the artists Kate & Kacey on People Magazine's website for a six week period. (*see* Gulia Decl., Ex. M at EMP 51386 (full document at EMP 51386-87)).  In exchange for the download, People Magazine featured Kate & Kacey in its magazine, included a featurette on the People.com website, and the website included links to the artist's own website and to iTunes for purchase of the full album.  EMI Music Publishing and Kate and Kacey benefitted from the work being made available on the People Magazine website because visitors to that site, attracted by the download, became educated about Kate and Kacey, and were encouraged to purchase other works by Kate and Kacey via an iTunes "buy" button on the People.com site.

24.     EMI Music Publishing also receives other benefits, including user data for inclusion in an artist's mailing list.  For example. EMI Music Publishing authorized 1500 free downloads of the song "Miss You" by the artist Tinashe for a period of 3 months on the artist's website. (*See* Gulia Decl., Ex. M at EMP 51507 (full document at EMP 51507-09).) In exchange

for the free download, users were required to add their personal information to the artist's database.   In these cases, EMI Music Publishing receives a benefit of having users visit the artist's website in order to receive the download, where they learn more about the artist, and provide user data which can then be used to promote and market the artist and the artist's works.

25.     In addition to the foregoing data, EMI Music Publishing receives other benefits from licensing free downloads to specific websites, including promoting specific charities by having users visit the charity website and donate to obtain a free download.  (*See* Gulia Decl. Ex. K at Abitbol Dep., Ex. 40)

26.     Each gratis license also expressly provides that the downloads are "for promotional purposes only." (*See e.g.* Gulia Decl., Ex. K at Abitbol Dep. Exs. 4-8).   In this regard, these licensed and restricted downloads are not intended to form the basis of an on-demand music service, or to otherwise be monetized, or to promote goods and services beyond those contemplated in the license.

27.     None of the websites authorized by EMI Music Publishing include Sideload.com, MP3tunes.com, or any other website owned by Defendants.   None of the benefits discussed above would be realized by EMI Music Publishing if the user could get the download directly from MP3tunes through the Sideload website.

28.     Based on my review of Defendants' submission, it appears that Defendants have cited to nearly all of the licenses produced by the EMI Publishing Plaintiffs.   However, it also appears that they do not acknowledge the restrictions and limitations built into the terms of any of the licenses.   In fact, Exhibit M to the Gulia Declaration, appears to include only the first page of each email exchange discussing and, at times, approving gratis licenses for download, and does not include the complete document.   By not including the full email exchange, MP3tunes

often excluded the limiting terms of the license from the record, and at times, has even prevented the ability to determine the song for which the license is being approved.   Exhibit A hereto lists the Bates ranges for full documents reflecting all terms of the licenses approved.

29.    In addition, as support for its claim that Plaintiffs regularly authorized free downloads, Defendant has also cited several requests which were either (i) expressly rejected by EMI Music Publishing (*see* Gulia Decl., Ex. M at EMP 51510, 51771, 51898); (ii) not approved by EMI Music Publishing (*see* Gulia Decl. Ex. K at Abitbol Dep. Ex. 44; Gulia Decl. Ex. M at EMP 51325, EMP 51894); or (iii) for songs distributed by means other than the internet (e.g. via distributed memory cards) (*see* Gulia Decl., Ex. K at Abitbol Dep., Exs. 13-14).

30.    Finally, based on my review of the filings and submissions in this action, I understand that MP3tunes makes available a large number of popular musical compositions owned or controlled by the EMIMP Companies, including many classic, widely-recognized songs by, for example, the Temptations, Marvin Gaye, Stevie Wonder, and Bob Marley.  As is evident from Exhibit A hereto, EMI Music Publishing has never licensed such classic songs for inclusion in a promotional download.   Rather, the overwhelming majority of the songs authorized are songs from emerging artists or newly released albums.

Dated: New York, New York
        November 23, 2010

Michael Abitbol

**Certificate of Service**

I, Joseph J. McFadden, do hereby certify that on this 24th day of November 2010, I caused true and correct copies of the within Supplemental Declaration of Andrew Bart, Supplemental Declaration of Ellis Horowitz, Supplemental Declaration of Alasdair McMullan, Supplemental Declaration of Michael Abitbol, Rule 56.1 Counterstatement of Undisputed Facts, Memorandum of Law in Opposition to Motion for Summary Judgment, and Plaintiffs' Evidentiary Objections to be served via the Court's Electronic Filing System, electronic transmission, and overnight delivery upon the following individual:

John Dellaportas, Esq.
Duane Morris
1540 Broadway
Suite 1400
New York, NY 10036-4086

_____
Joseph J. McFadden

# EXHIBIT A

*Exhibit A*

# 2005-2007

## 2005

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATION ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 1/24/2005 | Imagine | Madonna | Tsunami Relief Concert via Sony Connect site (www.connect.com) | | | Requires user to donate to Tsunami Relief Charity to download track | EMP 02160-64 |

## 2006

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATION ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 7/17/2006 | Counting 5, 4, 3, 2, 1 | Thursday | Sony Computer Entertainment America website as part of PlayStation Portable Warped Tour Content Pack (www.scea.com) | 6 weeks | | Download limited to 30 Seconds | EMP 02157-59 |
| 12/19/2006 | TBD | The Feeling | Coca Cola Promotion on Universal Music Store site (coca-cola.com; universalmusic.com) | 2 weeks | 200K | Requires Download Card Code from scratch cards distributed in school cafeterias to students who purchase Coca-Cola Products | EMP 51606-07 |

## 2007

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATION ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 3/6/2007 | You Know I'm No Good | Amy Winehouse | MTV Discover and Download (mtv.com, mtv2.com, vh1.com) | 2 months | | Music file "times out" (*i.e.* becomes unplayable) after 30 days | EMP 02151 |
| 5/23/2007 | High Maintenance | Joanna Cotten | www.discoverjoannacotten.com (WB Nashville) | 6 months or until cap reached | 10K | Requires user to forward streams of two tracks by artists to 10 friends to access free download | EMP 02144-50 EMP 51316-17 |
| 6/8/2007 | The Prayer | Bloc Party | Fuse TV Promotion (www.fuse.tv) | 3 months | | | EMP 51553-54 |
| 7/24/2007 | Hero (Thunderpuss Club Mix) | Enrique Iglesias | Walmart Hispanic Heritage Promotion (www.walmart.com) | 3 months | 300K | Requires Download Card Code distributed at select Walmart Retail Stores | EMP 51612-15 |

*Exhibit A*

**2008**

## 2008

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 2/4/2008 | Calling the World | Rooney | Artist's Website (www.rooney-band.com) | Until Cap Reached | 30K | Requires Download Card Code distributed at Jonas Bros.concerts | EMP 51559-60 |
| 3/25/2008 | Hot Corner | B-52's | Wal-Mart Weekly Free Download (www.walmart.com) | 1 week | | | EMP 01836 |
| 4/11/2008 | Without Me | Goldfinger | Rhapsody (www.rhapsody.com) | 1 week | | | EMP 51326 |
| 4/15/2008 | Washington Square | Counting Crows | Starbucks Song of the Week Promotion (www.starbucks.com) | 1 week | | Requires Download Card/Digital Redemption Code distributed in Starbucks outlets | EMP 02141-43 |
| 4/23/2008 | American Girls Carriage Hard Candy Have You Seen Me Lately High Life | Counting Crows | Citibank/Neurotic Media Promotion (www.neuroticmedia.com) | 9 weeks | | Requires Purchase of Counting Crows Album and limited to Citibank Cardholders | EMP 02093 |
| 4/23/2008 | Lose Big | Eef Barzealay | Border's (www.borders.com) | 2 weeks | | | EMP 51335 |
| 5/5/2008 | Sweet and Low | Augustana | Amazon Song of the Week (www.amazon.com) | 1 week | | | EMP 02084 |
| 5/9/2008 | Hot Corner | B-52's | Border's Download of the Week (www.borders.com) | 1 week | | | EMP 02079-83 |
| 5/9/2008 | My Whiskey Years | Joe Nichols | A Universal Music Group site (www.universal.com) | Until Cap Reached | 5K | Only available with Redemption Code from CD Sampler passed out at CMA Music Fest | EMP 51348-51 |
| 5/14/2008 | Perfectly Clear | Jewel | People Magazine (www.people.com) | 6 weeks | | | EMP 02131 |
| 5/16/2008 | U Can't | Once Chance | AT&T Summer Music Pass (www.musicpass.com) | Winners selected at end of 30 day contest Promotion | 50 | Download only available to 50 winners with redemption codes | EMP 02060-73 |
| 5/23/2008 | Longest Day My Sweet Love | John Mayer | Vanity Fair (www.hearmusic.com) | 30 days | 400K | Must enter information from advertisement in Vanity Fair August Issue | EMP 51375-76 |

*Exhibit A*

# 2008

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 5/27/2008 | This Boy's In Love | The Presets | Microsoft Zune Marketplace Online Store "Zune Freebie" (www.zune.net) | 1 Week | | | EMP 02165 |
| 5/28/2008 | I Need You | The DEY | AllHipHop.com Black Music Month (allhiphop.com) | 60 days | 50K | Requires Code sent to AllHipHop readers | EMP 51370-73 |
| 6/1/2008 | Falling in Love at a Coffee Shop Need U Bad Shiksa Temporary Insanity | Landon Pigg Jasmize Sullivan Say Anything Krista Hidalgo | AT&T Summer Music Pass (www.musicpass.com) | Winners selected at end of 30 day contest Promotion | 50 | Download only available to 50 winners with redemption codes | EMP 02060-61 |
| 6/4/2008 | Round Here You Can't Count on Me | Counting Crows | PBS and Mastercard Promotion (www.mastercard.com) | 30 days | | | EMP 51650-52 |
| 6/22/2008 | Hello Heartbreak We Break The Dawn | Michelle Williams | Gay Pride Parade Sampler (www.hipdigital.com) | 30 days | 5K | Requires Digital Sampler Card distributed at Gay Pride Parade | EMP 02055 |
| 7/15/2008 | Hot Corner Strobe Light | B-52's | www.Astralworks.com and www.Dropcards.com | 3 months | 10K | Requires Download Card Code distributed at Gay Pride events and at dates along the True Colors Tour | EMP 02052 |
| 7/15/2008 | Shattered | O.A.R. | Amazon Free Download of the Week (www.amazon.com) | 1 week | | | EMP 02044-47 |
| 7/17/2008 | Between Jennings and Jones | Jamey Johnson | Artist's Website (www.jameyjohnson.com) | 60 days or Until Cap Reached | 5K | Requires Download Card Code distributed in prize packages at Jamey Johnson Country Night Club events | EMP 02074-78 |
| 7/21/2008 | Energy | Keri Hilson | MTV Discover and Download (www.mtv.com) | 60 days or Until Cap Reached | 20K | | EMP 02009 |
| 7/21/2008 | Everybody | VV Brown | KCRW Podcast (www.kcrwmusic.com) | 2 weeks | | Download is in podcast form only grouped with other tracks | EMP 51918-21 |
| 7/30/2008 | Get Up | Mary Mary | Red Star Concert Series (www.heinekenredstarsoul.com) | | 35K | Need Download Code from one of 10K cards distributed or 25K codes given out online | EMP 51690-92 |
| 7/30/2008 | Open | Noel Gourdin | Red Star Concert Series (www.heinekenredstarsoul.com) | | 35K | Need download code from one of 10K cards distributed or 25K codes given out online | EMP 51400-401 |
| 8/1/2008 | 21st Century Life (formerly titled "Black & Gold") | Sam Sparro | Virgin Recommends Digital Promotion (www.virginmega.com) | 9 weeks | 10K | Requires download code distributed with purchase of Virgin Recommended titles | EMP 01982-07 EMP 51638-39 |
| 8/8/2008 | Between Jennings and Jones | Jamey Johnson | People Magazine (www.people.com) | 6 Weeks | | | EMP 02040 |

*Exhibit A*

# 2008

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 8/8/2008 | In Color | Jamey Johnson | People Magazine (www.people.com) | 6 weeks | | | EMP 51380-81 |
| 8/8/2008 | Not My Judge | Kate & Kacey | People Magazine (www.people.com) | 6 weeks | | | EMP 51386-87 |
| 8/8/2008 | TBD | The Lost Trailers | People Magazine (www.people.com) | 6 weeks | | | EMP 51394-96 |
| 8/12/2008 | Shake It | Metro Station | New York Post Promotion (www.nypost.com/entertainment.music) | 4 days | 500 | | EMP 02005 |
| 8/20/2008 | TBD | Kate & Kacey | Artist Website (www.kateandkacey.com) | | 3K-5K | Download requires registration and submission of user information at artist's website | EMP 51623-24 |
| 8/26/2008 | High Cost | Jamey Johnson | www.NOWcountrybonus.com website | 2 years | | Limited to purchasers of NOW Country commercial CD (bonus offer included in the commercial cd package) | EMP 02034- 39 |
| 8/27/2008 | So Far Away | Carole King | Rockingale Records (Artist's Independent Label www.caroleking.com) | 3 months | | | EMP 51645-49 |
| 9/3/2008 | Hello Heartbreak Lucky Girl Private Party Stop This Car Thank U The Greatest Til the End of the World Too Young for Love Unexpected We Break the Dawn | Michelle Williams | Columbia Records/Village Voice through Passalong (www.FYE.com) | Until Cap Reached | 3.5K | Requires Download Code printed in the Village Voice Newspaper | EMP 01978-81 |
| 9/10/2008 | Homecoming | Hey Monday | Artist's Website (www.heymondaymusic.com) | 1 month | 5K | Requires user to enter email address and mobile number | EMP 01976-77 |
| 9/16/2008 | Seventeen Forever | Metro Station | Seventeen Magazine (www.seventeen.com) | Until Cap Reached | 10K | Requires Download Code available in magazine | EMP 02017-20 EMP 51694 |
| 9/22/2008 | Heroes Of Our Time | DragonForce | Microsoft Ignition Promotion (including msn.com, xboxlive, Windows Media Player, and Zune Marketplace) (www.msn.com, www.zune.net) | 1 week | | | EMP 51726-33 |

## Exhibit A

# 2008

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 9/25/2008 | Love Story | Mariah Carey | World Food Program (www.fromhungertohope.com) | 2 months | | Only available to people who donate at least $1 to the charity | EMP 02021-33 |
| 9/30/2008 | Love Letter to Japan | The Bird and the Bee | Bird and Bee Promotion | Until Cap Reached | 20K | Requires Download Card Code distributed at Artist's concerts | EMP 01956-58 EMP 51759-60 |
| 10/1/2008 | Who I Am | Mandi Perkins | Walmart Single of the Week (www.walmart.com) | 1 week | | | EMP 01969 |
| 10/4/2008 | The Greatest | Michelle Williams | Girls Rock Avon Walks for Breast Cancer (www.myplaydigital.com) (via www.girlsrockandwalk.com) | 9 months | 10K | Requires Download Card distributed at Avon Breast Cancer Walks | EMP 01972-75 EMP 51749-51 |
| 10/30/2008 | Headphones | I'm From Barcelona | NPR "All Things Considered" Song of the Day Podcast (www.npr.org) | 1 year | | | EMP 51913-14 |
| 11/1/2008 | Us Against the World (remix) | Christina Milian | 944 Magazine Promotion (www.944.com) | 1 month | | | EMP 01952-55 |
| 11/24/2008 | Make Me Believe | Angel Taylor | Artist Website (www.angeltayloronline.com) | Until Cap Reached | 10K | Requires fans to sign up for artist's mailing list | EMP 01945-47 EMP 51642 |
| 11/25/2008 | Dance Floor Anthem Freedom Never Cries I Don't Want to Be in Love Shakin' My Cage With Me | Good Charlotte Five for Fighting Good Charlotte Joe Perry Sum 41 | Military Compilation Promotion (www.aafes.com) | 6 months | 200K | Available to Military Personnel Only | EMP 01959-61 |
| 11/26/2008 | Chainsaw | Daniel Merriweather | Google Search Campaign - Artist's Website and MySpace Page (www.danielmerriweather.com; www.myspace.com/ danielmerriweather) | Until Cap Reached | 1K | | EMP 01928-31 |
| 11/26/2008 | Play the Game | Beach House | Red Hot AIDS Benefit (www.redhot.org) | Until Cap Reached | 10K-20K | | EMP 51802-09 |
| 12/4/2008 | Man Up | Blue Van | KCRW Download of the Day (www.kcrw.com) | 1 day | 2.5K | | EMP 51818-19 |
| 12/8/2008 | Control | Metro Station | Bebo (www.bebo.com) | 3 weeks | 5K | Requires user to input personal data | EMP 51660-61 |
| 12/17/2008 | The Fear | Lily Allen | Clear Channel Promotion (Clear Channel Owned and Operated websites) | 1 week | 30K | | EMP 01898-1905 |

*Exhibit A*

# 2008

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 12/21/2008 | Say When | The Fray | Best Buy Promotion (www.bestbuy.com) | 6 weeks | 10K | Limited to Customers who pre-order The Fray's new album | EMP 01950-51 |
| 12/23/2008 | Control | Metro Station | New York Post 2008 Songs of the Year Promotion (www.nypost.com) | 4 days | 300 | | EMP 01941-44 |
| 12/23/2008 | Make Me Believe | Angel Taylor | New York Post Fresh Faces of '09 Promotion (www.nypost.com) | Until Cap Reached | 300 | | EMP 51674-75 |
| 12/30/2008 | In this City | Iglu & Hartley | Walmart Free Download of the Week (www.walmart.com) | 1 week | 5K | | EMP 01906 |

*Exhibit A*

**2009 - Feb. 2010**

## 2009-February 2010

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 1/5/2009 | Got No Place to Go | Gabriella Cilmi | Seventeen Magazine 17 Days of Download Promotion (www.seventeen.com) | 2 months | 10K | Requires Download Code distributed in Seventeen Magazine February Issue | EMP 01932-37 |
| 1/8/2009 | Party In Your Bedroom | Cash Cash | Hot Topic Promotion (www.stockhound.com) | 2 weeks | 500 | Requires Download Flyer distributed at Hot Topic stores | EMP 15678 |
| 1/12/2009 | Almost Perfect | The Pretenders | KCRW Download of the Day (www.kcrwmusic.com) | 1 day | 1K | | EMP 01892 |
| 1/24/2009 | Untitled | Will.I.Am, David Foster, John Baptist, George Pajon (EMI) | Oprah Inauguration Promotion (www.oprah.com) | 2 days | | | EMP 51683-84 |
| 2/6/2009 | A Boy like Me | Jessica Harp | People Magazine Country Music Special (www.people.com) | 6 weeks | | | EMP 01888 |
| 2/11/2009 | Nothing to Worry About | Peter Bjorn | KEXP Song of the Day Podcast (http://kexp.org/) | 1 day | | | EMP 02167 |
| 2/20/2009 | Is It OK | Misstress Barbara | www.rcrdlbl.com | 1 week | | | EMP 02166 |
| 2/23/2009 | 24 | Rich Girl | Facebook Promotion (www.facebook.com) | 1 month | 5K | | EMP 01873-75 |
| 3/6/2009 | TBD | The Answer | Napster/RED Promotion (www.napster.com) | 2 weeks | | | EMP 51840-42 |
| 3/12/2009 | If You're Out There | John Legend | John Legend Remix Contest (www.indaba.com) | 1 month | | Not Complete Track -- Downloads limited to individual audio stems | EMP 01866-72 |
| 3/25/2009 | Apple | Pete & Charlie | Invisible Children Awareness charity (www.biggestbeliever.com) | 1 month | | Download includes video concerning the charity and times out after 30 days | EMP 51854-57 |
| 3/25/2009 | Time To Let Go | Gloriana and Kyle Cook | People Magazine (www.people.com) | 6 weeks | | | EMP 51845-46 |
| 4/6/2009 | Wrong (Caspa Remix) | Depeche Mode | Facebook Promotion (www.facebook.com) | 1 week or until 100K cap reached | 100K | | EMP 01854 |

*Exhibit A*

**2009 - Feb. 2010**

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 4/9/2009 | I Like You So Much Better When You're Naked (live version) | Ida Maria | MTV Discover and Download Promotion (www.mtv.com) | 90 days | | | EMP 51865 |
| 5/1/2009 | Closer to Love | Matt Kearney | Borders Download of the Week Promotion (ww.borders.com) | 1 week | 2K | | EMP01859-62 |
| 5/19/2009 | Here We Go | Matt Kearney | Best Buy (www.bestbuy.com or www.mattkearney.com) | 6 weeks | | Limited to customers who pre-order Matt Kearney's album | EMP01859-62 |
| 6/2/2009 | Dreaming Love Love On You Whole Lotta Gone | Kate & Kacey | Yahoo The New Now (www.music.yahoo.com) | 6 months | | | EMP 51415-16 |
| 6/9/2009 | Nothin' But a Miracle | Diane Birch | Steve Madden (www.stevemadden.com and www.stevemaddenmusic.com) | 60 days | 15K | Requires Download Card distributed to purchasing customers in Steve Madden retail stores | EMP 51419-20 |
| 7/1/2009 | Finger Prints | Beast | Osheaga Music Festival | 60 days | 20K | Need code from one of 30K cards or 20K emails; **Codes only usable in Canada** | EMP 51411-12 |
| 7/18/2009 | Nothin' But a Miracle | Diane Birch | Microsoft Zune "As Seen On TV" Promotion (www.zune.net) | 1 week | 50K | | EMP 51425-26 |
| 7/24/2009 | Weightless | All Time Low | Nike Women New Music Tuesdays (www.nikewomen.com) | 1 week or until 2.5K cap is reached | 2.5K | | EMP 51429-31 |
| 8/6/2009 | Hit The Ground Runnin' | Keith Urban | Artist's Website via Hidden Link Only (www.keithurban.net) | 1 week | 20K | Restricted to fans who attend Urban's concerts and receive text message at end of show with download code | EMP 51437-39 |
| 8/7/2009 | A Ghost | Landon Pigg | RCA Music Group/Filter Music Media Marketing Lollapalooza Promotion (www.raggedmag.com) | | 5K-10K | Requires Download Card distributed to Lollapalooza concertgoers in Chicago | EMP 51457-59 |
| 8/12/2009 | Mathematics Meddle New In Town Stuck on Repeat | Little Boots | AOL Interface Podcast Promotion (www.aol.com) | 3 months | | Several tracks downloaded as podcast with interview segments interspersed between tracks and cannot be downloaded as individual tracks | EMP 51881-83 |
| 8/19/2009 | Manipulating Woman | Ladyhawke | Amazon (www.amazon.com) | 1 week | | | EMP 51465-66 |
| 8/21/2009 | Now That I'm A B*tch | Livvi Franc | Jive Records Back-To-School Campaign using SME College Reps | | 25K | Requires code from Download Card distributed on college campuses | EMP 51476-78 |

## Exhibit A
## 2009 - Feb. 2010

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 8/21/2009 | Now That I'm A B*tch | Livvi Franc | LOGO NewNowNext (www.logoonline.com) | 90 days or until cap is reached | 260K | at the NewNowNext event in California and 200K online codes distributed on logoonline.com) | EMP 51476-78 |
| 8/25/2009 | One Day | Matisyahu | Kenneth Cole "One Day For Change" Campaign (www.onedaychange.net) | earlier of 3 weeks or until cap reached | 20K | | EMP 51469-70 |
| 8/26/2009 | Dance, Dance, Dance I'm Good, I'm Gone Little Bit Tonight | Lykke Li | AOL Interface Podcast Promotion (www.aol.com) | 3 months | | Several tracks downloaded as podcast with interview segments interspersed between tracks and cannot be downloaded as individual tracks | EMP 51887-89 |
| 9/1/2009 | Temporary Insanity | Krista Hidalgo | RMG Back-To-School Campaign using SME College Reps | 60 Days | 25K | Requires  Download Card | EMP 51462-63 |
| 10/4/2009 | Rocksteady | Rox | Rough Trade Rox Tour Promotion (www.roughtraderecords.com/rox/) | 2 weeks | 1K | | EMP 51484 |
| 11/4/2009 | Crying Blood L.O.V.E. Quick Fix | VV Brown | KCRW Podcast (www.kcrwmusic.com) | 2 weeks | | Download is in podcast form only grouped with other tracks | EMP 51918-21 |
| 11/10/2009 | Did It Again (Remix) | Shakira | Facebook Promotion (www.facebook.com) | Until Cap is reached | 75K | Limited to fans who use Shakira's free facebook application Promoting iTunes pre-order of new album | EMP 51485-87 |
| 11/10/2009 | Oh Yeah | Jaicko | Artist's website (www.jaickomusic.com/) and MySpace page (www.myspace.com/jaicko) | 10 weeks or until cap is reached | 2.5K | Requires fans to register on artist's myspace page and/or artist's website | EMP 51593-95 |
| 12/2/2009 | Keep It Going Louder | Major Lazer | MySpace RCRD of the Day Promotion (www.myspace.com) | 1 week (featured 1 day and archived for 1 wk) | | | EMP 51491-92 |
| 12/2/2009 | Valentino | Diane Birch | Nike Women New Music Tuesdays (www.nikewomen.com) | 1 month or untill 2500 cap reached | 2.5K | | EMP 51529-31 |
| 12/26/2009 | TBD | Diane Birch | Barnes & Noble Free Track Download Promotion (www.bn.com/textbooks) | 1 month | | Available only to students who sign up for the Barnes & Noble textbook site | EMP 51496-98 |
| 12/29/2009 | Make Me Wanna Die | The Pretty Reckless | Seventeen Magazine (www.seventeen.com) | 40 days or until cap reached | 10K | | EMP 51501-03 |
| 1/14/2010 | Miss You | Tinashe | Artist's website (http://www.tinashe.co.uk/) and social networks | 3 months | 1.5K | Requires user to input personal data | EMP 51507-09 |

*Exhibit A*

## 2009 - Feb. 2010

| LICENSE/ APPROVAL DATE | SONG TITLE | ARTIST | WEB URL/HOST OF AUTHORIZED DOWNLOAD | TIME LIMITATIONS ON AUTHORIZED DOWNLOAD | CAP ON NUMBER OF DOWNLOADS | OTHER LIMITATIONS ON DOWNLOAD | BATES RANGE |
|---|---|---|---|---|---|---|---|
| 1/21/2010 | Heroes | Peter Gabriel (written by David Bowie/Brian Eno) | Music for Relief Haiti Appeal (www.musicforrelief.org); Peter Gabriel's website (www.petergabriel.com) | 1 year | | Download available at no cost but site requests that user make a donation to chairty for Haiti Relief | EMP 51520-24 |
| 1/21/2010 | Out of the Ashes | Michael Bolton | Music for Relief Haiti Appeal (www.musicforrelief.org) | 1 year | | Download available at no cost but site requests that user make a donation to chairty for Haiti Relief | EMP 51525-28 |
| 1/25/2010 | Woman Put Your Weapon Down | Justin Nozuka | Napster and AT&T Wireless Free Track of the Month (Napster and AT&T websites) | 1 month | | Available only to AT&T and Napster Mobile customers | EMP 51538-40 |
| 1/28/2010 | Double Knots | The Living Sisters | KCRW Download of the Day (www.kcrwmusic.com) | 24 hours | | | EMP 51922-24 |
| 2/9/2010 | You've Been a Friend to Me | Bryan Adams | Vancouver Province Newspaper 2010 Olympic Games Promotion (www.theprovince.com) | 30 days or until cap reached | 20K | | EMP 51534-35 |
| 2/10/2010 | No Mercy | Bullet For My Valentine | Artist website (www.bulletformyvalentine.com) | | Yes | | EMP 51545 |