AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07-Civ. 9931 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Amicus Curiae The Motion Picture Association of America, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/17/2010 | /s/ Melinda E. LeMoine |
| Date | Signature |
| | Melinda E. LeMoine     ML2403 |
| | Print Name     Bar Number |
| | Munger, Tolles & Olson LLP |
| | 355 South Grand Avenue 35th Floor |
| | Address |
| | Los Angeles     CA     90071-1560 |
| | City     State     Zip Code |
| | (213) 683-9100     (213) 687-3702 |
| | Phone Number     Fax Number |