Barry I. Slotnick (BS-9796)
Christian D. Carbone (CC-6502)
Thomas D. Nolan, III (TN-4363)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
(212) 407-4990
Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CAPITOL RECORDS, INC., CAROLINE RECORDS, :
INC., EMI CHRISTIAN MUSIC GROUP INC.,
PRIORITY RECORDS LLC, VIRGIN RECORDS :
AMERICA, INC., BEECHWOOD MUSIC CORP.,
COLGEMS-EMI MUSIC INC., EMI APRIL MUSIC :
INC., EMI BLACKWOOD MUSIC, EMI FULL KEEL
MUSIC, EMI GOLDEN TORCH MUSIC CORP., EMI :
LONGITUDE MUSIC, EMI VIRGIN MUSIC, INC.,
EMI VIRGIN SONGS, INC., EMI AL GALLICO :
MUSIC CORP., EMI ALGEE MUSIC CORP., EMI
FEIST CATALOG, INC., EMI GOLD HORIZON :   07 Civ. 9931 (WHP)
CORP., EMI GROVE PARK MUSIC, INC., EMI        ECF Case
HASTINGS CATALOG, INC., EMI MILLS MUSIC, :
INC., EMI MILLER CATALOG, INC., EMI
ROBBINS CATALOG, INC., EMI U CATALOG, :
INC., EMI UNART CATALOG, INC., JOBETE
MUSIC CO., INC., SCREEN GREMS-EMI MUSIC, :
INC., STONE AGATE MUSIC, and STONE
DIAMOND MUSIC,                                :

        Plaintiffs,                              :
          v.
                                       :
MP3TUNES, LLC, and MICHAEL ROBERTSON,
                                       :
        Defendants.
-------------------------------------------------------------------- X

**MOTION OF NONPARTIES SOUNDEXCHANGE, ASCAP, BMI, SESAC, AND NMPA FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS**

NY876748.2
913040-10025

TO ALL PARTIES AND COUNSEL OF RECORD:

Nonparties SoundExchange, Inc. ("SoundExchange"), the American Society of Composers, Authors and Publishers ("ASCAP), Broadcast Music, Inc. ("BMI"), SESAC, Inc. ("SESAC"), and the National Music Publishers Association ("NMPA") (collectively, "Amici") hereby move for leave to file the accompanying *amicus curiae* brief in the above-captioned case in support of Plaintiffs' motion for summary judgment, filed on October 29, 2010 (Dkt. No. 186), and Plaintiffs' opposition to Defendants' motion for summary judgment, filed on November 24, 2010 (Dkt. No. 209).  Plaintiffs have consented to the filing of this brief.  Counsel for Amici have conferred with counsel for Defendants, and Defendants have not consented to the filing of this brief.

As set forth more fully in the accompanying brief, filed concurrently, Amici are performing rights organizations that collect royalties from the exploitation of copyrighted works and distribute those royalties to their creators and rights owners.  Amici collect and distribute to their members significant royalties from legitimate services, such as iTunes and Pandora Internet radio.  Like these legitimate services, Defendant MP3tunes makes available and digitally transmits huge numbers of sound recordings of copyrighted music to the public at large.  But unlike these legitimate services, MP3tunes doesn't pay a nickel for any of them.  This is copyright infringement, pure and simple.  MP3tunes seeks to avoid this reality by offering a cramped and twisted interpretation of the public performance right, and a purported "volitional" requirement, that together would effectively eviscerate the public performance right online.  Accordingly, Amici respectfully submit their unique views on the importance, history, scope, and proper understanding of the public performance right and related protections for the creative output of their member songwriters, composers, lyricists, musicians, and copyright owners.

///

Dated: New York, New York
December 17, 2010

                                        LOEB & LOEB LLP

                                        By: /s/ Barry I. Slotnick
                                            Barry I. Slotnick
                                            Christian D. Carbone
                                            Thomas D. Nolan, III
                                            345 Park Avenue
                                            New York, New York 10154-1895
                                            (212) 407-4000

                                        Attorneys for *Amici Curiae*