Barry I. Slotnick (BS-9796)
Christian D. Carbone (CC-6502)
Thomas D. Nolan, III (TN-4363)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000
(212) 407-4990
Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., EMI CHRISTIAN MUSIC GROUP INC., PRIORITY RECORDS LLC, VIRGIN RECORDS AMERICA, INC., BEECHWOOD MUSIC CORP., COLGEMS-EMI MUSIC INC., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, EMI FULL KEEL MUSIC, EMI GOLDEN TORCH MUSIC CORP., EMI LONGITUDE MUSIC, EMI VIRGIN MUSIC, INC., EMI VIRGIN SONGS, INC., EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG, INC., EMI GOLD HORIZON CORP., EMI GROVE PARK MUSIC, INC., EMI HASTINGS CATALOG, INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG, INC., EMI ROBBINS CATALOG, INC., EMI U CATALOG, INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN GREMS-EMI MUSIC, INC., STONE AGATE MUSIC, and STONE DIAMOND MUSIC,

:
:
:
:
:
:
:
:
:
:
:

07 Civ. 9931 (WHP)
ECF Case

       Plaintiffs,                    :

    v.

MP3TUNES, LLC, and MICHAEL ROBERTSON,     :

       Defendants.                    :

-------------------------------------------------------------------- X

## **RULE 7.1 DISCLOSURE STATEMENT OF NONPARTIES SOUNDEXCHANGE, ASCAP, BMI, SESAC, AND NMPA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for nonparties SoundExchange, Inc. ("SoundExchange"), the American Society of Composers, Authors and Publishers ("ASCAP), Broadcast Music, Inc. ("BMI"), SESAC, Inc. ("SESAC"), and the National Music Publishers Association ("NMPA") certifies as follows:

*Amicus* SoundExchange has no parent corporation, nor does any publicly held corporation hold more than 10% of its stock.

*Amicus* ASCAP has no parent corporation, nor does any publicly held corporation hold more than 10% of its stock.

*Amicus* BMI has no parent corporation.  The only publicly held company that directly or indirectly owns 10% or more of its stock is Gannett Co., Inc., through an indirect, wholly owned subsidiary.

*Amicus* SESAC has no parent corporation, nor does any publicly held corporation hold more than 10% of its stock.

*Amicus* NMPA has no parent corporation, nor does any publicly held corporation hold more than 10% of its stock.

Dated: New York, New York
December 17, 2010

        LOEB & LOEB LLP

        By:   /s/ Barry I. Slotnick
           Barry I. Slotnick
           Christian D. Carbone
           345 Park Avenue
           New York, New York 10154-1895
           (212) 407-4000

        Attorneys for *Amici Curiae*