AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number:  07 Civ. 9931 (WHP)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nonparty and proposed amicus curiae Google Inc.

I certify that I am admitted to practice in this court.

| 1/3/2011 | |
|---|---|
| Date | Signature |

| Asim M. Bhansali | AB1517 |
|---|---|
| Print Name | Bar Number |

| 710 Sansome Street | | |
|---|---|---|
| Address | | |

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | Zip Code |

| (415) 391-5400 | (415) 397-7188 |
|---|---|
| Phone Number | Fax Number |