UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS., *et al.*, | No. 07 Civ. 9931 (WHP)(FM) |
| Plaintiffs, | |
| v. | ECF Case |
| MP3TUNES, LLC, *et al.*, | <u>ELECTRONICALLY FILED</u> |
| Defendants. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
AMICUS CURIAE GOOGLE INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, nonparty Google Inc. states that it does not have a parent corporation and that no publicly held corporations own 10% or more of its stock.

| | |
|---|---|
| Dated:  January 3, 2011 | By:  /s/ Asim M. Bhansali<br>Asim M. Bhansali<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br>*Attorney for Amicus Curiae Google Inc.* |

*Of Counsel:*

Michael S. Kwun
Benjamin W. Berkowitz
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188