UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/11
```

Capitol Records, LLC, Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records LLC, Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Keel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, Inc., EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen Gems-EMI Music, Inc., Stone Agate Music, and Stone Diamond Music,

        Plaintiffs,

v.

MP3Tunes, LLC, and Michael Robertson,

        Defendants.

Civil No. 07 Civ. 9931 (WHP)

ECF Case

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

      Upon the motion of Marc J. Pensabene, attorney for Amicus Curiae, Motion Picture Association of America, Inc., and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

12537145.1

Kelly M. Klaus<br>
Munger, Tolles & Olson LLP<br>
355 South Grand Avenue<br>
Thirty-Fifth Floor<br>
Los Angeles, CA 90071-1560<br>
Tel: (213) 683-9100<br>
Fax: (213) 687-3702<br>
Email: Kelly M. Klaus@mto.com

is admitted to practice *pro hac vice* as counsel for Amicus Curiae, Motion Picture Association of America, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system, and as such, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 3, 2010
New York, New York

The Honorable William H. Pauley
United States District Judge

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

12537145.1

-2-