UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MP3TUNES, LLC, *et al.*, <br><br> Defendants. | No. 07 Civ. 9931 (WHP)(FM) <br><br> ECF Case <br><br> ELECTRONICALLY FILED |

[~~PROPOSED~~] ORDER

Upon consideration of the motion of nonparty Google, Inc. for leave to file an amicus curiae brief in support of Defendants, the Court HEREBY GRANTS the motion, and HEREBY ORDERS the amicus curiae brief be FILED in the above-captioned case.

SO ORDERED.

_____          Dated:_____
William H. Pauley, III, District Judge

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/6/11

1