AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CAPITOL RECORDS, et al., <br> *Plaintiff* <br> v. <br> MP3TUNES, LLC., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 07 Civ. 9931 (WHP) (FM) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae - Recording Industry Association of America, Inc.

Date:   01/12/2011

*Attorney's signature*

PAUL D. MONTCLARE
*Printed name and bar number*

MITCHELL SILBERBERG & KNUPP LLP
12 EAST 49TH STREET
NEW YORK, NY 10017

*Address*

PDM@MSK.COM
*E-mail address*

(917) 546-7704
*Telephone number*

(212) 509-7239
*FAX number*