UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

CAPITOL RECORDS, *et al.*,

        Plaintiffs,

    v.

MP3TUNES, LLC., *et al.*,

        Defendants.

------------------------------ x

Case No.: 07 Civ. 9931 (WHP) (FM)

**RULE 7.1(a) DISCLOSURE STATEMENT**

Proposed *amicus curiae, the* RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC ("RIAA"), has no parent corporation, and has no stock owned by a publicly held corporation.

DATED:   January 13, 2011
              New York, New York

                                MITCHELL SILBERBERG & KNUPP LLP
                                Attorneys For Proposed *Amicus Curiae* RIAA

                                By: _____
                                Paul D. Montclare
                                12 East 49th Street, 30th Floor
                                New York, New York 10017
                                Telephone: (212) 509-3900
                                Facsimile: (212) 509-7239
                                E-mail: pdm@msk.com