UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
CAPITOL RECORDS, *et al.*,

                Plaintiffs,

   v.

MP3TUNES, LLC., *et al.*,

                Defendants.
------------------------------x

Case No.: 07 Civ. 9931 (WHP) (FM)

ECF Case

ELECTRONICALLY FILED

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. IN SUPPORT OF PLAINTIFFS**

PLEASE TAKE NOTICE that upon the Declaration of Paul D. Montclare, dated January 13, 2011, in support of the Recording Industry Association of America, Inc.'s motion for leave to file its *Amicus Curiae* Brief in Support of Plaintiffs that is submitted herewith, the non-party Recording Industry Association of America, Inc. hereby moves this Court before the Honorable William H. Pauley III, United States District Court Judge for the Southern District of New York, United States Courthouse, for leave to file the accompanying *amicus curiae* Brief of the Recording Industry Association Of America, Inc. in Support of Plaintiffs.

-2-

| | |
|---|---|
| DATED: January 13, 2011<br>New York, New York | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: _____<br>Paul D. Montclare<br>12 East 49th Street, 30th Floor<br>New York, New York 10017<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br>E-mail: pdm@msk.com<br><br>Russell J. Frackman (*pro hac vice* motion forthcoming)<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 |