```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

CAPITOL RECORDS, *et al.*,

                Plaintiffs,

v.

MP3TUNES, LLC., *et al.*,

                Defendants.

------------------------------- x

Case No.: 07 Civ. 9931 (WHP) (FM)

ECF Case

<u>ELECTRONICALLY FILED</u>

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**<u>ON WRITTEN MOTION</u>**

Upon the motion of Paul D. Montclare, attorney for *amicus curiae* the RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC in the above-captioned action, and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that:

    Russell J. Frackman, Esq.
    Mitchell Silberberg & Knupp LLP
    11377 W. Olympic Blvd.
    Los Angeles, CA 90064
    Tel: 310-312-3119
    Fax: 310-231-8319
    E-mail: rjf@msk.com

is admitted to practice pro hac vice as counsel for the Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~January~~ February 7, 2011
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

3471498.1/11224-00000