UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

CAPITOL RECORDS, *et al.*,

                Plaintiffs,

    v.

MP3TUNES, LLC., *et al.*,

                Defendants.

------------------------------ x

Case No.: 07 Civ. 9931 (WHP) (FM)

ECF Case

<u>ELECTRONICALLY FILED</u>

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE THAT the law firm of Montclare & Wachtler, attorneys for the amicus party, Recording Industry Association of America, Inc., in the above-captioned action have their changed their firm name and address to:

         Mitchell Silberberg & Knupp LLP
         12 East 49th Street, 30th Floor
         New York, NY 10017
         (212) 509-3900
         Facsimile (212) 509-7239

Dated: New York, New York
       February 9, 2011

                              MITCHELL SILBERBERG & KNUPP LLP

                              By: _____
                                 Paul D. Montclare
                                 12 East 49th Street, 30th Floor
                                 New York, New York 10017
                                 Telephone: (212) 509-3900
                                 Facsimile: (212) 509-7239
                                 E-mail: pdm@msk.com