UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                          )
CAPITOL RECORDS, LLC, *et al*,            )
                                          )
                    *Plaintiffs*,         )    No. 07 Civ. 9931 (WHP)(FM)
                                          )
           v.                             )
                                          )
MP3TUNES, LLC, and MICHAEL ROBERTSON,     )    **NOTICE OF MOTION**
                                          )
                    *Defendants*.         )
_____)
                                          )
MP3TUNES, LLC, and MICHAEL ROBERTSON,     )
                                          )
                    *Counter-Claimants*,  )
                                          )
           v.                             )
                                          )
CAPITOL RECORDS, LLC, *et al*,            )
                                          )
                    *Counter-Defendants*. )
_____)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned attorneys for Plaintiffs shall move this Court, before the Honorable William H. Pauley, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 11D, New York, New York 10007, at a time set by the Court, for reconsideration, pursuant to Local Rule 6.3, of those portions of the Court's Memorandum and Order dated August 22, 2011 finding (1) that the safe harbor protections of 17 U.S.C. § 512 apply to sound recordings created prior to February 15, 1972; and (2) that the defendant, MP3tunes LLC, adequately implemented a repeat infringer policy.

Dated: New York, New York  
September 6, 2011

Respectfully submitted,

By: *[signature: Andrew H. Bart]*

Andrew H. Bart  
Carletta F. Higginson  
Joseph J. McFadden  
JENNER & BLOCK LLP  
919 Third Avenue  
37th Floor  
New York, NY 10022  
tel. (212) 891-1690  
fax (212) 891-1699

-and-

Steven B. Fabrizio  
JENNER & BLOCK LLP  
1099 New York Avenue, NW  
Suite 900  
Washington, DC 20001  
tel. (202) 639-6000  
fax (202) 639-6066

*Attorneys for Plaintiffs Capitol Records, LLC, Caroline Records, Inc, EMI Christian Music Group Inc., Priority Records LLC, Virgin Records America, Inc.*

PRYOR CASHMAN LLP

By: *[signature]*

Donald S. Zakarin  
Frank P. Scibilia  
Mark A. Tamoshunas  
M. Mona Simonian  
PRYOR CASHMAN LLP  
7 Times Square  
New York, New York  10036-6569  
Telephone: (212) 421-4100  
Facsimile: (212) 326-0806

*Attorneys for the Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Feel Music,*

2

*EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, Inc. EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, inc., Jobete Music Co., Inc., Screen Gems-EMI Music, inc., Stone Agate Music, and Stone Diamond Music*

3