UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CAPITOL RECORDS, INC., et al.,          :

                  Plaintiffs,          :          **ORDER**

         - against -          :          07 Civ. 9931 (WHP) (FM)

MP3TUNES, LLC, et al.,          :

                  Defendants.          :

-----------------------------------------------------------x

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 9/6/11*

**FRANK MAAS**, United States Magistrate Judge.

       It is hereby ORDERED that a telephone conference shall be held on September 27, 2011, at 12:30 p.m. Counsel for Plaintiffs should initiate that call by conferencing Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             September 6, 2011

                                                   _____
                                                    FRANK MAAS
                                             United States Magistrate Judge

Copies to:

Hon. William H. Pauley
United States District Judge

Andrew H. Bart, Esq.
Steven Fabrizio, Esq.
Joseph McFadden, Esq.
Jenner & Block LLP
Fax: (212) 891-1699

Frank P. Scibilia, Esq.
Jake Radcliffe, Esq.
Pryor Cashman LLP
Fax: (212) 798-6375

John Dellaportas, Esq.
Gregory P. Gulia, Esq.
Robert Terry Parker, Esq.
Duane Morris LLP
Fax: (212) 692-1020 / (619) 744-2201