RECEIVED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

U S DISTRICT COURT SDNY

| | |
|---|---|
| CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; BEECHWOOD MUSIC CORP.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP.; EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC., EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG, INC., EMI GOLD HORIZON CORP., EMI GROVE PARK MUSIC, INC., EMI HASTINGS CATALOG, INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG, INC., EMI ROBBINS CATALOG, INC., EMI U CATALOG, INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN GEMS-EMI MUSIC, INC., STONE AGATE MUSIC, and STONE DIAMOND MUSIC, <br><br>Plaintiffs, <br><br>v. <br><br>MP3TUNES, INC. and MICHAEL ROBERTSON, <br><br>Defendants. | CIVIL ACTION NO. 07-Civ. 9931 (WHP) <br>ECF Case <br><br>**NOTICE OF APPEAL** <br><br>USDC SDNY <br>DOCUMENT <br>ELECTRONICALLY FILED <br>DOC #: _____ <br>DATE FILED: 2 1 SEP 2011 |

PLEASE TAKE NOTICE that defendants MP3tunes, Inc. ("MP3tunes") and Michael Robertson ("Robertson") hereby appeal to the United States Court of Appeals for the Second Circuit from the portions of the Memorandum and Order of the District Court for the Southern District of New York (William H. Pauley III) entered on August 22, 2011 holding that:

(1) MP3tunes and Robertson were not entitled to Digital Millennium Copyright Act safe harbor immunity for claims related to certain songs noticed by non-parties EMI Music Group North

America and EMI Entertainment World because MP3tunes and Robertson did not remove the songs from users' storage lockers; (2) MP3tunes and Robertson are liable for contributory copyright infringement with respect to songs which MP3tunes did not remove from users' lockers; and (3) Robertson is personally liable for direct copyright infringement for certain songs sideloaded into his MP3tunes locker. A copy of the August 22, 2011 Memorandum and Order is annexed hereto as Exhibit 1.

Dated: New York, New York
September 22, 2011

DUANE MORRIS LLP

By: _____

Gregory P. Gulia
Vanessa Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

*and*

Edward M. Cramp
(*pro hac vice*)
Michelle Hon Donovan
(*pro hac vice*)
101 West Broadway, Suite 900
San Diego, CA 92101-8285
(619) 744-2200

*Counsel for Defendants
MP3tunes, Inc. and
Michael Robertson*

DM1\2862276.1