USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, et al,  )<br>  )<br>                 Plaintiffs, )<br>  )<br>                     v.  )<br>  )<br>MP3TUNES, LLC, and MICHAEL ROBERTSON, )<br>  )<br>                Defendants. )<br>_____)<br>  )<br>MP3TUNES, LLC, and MICHAEL ROBERTSON, )<br>  )<br>           Counter-Claimants, )<br>  )<br>                     v.  )<br>  )<br>CAPITOL RECORDS, LLC, et al,  )<br>  )<br>           Counter-Defendants. )<br>_____) | No. 07 Civ. 9931 (WHP)(FM)<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER**<br><br>RECEIVED<br>SEP 26 2011<br>CHAMBERS OF<br>WILLIAM H. PAULEY<br>U.S.D.J. |

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that the time for Plaintiffs to file and serve their reply papers in support of their motion for reconsideration is extended until October 5, 2011.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

10/3/11

1

Dated: New York, New York
September 23, 2011

JENNER & BLOCK, LLP

By: _____
Andrew H. Bart, Esq.
919 Third Ave, 37th Floor
New York, New York 10022
Telephone: (212) 891-1645

*Attorneys for Plaintiffs Capitol Records, LLC, Caroline Records, Inc, EMI Christian Music Group Inc., Priority Records LLC, Virgin Records America, Inc.*

DUANE MORRIS LLP

By: _____
Vanessa C. Hew, Esq.
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1062

*Attorneys for Defendants MP3tunes, LLC and Michael Robertson*

PRYOR CASHMAN LLP

By: _____
Frank P. Scibilia
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100

*Attorneys for the Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Feel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, Inc. EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, inc., Jobete Music Co., Inc., Screen Gems-EMI Music, inc., Stone Agate Music, and Stone Diamond Music*

**SO ORDERED:**

_____
U.S.D.J.