UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CAPITOL RECORDS, INC. et al.,

                Plaintiffs,         :   07 Civ. 9931 (WHP)

    -against-                        :   ORDER

MP3TUNES, LLC et al.,

                Defendants.         :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/11

WILLIAM H. PAULEY III, District Judge:

        Plaintiffs move for reconsideration of those portions of this Court's August 22, 2011 Memorandum & Order finding that (1) the safe harbor protections of 17 U.S.C. § 512 apply to sound recordings fixed prior to February 15, 1972; and (2) MP3tunes LLC adequately implemented a repeat infringer policy. Plaintiffs' motion for reconsideration is granted and upon reconsideration this Court affirms its earlier findings and conclusions. This Court withdraws its August 22, 2011 Memorandum & Order, and issues an Amended Memorandum & Order dated October 25, 2011. The Clerk of the Court is directed to delete Docket Entry No. 267 and terminate the motion pending at Docket Entry No. 268.

Dated: October 25, 2011
      New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*