UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CAPITOL RECORDS, INC. et al.,               :       07 Civ. 9931 (WHP)

                Plaintiffs,             :       SCHEDULING ORDER

    -against-

MP3TUNES, LLC et al.,                             :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a pretrial conference on January 19, 2012, the following schedule is entered on consent:

1. The parties are directed to submit a joint pretrial order by March 23, 2012;

2. Any party wishing to file a motion in limine shall do so by April 18, 2012;

3. Oppositions to motions in limine are due by May 1, 2012;

4. Any reply is due by May 8, 2012; and

5. Oral argument and a final pretrial conference will be held on May 18, 2012 at 10:30 a.m.

Dated: January 20, 2012
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

-2-

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Frank P. Scibilia, Esq.
Pryor Cashman LLP
7 Times Square
New York , NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*