UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAPITOL RECORDS, INC. et al., : 07 Civ. 9931 (WHP)

                Plaintiffs, : SCHEDULING ORDER

    -against-

MP3TUNES, LLC et al., :

                Defendants.
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/12
```

WILLIAM H. PAULEY III, District Judge:

        The parties having participated on a telephone conference call on February 17, 2012, the following schedule is entered on consent:

1. Defendant Robertson shall file his summary judgment motion by March 2, 2012;

2. Plaintiffs shall file their opposition by March 23, 2012;

3. Any reply is due by March 30, 2012; and

4. Oral argument will be heard on April 20, 2012 at 11:00 a.m.

Dated: February 21, 2012
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Frank P. Scibilia, Esq.
Pryor Cashman LLP
7 Times Square
New York , NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*