**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

*Counsel for Defendants*
*MP3tunes, Inc. and Michael Robertson*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., EMI CHRISTIAN MUSIC GROUP INC., PRIORITY RECORDS LLC, VIRGIN RECORDS AMERICA, INC., BEECHWOOD MUSIC CORP., COLGEMS-EMI MUSIC INC, EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, EMI FULL KEEL MUSIC; EMI GOLDEN TORCH MUSIC CORP., EMI LONGITUDE MUSIC; EMI VIRGIN MUSIC, INC., EMI VIRGIN SONGS, INC., EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG, INC., EMI GOLD HORIZON CORP., EMI GROVE PARK MUSIC, INC., EMI HASTINGS CATALOG, INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG, INC., EMI ROBBINS CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN GEMS-EMI MUSIC, INC., STONE AGATE MUSIC, and STONE DIAMOND MUSIC, <br><br>           Plaintiffs, <br>      v. <br><br> MP3TUNES, INC. and MICHAEL ROBERTSON, <br>           Defendants. | CIVIL ACTION NO. 07-Civ. 9931 (WHP) <br> ECF Case <br><br><br> **NOTICE OF DEFENDANT MICHAEL ROBERTSON'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF PERSONAL JURISDICTION** |

PLEASE TAKE NOTICE that, upon the Declarations of Gregory P. Gulia, Michael Robertson, executed on March 2, 2012, and an accompanying memorandum of law, defendant Michael Robertson hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment seeking the dismissal of the claims in the Second Amended Complaint of Capitol Records, Inc., Caroline Records, Inc., EMI Christian Music Group Inc., Priority Records LLC, Virgin Records America, Inc., Beechwood Music Corporation, Colgems-EMI Music Inc., EMI Blackwood Music, Inc., EMI Virgin songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, Inc., EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen Gems-EMI Music, Inc., Stone Agate Music, and Stone Diamond Music against Michael Robertson.

Dated:   New York, NY                              DUANE MORRIS LLP
         March 2, 2012
                                                   By: _/s/_____
                                                   Gregory P. Gulia
                                                   Vanessa C. Hew
                                                   R. Terry Parker
                                                   1540 Broadway
                                                   New York, NY 10036
                                                   (212) 692-1000

                                                   *Attorneys for MP3tunes, Inc.*

2