UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CAPITOL RECORDS, INC. et al.,    :   07 Civ. 9931 (WHP)

           Plaintiffs,    :   SCHEDULING ORDER

   -against-
                                 :
MP3TUNES, LLC et al.,
                                 :
           Defendants.
                                 :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/12
```

WILLIAM H. PAULEY III, District Judge:

      The parties having requested an extension of the scheduling order on January 20, 2012, the following schedule is entered on consent:

1. The parties are directed to submit a joint pretrial order by April 13, 2012;

2. Any party wishing to file a motion in limine by May 9, 2012;

3. Oppositions to motions in limine are due by May 22, 2012;

4. Any reply is due by May 29, 2012; and

5. Oral argument and final a final pretrial conference will be held on June 13, 2012 at 10:00 a.m.

Dated: March 30, 2012
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Frank P. Scibilia, Esq.
Pryor Cashman LLP
7 Times Square
New York , NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*