UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MP3TUNES, INC., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 07 Civ. 9931 (WHP)<br>ECF Case<br><br>**MOTION FOR LEAVE TO WITHDRAW JOSEPH J. MCFADDEN AS COUNSEL FOR PLAINTIFFS** |

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the law firm Jenner & Block, LLP files this Motion for Leave to Withdraw Joseph J. McFadden as Counsel for Plaintiffs in the above-captioned case. In support of this motion, I state as follows:

1. I, Joseph J. McFadden, am identified as counsel to be noticed in the above-captioned case. As of April 13, 2012, I will no longer be employed by Jenner & Block, LLP.

2. Plaintiffs remain represented by the law firm of Jenner & Block, LLP and other attorneys from Jenner & Block, LLP have entered appearances on behalf of Plaintiffs in the above-captioned case.

4. The withdrawal of my appearance will not affect the case schedule in any way, unfairly prejudice any party, or contravene the interests of justice.

5. For the foregoing reasons, Jenner & Block, LLP respectfully requests that this Court grant leave for my withdrawal as counsel for Plaintiffs.

Dated: April 13, 2012

                                                Respectfully submitted,

                                                /s/ Joseph J. McFadden
                                                JENNER & BLOCK LLP
                                                919 Third Ave., 37th Floor
                                                New York, NY 10022
                                                (T) 212-891-1658