UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAPITOL RECORDS, INC. et al.,            :    07 Civ. 9931 (WHP)

              Plaintiffs,    :    SCHEDULING ORDER
   -against-

                               :
MP3TUNES, LLC et al.,

             Defendants.
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/12
```

WILLIAM H. PAULEY III, District Judge:

      Oral argument on Defendant Robertson's motion for summary judgment is adjourned to May 18, 2012 at 10:30 a.m.

Dated: April 16, 2012
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Frank P. Scibilia, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*