*Application granted. The parties are directed to participate on a teleconference with the Court on May 11, 2012 to discuss the proposed motions and a case schedule. The call will be at 12:00 p.m. and plaintiffs shall circulate a call-in number.*

SO ORDERED:

/s/ William H. Pauley

WILLIAM H. PAULEY III U.S.D.J.
5/3/12

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

April 27, 2012

**BY HAND**

The Hon. William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2210
New York, NY 10007

RECEIVED APR 30 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/12

Re: *Capitol Records, LLC, et al. v. MP3tunes, Inc., et ano*
No. 07 Civ. 9931 (WHP)

Dear Judge Pauley:

Pursuant to Your Honor's Individual Practice Rules, we write on behalf of all parties in this action to request a brief adjournment of the deadlines for the motions *in limine*, voir dire questions, verdict forms, jury instructions, and pretrial memoranda (the "Pretrial Deadlines") pending the Court's determination of the parties' requests for leave to move for reconsideration of Your Honor's Orders dated October 25, 2011 and October 16, 2009 (the "Orders") in light of the Second Circuit's decision in *Viacom Int'l, Inc. v. YouTube, Inc.*, No. 10-3270 (April 5, 2012). Given the potential impact that a modification of the Orders would have on the upcoming trial, the parties respectfully submit that such an adjournment would be appropriate pending a resolution of these issues.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Gregory P. Gulia

Gregory P. Gulia

cc: All Counsel of Record (by e-mail)

DUANE MORRIS LLP

1540 BROADWAY, NEW YORK, NY 10036-4086   PHONE: 212.692.1000   FAX: 212.692.1020