# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Capitol Records, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:07-cv-09931-WHP-FM |
| MP3TUNES, LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached rider                                                        .

Date:    05/04/2012

/s/ Joseph P. Fishman
*Attorney's signature*

/s/ Joseph P. Fishman (JF5782)
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

*Address*

jfishman@jenner.com
*E-mail address*

(212) 891-1672
*Telephone number*

(212) 909-0833
*FAX number*

# **RIDER**

**Capitol Records, Inc.**

**Caroline Records, Inc.**

**Colgems-EMI Music Inc.**

**EMI April Music Inc.**

**EMI Blackwood Music**

**EMI Full Keel Music**

**EMI Golden Torch Music Corp.**

**EMI Longtitude Music**

**EMI Virgin Music, Inc.**

**EMI Virgin Songs, Inc.**

**Priority Records LLC**

**Virgin Records America, Inc.**

**Beechwood Music Corp.**

**EMI Christian Music Group, Inc.**

**EMI GROUP, LTD;**

**EMI Group North America, Inc.**

**EMI MUSIC NORTH AMERICA, INC.**

**EMI NORTH AMERICA HOLDINGS, INC.**

**EMI Al Gallico Music Corp.**

**EMI Algee Music Corp.**

**EMI Feist Catalog, Inc.**

**EMI Gold Horizon Corp.**

**EMI Grove Park Music, Inc.**

**EMI Mills Music, Inc.**

**EMI Robbins Catalog, Inc.**

**EMI U Catalog, Inc.**

**EMI Unart Catalog, Inc.**

**Emi Hastings Catalog, Inc.**

**Emi Miller Catalog, Inc.**

**Jobete Music Co., Inc.**

**Screen Gems-EMI Music, Inc.**

**Stone Agate Music**

**Stone Diamond Music**