AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Capitol Records, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:07-cv-09931-WHP-FM |
| MP3TUNES, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached rider                                                                              .

Date:      05/14/2012                                      /s/ Luke C. Platzer
                                                                        *Attorney's signature*


                                                              Luke C. Platzer, LP0734
                                                                *Printed name and bar number*

                                                                  Jenner & Block LLP
                                                                1099 New York Ave, NW
                                                                        Suite 900
                                                              Washington, DC 20001-4412
                                                                          *Address*


                                                                lplatzer@jenner.com
                                                                    *E-mail address*


                                                                  (202) 639-6094
                                                                  *Telephone number*


                                                                  (202) 661-4813
                                                                      *FAX number*

# RIDER

**Capitol Records, Inc.**

**Caroline Records, Inc.**

**Colgems-EMI Music Inc.**

**EMI April Music Inc.**

**EMI Blackwood Music**

**EMI Full Keel Music**

**EMI Golden Torch Music Corp.**

**EMI Longtitude Music**

**EMI Virgin Music, Inc.**

**EMI Virgin Songs, Inc.**

**Priority Records LLC**

**Virgin Records America, Inc.**

**Beechwood Music Corp.**

**EMI Christian Music Group, Inc.**

**EMI GROUP, LTD;**

**EMI Group North America, Inc.**

**EMI MUSIC NORTH AMERICA, INC.**

**EMI NORTH AMERICA HOLDINGS, INC.**

**EMI Al Gallico Music Corp.**

**EMI Algee Music Corp.**

**EMI Feist Catalog, Inc.**

**EMI Gold Horizon Corp.**

**EMI Grove Park Music, Inc.**

**EMI Mills Music, Inc.**

**EMI Robbins Catalog, Inc.**

**EMI U Catalog, Inc.**

**EMI Unart Catalog, Inc.**

**Emi Hastings Catalog, Inc.**

**Emi Miller Catalog, Inc.**

**Jobete Music Co., Inc.**

**Screen Gems-EMI Music, Inc.**

**Stone Agate Music**

**Stone Diamond Music**