UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CAPITOL RECORDS, INC. et al.,        :       07 Civ. 9931 (WHP)

               Plaintiffs,        :       SCHEDULING ORDER

   -against-
                             :

MP3TUNES, LLC et al.,
                             :

              Defendants.
                             :
----------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/14/12 |

WILLIAM H. PAULEY III, District Judge:

      The parties having participated on a conference call on May 11, 2012, the following schedule is entered on consent:

      1. Defendants shall submit any application to enter a stay by May 25, 2012;

      2. Plaintiffs responses is to be submitted by June 6, 2012;

      3. Any reply is due by June 11, 2012.

The Court will take Defendants' application on submission. Oral argument on Defendant Robertson's motion for summary judgment is adjourned until further notice.

Dated: May 14, 2012
      New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of record:*

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

Frank P. Scibilia, Esq.
Pryor Cashman LLP
7 Times Square
New York , NY 10036
*Counsel for Plaintiffs*

Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
*Counsel for Defendants*