UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CAPITOL RECORDS, INC. et al.,          :     07 Civ. 9931 (WHP)

                Plaintiffs,       :     SCHEDULING ORDER

    -against-

                                    :

MP3TUNES, LLC et al.,

               Defendants.      :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/11/12

       The parties having participated on a conference call on July 9, 2012, the following schedule is entered on consent:

1. Oral argument on Robertson's motion for summary judgment will be heard July 20, 2012 at 10:15 a.m.;

2. The parties shall file their respective motions for reconsideration by July 27, 2012;

3. Oppositions are due by August 10, 2012;

4. Replies are due August 17, 2012, and oral argument on the motions for reconsideration will be heard on August 24, 2012 at 11:00 a.m.

       The parties should be prepared to discuss a further case management schedule at oral argument on August 24.

Dated: July 10, 2012
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
*All counsel of record.*                            U.S.D.J.