**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., EMI CHRISTIAN MUSIC GROUP INC., PRIORITY RECORDS LLC, VIRGIN RECORDS AMERICA, INC., BEECHWOOD MUSIC CORP., COLGEMS-EMI MUSIC INC., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, EMI FULL KEEL MUSIC, EMI GOLDEN TORCH MUSIC CORP., EMI LONGITUDE MUSIC, EMI VIRGIN MUSIC, INC., EMI VIRGIN SONGS, INC., EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG, INC., EMI GOLD HORIZON CORP., EMI GROVE PARK MUSIC, INC., EMI HASTINGS CATALOG, INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG, INC., EMI ROBBINS CATALOG, INC., EMI U CATALOG, INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN GEMS-EMI MUSIC, INC., STONE AGATE MUSIC, and STONE DIAMOND MUSIC, <br><br>    Plaintiffs, <br><br>    v. <br><br>MP3TUNES, INC., and MICHAEL ROBERTSON, <br><br>    Defendants. | CIVIL ACTION NO. 07 Civ. 9931(WHP) <br> ECF Case <br><br><br><br><br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

   PLEASE TAKE NOTICE that, upon the Declarations of Edward M. Cramp, executed on July 11, 2012, and an accompanying memorandum of law, the law firm Duane Morris LLP

2

hereby moves this Court pursuant to rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for leave to withdraw as counsel for defendants MP3tunes, Inc. and Michael Robertson in the above-captioned action.

Dated: New York, NY
      July 12, 2012

DUANE MORRIS LLP

By: __/s/_____

Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

Edward M. Cramp (*pro hac vice*)
Michelle Hon Donovan (*pro hac vice*)