**DUANE MORRIS** LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., CAROLINE RECORDS, INC., EMI CHRISTIAN MUSIC GROUP INC., PRIORITY RECORDS LLC, VIRGIN RECORDS AMERICA, INC., BEECHWOOD MUSIC CORP., COLGEMS-EMI MUSIC INC., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, EMI FULL KEEL MUSIC, EMI GOLDEN TORCH MUSIC CORP., EMI LONGITUDE MUSIC, EMI VIRGIN MUSIC, INC., EMI VIRGIN SONGS, INC., EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG, INC., EMI GOLD HORIZON CORP., EMI GROVE PARK MUSIC, INC., EMI HASTINGS CATALOG, INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG, INC., EMI ROBBINS CATALOG, INC., EMI U CATALOG, INC., EMI UNART CATALOG, INC., JOBETE MUSIC CO., INC., SCREEN GEMS-EMI MUSIC, INC., STONE AGATE MUSIC, and STONE DIAMOND MUSIC,<br><br>Plaintiffs,<br>v.<br><br>MP3TUNES, INC., and MICHAEL ROBERTSON,<br><br>Defendants. | CIVIL ACTION NO. 07 Civ. 9931(WHP)<br>ECF Case<br><br><br><br><br><br>**SUPPLEMENTAL DECLARATION OF EDWARD M. CRAMP IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Edward M. Cramp, hereby declare:

1. I am a partner at the law firm Duane Morris LLP (Duane Morris"), attorneys for defendants MP3tunes, Inc. ("MP3tunes") and Michael Robertson ("Robertson") (collectively, "Defendants"). I respectfully submit this declaration to ensure that, after reading the e-mail that Mr. Robertson sent to the Court earlier today, the Court is not left with any misimpression about whether Duane Morris has discharged, and will continue to discharge, its professional responsibilities.

2. In his email, Mr. Robertson states that he has asked Duane Morris if we will argue the pending motion for summary judgment for Mr. Robertson ("Robertson") and then states, "they have indicated they will not do so unless I pay invoices due to them from MP3tunes." He is mistaken.

3. In accordance with our professional obligations, and as we have advised Mr. Robertson on several occasions, including as late as July 9, 2012 in writing, Duane Morris will represent Mr. Robertson until we are relieved as counsel, either by Court order or because Mr. Robertson has retained substitute counsel.

4. In his email to the Court dated today, Mr. Robertson stated that he was "not aware of any request by Duane Morris for a brief continuance of all dates." In actuality, we made Mr. Robertson aware of the fact that we would and did request a continuance from the Court, as stated in Duane Morris's Motion to Withdraw as Counsel. In addition, Mr. Robertson was served with a copy of that Motion and has read it, as evidenced by his references to the Motion in his email to the Court.

5. The discrepancies between Mr. Roberson's and Duane Morris's representations to the Court regarding their communications demonstrates that there has been a significant

2

erosion of the attorney-client relationship and thus provides further justification for why this Court should grant Duane Morris's motion to withdraw as counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2012
San Diego, CA

By: _____
Edward M. Cramp

DM1\3428513.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the Supplemental Declaration of Edward M. Cramp in Support of Motion to Withdraw as Counsel to be served by First-Class mail and electronic mail this 16th day of July, 2012:

        Gerald H. Davis
        Chapter 7 Trustee
        P.O. Box 121111
        San Diego CA 92112-1111
        davisatty@aol.com

        Christopher Celentino
        Foley & Lardner LLP
        402 West Broadway, Suite 2100
        San Diego, CA 92101
        ccelentino@foley.com

        Michael Robertson
        5960 Cornerstone Court, Suite 100
        San Diego, CA 92121
        Michael Robertson
        michael@michaelrobertson.com

        Andrew H. Bart
        Jenner & Block LLP
        919 Third Avenue, 37th Floor
        New York, NY 10022
        abart@jenner.com

        Frank P. Scibilia
        Pryor Cashman LLP
        7 Times Square
        New York, NY 10036
        fscibilia@pryorcashman.com

        /s/ R. Terry Parker