UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
CAPITOL RECORDS, LLC, *et al.*,     )
                                    )
            *Plaintiffs*,           )   No. 07 Civ. 9931 (WHP)(FM)
                                    )
                                    )   ECF Case
MP3TUNES, Inc., and MICHAEL ROBERSTON )
                                    )
            *Defendants*.           )
_____)

**PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO**
<u>**MOTION TO WITHDRAW AS COUNSEL**</u>

The EMI Music Publishing Plaintiffs and EMI Label Plaintiffs hereby submit this response to Duane Morris LLP's July 12, 2012 Motion to Withdraw (Docket No. 312).  Plaintiffs take no position with respect to Duane Morris LLP's motion to withdraw as counsel for Defendants, nor with respect to any dispute between Mr. Robertson and Duane Morris LLP.  However, Plaintiffs oppose any attempt to use such withdrawal or disagreement as a basis for further delaying the progress of this litigation.  The Motion to Withdraw strongly suggests that Mr. Robertson deliberately created the circumstances triggering the dispute.  The timing of the dispute between Mr. Robertson and his counsel, much like the timing of MP3tunes' bankruptcy petition, thus appears to be another tactic by Mr. Robertson to further delay final resolution of this action.

DATED:  July 19, 2012

Respectfully submitted,

By: /s/ Andrew H. Bart
    Andrew H. Bart
    Joseph P. Fishman
    JENNER & BLOCK LLP
    919 Third Avenue
    37th Floor
    New York, NY 10022
    tel. (212) 891-1690
    fax (212) 891-1699

    *-and-*

Steven B. Fabrizio
Luke C. Platzer
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
tel. (202) 639-6000
fax (202) 639-6066

*Attorneys for Plaintiffs Capitol Records, LLC, Caroline Records, Inc, EMI Christian Music Group Inc., Priority Records LLC, Virgin Records America, Inc.*

1

By: /s/ Frank P. Scibilia
Frank P. Scibilia
Jacob B. Radcliff
M. Mona Simonian
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

*Attorneys for the Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Feel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, Inc. EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen Gems-EMI Music, Inc., Stone Agate Music, and Stone Diamond Music*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served by electronic mail a copy of Plaintiffs' Response to the Motion to Withdraw as Counsel on this 19th day of July, 2012 to the following persons:

>Gerald H. Davis
>Chapter 7 Trustee
>P.O. Box 121111
>San Diego CA 92112-1111
>davisatty@aol.com
>
>Richard C. Norton
>Norton Moore & Adams LLP
>525 B Street, Suite 1500
>San Diego, CA 92101
>
>Christopher Celentino
>Foley & Lardner LLP
>402 West Broadway, Suite 2100
>San Diego, CA 92101
>ccelentino@foley.com
>
>Michael Robertson
>5960 Cornerstone Court, Suite 100
>San Diego, CA 92121
>Michael Robertson
>michael@michaelrobertson.com
>
>Gregory P. Gulia
>Duane Morris LLP
>1540 Broadway
>New York, NY 10036
>(212) 692-1000
>GPGulia@duanemorris.com

>    /s/ Luke C. Platzer__
>    Luke C. Platzer