UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. et al.,              :    07 Civ. 9931 (WHP)

               Plaintiffs,          :    ORDER
    -against-
                               :
MP3TUNES, LLC et al.,
                               :
               Defendants.
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth during a conference on July 20, 2012, Defendant Michael Robertson's motion for summary judgment is denied.

        Duane Morris LLP's motion to withdraw is granted.

        Defendant Robertson is directed to obtain new counsel by September 7, 2012. A case management conference will be held on September 14, 2012, at 11:00 a.m.

        The current briefing schedule for the parties' motions for reconsideration is adjourned.

        The Clerk of the Court is directed to terminate all pending motions.

Dated: July 20, 2012
       New York, New York        SO ORDERED:

                                                  WILLIAM H. PAULEY III
*All counsel of record.*                          U.S.D.J.

*Copy mailed to:*
Michael Robertson
5960 Cornerstone Court
San Diego, CA 92121
*Defendant*