UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CAPITOL RECORDS, LLC, *et al.*,         :
                                               :
                       *Plaintiffs*,     :    07 Civ. 9931 (WHP)
                                               :
               v.                    :
                                             :
MP3TUNES, LLC and MICHAEL ROBERTSON,    :
                                               :
                       *Defendants.*    :
----------------------------------------------------------------x

## NOTICE OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY AND EXHIBITS FROM ELLIS HOROWITZ AND FOR RELATED RELIEF

PLEASE TAKE NOTICE that, pursuant to the Revised Scheduling Order, dated July 3, 2013 (Docket No. 333), in the above captioned action, and upon the accompanying Memorandum of Law, Declaration of Ira S. Sacks in Support of Motion *In Limine* to Preclude Testimony and Exhibits from Ellis Horowitz and for Related Relief, dated September 13, 2013 and the exhibits attached thereto, and all pleadings and prior proceedings had herein, the undersigned attorneys for Defendant Michael Robertson shall move this Court, before the Honorable William H. Pauley III, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 20B, New York, New York 10007, at a time set by the Court, for an order (1) precluding Plaintiffs from introducing at trial testimony and exhibits from Ellis Horowitz, (2) vacating the Court's previous grant of summary judgment against Defendant Robertson, and (3) granting other and further relief as this Court finds just and proper.

Dated: New York, New York               Respectfully Submitted,
        September 13, 2013

                                      AKERMAN SENTERFITT LLP

                                    By:*/s/ Ira S. Sacks*
                                    Ira S. Sacks

Mark S. Lafayette
Vincent Y. Liu
Jamie B. Robbins
666 Fifth Avenue, 20th floor
New York, New York 10103
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

*Counsel for Defendant Michael Robertson*