UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CAPITOL RECORDS, LLC, *et al.*,            :
                                           :
           *Plaintiffs*,   :   07 Civ. 9931 (WHP)
      v.                            :
                                           :
MP3TUNES, LLC and MICHAEL ROBERTSON,        :
                                           :
           *Defendants.*   :
------------------------------------------------------------------x

**NOTICE OF MOTION *IN LIMINE* REGARDING THE ORDER OF PROOF AT TRIAL**

      PLEASE TAKE NOTICE that, pursuant to the Revised Scheduling Order, dated July 3, 2013 (Docket No. 376), in the above captioned action, and upon the accompanying Memorandum of Law, Declaration of Ira S. Sacks, dated September 18, 2013 and the exhibits attached thereto, and all pleadings and prior proceedings had herein, the undersigned attorneys for Defendant Michael Robertson shall move this Court, before the Honorable William H. Pauley III, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 20B, New York, New York 10007, at a time set by the Court, (1) for an order granting Robertson's motion *in limine* regarding the order of proof at trial, and (2) for such other and further relief as this Court finds just and proper.

Dated: New York, New York          Respectfully Submitted,
       September 18, 2013

                                                AKERMAN SENTERFITT LLP

                                                By:*/s/ Ira S. Sacks*
                                                    Ira S. Sacks
                                                    Mark S. Lafayette
                                                    Vincent Y. Liu
                                                    Jamie B. Robbins
                                                    666 Fifth Avenue, 20th floor
                                                    New York, New York 10103

Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

*Counsel for Defendant Michael Robertson*