**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
CAPITOL RECORDS, LLC, *et al.*,        :

                                   :

                      *Plaintiffs*,      :     07 Civ. 9931 (WHP)

              v.                :

                                   :
MP3TUNES, LLC and MICHAEL ROBERTSON,  :

                                   :

                    *Defendants.*     :
-----------------------------------------------------------------x

### NOTICE OF MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS FROM INTRODUCING CERTAIN EVIDENCE CONCERNING COVER ART

PLEASE TAKE NOTICE that, pursuant to the Revised Scheduling Order, dated July 3, 2013 (Docket No. 376), in the above captioned action, and upon the accompanying Memorandum of Law, Declaration of Ira S. Sacks, dated September 18, 2013 and the exhibits attached thereto, and all pleadings and prior proceedings had herein, the undersigned attorneys for Defendant Michael Robertson shall move this Court, before the Honorable William H. Pauley III, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 20B, New York, New York 10007, at a time set by the Court, for an order precluding Plaintiffs from introducing at trial (1) Forms SR as evidence of their copyright ownership in the cover art; (2) any evidence concerning the alleged breach of the MP3tunes-Amazon license; and (3) granting other and further relief as this Court finds just and proper.

Dated: New York, New York           Respectfully Submitted,
        September 18, 2013

                                 AKERMAN SENTERFITT LLP

                                 By:*/s/ Ira S. Sacks*
                                 Ira S. Sacks
                                 Mark S. Lafayette
                                 Vincent Y. Liu

Jamie B. Robbins
666 Fifth Avenue, 20th floor
New York, New York 10103
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965

*Counsel for Defendant Michael Robertson*