

Ira S. Sacks

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.880.3827
ira.sacks@akerman.com

November 25, 2013

**BY ECF AND FEDEX**
Hon. William H. Pauley, III
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

    Re:    **Capitol Records LLC, et al. v. MP3tunes, LLC and Michael Robertson,
Civil Action No. 07 Civ. 9931 (WHP)**

Dear Judge Pauley:

    As Your Honor knows, we represent Michael Robertson in the above-referenced case. We write on behalf of all parties to seek the guidance of the Court concerning the *in limine* motion arguments scheduled for December 13, 2013.

    There are 19 pending *in limine* motions. Although some are related (and almost cross motions), many are not. Given the number of motions, we believe it would be helpful to the Court if the Court could let us know which motions it would like the parties to focus on at argument.

    Thank you in advance for your consideration.

Respectfully,

Ira S. Sacks

cc:    All Counsel of Record (via ECF)

akerman.com

{27512599;2}