USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CAPITOL RECORDS, INC. et al.,  :  07 Civ. 9931 (WHP)

                Plaintiffs,  :  ORDER

-against-

                              :

MP3TUNES, LLC et al.,

                Defendants.

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

While this Court may question the parties on any of the 19 pending motions in limine, the parties are directed to focus their preparation for oral argument on Docket Nos. 381, 386, 409, 425, and 429.

Dated: November 26, 2013
      New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                        U.S.D.J.

*All counsel of record.*