

Ira S. Sacks

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel:  212.880.3800
Fax:  212.880.8965

Dir:  212.880.3827
ira.sacks@akerman.com

March 2, 2014

**BY ECF and EMAIL**
Hon. William H. Pauley, III
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re:  *Capitol Records, LLC v. MP3tunes, LLC, Civil Action No. 07 Civ. 9931* **(WHP**)

Dear Judge Pauley,

      Defendant Robertson would like to direct the Court's attention to the attached decision of the United States Supreme Court in *Walden v. Fiore*, decided February 25, 2014, on the issue of personal jurisdiction. We believe this clarifies the law of personal jurisdiction and requires reconsideration of your Honor's decision to assert personal jurisdiction over Mr. Robertson.

      We thank Your Honor in advance for your consideration.

      Respectfully.

      *Ira S. Sacks*

      Ira S. Sacks

Enc.
cc: All counsel by email

akerman.com

{28247686;1}