USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2014

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, INC., *et al*,

        *Plaintiffs,*

v.

MP3TUNES LLC and MICHAEL ROBERTSON,

        *Defendants.*

No. 07 Civ. 9931 (WHP) (FM)

ECF CASE

[~~PLAINTIFFS' PR~~OPOSED] JUDGMENT

This action having been tried before the Court and a civil jury, from February 26, 2014 to March 26, 2014, the Honorable William H. Pauley III, United States District Judge presiding, and the evidence presented having been fully considered, the issues having been duly heard, and a verdict having been rendered by the civil jury awarding Plaintiffs $48,061,073.00 in damages;

Defendant Michael Robertson having moved for judgment as a matter of law, or in the alternative, for a new trial, and for remitter following the jury verdict in favor of Plaintiffs (the "JNOL Motion"); and

The JNOL Motion having been granted in part and denied in part by this Court, for the reasons set forth in its September 29, 2014 Memorandum and Order;

    A.    **IT IS ORDERED AND ADJUDGED** that

    1.    Judgment is entered in favor of Plaintiffs and against Defendant Michael Robertson in the amount of Twelve Million Two Hundred Eighty One Thousand Five Hundred Forty Dollars ($12,241,531.00) (the "Robertson Judgment");

    2.    Judgment is entered in favor of Plaintiffs and against Defendant MP3tunes, LLC in the amount of Eleven Million Ninety Seven Thousand Forty Dollars ($11,057,031.00) (the

"MP3tunes Judgment);

3. Of the Robertson Judgment, $1,461,500.00 is entered solely against Defendant Michael Robertson;

4. Of the MP3tunes Judgment against Defendant MP3tunes, LLC, $290,500.00 is entered solely against Defendant MP3tunes LLC.

5. $10,766,531.00 of both the Robertson Judgment and the MP3tunes Judgment is entered jointly and severally against both Defendants.

Dated: New York, New York
       October 30, 2014

_____
WILLIAM H. PAULEY III, U.S.D.J.